UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERRILL STEINBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>v.<br><br>ERICSSON LM TELEPHONE CO., CARL-HENRIC SVANBERG and KARL-HENRIK SUNDSTROM,<br><br>                        Defendants. | Civil Action No. 07-9615<br><br>Judge Robert P. Patterson |

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record, along with Brad S. Karp and Susanna M. Buergel, also of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, for Defendants Telefonaktiebolaget LM Ericsson (a/k/a Ericsson LM Telephone Co.), Carl-Henric Svanberg, and Karl-Henrik Sundstrom.

Dated: November 29, 2007

                                      PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP

                                      By:   /s/ Daniel J. Kramer

                                      Daniel J. Kramer
                                      1285 Avenue of the Americas
                                      New York, NY 10019-6064

                                      *Attorneys for Defendants Telefonaktiebolaget LM Ericsson, Carl-Henric Svanberg,* and *Karl-Henrik Sundstrom*

TO:

Samuel H. Rudman
David A. Rosenfeld
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747

*Attorneys for Plaintiff Merrill Steinberg*