UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERRILL STEINBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ERICSSON LM TELEPHONE CO., CARL-HENRIC SVANBERG and KARL-HENRIK SUNDSTROM,<br><br>Defendants. | Civil Action No. 07-9615<br><br>Judge Robert P. Patterson |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Telefonaktiebolaget LM Ericsson (a/k/a Ericsson LM Telephone Co.), certifies that Telefonaktiebolaget LM Ericsson is a publicly traded corporation, it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       November 29, 2007

                                         PAUL WEISS, RIFKIND, WHARTON
                                         & GARRISON LLP

                                         By: /s/ Daniel J. Kramer

                                         Daniel J. Kramer
                                         Brad S. Karp
                                         Susanna M. Buergel
                                         1285 Avenue of the Americas
                                         New York, NY 10019
                                         (212) 373-3000
                                         *Attorneys for Telefonaktiebolaget LM Ericsson*