UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERRILL STEINBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ERICSSON LM TELEPHONE CO., CARL-HENRIC SVANBERG and KARL-HENRIK SUNDSTROM,<br><br>Defendants. | Civil Action No. 07-9615<br><br>Judge Robert P. Patterson |

Please take notice that the undersigned, of the law firm of Paul, Weiss,

Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record

for Defendants Telefonaktiebolaget LM Ericsson (a/k/a Ericsson LM Telephone Co.),

Carl-Henric Svanberg, and Karl-Henrik Sundstrom.

Dated:  December 6, 2007

> PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP
>
> By:    /s/ Susanna M. Buergel
>
> Susanna M. Buergel
> 1285 Avenue of the Americas
> New York, NY 10019-6064
>
> *Attorneys for Defendants Telefonaktiebolaget LM Ericsson, Carl-Henric Svanberg,* and *Karl-Henrik Sundstrom*

TO:

Samuel H. Rudman
David A. Rosenfeld
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747

*Attorneys for Plaintiff Merrill Steinberg*