UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
MERRILL STEINBERG, Individually, and On :
Behalf of All Others Similarly Situated, :
                                              : Electronically Filed
             Plaintiff, :
                                              : Civil Action No.: 1:07-cv-09615-RPP
           v. : (ECF Case)
                                              :
ERICSSON LM TELEPHONE CO., CARL- : Hon. Robert P. Patterson
HENRIC SVANBERG and KARL-HENRIK :
SUNDSTROM, :
                                              :
             Defendants. :
---------------------------------------------------------- x

*(Additional Captions on the Following Page)*

**MOTION OF THE ERICSSON INSTITUTIONAL INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF <u>SELECTION OF LEAD COUNSEL</u>**

```
------------------------------------------------------------ x
STATE-BOSTON RETIREMENT SYSTEM,             :
Individually, and On Behalf of All Others   :
Similarly Situated,                         :   Electronically Filed
                                            :
            Plaintiff,                      :   Civil Action No.: 1:07-cv-10659-RPP
                                            :   (ECF Case)
      v.                                    :
                                            :   Hon. Robert P. Patterson
ERICSSON LM TELEPHONE CO., CARL-            :
HENRIK SVANBERG and KARL-HENRIK             :
SUNDSTROM,                                  :
                                            :
            Defendants.                     :
------------------------------------------------------------ x
CITY OF EDINBURGH COUNCIL ON                :
BEHALF OF THE LOTHIAN PENSION               :
FUND, FORTIS INVESTMENT                     :   Electronically Filed
MANAGEMENT N.V./S.A., and DEKA              :
INVESTMENT GmbH, Individually, and On       :   Civil Action No.: 1:07-cv-11617-RPP
Behalf of All Others Similarly Situated,    :   (ECF Case)
                                            :
            Plaintiff,                      :   Hon. Robert P. Patterson
                                            :
      v.                                    :
                                            :
ERICSSON LM TELEPHONE CO., CARL-            :
HENRIK SVANBERG and KARL-HENRIK             :
SUNDSTROM,                                  :
                                            :
            Defendants.                     :
------------------------------------------------------------ x
```

PLEASE TAKE NOTICE that class members The City of Edinburgh Council on behalf of the Lothian Pension Fund, Fortis Investment Management N.V/S.A., Deka Investment GmbH, and State-Boston Retirement System (collectively, the "Ericsson Institutional Investor Group") by their counsel, hereby move this Court for an Order: (i) consolidating the related actions; (ii) appointing the Ericsson Institutional Investor Group as Lead Plaintiff; (iii) approving the Ericsson Institutional Investor Group's selection of Labaton Sucharow LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this motion, the Ericsson Institutional Investor Group submits herewith a Memorandum of Law and Declaration of Alan I. Ellman.

Dated: Dec. 28, 2007                                        Respectfully submitted,

**LABATON SUCHAROW LLP**

By:   */s/ Christopher J. Keller*
Christopher J. Keller (CK-2347)
Eric J. Belfi (EB-8895)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
140 Broadway
New York, New York 10005
Telephone:  (212) 907-0700
Facsimile:   (212) 818-0477

*Attorneys for the Ericsson Institutional Investor Group and Proposed Lead Counsel for the Class*