UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
MERRILL STEINBERG, Individually, and On :
Behalf of All Others Similarly Situated,          :
                                                  :        Electronically Filed
              Plaintiff,                          :
                                                  :        Civil Action No.: 1:07-cv-09615-RPP
       v.                                         :        (ECF Case)
                                                  :
ERICSSON LM TELEPHONE CO., CARL-                  :        Hon. Robert P. Patterson
HENRIC SVANBERG and KARL-HENRIK                   :
SUNDSTROM,                                        :
                                                  :
              Defendants.                         :
---------------------------------------------------------- x
*(Additional Captions on the Following Page)*


# DECLARATION OF ALAN I. ELLMAN IN SUPPORT
## OF THE MOTION OF THE ERICSSON INSTITUTIONAL INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

| | |
|---|---|
| STATE-BOSTON RETIREMENT SYSTEM, Individually, and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>ERICSSON LM TELEPHONE CO., CARL-HENRIK SVANBERG and KARL-HENRIK SUNDSTROM,<br><br>                Defendants. | Electronically Filed<br><br>Civil Action No.: 1:07-cv-10659-RPP<br>(ECF Case)<br><br>Hon. Robert P. Patterson |
| CITY OF EDINBURGH COUNCIL ON BEHALF OF THE LOTHIAN PENSION FUND, FORTIS INVESTMENT MANAGEMENT N.V./S.A., and DEKA INVESTMENT GmbH, Individually, and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>ERICSSON LM TELEPHONE CO., CARL-HENRIK SVANBERG and KARL-HENRIK SUNDSTROM,<br><br>                Defendants. | Electronically Filed<br><br>Civil Action No.: 1:07-cv-11617-RPP<br>(ECF Case)<br><br>Hon. Robert P. Patterson |

Alan I. Ellman declares under penalty of perjury this day 28th day of December, 2007:

1. I am an attorney with the law firm of Labaton Sucharow LLP. I submit this declaration in support of the motion of The City of Edinburgh Council on behalf of The Lothian Pension Fund, Fortis Investment Management N.V./S.A., Deka Investment GmbH, and State-Boston Retirement System (collectively, the "Ericsson Institutional Investor Group") for consolidation, appointment as lead plaintiff, and for approval of selection of lead counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the signed certifications of the members of the Ericsson Institutional Investor Group pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. 15 U.S.C. §78u-4(a)(2).

3. Attached hereto as Exhibit B is a true and correct copy of a chart of the Ericsson Institutional Investor Group's transactions and approximate losses in Ericsson LM Telephone Co.'s securities.

4. Attached hereto as Exhibit C is a true and correct copy of the notice to class members concerning the first-filed of the above-captioned actions that was published on October 29, 2007 on *Business Wire*, advising the public of the pendency of a class action filed on behalf of shareholders of Ericsson LM Telephone Co.("Ericsson").

5. Attached hereto as Exhibit D is a true and correct copy of the Joint Declaration of Geik Drever, Dominique Lienart, Helge Klose and Dr. Manfred Nuske, and Daniel J. Greene in Support of the Motion of the Ericsson Institutional Investor Group for Appointment as Lead Plaintiff, Approval of Their Selection of Lead Counsel, and Consolidation of All Related Actions.

6. Attached hereto as Exhibit E is a true and correct copy of the firm resume of Labaton Sucharow LLP.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
ALAN I. ELLMAN (AE-7347)