**Exhibit A**

<u>CERTIFICATION</u>

I, <u>Geik Drever</u>, as <u>Head of Investment &</u> of The City of
<u>Pensions</u>
Edinburgh Council on behalf of The Lothian Pension Fund ("Lothian") hereby certify as follows:

1.     I am fully authorized to enter into and execute this Certification on behalf of

Lothian.  I have reviewed a complaint prepared against Ericsson LM Telephone Co. ("Ericsson")

alleging violations of the federal securities laws;

2.     Lothian did not purchase securities of Ericsson at the direction of counsel

or in order to participate in any private action under the federal securities laws;

3.     Lothian is willing to serve as a lead plaintiff in this matter, including

providing testimony at deposition and trial, if necessary;

4.     Lothian's transactions in the securities of Ericsson as reflected in Exhibit A,

are attached hereto;

5.     Lothian has not sought to serve as a representative party in a class action

under the federal securities laws during the last three years, except for the following:

*Smith et al v. Eli Lilly and Company. et al.*, No. 1:07-cv-01310-JBW (E.D.N.Y.) – *(not appointed)*

*Connecticut Retirement v. Amgen Inc et al*, No. 2:07-cv-02536-PSG-PLA (C.D. Cal.) – *(not appointed)*

*The City of Edinburgh Council on Behalf of the Lothian Pension Fund v. Vodafone Group Public Limited
Company et al*, No. 1:07-cv-09921-PKC (S.D.N.Y.) - *(complaint filed on November 9, 2007)*

6.     Beyond its pro rata share of any recovery, Lothian will not accept payment

for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable

costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 23rd day of November, 2007.

[NAME]       Geik Drever
[TITLE] Head of Investment & Pensions
The City of Edinburgh Council on behalf of The
Lothian Pension Fund

## EXHIBIT A

## TRANSACTIONS IN
## ERICSSON LM TELEPHONE CO.

| Fund Name | Transaction Type | Trade date | Shares | Base Price Per Share (SEK) | Cost/Proceeds (SEK) |
|---|---|---|---|---|---|
| LPFE | Purchase | 3-Apr-07 | 21,000 | 25.74995 | (540,748.95) |
| LPFE | Purchase | 4-Apr-07 | 63,000 | 25.7722 | (1,623,648.60) |
| LPFE | Purchase | 5-Apr-07 | 27,722 | 25.89161 | (717,767.21) |
| LPFE | Purchase | 12-Apr-07 | 159,986 | 25.94457 | (4,150,767.98) |
| LPFE | Purchase | 20-Apr-07 | 34,288 | 26.35903 | (903,798.42) |
| LPFE | Purchase | 23-Apr-07 | 916,393 | 25.91458 | (23,747,939.71) |
| LPFE | Purchase | 27-Apr-07 | 99,434 | 25.56121 | (2,541,653.36) |
| LPFE | Purchase | 30-Apr-07 | 191,331 | 25.88487 | (4,952,578.06) |
| LPFE | Purchase | 2-May-07 | 173,484 | 25.9859 | (4,508,137.88) |
| LPFE | Purchase | 22-Oct-07 | 69,556 | 18.4207 | (1,281,270.21) |

| Fund Name | Transaction Type | Trade Date | Shares | Base Price Per Share (SEK) | Cost/Proceeds (SEK) |
|---|---|---|---|---|---|
| LPFG | Purchase | 27-Mar-07 | 78,900 | 25.8 | (2,035,620.00) |
| LPFG | Purchase | 16-Oct-07 | 261,000 | 20.25 | (5,285,250.00) |

| Fund Name | Transaction Type | Trade Date | Shares | Base Price Per Share (SEK) | Cost/Proceeds (SEK) |
|---|---|---|---|---|---|
| LPFW | Purchase | 18-Sep-07 | 422,000 | 26.26 | (11,081,720.00) |
| LPFW | Purchase | 19-Sep-07 | 306,000 | 26.8888 | (8,227,972.80) |

| | | | | | |
|---|---|---|---|---|---|
| LPFW | Purchase | 19-Sep-07 | 432,000 | 26.8888 | (11,615,961.60) |
| LPFW | Purchase | 1-Oct-07 | 165,000 | 25.6773 | (4,236,754.50) |
| LPFW | Purchase | 3-Oct-07 | 36,000 | 26.2844 | (946,238.40) |
| LPFW | Purchase | 4-Oct-07 | 127,000 | 26.304 | (3,340,608.00) |
| LPFW | Sale | 16-Oct-07 | 439,000 | 19.84 | 8,709,760.00 |
| LPFW | Purchase | 8-Nov-07 | 226,000 | 18.8285 | (4,255,241.00) |
| LPFW | Purchase | 13-Nov-07 | 227,000 | 18.6385 | (4,230,939.50) |
| LPFW | Purchase | 16-Nov-07 | 231,000 | 18.2725 | (4,220,947.50) |
| LPFW | Purchase | 20-Nov-07 | 58,000 | 18.154 | (1,052,932.00) |
| LPFW | Purchase | 20-Nov-07 | 121,000 | 18.2811 | (2,212,013.10) |

## CERTIFICATION

I, Dominique Liénart, on behalf of the Fortis Investment Management NV/SA ("Fortis"), for account of the funds listed in Exhibit A, hereby certify as follows:

1. We are fully authorized to enter into and execute this Certification on behalf of Fortis. We have reviewed a complaint prepared against Ericsson LM Telephone Co. ("Ericsson") alleging violations of the federal securities laws;

2. Fortis did not purchase securities of Ericsson at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. Fortis is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4. Fortis' transactions in the securities of Ericsson during the class period are reflected in Exhibit A, attached hereto;

5. Fortis has not sought to serve as a lead plaintiff in a class action under the federal securities laws during the last three years, except for the following:

*In re General Motors Corp. Securities Litigation*, No. 1:06-md-01749-GER (E.D. Mich.) (*not appointed*)

*Welmon v. Chicago Bridge & Iron CO. N.V.*, 1:06-cv-01283-JES (S.D.N.Y.) – (*appointed*)

6. Beyond its pro rata share of any recovery, Fortis will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

1

We declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 21st day of December, 2007.

Fortis Investment Management NV/SA

Dominique Liénart
General Secretary - Head of Legal
Fortis Investment Management S.A.
Avenue de l'Astronomie, 14
B-1210 Brussels

Exhibit A
Fortis Investment Management

Class Period: 2/2/2007 to 11/20/2007

**ERICSSON(LM) TEL**

| | Ticker | | SEDOL | ISIN |
|---|---|---|---|---|
| | ERICB SS | | 5959378 | SE0000108656 |

| Fund Name | Trans Type | Trade Date | Shares | Base Price Per Share (SEK) | Cost/ Proceeds (USD) |
|---|---|---|---|---|---|
| FASR ACP EUROPA | Open | 02/02/07 | 468,255.00 | | |
| FASR ACP EUROPA | Sale | 02/06/07 | -19,034.00 | 26.50 | 55,071.05 |
| FASR ACP EUROPA | Sale | 02/20/07 | -124,694.00 | 25.77 | 345,995.13 |
| FASR ACP EUROPA | Sale | 03/06/07 | -201,117.00 | 24.55 | 531,557.71 |
| FASR ACP EUROPA | Purchase | 04/18/07 | 7,000.00 | 26.55 | -20,225.47 |
| FASR ACP EUROPA | Sale | 06/28/07 | -16,541.00 | 27.60 | 49,323.69 |
| FASR ACP EUROPA | Purchase | 07/27/07 | 183,426.00 | 25.61 | -512,176.58 |
| FASR ACP EUROPA | Purchase | 08/03/07 | 85,173.00 | 26.13 | -241,982.95 |
| FASR ACP EUROPA | Sale | 08/16/07 | -29,944.00 | 24.22 | 77,048.16 |
| FASR ACP EUROPA | Sale | 09/13/07 | -13,661.00 | 26.42 | 38,876.76 |
| FASR ACP EUROPA | Sale | 10/01/07 | -28,042.00 | 25.68 | 78,259.63 |
| FASR ACP EUROPA | Sale | 10/16/07 | -140,427.00 | 19.71 | 302,007.24 |
| FASR ACP EUROPA | Sale | 11/12/07 | -94,463.00 | 18.32 | 185,665.37 |
| FASR ACP EUROPA | Sale | 11/16/07 | -75,931.00 | 18.40 | 150,430.30 |

| Fund Name | Trans Type | Trade Date | Shares | Base Price Per Share (SEK) | Cost/ Proceeds (SEK) |
|---|---|---|---|---|---|
| FBF TECHNOLOGY EUROPE | Open | 02/02/07 | 949,572.00 | | |
| FBF TECHNOLOGY EUROPE | Sale | 02/12/07 | -7,030.00 | 25.35 | 177,943.18 |
| FBF TECHNOLOGY EUROPE | Sale | 02/19/07 | -60,361.00 | 25.95 | 1,564,018.40 |
| FBF TECHNOLOGY EUROPE | Sale | 02/26/07 | -8,316.00 | 26.15 | 217,137.20 |
| FBF TECHNOLOGY EUROPE | Sale | 03/08/07 | -7,577.00 | 24.45 | 184,979.76 |
| FBF TECHNOLOGY EUROPE | Sale | 03/20/07 | -8,734.00 | 25.35 | 221,074.79 |
| FBF TECHNOLOGY EUROPE | Sale | 04/10/07 | -8,077.00 | 25.85 | 208,477.26 |
| FBF TECHNOLOGY EUROPE | Sale | 04/18/07 | -7,907.00 | 26.55 | 209,615.95 |
| FBF TECHNOLOGY EUROPE | Sale | 04/25/07 | -8,449.00 | 26.40 | 222,719.02 |
| FBF TECHNOLOGY EUROPE | Sale | 04/26/07 | -344,353.00 | 26.39 | 9,073,672.53 |
| FBF TECHNOLOGY EUROPE | Sale | 05/09/07 | -3,596.00 | 25.90 | 92,994.18 |
| FBF TECHNOLOGY EUROPE | Sale | 05/18/07 | -5,308.00 | 26.00 | 137,800.99 |
| FBF TECHNOLOGY EUROPE | Sale | 05/31/07 | -4,628.00 | 26.40 | 122,118.11 |
| FBF TECHNOLOGY EUROPE | Sale | 06/27/07 | -3,430.00 | 27.20 | 93,156.06 |
| FBF TECHNOLOGY EUROPE | Purchase | 08/02/07 | 433,393.00 | 25.84 | -11,215,574.04 |
| FBF TECHNOLOGY EUROPE | Sale | 09/04/07 | -7,832.00 | 25.46 | 199,103.62 |
| FBF TECHNOLOGY EUROPE | Sale | 09/11/07 | -42,053.00 | 25.58 | 1,074,102.17 |

3

| Fund Name | Trans Type | Trade Date | Shares | Base Price Per Share (SEK) | Cost/ Proceeds (SEK) |
|---|---|---|---|---|---|
| FBF TECHNOLOGY EUROPE | Purchase | 09/12/07 | 23,317.00 | 25.76 | -601,528.21 |
| FBF TECHNOLOGY EUROPE | Sale | 09/19/07 | -10,088.00 | 26.92 | 271,161.60 |
| FBF TECHNOLOGY EUROPE | Sale | 10/08/07 | -29,944.00 | 26.42 | 789,933.80 |
| FBF TECHNOLOGY EUROPE | Sale | 10/16/07 | -50,298.00 | 19.71 | 990,067.32 |
| FBF TECHNOLOGY EUROPE | Sale | 10/19/07 | -206,187.00 | 18.88 | 3,886,559.59 |
| FBF TECHNOLOGY EUROPE | Sale | 11/08/07 | -13,259.00 | 18.84 | 249,425.00 |

| Fund Name | Trans Type | Trade Date | Shares | Base Price Per Share (SEK) | Cost/ Proceeds (SEK) |
|---|---|---|---|---|---|
| FLF EQ TECHNOLOGY EUROPE | Open | 02/02/07 | 1,230,844.00 | | |
| FLF EQ TECHNOLOGY EUROPE | Purchase | 02/12/07 | 21,959.00 | 25.35 | -557,495.64 |
| FLF EQ TECHNOLOGY EUROPE | Sale | 02/19/07 | -106,010.00 | 25.95 | 2,746,833.06 |
| FLF EQ TECHNOLOGY EUROPE | Purchase | 02/26/07 | 10,849.00 | 26.15 | -284,126.90 |
| FLF EQ TECHNOLOGY EUROPE | Sale | 03/01/07 | -62,549.00 | 24.10 | 1,505,169.75 |
| FLF EQ TECHNOLOGY EUROPE | Sale | 03/20/07 | -6,479.00 | 25.35 | 163,996.29 |
| FLF EQ TECHNOLOGY EUROPE | Purchase | 04/11/07 | 29,417.00 | 26.65 | -785,138.99 |
| FLF EQ TECHNOLOGY EUROPE | Sale | 04/26/07 | -464,458.00 | 26.39 | 12,238,429.17 |
| FLF EQ TECHNOLOGY EUROPE | Purchase | 05/09/07 | 13,054.00 | 25.90 | -338,596.67 |
| FLF EQ TECHNOLOGY EUROPE | Purchase | 05/18/07 | 13,285.00 | 26.00 | -345,928.12 |
| FLF EQ TECHNOLOGY EUROPE | Sale | 05/22/07 | -118,933.00 | 26.10 | 3,099,495.07 |
| FLF EQ TECHNOLOGY EUROPE | Purchase | 05/31/07 | 2,619.00 | 26.40 | -69,176.17 |
| FLF EQ TECHNOLOGY EUROPE | Sale | 06/05/07 | -11,103.00 | 26.60 | 294,896.91 |
| FLF EQ TECHNOLOGY EUROPE | Purchase | 07/09/07 | 26,546.00 | 28.16 | -748,656.66 |
| FLF EQ TECHNOLOGY EUROPE | Purchase | 07/25/07 | 173,811.00 | 25.87 | -4,503,029.38 |
| FLF EQ TECHNOLOGY EUROPE | Purchase | 08/02/07 | 659,200.00 | 25.84 | -17,059,127.41 |
| FLF EQ TECHNOLOGY EUROPE | Purchase | 08/24/07 | 243,229.00 | 25.14 | -6,123,077.16 |
| FLF EQ TECHNOLOGY EUROPE | Purchase | 08/29/07 | 36,092.00 | 24.46 | -884,134.54 |
| FLF EQ TECHNOLOGY EUROPE | Sale | 09/11/07 | -56,439.00 | 25.58 | 1,441,544.05 |
| FLF EQ TECHNOLOGY EUROPE | Purchase | 09/12/07 | 38,923.00 | 25.76 | -1,004,129.28 |
| FLF EQ TECHNOLOGY EUROPE | Sale | 09/19/07 | -11,428.00 | 26.92 | 307,180.30 |
| FLF EQ TECHNOLOGY EUROPE | Sale | 10/08/07 | -16,798.00 | 26.42 | 443,137.45 |
| FLF EQ TECHNOLOGY EUROPE | Sale | 10/16/07 | -93,970.00 | 19.71 | 1,849,708.26 |
| FLF EQ TECHNOLOGY EUROPE | Sale | 10/19/07 | -401,755.00 | 18.88 | 7,572,954.39 |
| FLF EQ TECHNOLOGY EUROPE | Sale | 10/23/07 | -80,741.00 | 19.02 | 1,533,390.28 |
| FLF EQ TECHNOLOGY EUROPE | Purchase | 11/07/07 | 170,961.00 | 18.96 | -3,246,625.12 |
| FLF EQ TECHNOLOGY EUROPE | Sale | 11/08/07 | -14,515.00 | 18.84 | 273,052.00 |

4



<u>CERTIFICATION</u>

We, Thomas Neiße and Franz-Josef Obermann, on behalf of Deka Investment GmbH ("DEKA") and of its Funds, hereby certify as follows:

1.    We have reviewed a complaint alleging violations of the federal securities laws prepared against Ericsson LM Telephone Co. ("Ericsson");

2.    DEKA, through its Funds, purchased Ericsson securities during the relevant class period, but not at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.    DEKA is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4.    DEKA's transactions in Ericsson securities during the class period are reflected in the attached Schedule A;

5.    DEKA has not sought to serve as a lead plaintiff in any class actions under the federal securities laws during the last three years, except the following:

*In re General Motors Sec. Litig.*, No 05-CV-8088 (S.D.N.Y.) - appointed

*Selbst v. The Coca-Cola Company, et al*, No. 05-CV-1226 (N.D. Ga.) - appointed

*Kadagian v. Harley-Davidson, Inc. et al*, No. 05-CV-547 (E..D. Wis.) – not appointed

*Ericsson v. Rhodia S.A. et al.* No. 05-CV-1890 (D.N.J.) – not appointed

*Margaret K. Hill v. Tribune Co.*, No. 05-CV-2602 (N.D. Ill.) – not appointed

*Borochoff v. GlaxoSmithKline PLC*, No. 07-CV-5574 (S.D.N.Y.) – not appointed

6.    Beyond the pro rata share of any recovery, DEKA will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

7.    We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 21st day of December, 2007

Deka Investment GmbH

_____
*Thomas Neiße*
Managing Director, CEO

_____
*Franz-Josef Obermann*
sen. Vice President

Deka Investment GmbH
Mainzer Landstraße 16
60325 Frankfurt
Postfach 11 05 23
60040 Frankfurt

Telefon (069) 7147-0
Telefax (069) 7147-1939
www.deka.de

Geschäftsführung
Thomas Neiße (Vors.)
Frank Hagenstein
Andreas Lau
Dr. Matthias Neske
Dr. Udo Schmidt-Mohr
alle Frankfurt am Main

Aufsichtsratsvorsitzender
Oswald Henz
Frankfurt am Main

Handelsregister
Frankfurt am Main
HRB 40855

USt-IdNr.
DE 114184982

Unternehmen i. der
DekaBank
Deutsche Girozentrale

Finanzgruppe

**SCHEDULE A**

**TRANSACTIONS IN ERICSSON LM TELEPHONE CO.**

ERICSSON B -FR

| Fund Name | Trade Date | Transaction Type | No of Shares | Price | Cost/Proceeds | CCY |
|---|---|---|---|---|---|---|
| A-Deutsche Weinstraße-FONDS | 3/9/2007 | Purchase | 100,000 | $24.5500 | ($2,455,000.00) | SEK |
| A-Deutsche Weinstraße-FONDS | 4/23/2007 | Sale | (100,000) | $25.8500 | $2,585,000.00 | SEK |
| A-Deutsche Weinstraße-FONDS | 9/19/2007 | Purchase | 100,000 | $26.9400 | ($2,694,000.00) | SEK |
| A-Deutsche Weinstraße-FONDS | 9/20/2007 | Purchase | 50,000 | $26.0900 | ($1,304,500.00) | SEK |
| A-Deutsche Weinstraße-FONDS | 10/1/2007 | Purchase | 20,000 | $25.7200 | ($514,400.00) | SEK |
| A-Deutsche Weinstraße-FONDS | 10/16/2007 | Purchase | 50,000 | $19.6000 | ($980,000.00) | SEK |
| A-DGZ 6-FONDS | 3/6/2007 | Purchase | 22,000 | $24.6492 | ($542,282.40) | SEK |
| A-DGZ 6-FONDS | 4/4/2007 | Sale | (23,000) | $25.7991 | $593,379.30 | SEK |
| A-DGZ 6-FONDS | 7/5/2007 | Sale | (24,000) | $27.8340 | $668,016.00 | SEK |
| A-DGZ 6-FONDS | 8/2/2007 | Purchase | 22,000 | $25.8700 | ($569,140.00) | SEK |
| A-DGZ 6-FONDS | 10/3/2007 | Sale | (27,000) | $25.9443 | $700,496.10 | SEK |
| A-GK-FONDS | 2/16/2007 | Purchase | 120,000 | $25.7000 | ($3,084,000.00) | SEK |
| A-GK-FONDS | 4/20/2007 | Sale | (120,000) | $26.2000 | $3,144,000.00 | SEK |
| A-GK-FONDS | 9/19/2007 | Purchase | 100,000 | $26.9400 | ($2,694,000.00) | SEK |
| A-GK-FONDS | 9/20/2007 | Purchase | 50,000 | $26.0900 | ($1,304,500.00) | SEK |
| A-GK-FONDS | 10/16/2007 | Purchase | 45,000 | $19.6000 | ($882,000.00) | SEK |
| A-KLB-FONDS | 10/16/2007 | Purchase | 50,000 | $19.1600 | ($958,000.00) | SEK |
| A-KLB-FONDS | 10/17/2007 | Sale | (50,000) | $19.9600 | $998,000.00 | SEK |
| A-KSK STADE-FONDS | 6/1/2007 | Purchase | 25,000 | $26.3000 | ($657,500.00) | SEK |
| A-KSK STADE-FONDS | 6/19/2007 | Purchase | 22,000 | $28.0000 | ($616,000.00) | SEK |
| A-KSK STADE-FONDS | 10/16/2007 | Sale | (47,000) | $19.8400 | $932,480.00 | SEK |
| A-KSKBB-JB-102-FONDS | 7/5/2007 | Purchase | 300,000 | $28.1400 | ($8,442,000.00) | SEK |
| A-KSKBB-JB-102-FONDS | 8/3/2007 | Sale | (100,000) | $25.9400 | $2,594,000.00 | SEK |
| A-KSKBB-JB-102-FONDS | 9/28/2007 | Purchase | 70,000 | $25.8200 | ($1,807,400.00) | SEK |
| A-KSKBB-JB-102-FONDS | 11/9/2007 | Sale | (55,100) | $18.4200 | $1,014,942.00 | SEK |
| A-KSKSLS-FONDS | 2/16/2007 | Purchase | 90,000 | $25.7000 | ($2,313,000.00) | SEK |
| A-KSKSLS-FONDS | 4/23/2007 | Sale | (90,000) | $25.8000 | $2,322,000.00 | SEK |
| A-KSKSLS-FONDS | 9/19/2007 | Purchase | 80,000 | $26.9400 | ($2,155,200.00) | SEK |
| A-KSKSLS-FONDS | 9/20/2007 | Purchase | 40,000 | $26.0900 | ($1,043,600.00) | SEK |
| A-KSKSLS-FONDS | 10/1/2007 | Purchase | 30,000 | $25.7000 | ($771,000.00) | SEK |
| A-KSKSLS-FONDS | 10/16/2007 | Purchase | 45,000 | $19.6000 | ($882,000.00) | SEK |
| A-MOL-FONDS | 3/6/2007 | Purchase | 22,000 | $24.6492 | ($542,282.40) | SEK |
| A-MOL-FONDS | 6/7/2007 | Sale | (10,000) | $26.3486 | $263,486.00 | SEK |
| A-MOL-FONDS | 7/5/2007 | Sale | (17,000) | $27.8340 | $473,178.00 | SEK |
| A-MOL-FONDS | 8/2/2007 | Sale | (13,000) | $25.8406 | $335,927.80 | SEK |

| | | | | | | |
|---|---|---|---|---|---|---|
| A-MOL-FONDS | 9/5/2007 | Purchase | 35,000 | $25.4960 | ($892,360.00) | SEK |
| A-MOL-FONDS | 11/6/2007 | Sale | (42,000) | $19.4010 | $814,842.00 | SEK |
| A-RESSAUBER-FONDS | 2/16/2007 | Purchase | 25,000 | $25.7000 | ($642,500.00) | SEK |
| A-RESSAUBER-FONDS | 4/17/2007 | Sale | (25,000) | $26.5500 | $663,750.00 | SEK |
| A-RESSAUBER-FONDS | 9/19/2007 | Purchase | 15,000 | $26.9400 | ($404,100.00) | SEK |
| A-RESSAUBER-FONDS | 9/20/2007 | Purchase | 7,500 | $26.0900 | ($195,675.00) | SEK |
| A-RESSAUBER-FONDS | 10/1/2007 | Purchase | 5,500 | $25.7200 | ($141,460.00) | SEK |
| A-RESSAUBER-FONDS | 10/16/2007 | Purchase | 12,000 | $19.6000 | ($235,200.00) | SEK |
| A-REUSRATH-FONDS | 8/14/2007 | Sale | (12,500) | $25.0200 | $312,750.00 | SEK |
| A-SAAR-MOSEL-AKTIEN-FONDS | 2/16/2007 | Purchase | 220,000 | $25.7000 | ($5,654,000.00) | SEK |
| A-SAAR-MOSEL-AKTIEN-FONDS | 4/20/2007 | Sale | (250,000) | $26.2500 | $6,562,500.00 | SEK |
| A-SAAR-MOSEL-AKTIEN-FONDS | 7/9/2007 | Purchase | 80,000 | $28.1600 | ($2,252,800.00) | SEK |
| A-SAAR-MOSEL-AKTIEN-FONDS | 9/19/2007 | Purchase | 100,000 | $26.9400 | ($2,694,000.00) | SEK |
| A-SAAR-MOSEL-AKTIEN-FONDS | 9/20/2007 | Purchase | 50,000 | $26.0900 | ($1,304,500.00) | SEK |
| A-SAARPFALZ-FONDS | 2/16/2007 | Purchase | 50,000 | $25.7000 | ($1,285,000.00) | SEK |
| A-SAARPFALZ-FONDS | 4/23/2007 | Sale | (50,000) | $25.8500 | $1,292,500.00 | SEK |
| A-SAARPFALZ-FONDS | 9/19/2007 | Purchase | 50,000 | $26.9400 | ($1,347,000.00) | SEK |
| A-SAARPFALZ-FONDS | 9/20/2007 | Purchase | 25,000 | $26.0900 | ($652,250.00) | SEK |
| A-SAARPFALZ-FONDS | 10/1/2007 | Purchase | 15,000 | $25.7000 | ($385,500.00) | SEK |
| A-SAARPFALZ-FONDS | 10/16/2007 | Purchase | 25,000 | $19.6000 | ($490,000.00) | SEK |
| A-SB 1-FONDS | 2/16/2007 | Purchase | 80,000 | $25.7000 | ($2,056,000.00) | SEK |
| A-SB 1-FONDS | 4/20/2007 | Sale | (80,000) | $26.2000 | $2,096,000.00 | SEK |
| A-SB 1-FONDS | 9/19/2007 | Purchase | 50,000 | $26.9400 | ($1,347,000.00) | SEK |
| A-SB 1-FONDS | 9/20/2007 | Purchase | 25,000 | $26.0900 | ($652,250.00) | SEK |
| A-SB 1-FONDS | 10/1/2007 | Purchase | 25,000 | $25.7000 | ($642,500.00) | SEK |
| A-SB 1-FONDS | 10/16/2007 | Purchase | 30,000 | $19.6000 | ($588,000.00) | SEK |
| A-SFÜ-WELTDIM-FONDS | 4/2/2007 | Purchase | 75,000 | $25.4500 | ($1,908,750.00) | SEK |
| A-SFÜ-WELTDIM-FONDS | 8/14/2007 | Sale | (75,000) | $25.0400 | $1,878,000.00 | SEK |
| A-SGSCH-FONDS | 7/10/2007 | Purchase | 50,000 | $28.5200 | ($1,426,000.00) | SEK |
| A-SGSCH-FONDS | 9/13/2007 | Sale | (50,000) | $25.9400 | $1,297,000.00 | SEK |
| A-SPKNK 93-FONDS | 2/16/2007 | Purchase | 30,000 | $25.7000 | ($771,000.00) | SEK |
| A-SPKNK 93-FONDS | 4/23/2007 | Sale | (30,000) | $25.8500 | $775,500.00 | SEK |
| A-SPKNK 93-FONDS | 9/19/2007 | Purchase | 30,000 | $26.9400 | ($808,200.00) | SEK |
| A-SPKNK 93-FONDS | 9/20/2007 | Purchase | 15,000 | $26.0900 | ($391,350.00) | SEK |
| A-SPKNK 93-FONDS | 10/1/2007 | Purchase | 15,000 | $25.7000 | ($385,500.00) | SEK |
| A-SPKNK 93-FONDS | 10/16/2007 | Purchase | 15,000 | $19.6000 | ($294,000.00) | SEK |
| A-S-Rhein-Westerwald-FONDS | 2/16/2007 | Purchase | 65,000 | $25.7000 | ($1,670,500.00) | SEK |
| A-S-Rhein-Westerwald-FONDS | 4/20/2007 | Sale | (65,000) | $26.2500 | $1,706,250.00 | SEK |
| A-S-Rhein-Westerwald-FONDS | 9/19/2007 | Purchase | 60,000 | $26.9400 | ($1,616,400.00) | SEK |
| A-S-Rhein-Westerwald-FONDS | 9/20/2007 | Purchase | 30,000 | $26.0900 | ($782,700.00) | SEK |
| A-S-Rhein-Westerwald-FONDS | 10/1/2007 | Purchase | 30,000 | $25.7200 | ($771,600.00) | SEK |

| | | | | | | |
|---|---|---|---|---|---|---|
| A-S-Rhein-Westerwald-FONDS | 10/16/2007 | Purchase | 40,000 | $19.6000 | ($784,000.00) | SEK |
| A-S-Rhein-Westerwald-FONDS | 10/18/2007 | Sale | (80,000) | $19.2600 | $1,540,800.00 | SEK |
| A-SRR-FONDS | 4/4/2007 | Purchase | 12,000 | $25.7991 | ($309,589.20) | SEK |
| A-SRR-FONDS | 6/7/2007 | Sale | (14,000) | $26.3486 | $368,880.40 | SEK |
| A-SRR-FONDS | 8/2/2007 | Sale | (15,000) | $25.8406 | $387,609.00 | SEK |
| A-SRR-FONDS | 9/5/2007 | Purchase | 5,000 | $25.4960 | ($127,480.00) | SEK |
| A-SRR-FONDS | 11/6/2007 | Sale | (32,000) | $19.4010 | $620,832.00 | SEK |
| A-SZA-S PLUS-FONDS | 6/15/2007 | Sale | (59,000) | $26.6000 | $1,569,400.00 | SEK |
| A-SZA-S PLUS-FONDS | 7/5/2007 | Sale | (10,000) | $27.8340 | $278,340.00 | SEK |
| A-SZA-S PLUS-FONDS | 10/3/2007 | Purchase | 15,000 | $25.9562 | ($389,343.00) | SEK |
| A-TREASURY 2000-FONDS | 2/16/2007 | Purchase | 60,000 | $25.7000 | ($1,542,000.00) | SEK |
| A-TREASURY 2000-FONDS | 4/23/2007 | Sale | (60,000) | $25.8250 | $1,549,500.00 | SEK |
| A-TREASURY 2000-FONDS | 9/19/2007 | Purchase | 60,000 | $26.9529 | ($1,617,174.00) | SEK |
| A-TREASURY 2000-FONDS | 9/20/2007 | Purchase | 30,000 | $26.0743 | ($782,229.00) | SEK |
| A-TREASURY 2000-FONDS | 10/16/2007 | Purchase | 30,000 | $19.6000 | ($588,000.00) | SEK |
| A-WENDALINUS-FONDS | 2/16/2007 | Purchase | 35,000 | $25.7000 | ($899,500.00) | SEK |
| A-WENDALINUS-FONDS | 4/23/2007 | Sale | (35,000) | $25.8500 | $904,750.00 | SEK |
| A-WENDALINUS-FONDS | 9/19/2007 | Purchase | 30,000 | $26.9400 | ($808,200.00) | SEK |
| A-WENDALINUS-FONDS | 9/20/2007 | Purchase | 15,000 | $26.0900 | ($391,350.00) | SEK |
| A-WENDALINUS-FONDS | 10/1/2007 | Purchase | 15,000 | $25.7000 | ($385,500.00) | SEK |
| A-WENDALINUS-FONDS | 10/16/2007 | Purchase | 25,000 | $19.6000 | ($490,000.00) | SEK |
| A-WINTERTAL-FONDS | 4/16/2007 | Purchase | 150,000 | $26.6323 | ($3,994,845.00) | SEK |
| A-WINTERTAL-FONDS | 7/18/2007 | Sale | (100,000) | $27.4000 | $2,740,000.00 | SEK |
| A-WINTERTAL-FONDS | 9/7/2007 | Purchase | 100,000 | $25.1200 | ($2,512,000.00) | SEK |
| A-WINTERTAL-FONDS | 11/20/2007 | Sale | (400,000) | $18.1039 | $7,241,560.00 | SEK |
| A-WITTRING 2-FONDS | 2/16/2007 | Purchase | 70,000 | $25.7000 | ($1,799,000.00) | SEK |
| A-WITTRING 2-FONDS | 4/23/2007 | Sale | (70,000) | $25.8500 | $1,809,500.00 | SEK |
| A-WITTRING 2-FONDS | 9/19/2007 | Purchase | 50,000 | $26.9400 | ($1,347,000.00) | SEK |
| A-WITTRING 2-FONDS | 9/21/2007 | Purchase | 25,000 | $26.0900 | ($652,250.00) | SEK |
| A-WITTRING 2-FONDS | 10/1/2007 | Purchase | 20,000 | $25.7200 | ($514,400.00) | SEK |
| A-WITTRING 2-FONDS | 10/16/2007 | Purchase | 40,000 | $19.6000 | ($784,000.00) | SEK |
| DDDD-FONDS | 9/19/2007 | Purchase | 500,000 | $26.9529 | ($13,476,450.00) | SEK |
| DDDD-FONDS | 9/20/2007 | Purchase | 250,000 | $26.0743 | ($6,518,575.00) | SEK |
| DDDD-FONDS | 10/1/2007 | Purchase | 50,000 | $25.7000 | ($1,285,000.00) | SEK |
| DDDD-FONDS | 10/16/2007 | Purchase | 300,000 | $19.6000 | ($5,880,000.00) | SEK |
| DEKA-EUROPASELECT | 2/2/2007 | Sale | (1,000,000) | $25.8000 | $25,800,000.00 | SEK |
| DEKA-EUROPASELECT | 2/2/2007 | Sale | (500,000) | $25.7000 | $12,850,000.00 | SEK |
| DEKA-EUROPASELECT | 6/26/2007 | Purchase | 1,700,000 | $27.1980 | ($46,236,600.00) | SEK |
| DEKA-EUROPASELECT | 7/20/2007 | Sale | (1,000,000) | $26.8550 | $26,855,000.00 | SEK |
| DEKA-EUROPASELECT | 7/24/2007 | Sale | (700,000) | $25.9600 | $18,172,000.00 | SEK |

| DEKA-EUROPASELECT | 8/1/2007 | Sale | (250,000) | $25.0600 | $6,265,000.00 | SEK |
|---|---|---|---|---|---|---|
| DEKA-EUROPASELECT | 9/21/2007 | Purchase | 2,000,000 | $25.8400 | ($51,680,000.00) | SEK |
| DEKA-EUROPASELECT | 10/17/2007 | Sale | (1,750,000) | $19.9500 | $34,912,500.00 | SEK |
| DEKA-EUROPASELECT | 10/18/2007 | Sale | (1,000,000) | $19.1096 | $19,109,600.00 | SEK |
| Deka-EuropaTrend | 6/18/2007 | Purchase | 566,600 | $27.0010 | ($15,298,766.60) | SEK |
| Deka-EuropaTrend | 8/13/2007 | Sale | (566,600) | $25.1444 | $14,246,817.04 | SEK |
| Deka-Inst. Aktien Europa | 4/3/2007 | Purchase | 7,000 | $25.6479 | ($179,535.30) | SEK |
| Deka-Inst. Aktien Europa | 7/4/2007 | Purchase | 12,000 | $28.0400 | ($336,480.00) | SEK |
| Deka-Inst. Aktien Europa | 7/20/2007 | Sale | (7,000) | $26.6600 | $186,620.00 | SEK |
| Deka-Inst. Aktien Europa | 7/20/2007 | Sale | (12,000) | $27.0000 | $324,000.00 | SEK |
| DekaSystem-ChancePlus | 4/20/2007 | Sale | (15,000) | $26.5500 | $398,250.00 | SEK |
| DekaSystem-ChancePlus | 5/7/2007 | Purchase | 12,000 | $26.4000 | ($316,800.00) | SEK |
| DekaSystem-ChancePlus | 5/23/2007 | Purchase | 10,000 | $26.4000 | ($264,000.00) | SEK |
| Deka-Technologie | 2/5/2007 | Sale | (100,000) | $25.9000 | $2,590,000.00 | SEK |
| Deka-Technologie | 2/12/2007 | Sale | (57,000) | $25.2890 | $1,441,473.00 | SEK |
| Deka-Technologie | 2/28/2007 | Sale | (78,000) | $24.9587 | $1,946,778.60 | SEK |
| Deka-Technologie | 3/12/2007 | Sale | (68,000) | $24.7389 | $1,682,245.20 | SEK |
| Deka-Technologie | 3/19/2007 | Sale | (53,000) | $25.0000 | $1,325,000.00 | SEK |
| Deka-Technologie | 4/12/2007 | Sale | (130,000) | $25.9540 | $3,374,020.00 | SEK |
| Deka-Technologie | 5/15/2007 | Sale | (129,000) | $25.9000 | $3,341,100.00 | SEK |
| Deka-Technologie | 6/8/2007 | Sale | (124,000) | $25.5040 | $3,162,496.00 | SEK |
| Deka-Technologie | 7/6/2007 | Sale | (36,000) | $27.9683 | $1,006,858.80 | SEK |
| Deka-Technologie | 7/20/2007 | Sale | (300,000) | $26.9600 | $8,088,000.00 | SEK |
| Deka-Technologie | 7/24/2007 | Sale | (56,000) | $25.9200 | $1,451,520.00 | SEK |
| Deka-Technologie | 8/9/2007 | Sale | (57,000) | $25.4471 | $1,450,484.70 | SEK |
| Deka-Technologie | 8/28/2007 | Sale | (57,000) | $24.7774 | $1,412,311.80 | SEK |
| Deka-Technologie | 9/11/2007 | Purchase | 25,000 | $25.5584 | ($638,960.00) | SEK |
| Deka-Technologie | 9/12/2007 | Sale | (90,000) | $25.8600 | $2,327,400.00 | SEK |
| Deka-Technologie | 9/19/2007 | Purchase | 190,000 | $26.8500 | ($5,101,500.00) | SEK |
| Deka-Technologie | 10/9/2007 | Sale | (59,000) | $26.2548 | $1,549,033.20 | SEK |
| Deka-Technologie | 10/19/2007 | Sale | (133,000) | $18.9440 | $2,519,552.00 | SEK |
| Deka-Technologie | 10/22/2007 | Sale | (133,000) | $18.3400 | $2,439,220.00 | SEK |
| Deka-Technologie | 10/26/2007 | Sale | (143,000) | $18.7936 | $2,687,484.80 | SEK |
| Deka-Technologie | 11/1/2007 | Sale | (37,000) | $18.8200 | $696,340.00 | SEK |
| Deka-Technologie | 11/7/2007 | Sale | (55,000) | $18.9460 | $1,042,030.00 | SEK |
| Deka-Technologie | 11/20/2007 | Sale | (46,000) | $18.0971 | $832,466.60 | SEK |
| Deka-Technologie CF | 2/5/2007 | Sale | (59,000) | $25.9000 | $1,528,100.00 | SEK |
| Deka-Technologie CF | 2/12/2007 | Sale | (34,000) | $25.2890 | $859,826.00 | SEK |
| Deka-Technologie CF | 2/28/2007 | Sale | (36,000) | $24.9587 | $898,513.20 | SEK |
| Deka-Technologie CF | 3/12/2007 | Sale | (36,000) | $24.7389 | $890,600.40 | SEK |
| Deka-Technologie CF | 3/19/2007 | Sale | (31,000) | $25.0000 | $775,000.00 | SEK |
| Deka-Technologie CF | 4/12/2007 | Sale | (71,000) | $25.9540 | $1,842,734.00 | SEK |
| Deka-Technologie CF | 5/15/2007 | Sale | (56,000) | $25.9000 | $1,450,400.00 | SEK |
| Deka-Technologie CF | 6/8/2007 | Sale | (64,000) | $25.5040 | $1,632,256.00 | SEK |
| Deka-Technologie CF | 7/6/2007 | Sale | (17,000) | $27.9683 | $475,461.10 | SEK |
| Deka-Technologie CF | 7/20/2007 | Sale | (155,000) | $26.9600 | $4,178,800.00 | SEK |
| Deka-Technologie CF | 7/24/2007 | Sale | (25,000) | $25.9200 | $648,000.00 | SEK |
| Deka-Technologie CF | 8/9/2007 | Sale | (29,000) | $25.4471 | $737,965.90 | SEK |
| Deka-Technologie CF | 8/28/2007 | Sale | (33,000) | $24.7774 | $817,654.20 | SEK |
| Deka-Technologie CF | 9/12/2007 | Sale | (50,000) | $25.8600 | $1,293,000.00 | SEK |

| | | | | | | |
|---|---|---|---|---|---|---|
| Deka-Technologie CF | 9/19/2007 | Purchase | 100,000 | $26.8500 | ($2,685,000.00) | SEK |
| Deka-Technologie CF | 10/9/2007 | Sale | (34,000) | $26.2548 | $892,663.20 | SEK |
| Deka-Technologie CF | 10/19/2007 | Sale | (70,000) | $18.9440 | $1,326,080.00 | SEK |
| Deka-Technologie CF | 10/22/2007 | Sale | (70,000) | $18.3400 | $1,283,800.00 | SEK |
| Deka-Technologie CF | 10/26/2007 | Sale | (70,000) | $18.7969 | $1,315,783.00 | SEK |
| Deka-Technologie CF | 11/1/2007 | Sale | (14,000) | $18.8200 | $263,480.00 | SEK |
| Deka-Technologie CF | 11/7/2007 | Sale | (25,000) | $18.9460 | $473,650.00 | SEK |
| Deka-Technologie CF | 11/20/2007 | Sale | (24,000) | $18.0971 | $434,330.40 | SEK |
| Deka-Treasury Total Return | 4/2/2007 | Purchase | 75,000 | $25.4500 | ($1,908,750.00) | SEK |
| Deka-Treasury Total Return | 8/14/2007 | Sale | (75,000) | $25.0400 | $1,878,000.00 | SEK |
| DIM-MAGDEBURG-FONDS | 8/2/2007 | Purchase | 42,000 | $25.8700 | ($1,086,540.00) | SEK |
| DIM-MAGDEBURG-FONDS | 10/3/2007 | Sale | (33,000) | $25.9443 | $856,161.90 | SEK |
| GUTENBERG-FONDS | 3/6/2007 | Purchase | 5,000 | $24.6492 | ($123,246.00) | SEK |
| GUTENBERG-FONDS | 4/4/2007 | Sale | (5,000) | $25.7991 | $128,995.50 | SEK |
| GUTENBERG-FONDS | 5/4/2007 | Sale | (5,000) | $25.9000 | $129,500.00 | SEK |
| GUTENBERG-FONDS | 7/5/2007 | Sale | (8,000) | $27.8340 | $222,672.00 | SEK |
| GUTENBERG-FONDS | 11/6/2007 | Sale | (7,000) | $19.4010 | $135,807.00 | SEK |
| LKKB-FONDS | 9/19/2007 | Purchase | 30,000 | $26.9400 | ($808,200.00) | SEK |
| LKKB-FONDS | 9/20/2007 | Purchase | 15,000 | $26.1000 | ($391,500.00) | SEK |
| Naspa-Aktienfonds Deka | 4/16/2007 | Sale | (3,630) | $26.6500 | $96,739.50 | SEK |
| Naspa-Europafonds Deka | 6/18/2007 | Purchase | 186,000 | $26.9010 | ($5,003,586.00) | SEK |
| Naspa-Europafonds Deka | 8/13/2007 | Sale | (186,000) | $25.1444 | $4,676,858.40 | SEK |
| NNF-FONDS | 6/1/2007 | Purchase | 80,000 | $26.3000 | ($2,104,000.00) | SEK |
| NNF-FONDS | 6/19/2007 | Purchase | 80,000 | $28.0400 | ($2,243,200.00) | SEK |
| NNF-FONDS | 10/16/2007 | Sale | (160,000) | $19.7600 | $3,161,600.00 | SEK |
| PK-FONDS I | 6/1/2007 | Purchase | 70,000 | $26.3000 | ($1,841,000.00) | SEK |
| PK-FONDS I | 6/19/2007 | Purchase | 90,000 | $28.0000 | ($2,520,000.00) | SEK |
| PK-FONDS I | 10/16/2007 | Sale | (130,000) | $19.8400 | $2,579,200.00 | SEK |
| PRODEKA | 4/16/2007 | Purchase | 3,000,000 | $26.6323 | ($79,896,900.00) | SEK |
| PRODEKA | 7/18/2007 | Sale | (1,000,000) | $27.4200 | $27,420,000.00 | SEK |
| PRODEKA | 11/8/2007 | Sale | (1,000,000) | $18.7600 | $18,760,000.00 | SEK |
| PRODEKA | 11/20/2007 | Sale | (1,000,000) | $18.0997 | $18,099,700.00 | SEK |
| REGIONALE-WUPPERTAL-FONDS | 2/7/2007 | Purchase | 6,000 | $25.8500 | ($155,100.00) | SEK |
| REGIONALE-WUPPERTAL-FONDS | 3/6/2007 | Purchase | 12,000 | $24.6492 | ($295,790.40) | SEK |
| REGIONALE-WUPPERTAL-FONDS | 6/7/2007 | Sale | (6,000) | $26.3486 | $158,091.60 | SEK |
| REGIONALE-WUPPERTAL-FONDS | 7/5/2007 | Sale | (9,000) | $27.8340 | $250,506.00 | SEK |
| REGIONALE-WUPPERTAL-FONDS | 8/2/2007 | Sale | (6,000) | $25.8406 | $155,043.60 | SEK |
| REGIONALE-WUPPERTAL-FONDS | 11/6/2007 | Sale | (25,000) | $19.4010 | $485,025.00 | SEK |
| RGK-FONDS | 3/6/2007 | Purchase | 8,000 | $24.6492 | ($197,193.60) | SEK |
| RGK-FONDS | 4/4/2007 | Purchase | 3,000 | $25.7991 | ($77,397.30) | SEK |
| RGK-FONDS | 6/7/2007 | Sale | (6,000) | $26.3486 | $158,091.60 | SEK |
| RGK-FONDS | 7/5/2007 | Sale | (5,000) | $27.8340 | $139,170.00 | SEK |
| RGK-FONDS | 11/6/2007 | Sale | (17,000) | $19.4010 | $329,817.00 | SEK |
| Sigma Plus Balanced | 2/14/2007 | Sale | (25,000) | $25.9500 | $648,750.00 | SEK |

| | | | | | | |
|---|---|---|---|---|---|---|
| Sigma Plus Balanced | 4/4/2007 | Purchase | 20,000 | $25.7991 | ($515,982.00) | SEK |
| Sigma Plus Balanced | 5/10/2007 | Sale | (21,000) | $25.6833 | $539,349.30 | SEK |
| Sigma Plus Balanced | 6/18/2007 | Sale | (23,000) | $26.9608 | $620,098.40 | SEK |
| Sigma Plus Balanced | 7/5/2007 | Sale | (26,000) | $27.8340 | $723,684.00 | SEK |
| Sigma Plus Balanced | 7/16/2007 | Sale | (12,000) | $27.8800 | $334,560.00 | SEK |
| Sigma Plus Balanced | 8/2/2007 | Purchase | 32,000 | $25.8700 | ($827,840.00) | SEK |
| Sigma Plus Balanced | 9/5/2007 | Purchase | 17,000 | $25.4960 | ($433,432.00) | SEK |
| Sigma Plus Balanced | 10/2/2007 | Sale | (16,000) | $25.9621 | $415,393.60 | SEK |
| Sigma Plus Balanced | 11/5/2007 | Sale | (78,000) | $18.7472 | $1,462,281.60 | SEK |
| Sigma Plus Konservativ | 3/6/2007 | Purchase | 48,000 | $24.6492 | ($1,183,161.60) | SEK |
| Sigma Plus Konservativ | 6/7/2007 | Purchase | 35,000 | $26.3486 | ($922,201.00) | SEK |
| Sigma Plus Konservativ | 8/2/2007 | Sale | (75,000) | $25.8406 | $1,938,045.00 | SEK |
| Sigma Plus Konservativ | 9/5/2007 | Purchase | 42,000 | $25.4960 | ($1,070,832.00) | SEK |
| Sigma Plus Konservativ | 10/2/2007 | Sale | (35,000) | $25.9621 | $908,673.50 | SEK |
| Sigma Plus Konservativ | 11/5/2007 | Sale | (69,000) | $18.7472 | $1,293,556.80 | SEK |
| Sigma Plus Offensiv | 2/9/2007 | Sale | (20,000) | $25.6500 | $513,000.00 | SEK |
| Sigma Plus Offensiv | 6/18/2007 | Sale | (52,000) | $26.8600 | $1,396,720.00 | SEK |
| Sigma Plus Offensiv | 7/5/2007 | Sale | (28,000) | $27.9800 | $783,440.00 | SEK |
| Sigma Plus Offensiv | 10/2/2007 | Purchase | 36,000 | $25.9796 | ($935,265.60) | SEK |
| Sigma Plus Offensiv | 11/5/2007 | Sale | (85,000) | $18.7472 | $1,593,512.00 | SEK |
| SSH-FONDS | 3/6/2007 | Purchase | 43,000 | $24.6492 | ($1,059,915.60) | SEK |
| SSH-FONDS | 7/5/2007 | Sale | (102,000) | $27.8340 | $2,839,068.00 | SEK |
| SSH-FONDS | 8/3/2007 | Purchase | 44,000 | $26.1100 | ($1,148,840.00) | SEK |
| SSH-FONDS | 11/6/2007 | Sale | (75,000) | $19.4010 | $1,455,075.00 | SEK |
| STADTBAHN-FONDS | 3/6/2007 | Purchase | 26,000 | $24.6492 | ($640,879.20) | SEK |
| STADTBAHN-FONDS | 5/4/2007 | Sale | (9,000) | $25.9000 | $233,100.00 | SEK |
| STADTBAHN-FONDS | 6/7/2007 | Sale | (9,000) | $26.3486 | $237,137.40 | SEK |
| STADTBAHN-FONDS | 7/5/2007 | Sale | (7,000) | $27.8340 | $194,838.00 | SEK |
| STADTBAHN-FONDS | 8/2/2007 | Sale | (7,000) | $25.8406 | $180,884.20 | SEK |
| STADTBAHN-FONDS | 9/5/2007 | Purchase | 26,000 | $25.4960 | ($662,896.00) | SEK |
| STADTBAHN-FONDS | 11/6/2007 | Sale | (38,000) | $19.4010 | $737,238.00 | SEK |
| SVK-FONDS | 2/7/2007 | Purchase | 81,000 | $25.8603 | ($2,094,687.54) | SEK |
| SVK-FONDS | 6/7/2007 | Purchase | 36,000 | $26.3591 | ($948,929.00) | SEK |
| SVK-FONDS | 8/2/2007 | Sale | (197,000) | $25.8406 | $5,090,598.20 | SEK |
| SVK-FONDS | 9/5/2007 | Purchase | 77,000 | $25.5062 | ($1,963,977.25) | SEK |
| SVK-FONDS | 11/6/2007 | Sale | (104,000) | $19.3932 | $2,016,896.96 | SEK |
| VDI-FONDS | 4/2/2007 | Purchase | 60,000 | $25.4500 | ($1,527,000.00) | SEK |
| VDI-FONDS | 8/14/2007 | Sale | (60,000) | $25.0400 | $1,502,400.00 | SEK |
| VER 03-FONDS | 7/5/2007 | Sale | (25,000) | $27.8340 | $695,850.00 | SEK |
| VER 03-FONDS | 8/3/2007 | Sale | (19,000) | $26.1064 | $496,021.60 | SEK |
| VER 03-FONDS | 10/3/2007 | Purchase | 8,000 | $25.9562 | ($207,649.60) | SEK |
| VERSORGUNGSFONDS | 4/16/2007 | Purchase | 500,000 | $26.6323 | ($13,316,150.00) | SEK |
| VRS-FONDS | 2/16/2007 | Purchase | 125,000 | $25.7000 | ($3,212,500.00) | SEK |
| VRS-FONDS | 4/20/2007 | Sale | (125,000) | $26.2500 | $3,281,250.00 | SEK |
| VRS-FONDS | 9/19/2007 | Purchase | 100,000 | $26.9400 | ($2,694,000.00) | SEK |
| VRS-FONDS | 9/20/2007 | Purchase | 50,000 | $26.0900 | ($1,304,500.00) | SEK |
| VRS-FONDS | 10/1/2007 | Purchase | 30,000 | $25.7000 | ($771,000.00) | SEK |
| VRS-FONDS | 10/16/2007 | Purchase | 60,000 | $19.6000 | ($1,176,000.00) | SEK |
| VSW-FONDS 1 | 2/16/2007 | Purchase | 15,000 | $25.7000 | ($385,500.00) | SEK |
| VSW-FONDS 1 | 4/23/2007 | Sale | (15,000) | $25.8500 | $387,750.00 | SEK |

| VSW-FONDS 1 | 9/19/2007 | Purchase | 10,000 | $26.9400 | ($269,400.00) | SEK |
| VSW-FONDS 1 | 9/20/2007 | Purchase | 5,000 | $26.0900 | ($130,450.00) | SEK |
| VSW-FONDS 1 | 10/16/2007 | Purchase | 7,000 | $19.6000 | ($137,200.00) | SEK |
| ZV-FONDS | 7/5/2007 | Purchase | 29,000 | $27.8200 | ($806,780.00) | SEK |

5,0250% ERICSSON EO 07/14FLR

| Fund Name | Trade Date | Transaction Type | No of Shares | Price | Cost/Proceeds | CCY |
|---|---|---|---|---|---|---|
| A-BAD-PYRMONT II-FONDS | 6/28/2007 | Purchase | 150,000 | $0.9982 | ($149,728.50) | EUR |
| A-COPBONFONDS 01 | 6/20/2007 | Purchase | 150,000 | $0.9982 | ($149,727.00) | EUR |
| A-FLORA-FONDS | 6/20/2007 | Purchase | 175,000 | $0.9987 | ($174,769.00) | EUR |
| A-GRAF-ADOLF II-FONDS | 6/20/2007 | Purchase | 150,000 | $0.9982 | ($149,727.00) | EUR |
| A-HLA 2-FONDS | 10/2/2007 | Purchase | 250,000 | $0.9793 | ($244,825.00) | EUR |
| A-JENA-CORP-FONDS | 6/20/2007 | Purchase | 225,000 | $0.9982 | ($224,590.50) | EUR |
| A-LIPPE-FONDS V | 6/20/2007 | Purchase | 250,000 | $0.9985 | ($249,620.00) | EUR |
| A-LIPPE-FONDS V | 8/13/2007 | Sale | (250,000) | $0.9942 | $248,550.00 | EUR |
| A-SKKM-FONDS | 10/29/2007 | Purchase | 300,000 | $0.9828 | ($294,852.00) | EUR |
| DIM-EURORENT-HAEK-FONDS | 6/20/2007 | Purchase | 500,000 | $0.9987 | ($499,340.00) | EUR |
| LM 5-FONDS | 6/20/2007 | Purchase | 250,000 | $0.9982 | ($249,545.00) | EUR |
| LM 6-FONDS | 6/20/2007 | Purchase | 250,000 | $0.9982 | ($249,545.00) | EUR |
| LWH-FONDS | 6/20/2007 | Purchase | 450,000 | $0.9985 | ($449,316.00) | EUR |
| SK CorporateBond Invest Deka | 6/20/2007 | Purchase | 450,000 | $0.9992 | ($449,631.00) | EUR |

5,3750% ERICSSON EO 07/17

| Fund Name | Trade Date | Transaction Type | No of Shares | Price | Cost/Proceeds | CCY |
|---|---|---|---|---|---|---|
| A-SH 3-FONDS | 10/1/2007 | Purchase | 100,000 | $0.9855 | ($98,554.00) | EUR |

## CERTIFICATION

I, Robert E. Tierney, as Executive Officer of Boston Retirement Board, hereby certify as follows:

1.    I am fully authorized to enter into and execute this Certification on behalf of the State-Boston Retirement System ("Boston").  I have reviewed a complaint prepared against Ericsson LM Telephone Co. ("Ericsson") alleging violations of the federal securities laws;

2.    Boston did not purchase securities of Ericsson at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.    Boston is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4.    Boston's transactions in the securities of Ericsson as reflected in Exhibit A, are attached hereto;

5.    Boston has not sought to serve as a lead plaintiff in a class action under the federal securities laws during the last three years, except for the following:

> *In Re Amkor Technology, Inc. Securities Litigation (**appointed**)*
> *Garber v. Juniper Networks, Inc. (withdrew)*
> *In re SafeNet, Inc. Securities Litigation (**appointed**)*
> *In re Take-Two Interactive Software Securities Litigation (Class Representative)*
> *Ellen Rosenthal Brodsky v. Yahoo! Inc. et al, (not appointed)*
> *In re Luminent Mortgage Capital, Inc., Securities Litigation (pending)*
> *Briarwood Investments, Inc. v. Care Investment Trust, Inc. (pending)*

6.    Beyond its pro rata share of any recovery, Boston will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __27__ day of November, 2007.

Robert E. Tierney
*Executive Officer of Boston Retirement Board*

## EXHIBIT A

## TRANSACTIONS IN
## ERICSSON LM TELEPHONE CO.

ERICSSON(LM) TEL

| Transaction Type | Trade Date | Settle Date | Shares | Base Price Per Share | Base Cost/ Proceeds |
|---|---|---|---|---|---|
| Purchase | 02/14/07 | 02/19/07 | 45,661.00 | $ 3.67 | ($167,784.14) |
| Purchase | 02/27/07 | 03/02/07 | 82,300.00 | $ 3.63 | ($299,649.91) |
| Purchase | 02/28/07 | 03/05/07 | 21,200.00 | $ 3.58 | ($75,951.80) |
| Purchase | 03/01/07 | 03/06/07 | 76,000.00 | $ 3.50 | ($266,903.47) |
| Purchase | 03/07/07 | 03/12/07 | 55,000.00 | $ 3.42 | ($188,526.59) |
| Sale | 05/11/07 | 05/16/07 | -23,040.00 | $ 3.74 | $85,883.73 |
| Purchase | 05/16/07 | 05/22/07 | 43,100.00 | $ 3.81 | ($164,447.47) |
| Purchase | 05/18/07 | 05/23/07 | 300.00 | $ 3.81 | ($1,144.05) |
| Purchase | 05/22/07 | 05/25/07 | 32,600.00 | $ 3.81 | ($124,465.30) |
| Purchase | 05/31/07 | 06/05/07 | 97,000.00 | $ 3.80 | ($369,604.36) |
| Purchase | 06/04/07 | 06/08/07 | 38,000.00 | $ 3.81 | ($145,046.26) |
| Sale | 06/07/07 | 06/12/07 | -263,083.00 | $ 3.75 | $987,089.14 |
| Purchase | 06/07/07 | 06/12/07 | 38,000.00 | $ 3.79 | ($144,172.55) |
| Purchase | 06/14/07 | 06/19/07 | 77,000.00 | $ 3.71 | ($286,544.60) |
| Purchase | 07/25/07 | 07/30/07 | 62,000.00 | $ 3.84 | ($238,551.50) |
| Purchase | 10/25/07 | 10/30/07 | 262,000.00 | $ 2.94 | ($770,601.30) |

ADR ERICSSON L M TEL CO

| Transaction Type | Trade Date | Settle Date | Shares | Base Price Per Share | Base Cost/ Proceeds |
|---|---|---|---|---|---|
| Purchase | 02/27/07 | 03/02/07 | 7,090.00 | $ 35.74 | ($253,488.77) |