# Exhibit C

BUS          Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action
             Oct 29 2007  17:30


Suit Against Ericsson LM Telephone Co.



NEW YORK--(BUSINESS WIRE)--October 29, 2007
Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") (http://www.csgrr.com/cases/ericsson/) today announced that a class action has been commenced in the United States District Court for the Southern District of New York on behalf of a Class consisting of all persons other than Defendants who purchased or otherwise acquired publicly traded securities of Ericsson LM Telephone Co. ("Ericsson" or the "Company") (NASDAQ:ERIC) between September 11, 2007 and October 15, 2007 (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

   If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Samuel H. Rudman or David A. Rosenfeld of Coughlin Stoia at 800/449-4900 or 619/231-1058, or via e-mail at djr@csgrr.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.csgrr.com/cases/ericsson/. Any member of the purported class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

   The complaint charges Ericsson and certain of its officers and directors with violations of the Exchange Act. Ericsson is a Sweden-based company that offers a portfolio of telecommunication and data communication systems and services covering a range of technologies.

   According to the complaint, during the Class Period, Defendants issued materially false and misleading statements regarding the Company's business and financial results. The complaint alleges that Defendants knew or recklessly disregarded that: (i) the Company was experiencing declining sales in its networks due to lower sales of expansions and upgrades of mobile networks; (ii) sales in Western Europe were declining due to operator consolidation in several markets; and (iii) as a result, Defendants lacked a reasonable basis for their positive statements about the Company's business.

   On October 16, 2007, before the market opened, Ericsson issued a release entitled "Lower than expected result for Ericsson in third quarter 2007". That same day, after these results were issued,

BUS        Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action
           Oct 29 2007  17:30

Ericsson's stock collapsed to close at $31.33 per share, a decline of 24%, on volume of 42.7 million shares.

   Plaintiff seeks to recover damages on behalf of a Class consisting of all persons other than Defendants who purchased or otherwise acquired publicly traded securities of Ericsson between September 11, 2007 and October 15, 2007, against Ericsson seeking to pursue remedies under the Exchange Act. The plaintiff is represented by Coughlin Stoia, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

   Coughlin Stoia, a 190-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Houston and Philadelphia, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. Coughlin Stoia lawyers have been responsible for more than $45 billion in aggregate recoveries. The Coughlin Stoia Web site (http://www.csgrr.com) has more information about the firm.


CONTACT:
Coughlin Stoia Geller Rudman & Robbins LLP
Samuel H. Rudman, 800-449-4900
David A. Rosenfeld
djr@csgrr.com

-0- Oct/29/2007 21:30 GMT

Copyright (c) 2007