UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
MERRILL STEINBERG, Individually, and             :
On Behalf of All Others Similarly Situated,         :
                                                                          :    Electronically Filed
                                        Plaintiff,                 :
                                                                          :    Civil Action No.: 1:07-cv-09615-RPP
                    v.                                                 :    (ECF Case)
                                                                          :
ERICSSON LM TELEPHONE CO., CARL- :    Hon. Robert P. Patterson
HENRIC SVANBERG and KARL-HENRIK :
SUNDSTROM,                                              :
                                                                          :
                                        Defendants.          :
---------------------------------------------------------- x
*(Additional Captions on the Following Page)*

**CERTIFICATE OF SERVICE**

```
------------------------------------------------------- x
STATE-BOSTON RETIREMENT SYSTEM,      :
Individually, and On Behalf of All Others :
Similarly Situated,                  :   Electronically Filed
                                     :
            Plaintiff,               :   Civil Action No.: 1:07-cv-10659-RPP
                                     :   (ECF Case)
    v.                               :
                                     :   Hon. Robert P. Patterson
ERICSSON LM TELEPHONE CO., CARL-     :
HENRIK SVANBERG and KARL-HENRIK      :
SUNDSTROM,                           :
                                     :
            Defendants.              :
------------------------------------------------------- x
CITY OF EDINBURGH COUNCIL ON         :
BEHALF OF THE LOTHIAN PENSION        :
FUND, FORTIS INVESTMENT              :   Electronically Filed
MANAGEMENT N.V./S.A., and DEKA       :
INVESTMENT GmbH, Individually, and On:   Civil Action No.: 1:07-cv-11617-RPP
Behalf of All Others Similarly Situated, :   (ECF Case)
                                     :
            Plaintiff,               :   Hon. Robert P. Patterson
                                     :
    v.                               :
                                     :
ERICSSON LM TELEPHONE CO., CARL-     :
HENRIK SVANBERG and KARL-HENRIK      :
SUNDSTROM,                           :
                                     :
            Defendants.              :
------------------------------------------------------- x
```

I, Christopher J. Keller, hereby certify, that on December 28, 2007, I electronically filed true and correct copies of the foregoing documents:

•	Motion of the Ericsson Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

•	Memorandum of Law in Support of the Motion of the Ericsson Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

•	Declaration of Alan I. Ellman in Support of the Motion of the Ericsson Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

drosenfeld@csgrr.com; srudman@csgrr.com; dkramer@paulweiss.com;

bkarp@paulweiss.com; sbuergel@paulweiss.com; aellman@labaton.com;

arado@labaton.com; ckeller@labaton.com; ebelfi@labaton.com

and I hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following non-ECF participant:

ALEXANDER REUS, JD (Germany/USA), LLM
Board Certified International Lawyer
DIAZ REUS ROLFF & TARG LLP
GLOBAL EXPANSION GROUP
100 S.E. Second Street, Suite 2610
Miami, Florida 33131
Tel. +1-786-235-5000 ext. 127
Fax +1-786-235-5005
Cell +1-786-853-5666
areus@drrt.com <mailto:areus@drrt.com>

/s/ Christopher J. Keller
Christopher J. Keller (CK-2347)