# Exhibit B

JACQUES FURHER TRANSACTIONS IN ERICSSON SECURITIES
Class Period: 2/2/07 - 11/20/2007

| Security Type | Purchase/Sale | Trade Date | Number of Shares | Price | Total Cost/Proceeds | Stock Exchange |
|---|---|---|---|---|---|---|
| Common stock | Purchase | 9/20/2007 | 7,100 | $42.500 | ($301,750.00) | LS |
| Common stock | Purchase | 9/20/2007 | 4,400 | $42.500 | ($187,000.00) | LS |
| Common stock | Purchase | 9/25/2007 | 1,000 | $42.500 | ($42,500.00) | LS |
| Common stock | Purchase | 9/26/2007 | 7,500 | $42.500 | ($318,750.00) | LS |
| Common stock | Purchase | 10/18/2007 | 5,600 | $42.500 | ($238,000.00) | LS |
| Common stock | Sale | 10/18/2007 | -5,600 | $29.895 | $167,412.00 | LS |
| Common stock | Purchase | 10/18/2007 | 7,500 | $42.500 | ($318,750.00) | LS |
| Common stock | Purchase | 10/18/2007 | 2,500 | $42.500 | ($106,250.00) | LS |
| Common stock | Sale | 9/26/2007 | -20,000 | $35.000 | $700,000.00 | LS |
| Common stock | Sale | 9/26/2007 | -7,500 | $29.820 | $223,650.00 | LS |
| | | | | | ($421,938.00) | |
| Common stock | Purchase | 10/18/2007 | 4,500 | $42.500 | ($191,250.00) | DLC |
| Common stock | Sale | 10/18/2007 | -4,500 | $29.670 | $133,515.00 | DLC |
| | | | | | ($57,735.00) | |
| | | Retained*: | 2,500 | $2.400 | $6,000.00 | |
| | | | Loss on stock trades: | | ($473,673.00) | |
| | | | Total funds expended: | | ($1,704,250.00) | |
| | | | Total funds received: | | $1,224,577.00 | |
| | | | Net funds expended: | | ($479,673.00) | |

| Security Type | Purchase/Sale | Trade Date | Number of Shares | Price | Total Cost/Proceeds | Stock Exchange |
|---|---|---|---|---|---|---|
| Call Sep @ 37.5 | Sale | 8/10/2007 | -10,000 | $1.500 | $15,000.00 | LS |
| Call Sep @ 35 | Sale | 8/14/2007 | -10,000 | $2.500 | $25,000.00 | LS |
| Call Sep @ 35 | Sale | 8/28/2007 | -10,000 | $1.450 | $14,500.00 | LS |
| Call Sep @ 35 | Sale | 9/7/2007 | -10,000 | $1.550 | $15,500.00 | LS |
| Call Sep @ 35 | Purchase | 9/11/2007 | 10,000 | $3.100 | ($31,000.00) | LS |
| Call Sep @ 37.5 | Purchase | 9/12/2007 | 10,000 | $2.050 | ($20,500.00) | LS |
| Put Sep @ 42.5 | Sale | 9/13/2007 | -20,000 | $2.860 | $57,200.00 | LS |
| Put Oct @ 42.5 | Sale | 9/19/2007 | -10,000 | $2.250 | $22,500.00 | LS |
| Call Oct @ 37.5 | Sale | 9/20/2007 | -20,000 | $2.350 | $47,000.00 | LS |
| Call Oct @ 37.5 | Sale | 9/24/2007 | -10,000 | $1.850 | $18,500.00 | LS |
| Put Oct @ 42.5 | Sale | 9/28/2007 | -10,000 | $2.600 | $26,000.00 | LS |
| Call Oct @ 37.5 | Purchase | 10/5/2007 | 30,000 | $4.053 | ($121,590.00) | LS |
| Put Oct @ 42.5 | Purchase | 10/5/2007 | 20,000 | $1.575 | ($31,500.00) | LS |
| Put Oct @ 42.5 | Sale | 10/9/2007 | -10,000 | $2.350 | $23,500.00 | LS |
| Put Nov @ 42.5 | Sale | 10/11/2007 | -20,000 | $1.950 | $39,000.00 | LS |
| Put Oct @ 42.5 | Sale | 10/11/2007 | -30,000 | $1.800 | $54,000.00 | LS |
| Put Nov @ 42.5 | Sale | 10/12/2007 | -10,000 | $2.500 | $25,000.00 | LS |
| Put Oct @ 42.5 | Purchase | 10/16/2007 | 10,000 | $11.300 | ($113,000.00) | LS |
| Put Nov @ 42.5 | Purchase | 10/16/2007 | 10,000 | $11.500 | ($115,000.00) | LS |
| Put Oct @ 42.5 | Purchase | 10/16/2007 | 10,000 | $11.740 | ($117,400.00) | LS |
| Put Nov @ 42.5 | Purchase | 10/17/2007 | 4,400 | $11.700 | ($51,480.00) | LS |
| | | | | | ($218,770.00) | |
| Call Sep @ 35 | Sale | 8/28/2007 | -10,000 | $1.900 | $19,000.00 | DLC |
| Put Sep @ 37.5 | Sale | 8/30/2007 | -10,000 | $1.250 | $12,500.00 | DLC |
| Put Sep @ 37.5 | Sale | 8/31/2007 | -10,000 | $1.150 | $11,500.00 | DLC |
| Put Sep @ 37.5 | Purchase | 9/12/2007 | 10,000 | $0.200 | ($2,000.00) | DLC |

| Option | Type | Date | Quantity | Price | Amount | |
|---|---|---|---|---|---|---|
| Put Sep @ 37.5 | Purchase | 9/12/2007 | 10,000 | $0.250 | ($2,500.00) | DLC |
| Put Sep @ 40 | Sale | 9/12/2007 | -10,000 | $1.000 | $10,000.00 | DLC |
| Put Sep @ 40 | Sale | 9/13/2007 | -10,000 | $0.900 | $9,000.00 | DLC |
| Put Sep @ 40 | Purchase | 9/17/2007 | 10,000 | $1.200 | ($12,000.00) | DLC |
| Call Sep @ 35 | Purchase | 9/19/2007 | 5,000 | $5.430 | ($27,150.00) | DLC |
| Call Sep @ 35 | Purchase | 9/19/2007 | 5,000 | $5.780 | ($28,900.00) | DLC |
| Call Sep @ 40 | Sale | 9/19/2007 | -5,000 | $0.600 | $3,000.00 | DLC |
| Call Sep @ 40 | Sale | 9/19/2007 | -5,000 | $0.500 | $2,500.00 | DLC |
| Put Oct @ 42.5 | Sale | 9/19/2007 | -10,000 | $2.200 | $22,000.00 | DLC |
| Put Sep @ 40 | Purchase | 9/20/2007 | 10,000 | $0.700 | ($7,000.00) | DLC |
| Put Oct @ 42.5 | Purchase | 9/27/2007 | 5,000 | $3.300 | ($16,500.00) | DLC |
| Put Jan @ 42.5 | Sale | 9/27/2007 | -5,000 | $4.120 | $20,600.00 | DLC |
| Put Oct @ 42.5 | Purchase | 9/28/2007 | 5,000 | $2.850 | ($14,250.00) | DLC |
| Put Jan @ 42.5 | Sale | 10/1/2007 | -5,000 | $3.900 | $19,500.00 | DLC |
| Call Oct @ 40 | Sale | 10/3/2007 | -10,000 | $1.100 | $11,000.00 | DLC |
| Call Oct @ 40 | Purchase | 10/15/2007 | 10,000 | $1.200 | ($12,000.00) | DLC |
| Put Jan @ 42.5 | Purchase | 10/15/2007 | 5,000 | $11.500 | ($57,500.00) | DLC |
| Put Jan @ 42.5 | Purchase | 10/18/2007 | 500 | $12.900 | ($6,450.00) | DLC |
| | | | | | ($45,650.00) | |

Total loss on options trading: ($264,420.00)

**TOTAL COMBINED LOSS:** **($738,093.00)**

Total funds expended: ($787,720.00)
Total funds received: $523,300.00
Net Funds expended: ($264,420.00)

*Lookback price is based upon the mean trading price from 11/20/07 to 12/27/07 (converted in USD as of 12/27/07).