UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MERRILL STEINBERG, Individually, and On Behalf of All Others Similarly Situated, : :   : | |
| : | Electronically Filed |
| Plaintiff,  : | |
| : | Civil Action No.: 1:07-cv-09615-RPP |
| v.         : | (ECF Case) |
| : | |
| ERICSSON LM TELEPHONE CO., CARL- : HENRIC SVANBERG and KARL-HENRIK : SUNDSTROM, | Hon. Robert P. Patterson |
| : | |
| : | |
| Defendants.  : | |

*(Additional Captions on the Following Page)*

**CERTIFICATE OF SERVICE**

```
------------------------------------------------------- x
STATE-BOSTON RETIREMENT SYSTEM,     :
Individually, and On Behalf of All Others           :
Similarly Situated,                                 :       Electronically Filed
                                                    :
                Plaintiff,                          :       Civil Action No.: 1:07-cv-10659-RPP
                                                    :       (ECF Case)
        v.                                          :
                                                    :       Hon. Robert P. Patterson
ERICSSON LM TELEPHONE CO., CARL-    :
HENRIK SVANBERG and KARL-HENRIK     :
SUNDSTROM,                                          :
                                                    :
                Defendants.                         :
------------------------------------------------------- x
CITY OF EDINBURGH COUNCIL ON                        :
BEHALF OF THE LOTHIAN PENSION                       :
FUND, FORTIS INVESTMENT                             :       Electronically Filed
MANAGEMENT N.V./S.A., and DEKA                      :
INVESTMENT GmbH, Individually, and On               :       Civil Action No.: 1:07-cv-11617-RPP
Behalf of All Others Similarly Situated,            :       (ECF Case)
                                                    :
                Plaintiff,                          :       Hon. Robert P. Patterson
                                                    :
        v.                                          :
                                                    :
ERICSSON LM TELEPHONE CO., CARL-    :
HENRIK SVANBERG and KARL-HENRIK     :
SUNDSTROM,                                          :
                                                    :
                Defendants.                         :
------------------------------------------------------- x
```

I, Christopher J. Keller, hereby certify, that on January 28, 2008, I electronically filed true and correct copies of the foregoing documents:

- Reply Memorandum of Law in Further Support of the Motion of the Ericsson Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel

- Exhibits 1-4

with the Clerk of the Court using the ECF system which will send notification to the following:

drosenfeld@csgrr.com; dkramer@paulweiss.com; bkarp@paulweiss.com

sbuergel@paulweiss.com; ckeller@labaton.com; ebelfi@labaton.com;

arado@laabton.com; aellman@labaton.com; lmccabe@murrayfrank.com

and I hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following non-ECF participant:

ALEXANDER REUS, JD (Germany/USA), LLM
Board Certified International Lawyer
DIAZ REUS ROLFF & TARG LLP
GLOBAL EXPANSION GROUP
100 S.E. Second Street, Suite 2610
Miami, Florida 33131
Tel. +1-786-235-5000 ext. 127
Fax +1-786-235-5005
Cell +1-786-853-5666
areus@drrt.com <mailto:areus@drrt.com>

/s/ _Christopher J. Keller_____
Christopher J. Keller (CK-2347)