UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
MERRILL STEINBERG, Individually, and : 
On Behalf of All Others Similarly Situated, :
: Electronically Filed
Plaintiff, :
: Civil Action No.: 1:07-cv-09615-RPP
v. : (ECF Case)
:
ERICSSON LM TELEPHONE CO., CARL- : Hon. Robert P. Patterson
HENRIC SVANBERG and KARL-HENRIK :
SUNDSTROM, :
:
Defendants. :
---------------------------------------------------------- x

*(Additional Captions on the Following Page)*

## CERTIFICATE OF SERVICE

------------------------------------------------------- x
STATE-BOSTON RETIREMENT SYSTEM,    :
Individually, and On Behalf of All Others          :
Similarly Situated,                                :   Electronically Filed
                                                   :
               Plaintiff,                  :   Civil Action No.: 1:07-cv-10659-RPP
                                                   :   (ECF Case)
     v.                                           :
                                                   :   Hon. Robert P. Patterson
ERICSSON LM TELEPHONE CO., CARL-   :
HENRIK SVANBERG and KARL-HENRIK    :
SUNDSTROM,                                         :
                                                   :
               Defendants.                 :
------------------------------------------------------- x
CITY OF EDINBURGH COUNCIL ON       :
BEHALF OF THE LOTHIAN PENSION      :
FUND, FORTIS INVESTMENT            :   Electronically Filed
MANAGEMENT N.V./S.A., and DEKA     :
INVESTMENT GmbH, Individually, and On :   Civil Action No.: 1:07-cv-11617-RPP
Behalf of All Others Similarly Situated,           :   (ECF Case)
                                                   :
               Plaintiff,                  :   Hon. Robert P. Patterson
                                                   :
     v.                                           :
                                                   :
ERICSSON LM TELEPHONE CO., CARL-   :
HENRIK SVANBERG and KARL-HENRIK    :
SUNDSTROM,                                         :
                                                   :
               Defendants.                 :
------------------------------------------------------- x

I, Christopher J. Keller, hereby certify, that on January 31, 2008, I electronically filed a true and correct copy of the foregoing document:

- Motion to Strike The Reply Brief of Jacques Furher

with the Clerk of the Court using the ECF system which will send notification to the following:

drosenfeld@csgrr.com; dkramer@paulweiss.com; bkarp@paulweiss.com

sbuergel@paulweiss.com; ckeller@labaton.com; ebelfi@labaton.com;

arado@laabton.com; aellman@labaton.com; lmccabe@murrayfrank.com

and I hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the following non-ECF participant:

ALEXANDER REUS, JD (Germany/USA), LLM
Board Certified International Lawyer
DIAZ REUS ROLFF & TARG LLP
GLOBAL EXPANSION GROUP
100 S.E. Second Street, Suite 2610
Miami, Florida 33131
Tel. +1-786-235-5000 ext. 127
Fax +1-786-235-5005
Cell +1-786-853-5666
areus@drrt.com <mailto:areus@drrt.com>

        /s/ __Christopher J. Keller_____
        Christopher J. Keller (CK-2347)