UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERRILL STEINBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>ERICSSON LM TELEPHONE CO., CARL-HENRIC SVANBERG and KARL-HENRIK SUNDSTROM,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 07-9615<br><br>Judge Robert P. Patterson |

　　　　Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants Telefonaktiebolaget LM Ericsson (a/k/a Ericsson LM Telephone Co.), Carl-Henric Svanberg, and Karl-Henrik Sundstrom.

Dated: February 1, 2008

　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

　　　　　　　　　　　　　　　　By:　/s/ Anouck C. Giovanola

　　　　　　　　　　　　　　　　　Anouck C. Giovanola
　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　New York, NY 10019-6064
　　　　　　　　　　　　　　　　　agiovanola@paulweiss.com
　　　　　　　　　　　　　　　　　Telephone: (212) 373-3764

　　　　　　　　　　　　　　　　　*Attorneys for Defendants Telefonaktiebolaget LM Ericsson, Carl-Henric Svanberg,* and *Karl-Henrik Sundstrom*

TO:

Samuel H. Rudman
David A. Rosenfeld
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747

*Attorneys for Plaintiff Merrill Steinberg*


Christopher J. Keller
Eric J. Belfi
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005

*Attorneys for the Ericsson Institutional Investor Group*


Lawrence McCabe
Brian Murray
MURRAY, FRANK & SAILER LLP
275 Madison Avenue, 8th Floor
New York, New York 10016

*Attorneys for Jacques Furher*