AFFIDAVIT OF SERVICE BY FEDEX

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Trevor J. Hill, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On February 1, 2008, I personally served a true copy of the foregoing: NOTICE OF APPEARANCE on the following:

> Lawrence McCabe, Esq.
> Brian Murray, Esq.
> MURRAY, FRANK & SAILER LLP
> 275 Madison Avenue, 8th Floor
> New York, New York 10016

3. I made such service by personally enclosing a true copy of the aforementioned document in a properly addressed pre-paid wrapper and delivering it to a Federal Express office for Priority Overnight delivery.

_____
Trevor J. Hill

Sworn to before me this
1st day of February, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008