**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MERRILL STEINBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ERICSSON LM TELEPHONE CO., CARL-HENRIC SVANBERG and KARL-HENRIK SUNDSTROM,<br><br>    Defendants. | ) <br>)<br>) **CIVIL ACTION NO. 07-CV-9615-RPP**<br>)<br>) "ECF CASE"<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF BRIAN P. MURRAY  IN OPPOSITION**
**TO INSTITUTIONAL INVESTOR GROUP'S MOTION**
**TO STRIKE**

I, Brian P. Murray, declare as follows:

1.      I am a member of the bar of this Court and the of law firm Murray, Frank &

Sailer LLP, counsel for lead plaintiff movant Jacques Furher.  I submit this Declaration in

Support of Mr. Furher's Opposition to the Institutional Investor Group's Motion to Strike.

2.      I did not receive an electronic notice of filing informing me that the Institutional

Investor Group had filed a reply brief on January 28, 2008 in the above-captioned actions, nor

did I receive a hard copy of the Institutional Investor Group's  reply at any time before the filing

of Mr. Furher's reply brief.  At no time before the filing of Mr. Furher's reply brief in the above-

captioned action did I see, read, or review the Institutional Investor Group's reply brief.

3.      Moreover, I did not receive electronic notice of the Institutional Investor Group's

motion to strike Mr. Furher's reply brief, and indeed did not know that the Institutional Investor

Group had so moved until the Institutional Investor Group's counsel, Christopher Keller asked

whether Mr. Furher would be opposing the motion.  Attached hereto as Exhibit A is a true and

correct copy of the e-mail from Christopher Keller to Brian P. Murray, dated February 4, 2008.

7.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on February __, 2008.

_____/s/_____
                Brian P. Murray

1