# EXHIBIT A

## Brian P. Murray, Esq.

**From:** Keller, Christopher J. [ckeller@labaton.com]
**Sent:** Monday, February 04, 2008 7:59 PM
**To:** Brian P. Murray, Esq.
**Cc:** Rado, Andrei; Chan, Cindy
**Subject:** RE: Ericsson

I have a doctors appointment in the morning, so the afternoon on 2/15 works best. Please coordinate with Andrei here to jointly contact the court tomorrow and let them know of our preference. We'll you be filing an opposition to our motion to strike?


Christopher J. Keller, Esq.
Partner
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Phone: (212) 907-0853
Fax: (212) 883-7053
e-mail: ckeller@labaton.com
www.Labaton.com

---

**From:** Brian P. Murray, Esq. [mailto:bmurray@murrayfrank.com]
**Sent:** Monday, February 04, 2008 4:43 PM
**To:** Keller, Christopher J.
**Subject:** Ericsson

```
We can do the argument 2/15 either time.
```

***Privilege and Confidentiality Notice***

This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.