UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERRILL STEINBERG, Individually and On Behalf of All Others Similarly Situated, | ) ) ) **CIVIL ACTION NO. 07-CV-9615-RPP** |
| Plaintiff, | ) ) "ECF CASE" |
| vs. | ) |
| ERICSSON LM TELEPHONE CO., CARL-HENRIC SVANBERG and KARL-HENRIK SUNDSTROM, | ) ) ) |
| Defendants. | ) |

**DECLARATION OF LAWRENCE D. McCABE IN OPPOSITION
TO INSTITUTIONAL INVESTOR GROUP'S MOTION
TO STRIKE**

I, Lawrence McCabe, declare as follows:

1.      I am a member of the bar of this Court and the of law firm Murray, Frank & Sailer LLP, counsel for lead plaintiff movant Jacques Furher.  I submit this Declaration in Support of Mr. Furher's Opposition to the Institutional Investor Group's Motion to Strike.

2.      I did not receive an electronic notice of filing informing me that the Institutional Investor Group had filed a reply brief on January 28, 2008 in the above-captioned actions, nor did I receive a hard copy of the Institutional Investor Group's reply at any time before the filing of Mr. Furher's reply brief.  At no time before the filing of Mr. Furher's reply brief in the above-captioned action did I see, read, or review the Institutional Investor Group's reply brief.

3.      Moreover, I did not receive electronic notice of the Institutional Investor Group's motion to strike Mr. Furher's reply brief.

7.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2008.

                                                                    _____/s/_____
                                                                      Lawrence D. McCabe