# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2008, I caused to be electronically filed the foregoing JACQUES FURHER'S MEMORANDUM OF LAW IN OPPOSITION TO THE INSTITUTIONAL INVESTOR GROUP'S MOTION TO STRIKE, THE DECLARATION OF BRIAN P. MURRAY IN OPPOSITION TO THE INSTITUTIONAL INVESTOR GROUP'S MOTION TO STRIKE, and THE DECLARATION OF LAWRENCE D. MCCABE IN OPPOSITION TO THE INSTITUTIONAL INVESTOR GROUP'S MOTION TO STRIKE with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

I FURTHER CERTIFY that I caused the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

N/A

**MURRAY, FRANK & SAILER LLP**

By: _____/s/_____
Brian P. Murray (BM 9954)
Lawrence D. McCabe (LM 1846)
Brian Brooks
275 Madison Avenue, 8th Floor
New York, New York 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

**Proposed Lead Counsel for the Class**