# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
RUSSELL HENNING, Individually and On Behalf     :
of All Others Similarly Situated,                               :   Electronically Filed
                                                                         :
                          Plaintiff,                                  :   Civil Action No.: 1:07-cv-00312-GBD
         vs.                                                           :
                                                                         :   (ECF Case)
CELESTICA INC., STEPHEN W. DELANEY       :
and ANTHONY P. PUPPI,                                  :
                                                                         :
                          Defendants.                            :
                                                                         :
------------------------------------------------------------ x

*(Additional captions on the following pages)*

# [PROPOSED] ORDER FOR APPOINTMENT LEAD PLAINTIFF, APPROVAL OF SELECTION OF LEAD COUNSEL AND CONSOLIDATION

|  |  |
|---|---|
| SHERRY SAYLOR, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br>vs.<br><br>CELESTICA INC., STEPHEN W. DELANEY and ANTHONY P. PUPPI,<br><br>                Defendants. | Civil Action No.: 1:07-cv-00557-GBD<br><br>(ECF Case) |
| SHERRY SAYLOR, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br>vs.<br><br>CELESTICA INC., STEPHEN W. DELANEY and ANTHONY P. PUPPI,<br><br>                Defendants. | Civil Action No.: 1:07-cv-01228-GBD<br><br>(ECF Case) |
| MILLWRIGHT REGIONAL COUNCIL OF ONTARIO PENSION TRUST FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br>vs.<br>CELESTICA INC., STEPHEN W. DELANEY and ANTHONY P. PUPPI,<br><br>                Defendants. | Civil Action No.: 1:07-cv-01850-GBD<br><br>(ECF Case) |
| DANIEL STIRK, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br>vs.<br><br>CELESTICA INC., STEPHEN W. DELANEY and ANTHONY P. PUPPI,<br><br>                Defendants. | Civil Action No.: 1:07-cv-01980-GBD<br><br>(ECF Case) |

Having considered the motion of the Drywall Acoustic Lathing and Insulation Local 675 Pension Fund ("DALI"); Millwright Regional Council of Ontario Pension Trust Fund ("Millwright"); Carpenters' Local 27 Benefit Trust Funds ("Carpenters Local 27"); and New Orleans Employees' Retirement System ("New Orleans") (collectively, the "Pension Fund Group") to be appointed Lead Plaintiff and for approval of Lead Plaintiff's selection of Lead Counsel, the Memorandum of Law in support thereof, the Declaration of Christopher J. Keller in support of that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The motion is granted.

2. This Order (the "Order") shall apply to the above-captioned action (the "Action") and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with the Action.

3. A Master File is established for this proceeding. The Master File shall be Civil Action No. 07-CV-00312-GBD. The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

4. An original of this Order shall be filed by the Clerk in the Master File.

5. The Clerk shall mail a copy of this Order to counsel of record in the Action.

6. Every pleading in the Consolidated Action shall have the following caption:

| IN RE CELESTICA, INC., SECURITIES LITIGATION | Civil Action No. 07-CV-00312-GBD |
|---|---|

7. The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of the Action.

8.  When a case that arises out of the same subject matter of the Action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

   a.  File a copy of this Order in the separate file for such action;

   b.  Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed case; and

   c.  Make the appropriate entry in the Master Docket for the Action.

9.  Each new case that arises out of the subject matter of the Action which is filed in this Court or transferred to this Court, shall be consolidated with the Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the forgoing shall be construed as a waiver of the defendants' right to object to consolidation of any subsequently-filed or transferred related action.

10. The Pension Fund Group is appointed to serve as Lead Plaintiff in the above-captioned consolidated action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

11. The law firm of Labaton Sucharow & Rudoff LLP is hereby approved as Lead Counsel for the Class. Lead Counsel shall provide general supervision of the activities of plaintiff's counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

   a.  To brief and argue motions;

   b.  To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;

   c.  To direct and coordinate the examination of witnesses in depositions;

  d. To act as spokesperson at pretrial conferences;

  e. To call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

  f. To initiate and conduct any settlement negotiations with counsel for defendants;

  g. To provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

  h. To consult with and employ experts;

  i. To receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and

  j. To perform such other duties as may be expressly authorized by further order of this Court.

IT IS SO ORDERED.

DATED: 9/25/07

_____
The Honorable George B. Daniels
United States District Judge

HON. GEORGE B. DANIELS