# Exhibit B

Case 1:07-cv-09615-RPP    Document 26-3    Filed 02/11/2008    Page 1 of 3

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MIDDLESEX COUNTY RETIREMENT SYSTEM     :
and THE STEAMSHIP TRADE ASSOCIATION -  :
INTERNATIONAL LONGSHOREMEN'S           :    07 Civ. 2237 (JSR)
ASSOCIATION PENSION FUND,              :
                                       :         ORDER
             Plaintiffs,               :
                                       :
        -v-                            :
                                       :
MONSTER WORLDWIDE, INC., ANDREW J.     :
McKELVEY, and MYRON OLESNYCKYK,        :
                                       :
             Defendants.               :
------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6·18·07

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, see transcript, 6/14/07, the Court hereby appoints Middlesex County Retirement System and the Steamship Trade Association-International Longshoremen's Association Pension Fund as Lead Plaintiffs in this action and the law firm of Labaton Sucharaow & Rudoff LLP as Lead Counsel.

Additionally, on consent of the parties, plaintiffs are hereby granted leave to file an amended complaint by no later than July 9, 2007 that makes further allegations regarding defendant Andrew J. McKelvey. In the meanwhile, McKelvey's pending motion to dismiss the instant complaint is hereby deemed withdrawn without prejudice to his filing a revised motion by no later than July 23, 2007. In the event that such a revised motion is filed, plaintiffs' answering papers shall be due by August 9, 2007, and McKelvey's reply papers due no later than August 16, 2007. The Court will hear oral argument on the motion on August 20, 2007 at 4:00pm.

Aside from the amendment to the complaint and comtemplated motion practice, this case shall hereby be stayed in all respects until further notice. Any party seeking to lift this stay must make a telephonic application to the Court with all counsel on the line.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 15, 2007