UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| MERRILL STEINBERG, Individually, and On Behalf of All Others Similarly Situated, | : : : | Electronically Filed |
| Plaintiff, | : : | Civil Action No.: 1:07-cv-09615-RPP |
| v. | : : | (ECF Case) |
| ERICSSON LM TELEPHONE CO., CARL-HENRIC SVANBERG and KARL-HENRIK SUNDSTROM, | : : : : | Hon. Robert P. Patterson |
| Defendants. | : | |

*(Additional Captions on the Following Page)*

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| ---------------------------------------------------------- x | |
| STATE-BOSTON RETIREMENT SYSTEM, Individually, and On Behalf of All Others Similarly Situated, | : : : : |
| | Electronically Filed |
| Plaintiff, | Civil Action No.: 1:07-cv-10659-RPP (ECF Case) |
| v. | Hon. Robert P. Patterson |
| ERICSSON LM TELEPHONE CO., CARL-HENRIK SVANBERG and KARL-HENRIK SUNDSTROM, | |
| Defendants. | |
| ---------------------------------------------------------- x | |
| CITY OF EDINBURGH COUNCIL ON BEHALF OF THE LOTHIAN PENSION FUND, FORTIS INVESTMENT MANAGEMENT N.V./S.A., and DEKA INVESTMENT GmbH, Individually, and On Behalf of All Others Similarly Situated, | Electronically Filed Civil Action No.: 1:07-cv-11617-RPP (ECF Case) |
| Plaintiff, | Hon. Robert P. Patterson |
| v. | |
| ERICSSON LM TELEPHONE CO., CARL-HENRIK SVANBERG and KARL-HENRIK SUNDSTROM, | |
| Defendants. | |
| ---------------------------------------------------------- x | |

I, Christopher J. Keller, hereby certify, that on February 11, 2008, I electronically filed a true and correct copy of the foregoing documents:

•   The Ericsson Institutional Investor Group's Reply Brief in Further Support of Its Motion to Strike the Reply Brief of Jacques Furher

•   Exhibits A-E

with the Clerk of the Court using the ECF system which will send notification to the following:

drosenfeld@csgrr.com; srudman@csgrr.com; dkramer@paulweiss.com;

bkarp@paulweiss.com; sbuergel@paulweiss.com; ckeller@labaton.com;

ebelfi@labaton.com; arado@labaton.com; aellman@labaton.com;

lmccabe@murrayfrank.com; agiovanola@paulweiss.com

and I hereby certify that I have caused a true and correct copy of the foregoing documents to be served via U.S. mail to the following non-ECF participant:

ALEXANDER REUS, JD (Germany/USA), LLM
Board Certified International Lawyer
DIAZ REUS ROLFF & TARG LLP
GLOBAL EXPANSION GROUP
100 S.E. Second Street, Suite 2610
Miami, Florida 33131
Tel. +1-786-235-5000 ext. 127
Fax +1-786-235-5005
Cell +1-786-853-5666
areus@drrt.com <mailto:areus@drrt.com>

/s/ _Christopher J. Keller_____
Christopher J. Keller (CK-2347)