2550

1

82ETSTEA                           Argument

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

MERRILL STEINBERG, et al.,

             Plaintiffs,

       v.                                      07 CV 9615 (RPP)

ERICSON LM TELEPHONE CO., et
al.,

             Defendants.

------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 2/19/08

**MEMO ENDORSED**

                                               New York, N.Y.
                                               February 15, 2008
                                               2:10 p.m.

Before:

             HON. ROBERT P. PATTERSON,

                                       District Judge

                      APPEARANCES

LEBATON SUCHAROW
     Attorneys for Movant Ericsson Institutional Investor Group
BY:  CHRISTOPHER J. KELLER
     ANDREI V. RADO

MURRAY, FRANK & SAILER
     Attorneys for Movant Jacques Fuhrer
BY:  BRIAN P. MURRAY
     LAWRENCE D. McCABE
     RANDALL STEINMAYER

PAUL, WEISS, RIFKIND, WHARTON & GARRISON
     Attorneys for Defendants
BY:  DANIEL J. KRAMER
     ANOUCK GIOVANOLA

*SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED*

[Handwritten order:] For the reasons stated herein, Plaintiff Jacques Fuhrer is appointed lead plaintiff for the plaintiff class and shall have until April 15, 2008 to file an amended complaint. Defendants shall have until June 13, 2008 to respond. So ordered.

[Signature] Robert P. Patterson
2/19/08

          SOUTHERN DISTRICT REPORTERS, P.C.
                    (212) 805-0300

Case:     Steinberg v. Ericsson LM Telephone Co., et al., and related cases
Index No.   07 Civ. 9615 (RPP) / 07 Civ. 10659 (RPP) / 07 Civ. 11617

## MEMO ENDORSEMENT READS:

### *Order*

*For the reasons stated herein, Plaintiff Jacques Fuhrer is appointed lead plaintiff for the plaintiff class and shall have until April 15, 2008 to file an amended complaint. Defendants shall have until June 13, 2008 to respond.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 2/19/08*