UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x
MERRILL STEINBERG, Individually, and On : 
Behalf of All Others Similarly Situated,                    :
                                                            :  Electronically Filed
                        Plaintiff,                          :
                                                            :  Civil Action No.: 1:07-cv-09615-RPP
            v.                                              :  (ECF Case)
                                                            :
ERICSSON LM TELEPHONE CO., CARL-                            :  Hon. Robert P. Patterson
HENRIC SVANBERG and KARL-HENRIK                             :
SUNDSTROM,                                                  :
                                                            :
                        Defendants.                         :
----------------------------------------------------------- x

*(Additional Captions on the Following Page)*

# MOTION OF THE ERICSSON INSTITUTIONAL INVESTOR GROUP FOR RECONSIDERATION

```
------------------------------------------------------------ x
STATE-BOSTON RETIREMENT SYSTEM,            :
Individually, and On Behalf of All Others  :
Similarly Situated,                        :   Electronically Filed
                                           :
              Plaintiff,                   :   Civil Action No.: 1:07-cv-10659-RPP
                                           :   (ECF Case)
      v.                                   :
                                           :   Hon. Robert P. Patterson
ERICSSON LM TELEPHONE CO., CARL-           :
HENRIK SVANBERG and KARL-HENRIK            :
SUNDSTROM,                                 :
                                           :
              Defendants.                  :
------------------------------------------------------------ x
CITY OF EDINBURGH COUNCIL ON               :
BEHALF OF THE LOTHIAN PENSION              :
FUND, FORTIS INVESTMENT                    :   Electronically Filed
MANAGEMENT N.V./S.A., and DEKA             :
INVESTMENT GmbH, Individually, and On      :   Civil Action No.: 1:07-cv-11617-RPP
Behalf of All Others Similarly Situated,   :   (ECF Case)
                                           :
              Plaintiff,                   :   Hon. Robert P. Patterson
                                           :
      v.                                   :
                                           :
ERICSSON LM TELEPHONE CO., CARL-           :
HENRIK SVANBERG and KARL-HENRIK            :
SUNDSTROM,                                 :
                                           :
              Defendants.                  :
------------------------------------------------------------ x
```

PLEASE TAKE NOTICE that class members the City of Edinburgh Council on behalf of the Lothian Pension Fund, Fortis Investment Management N.V/S.A., Deka Investment GmbH, and State-Boston Retirement System (collectively, the "Ericsson Institutional Investor Group") by their counsel, hereby move this Court, pursuant to Local Civil Rule 6.3 of the United States District Court for the Southern District of New York and Fed. R. Civ. P. 60(b), for reconsideration of this Court's February 19, 2008 decision denying the motion of the Ericsson Institutional Investors Group for appointment as lead plaintiff and approval of its selection of lead counsel.

Dated: March 7, 2008                                    Respectfully submitted,

**LABATON SUCHAROW LLP**

By: ___/s/ Christopher J. Keller___
Christopher J. Keller (CK-2347)
Eric J. Belfi (EB-8895)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
140 Broadway
New York, New York 10005
Telephone:   (212) 907-0700
Facsimile:    (212) 818-0477

*Attorneys for the Ericsson Institutional Investor Group and Proposed Lead Counsel for the Class*