# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
MERRILL STEINBERG, Individually, and On :
Behalf of All Others Similarly Situated,    :
                                            :     Electronically Filed
              Plaintiff,                    :
                                            :     Civil Action No.: 1:07-cv-09615-RPP
        v.                                  :     (ECF Case)
                                            :
ERICSSON LM TELEPHONE CO., CARL-            :     Hon. Robert P. Patterson
HENRIK SVANBERG and KARL-HENRIK             :
SUNDSTROM,                                  :
                                            :
              Defendants.                   :
------------------------------------------------------------ x
*(Additional Captions on the Following Page)*

**DECLARATION OF ESMOND HAMILTON IN SUPPORT OF THE ERICSSON INSTITUTIONAL INVESTOR GROUP'S MOTION FOR RECONSIDERATION**

```
------------------------------------------------------------- x
STATE-BOSTON RETIREMENT SYSTEM,         :
Individually, and On Behalf of All Others :
Similarly Situated,                      :      Electronically Filed
                                         :
              Plaintiff,                 :      Civil Action No.: 1:07-cv-10659-RPP
                                         :      (ECF Case)
      v.                                 :
                                         :      Hon. Robert P. Patterson
ERICSSON LM TELEPHONE CO., CARL-         :
HENRIK SVANBERG and KARL-HENRIK          :
SUNDSTROM,                               :
                                         :
              Defendants.                :
------------------------------------------------------------- x
CITY OF EDINBURGH COUNCIL ON             :
BEHALF OF THE LOTHIAN PENSION            :
FUND, FORTIS INVESTMENT                  :      Electronically Filed
MANAGEMENT N.V./S.A., and DEKA           :
INVESTMENT GmbH, Individually, and On    :      Civil Action No.: 1:07-cv-11617-RPP
Behalf of All Others Similarly Situated, :      (ECF Case)
                                         :
              Plaintiff,                 :      Hon. Robert P. Patterson
                                         :
      v.                                 :
                                         :
ERICSSON LM TELEPHONE CO., CARL-         :
HENRIK SVANBERG and KARL-HENRIK          :
SUNDSTROM,                               :
                                         :
              Defendants.                :
------------------------------------------------------------- x
```

I, Esmond Hamilton, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I respectfully submit this Declaration in support of the motion for reconsideration of the Court's February 19, 2008, decision denying the motion of the Ericsson Institutional Investor Group[1] for appointment as lead plaintiff and approval of its selection of lead counsel.

2. I am the Fund Accounting Manager of Lothian. Lothian is a British pension fund that manages assets totaling approximately £2.98 billion.

3. Consistent with its fiduciary obligations to its beneficiaries, Lothian has retained Labaton Sucharow LLP ("Labaton Sucharow") as its securities litigation counsel and to monitor its stock portfolio. Among other things, Lothian has requested that Labaton Sucharow inform Lothian when there is a significant securities class action that may have affected Lothian's securities holdings so that Lothian could consider how it could best protect the fund's interests. Where the fund believes that it will benefit from its affirmative involvement in a class action, we will make application for lead plaintiff or file a separate action.

4. On October 18, 2007, Eric Belfi, a partner of Labaton Sucharow, informed me, through an assistant, of a potential securities class action against Ericsson and that we sustained significant losses.

5. On November 15, 2007, I met personally with Mr. Belfi to discuss the class action against Ericsson. On November 19, 2007, Mr. Belfi provided me with a research report detailing the legal claims in the case.

---

[1] The Ericsson Institutional Investor Group is comprised of the City of Edinburgh Council on behalf of the Lothian Pension Fund ("Lothian"), Fortis Investment Management N.V./S.A., Deka Investment GmbH, and State-Boston Retirement System.

6.  On November 23, 2007, Lothian decided to pursue a lead plaintiff motion in the class action against Ericsson. On that date, Geik Drever, Lothian's Head of Investment and Pensions, signed a certification authorizing the file of a motion for lead plaintiff on its behalf by Labaton Sucharow.

7.  In connection with our decision to seek appointment as Lead Plaintiff, Lothian directed Labaton Sucharow to reach out to the other members of the Ericsson Institutional Investor Group to convey Lothian's interest in exploring the potential of working with them on this case as lead plaintiff group.

8.  Subsequently, Lothian participated in a conference call with the members of the Ericsson Institutional Investor Group at which time the group agreed to work together to prosecute claims against Ericsson.

9.  Lothian believes that a group of sophisticated institutional investors with significant financial interests in the outcome of the litigation provides an effective and efficient means of supervising class action litigation and class counsel. It was Lothian's view that because this case involves Ericsson, with its principal place of business in Sweden, and proceedings in the United States, the joining of U.S. and non-U.S. investors would provide a benefit to the class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 6, 2008

_____
Esmond Hamilton