# Exhibit 2

5/5/2005 Fuhrer, Jacques (Drifton)

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3

4

   In re ORACLE CORPORATION            )   Master File No.

5   SECURITIES LITIGATION               )   C-01-0988-MJJ

   ─────────────────────────────       )   Class Action

6

7

8

9

10

                    DEPOSITION OF JACQUES FUHRER

11

                    ─────────────────────────────

12

                       Thursday, May 5, 2005

13

                       (Pages 1 - 317)

14

15

16

17

18

19

20

21

22

23

24        REPORTED BY:  MARY HOGAN, CM, CSR 5386

25

                                                          1

5/5/2005 Fuhrer, Jacques (Drifton)

```
 1                    A.    What do you understand by on your behalf?

 2                    Q.    How about -- I'll simplify it.

 3                    A.    Yes.

 4                    Q.    I understand where you're going.

 5                    A.    Yes.

 6                    Q.    Have you ever made any trades in

 7         securities not through Drifton Finance Corporation?

 8                    A.    No.  I only traded under Drifton.

 9                    Q.    In your entire life you have only traded

10         securities through Drifton Finance Corporation?

11    9:59A           A.    No.

12                    Q.    Is that --

13                    A.    No, no, no.  Sometimes I do an investment

14         outside Drifton.

15                    Q.    Okay.  When you do a transaction, an

16         investment outside of Drifton --

17                    A.    Yes.

18                    Q.    -- how do you make that transaction?

19                    A.    I give an order and then I buy it and if

20         I want, I sell it.

21                    Q.    Who do you give the order to?

22                          MR. BRITTON:  Objection to form.  I think

23         you've got a time issue here.

24                          If you want to lay a foundation, because

25         we've got a real communication problem going on, so
```

**5/5/2005 Fuhrer, Jacques (Drifton)**

```
1                 can you rephrase the question and put a time period in

2                 it, please?

3    10:00A                     MR. YOUNT:  I would like an answer to the

4                 pending question and I'll come back and clean up the

5                 time period once we've sorted this out.

6                          A.    Yes, but this has nothing to do with my

7                 other case.

8                                MR. BRITTON:  You can answer the

9                 question.

10                         A.    Yes.  This has nothing to do with what

11                I'm here for.

12                               MR. BRITTON:  He can -- if you can answer

13                the question, if you remember, you can answer the

14                question.

15                         A.    Yes.

16                               MR. BRITTON:  If you don't understand it,

17                ask him to rephrase it.

18                         A.    Yes.  Can you please, because I don't

19                understand what you mean.

20                BY MR. YOUNT:

21                         Q.    Okay.  You have now said twice that you

22                made securities transactions other than through

23                Drifton Finance Corporation?

24                         A.    Yes.

25                         Q.    Is that correct?
```

5/5/2005 Fuhrer, Jacques (Drifton)

```
 1                    and he traveled, and then I talked to his assistant.

 2                         Q.    Outside of those two individuals --

 3                         A.    No.

 4                         Q.    -- James Bul --

 5                         A.    No, no.

 6                         Q.    -- James Bul's associate, did you speak

 7                    with anyone else in an effort to get securities --

 8                         A.    No.

 9                         Q.    -- information --

10                         A.    No.

11                         Q.    -- in the period 2000-2001?

12                         A.    No.

13                         Q.    In the period 2000-2001, did you receive

14                    or read reports from any analyst firms?

15                         A.    It happened that I read them but I

16                    wouldn't be able to give you the names.

17                         Q.    Well, let me see if I can refresh your

18                    recollection by giving you some names.

19    11:09A               Donaldson, Lufkin, Jenrette, did you read

20                    their reports?

21                         A.    They used to send it to me, yes.

22                         Q.    Did you read them?

23                         A.    Yes.

24                         Q.    That was during 2000-2001?

25                         A.    Yes.
```

5/5/2005 Fuhrer, Jacques (Drifton)

```
1                      Q.    And during 2000-2001 did you receive or
2               read reports from William Blair and Company?  William
3               Blair and Company?
4                      A.    I don't know them.
5                      Q.    During 2000-2001 did you receive or read
6               reports from Witt Soundview?
7                      A.    No, I don't know this.  What are they?
8               Are they brokers?
9                      Q.    As your attorney has explained, the
10              questions come from me to you.
11                     MR. BRITTON:  Question, answer.
12                     A.    Oh, I see.  I think we had --
13              BY MR. YOUNT:
14                     Q.    At a break I'll fill you in, but in the
15              interest of disclosure, yes, they are other analyst
16              firms.
17    11:10A           MR. BRITTON:  Lawyers don't like to be
18              asked questions during depositions.
19              BY MR. YOUNT:
20                     Q.    In 2000-2001 did you receive or read
21              reports from Morgan Stanley Dean Witter?
22                     A.    It happens that I read these things but
23              not -- they were not sent to me, but if I saw them
24              lying around, I picked them up and I read them.
25                     Q.    But Morgan Stanley Dean Witter was one of
```

**5/5/2005 Fuhrer, Jacques (Drifton)**

```
 1                    the firms whose reports you remember seeing in the
 2                    period 2000-2001?
 3                         A.    No, not at that period, but it happens
 4                    that I read their reports, like Merrill Lynch, Barron
 5                    Stern, Smith & Barney.
 6                              They all write reports but I cannot
 7                    remember when I read them and which date and which
 8                    article.
 9                              But I know this, these brokers, and I
10                    know that every month they have a stock they recommend
11                    very strongly and then they say they have a hold, to
12                    sell, and, you know.
13    11:11A             Q.    Do you follow those recommendations?
14                         A.    Of course.  No, because by experience I
15                    see that they have been often wrong.
16                              Like say I can give an example.  I have
17                    read the last month a lot about General Motors, that
18                    they were going to get into trouble, that they had a
19                    lot of -- I mean, they had a big debt, a pension they
20                    had to pay for their workers and the stock dropped,
21                    and then suddenly two days ago somebody comes and he
22                    wants to buy 10, 20 percent of the stock and the stock
23                    jumps.
24                              You see, it's -- you cannot rely on this,
25                    what the analysts, they say.
```

5/5/2005 Fuhrer, Jacques (Drifton)

1                              Can you, when you go through the list,

2                    put a complete question in for each one, because I

3                    think it will help bridge that gap.

4                              MR. YOUNT:  I'm not going to agree to

5                    your characterizations about his answers earlier.

6                              MR. BRITTON:  Okay.

7                              MR. YOUNT:  But I will accommodate you.

8                              MR. BRITTON:  I appreciate that.

9          BY MR. YOUNT:

10                             Q.    In the period 2000-2001 did you read or

11                   receive The Street.com?

12                             A.    No.

13                             Q.    In the period 2000-2001 did you read or

14                   receive the Bloomberg News?

15                             A.    Of course, sometimes I -- I don't receive

16                   it to me, but I remember that I've read some articles

17                   which Bloomberg have written.

18   12:16P                   Q.    I'm sorry.  Did you finish your answer?

19                             A.    Yes, but I don't remember for what -- on

20                   what articles it was.  The name is very common to me.

21                             Q.    Could you have seen those articles in the

22                   Bull Session's web page?

23                             A.    No.

24                             Q.    Did you read -- during 2000-2001 did you

25                   receive or read Business Week or Business Week Online?

                                                                    114

5/5/2005 Fuhrer, Jacques (Drifton)

```
 1                     A.    No.  You mean on the computer?

 2                     Q.    I'll break it up.  Did you -- during

 3           2000-2001 did you receive or read Business Week, the

 4           magazine?

 5                     A.    Sometimes I read it.

 6                     Q.    During 2000-2001 did you read or receive

 7           Business Week Online, which is the computer version of

 8           Business Week?

 9                     A.    Never.

10                     Q.    During 2000-2001 did you read or receive

11           the San Francisco Chronicle?

12                     A.    Never.

13  12:17P            Q.    During 2000-2001 did you read or receive

14           Forbes?

15                     A.    Never.

16                     Q.    During 2000-2001 did you read or receive

17           Forbes.com?

18                     A.    Never.

19                     Q.    During 2000-2001 did you read or receive

20           the New York Times?

21                     A.    Never.

22                     Q.    During 2000-2001 did you read or receive

23           Investors Business Daily?

24                     A.    Never.

25                     Q.    During 2000-2001 did you read or receive
```

5/5/2005 Fuhrer, Jacques (Drifton)

```
 1                        Fortune.com?

 2                             A.    Never.

 3                             Q.    During 2000-2001 did you read or receive

 4                        Dow Jones Business News Service?

 5                             A.    Never.

 6                             Q.    During 2000-2001 did you read or receive

 7                        Computer World Magazine?

 8                             A.    Never.

 9    12:18P                   Q.    Just to clarify at this point on the

10                        record, you have already testified that during

11                        2000-2001 you watched CNBC, is that correct?

12                             A.    Yes, for the news.  Yes.

13                             Q.    And during 2000-2001 did you also watch

14                        CNN?

15                             A.    I see CNN every day.  I mean, when I look

16                        at the TV, sometimes I want to have the news and

17                        it's -- wherever you are, you have CNN.

18                                   Yesterday night I looked at CNN while I

19                        was here.

20                             Q.    During 2000-2001 did you watch Fox News?

21                             A.    No.  We don't have that in Europe.

22    12:19P                   Q.    During 2000-2001 and aside from the Bull

23                        Session website did you go on the internet to find

24                        securities or investing information?

25                             A.    No.
```

### 5/5/2005 Fuhrer, Jacques (Drifton)

1          Q.    Did you go on the internet to see Yahoo?

2          A.    No, no, I never do that because it's --

3    I'm not very well at the -- with the computer.

4          Q.    Other than the television, perhaps we

5    have already discussed, did you watch any other

6    television networks to obtain securities or investing

7    information during 2000 or 2001?

8          A.    I watch, but it's not in the one of

9    America.

10          It's the one of France.  You see, they

11    have -- every Saturday morning they have a -- you

12    know, what happened in the week, and CNBC, CNBS, they

13    do it as well on Sunday and on Saturday so it happens

14    that I watch that.

15    12:20P     Q.    What is the name of the channel you watch

16    in France that you mentioned?

17          A.    Oh, you know, I mean, it comes there.

18    It's economy.

19          You know, they have economy news and then

20    they speak about the stock market but there is nothing

21    to do with --

22          Q.    Do you remember what the name of the

23    program is?

24          A.    No, I don't.

25          Q.    Do you remember what channel in France it

### 5/5/2005 Fuhrer, Jacques (Drifton)

1                      comes in on?

2                              A.    No.   When I am in Paris and I happen to

3                      look at the television and it's there, I watch it, but

4                      I don't remember.

5                              Q.    During 2000-2001 did you receive or read

6                      information disseminated by Oracle itself?

7                              A.    If I -- can you repeat?

8                              Q.    Yes.   During 2000-2001 did you receive or

9                      read information disseminated by Oracle?

10    12:21P           A.    What do you mean, disseminated?

11                             Q.    Okay.  Distribute?

12                             A.    By Oracle?

13                             Q.    Yes.

14                             A.    You know, I read the news which they send

15                     out on the -- on the computer, but just a brochure or

16                     a letter, I did not.

17                             Every other day there was a news coming

18                     from Oracle, that they would do a sale or, you know,

19                     some kind of news.

20                             Sometimes it's important and most of the

21                     time it's not important.

22                             Q.    And this news, would it come to you

23                     through your Bull Session website or did you obtain it

24                     in another way?

25                             A.    I obtained it in another way but I don't

118

### 5/5/2005 Fuhrer, Jacques (Drifton)

```
 1                    remember how I obtained it.

 2                         Q.    Do you remember if you obtained it on

 3                    your computer?

 4                         A.    No, not really on the computer.  No, no.

 5                    I must have read it somewhere.  Whatever came out on

 6                    Oracle I read.

 7     12:22                    If you buy the Wall Street on the -- Wall

 8                    Street consists in two parts.

 9                              And if you have the second part on the

10                    first page underneath, you have all the firms which

11                    are concerned and which were -- where there was an

12                    article written in the newspaper, you can have it in

13                    short.

14                              So whenever I look at it and I see

15                    Eriksson, Page 7, I take Page 7 and I look where I can

16                    read it, you see.

17                         Q.    When you say Wall Street you're talking

18                    about the Wall Street Journal?

19                         A.    Yes, the Wall Street Journal in Europe.

20                    It's similar to the one of here.

21                              They are not always the same articles,

22                    but whatever is important is printed in the Wall

23                    Street.

24                         Q.    And did you understand the Wall Street

25                    journal was pre-printing press releases by Oracle
```

### 5/5/2005 Fuhrer, Jacques (Drifton)

```
 1                        MR. BRITTON:  He doesn't know what
 2              waiving the privilege means.
 3                   A.    I don't know what it means.
 4                        MR. BRITTON:  If you were sitting here
 5              telling me that you wanted him to waive the
 6              attorney-client privilege when he has a communications
 7              problem, we're going to end the deposition now and
 8              I'll move for a protective order.
 9                        This is outrageous, what you're doing
10              today.
11                        MR. YOUNT:  He's volunteering.
12                        MR. BRITTON:  You asked the client "what
13              did your attorney tell you."
14                        MR. YOUNT:  We'll move on.
15                        MR. SCHMELTZ:  You've got one lawyer
16              standing up, another lawyer freaking out.  Clearly  --
17                        MR. STEINMEYER:  You have asked questions
18              I've never heard in my life, I don't think you have
19              ever heard.  It's outrageous.
20                        MR. SCHMELTZ:  This is over the top.
21              What happened -- hang on.
22                        MR. BRITTON:  Go ahead.
23                        MR. SCHMELTZ:  What's happened here is
24              the witness has answered questions where it has
25              appeared he has wanted to waive the privilege.
```

**5/5/2005  Fuhrer, Jacques (Drifton)**

```
 1                         My colleague has asked questions that

 2             were appropriate if your client was going to waive the

 3             privilege.

 4                         If we need to square this out and get it

 5             figured out, we can do that.

 6                         There is no need to have one of your

 7             colleagues standing up.

 8                         I understand you're frustrated.  We don't

 9             need to go to war over this.

10                         We can take a break, we can talk about

11             this.  It's not -- this is not some outrageous devious

12             scheme and we need to make that very clear.

13                         If there is a communication issue we can

14             solve that.

15                         If your client wants to waive the

16             privilege, he can do that, and we can talk about that.

17    1:05P                MR. YOUNT:  That's all I'm saying.  I'm

18             not trying to --

19                         MR. BRITTON:  Listen, listen, let me say

20             for the record -- let me speak.  Let me speak.

21                         There is an obvious communications issue.

22             We have dealt with it now for four hours and it's been

23             a topic of a lot of questions.

24                         There is obviously an individual that's

25             lost a lot of money here that doesn't understand the
```

### 5/5/2005 Fuhrer, Jacques (Drifton)

```
 1                    U. S. legal system, doesn't understand that he is

 2                    protected by privileges.

 3                            MR. SCHMELTZ:  I would encourage you to

 4                    take a break and explain that to him.

 5                            MR. BRITTON:  That's fine.  That's fine,

 6                    but you will not get attorney-client communication

 7                    today, and if I have to end the deposition now and

 8                    move for a protective order, I will.

 9                            MR. STEINMEYER:  We can come back and do

10                    it in French or Flemish.

11                            We'll get interpreters.  He's struggling

12                    to do this in English, okay?

13                            MR. YOUNT:  None of this was communicated

14                    to us in advance.

15                            If this had been communicated to us in

16                    advance, we could have made arrangements so that we

17                    had an interpreter.

18                            MR. STEINMEYER:  You know what?  In

19                    America, and with probably anyone else but yourself,

20                    it wouldn't be a big deal.

21                            They would recognize it, recognize the

22                    issue, and deal with it and not try and take

23                    advantage.

24    1:07P              A.    What does it mean, waive?  Explain me, so

25                    I know immediately.
```

### 5/5/2005 Fuhrer, Jacques (Drifton)

```
 1                  because they got complaints in and they were looking
 2                  for more victims.
 3                           Q.     Do you know how many shares of Oracle
 4                  stock Mr. Ellison sold?
 5                           A.     Wasn't it 900 million?
 6                           Q.     Do you know what percentage of his
 7                  holdings that was?
 8                           A.     Oh, that must be a few percent.  I've --
 9                  that's what I've been told.
10                           I mean, he had much more, but he hadn't
11                  sold any stocks for five years, and then suddenly he
12                  speaks good about his company and encouraging people
13                  to buy it, and then at the same time he sells it.
14                           It comes over funny for somebody who lost
15                  money.
16                           If I would have made money, I wouldn't
17                  care, you see, but I was a victim.
18                           And then you analyze it, because I mean,
19                  it gives you a bad feeling that you lose money, and
20                  then when you think that it came not honestly to you,
21                  then you -- you react differently.
22    2:37P         Q.     If you had known at the time Mr. Ellison
23                  made his trades that he was trading the stock he
24                  traded and it was the first time that he had traded in
25                  five years, would you have changed any of your
```

**5/5/2005 Fuhrer, Jacques (Drifton)**

```
 1                    investments in Oracle?

 2                              MR. BRITTON:  Objection to form.  Go

 3                    ahead.

 4                         A.   I had already bought the stock then.  It

 5                    was too late for me when I learned it.

 6                              I learned it after it had dropped but I

 7                    had already the stock because I bought it when he said

 8                    that it was the time to buy.

 9                         Q.   Okay.  What I'm asking you is if you had

10                    learned it earlier when he made the trades and before

11                    the stock dropped --

12                         A.   Yes.

13                         Q.   -- would you have closed out your

14                    positions in Oracle securities?

15                              MR. BRITTON:  Objection to form.

16                         A.   Yes.  Can you repeat what if --

17                              MR. YOUNT:  Can the court reporter repeat

18                    that back?

19    2:38P                     (Question read)

20                         A.   Yes, I think so.  I would have been

21                    frightened, you see, because when you hear somebody

22                    speaking so good about the company, you see that it

23                    goes the other way, and then on top of it you hear

24                    that he's been accused of lying or not really telling

25                    the truth, then you get scared.
```

## 5/5/2005 Fuhrer, Jacques (Drifton)

1          yesterday, so --

2                    Q.    You can put that to the side for now.

3                    A.    Yes.

4                    Q.    Do you remember how long it was after the

5          second time you heard Mr. Ellison speak and when

6          Oracle disclosed its third quarter earnings and

7          Oracle's stock price fell?

8                    A.    I don't.  That I don't know.

9                    Q.    I wanted to try and narrow it down here.

10         Was it a matter of days?

11                   MR. BRITTON:  Objection to form, calls

12         for speculation.

13                   A.    I am not sure, so I don't -- I cannot

14         recall.

15                   I remember having seen him the first

16         time.

17                   I remember having seen him the second

18         time, but I don't know, remember how short and how

19         close it was.

20    2:52P         Q.    Who has Drifton Finance Corporation sued

21         in this lawsuit?

22                   A.    I don't understand.

23                   Q.    Who are the people, who are entities that

24         Drifton Finance Corporation has sued in this lawsuit?

25                   A.    Who?

### 5/5/2005 Fuhrer, Jacques (Drifton)

1          Q.    Yes.

2          A.    I mean, it's Ellison, and then he has the

3      two vice presidents, one vice president, and then

4      another one.

5               We are suing three people.  I don't know

6      the name by heart, you see.

7          Q.    Are you suing any entities?  Are you

8      suing any firms?

9          A.    No.  We're just suing three men, three

10     people, Ellison, his vice president, and then as well

11     a vice president, because I said two vice presidents.

12     I remember that.  I saw that in the complaint.

13   2:53P    Q.    By the way, when was the first time you

14     saw a complaint in this lawsuit?

15         A.    The complaint is -- I saw the complaint

16     when they made a complaint to the Court after the

17     three times it was dismissed.

18               Then the last I remember, the last

19     complaint, when they took it to court and when it was

20     accepted.

21         Q.    So prior to then you had never seen a

22     complaint in this case?

23               MR. BRITTON:  Objection to form, assumes

24     facts not in evidence.

25         A.    Yes.  I think yes, I did.

5/5/2005 Fuhrer, Jacques (Drifton)

1           BY MR. YOUNT:

2                      Q.    Okay.

3                      A.    But yes, yes, but I don't recall.  I

4           mean, it's always the same and it's always -- I mean,

5           so I don't go through it, you see.  I leave it to my

6           lawyers.

7                            Because I told them my story and they saw

8           that it's coincidence with what happened, so I can't

9           do this.  It's their work.

10                           Because I was after them.  It took a long

11          time until the first one, the second one and the third

12          one, so I had given up hope that the fourth time it

13          would be accepted.

14   2:54P            Q.    Whom does Drifton Finance Corporation

15          seek to represent in this action?

16                     A.    Whom does seek to represent?  Oh, me,

17          myself, and I am a plaintiff, so it means that I am

18          representing the small shareholders as well.

19                     Q.    Shareholders in what?

20                     A.    I mean in the same -- who have been the

21          victims of this -- I will not call it fraud because

22          nothing has been proved, you see, but who thinks that

23          they have lost money not in a very nice way.

24   2:55P            Q.    You mentioned that you represent the

25          small investors, I think.

176

5/5/2005 Fuhrer, Jacques (Drifton)

```
 1                         And what -- in what were those investors
 2              investing?
 3                    A.    They were in Oracle shares and they lost
 4              money and they must have -- I mean, it's not me who
 5              made the complaint.
 6                         I think they were the first one who made
 7              a complaint and then they went to lawyers.
 8                         I suppose they went to the same lawyers
 9              as I did and they told their story and it's how the
10              lawyers discovered the fraud, if it was a fraud.
11                         I'm not saying that I name it a fraud.
12              It has to be proved that it is a fraud with witnesses
13              and people who can testify that it is a fraud.
14                         I can only say what I heard and I can
15              only say how things have ended.
16    2:56P              Q.    When I use the word, use the term Class
17              Period, do you understand what I'm saying?
18                    A.    No.  I mean, I've been told what it was,
19              but I forgot.
20                         I know that I'm one of the main
21              plaintiffs, so I asked what is it, so they said you
22              are important and you are the --
23                    MR. BRITTON:  Be careful not to describe
24              what we talked about.
25                    A.    No, no, no, no, but if they call me
```

### 5/5/2005 Fuhrer, Jacques (Drifton)

```
 1                    A.    Yes, yes, because one, I have read, did
 2             sell as well some of his shares at the same time, got
 3             rid of a lot of shares, shares which he paid a dollar
 4             or a dollar twenty, or not even dollar, and he sold
 5             them at 30 or 32, made a big profit before the stock
 6             price collapsed.
 7                    Q.    What did the two individuals you are
 8             suing in addition to Ellison do wrong?
 9                    A.    What they did wrong?  They must have done
10             something.  I don't recall.  I must have read it but I
11             forgot.
12     3:00P          Q.    What does Drifton Finance Corporation
13             seek to obtain through --
14                    A.    Didn't one of them -- I remember.  Didn't
15             they -- I think there was some money which some
16             customers did overpay or something, 240 million, and
17             they put that and they calculated that in the -- in
18             the profits of the quarter, just to make it -- make
19             inflate, to make the profits come out bigger.
20                    Q.    Who is it that did that?
21                    A.    I think some of these -- one of these
22             three, one of these three men.
23                          I mean, I don't know what his particular
24             job was, but I heard that the lawyers were after these
25             three men.
```

### 5/5/2005 Fuhrer, Jacques (Drifton)

```
 1                         A.   No, but the more I talk about it, you

 2              know, I am not angry, but I remember things.

 3                         Now it comes to me, front of me, and then

 4              you analyze this thing, I mean, because if your CEO --

 5              I was so confident in what he said.

 6              BY MR. YOUNT:

 7                         Q.   If you had known of the flaws in Suite

 8              11-I would you have made the options trades you made

 9              in Oracle securities in 2000-2001?

10     3:56P               A.   What do you think?

11                         Q.   I'm interested in what you think.

12                         A.   Of course not.

13                         Q.   I think we talked about this earlier but

14              outside of training in Oracle securities, if I

15              remember your testimony correctly, you said you made a

16              very small number of trades in securities other than

17              Oracle?

18     3:57P               A.   Yes.

19                         Q.   In the period 2000-2001?

20                         A.   Yes.

21                         Q.   Is that correct?

22                         A.   It were this --

23                         MR. BRITTON:   Can you read the question

24              back?

25                         (Question read)
```

### 5/5/2005 Fuhrer, Jacques (Drifton)

```
 1                  survived.

 2    5:34P              Q.    If Mr. Ellison had said that Oracle's

 3                  projections were uncertain because projections in

 4                  their business are difficult to make and the tools

 5                  that they have to make projections are speculative,

 6                  would you still have made the transactions in Oracle

 7                  securities --

 8                       A.    No.

 9                       Q.    -- that you made during the Class Period?

10                       MR. BRITTON:  Objection to form, calls

11                  for speculation.

12                       A.    Of course not.  I would have waited until

13                  I got more information.

14                       If he had warned me, be careful, if he

15                  tells me you have to be careful because we don't know,

16                  I have to listen to him.

17                       To whom am I going to listen to?  An

18                  analyst from -- from I don't know who, who's pushing

19                  me to buy that?

20                       I trusted him.  I mean, you know, if you

21                  want advice and you want some guidance you must know

22                  from whom you are going to take that advice and whom

23                  you are going to follow.

24                       I said it to you before and you always

25                  try to make me say something else, but this is -- if
```

**5/5/2005 Fuhrer, Jacques (Drifton)**

1              he had said we have to be careful, and I know that the

2              climate of the economy was dangerous, I would have

3              waited.  Nobody pushed me to do it.

4    5:35P                    MR. BRITTON:  I want to note for the

5              record that this line of questioning that depends upon

6              what was disclosed in the SEC filings is improper in

7              light of his testimony that he doesn't recall seeing

8              any SEC filings or reading them at this point in time.

9                              So given that and given our time

10             constraints, I want to make sure that at 6:30 we are

11             going to cut out of here because our flight leaves at

12             8:15 and we will miss the flight.

13                             I know Trace has some questions he wants

14             with the documents.

15                             You may want to be more efficient with

16             what you're asking so you can get all your questions

17             in today.

18                             MR. SCHMELTZ:  Just as long as we're

19             making a record, I also want to be clear that our

20             deposition has been hampered today not by any untoward

21             actions, but we have a language barrier --

22                     A.    Of course, of course.  I'm --

23                             MR. SHCMELTZ:  It takes us a little

24             longer to communicate to you and you to us and I think

25             that we all understand that, and I think if we're

5/5/2005 Fuhrer, Jacques (Drifton)

```
 1                     BY MR. YOUNT:
 2                          Q.   Have you ever talked to any other members
 3                     of the proposed Class?
 4                          A.   Me?
 5                          Q.   Yes.
 6                          A.   No, never.
 7                          Q.   Do you have any idea of how many members
 8                     there are in the Class?
 9                          A.   Yes.  I have been told there are 5, 5 or
10                     6.
11                          Q.   I think maybe you misunderstood me.  I'm
12                     asking how many members are in the Class, not how many
13                     Class representatives there are.
14      5:57P               A.   How many members in the Class?
15                          Q.   Yes.
16                          A.   What is the Class?  What do we understand
17                     by Class?
18                          Q.   I --
19                          A.   You mean all the people?  I mean all the
20                     victims, the shareholders?  Is that what you mean?
21                          Q.   If that's what you understand by Class?
22                          A.   Yes.
23                          Q.   Then you should answer the question
24                          A.   Oh, no, I don't know.
25                          Q.   Okay.
```

5/5/2005 Fuhrer, Jacques (Drifton)

```
 1                    A.    No, I have not been told.  I didn't ask

 2            it.

 3                    Q.    To your --

 4                    A.    The less the better.

 5                    Q.    To your knowledge, does the Class include

 6            individuals who purchased Oracle stock on December 14

 7            2000?

 8                    A.    I didn't discuss this.

 9                    Q.    Do you know if the Class includes people

10            who bought debt securities in Oracle?

11                    A.    We did not discuss this thing.

12                    Q.    Do you know if the Class includes people

13            who bought put options?

14                    A.    We didn't discuss it.  We just discussed

15            my case, and I've been told that I am one of the main,

16            main witnesses, you know, to come in front of you.

17    5:58P           Q.    Do you understand that people who sold

18            Oracle stock during the Class Period should be members

19            of the Class?

20                    A.    I --

21                    MR. BRITTON:  Objection to form, calls

22            for a legal conclusion.

23                    A.    I am not so -- how should I say?  I don't

24            know that.

25                    You know, I'm not an expert in this, in
```

### 5/5/2005 Fuhrer, Jacques (Drifton)

| | |
|---|---|
| 1 | dealings with this, class actions. |
| 2 | If I was a lawyer I would have experience |
| 3 | in it, I would have an idea. |
| 4 | BY MR. YOUNT: |
| 5 | Q.    Are people who made money on Oracle |
| 6 | securities during the Class Period in the Class? |
| 7 | A.    If there are people, I don't know.  I |
| 8 | don't know whether there are people who made money. |
| 9 | Q.    If there are -- assume that there are. |
| 10 | A.    Yes. |
| 11 | Q.    Are those people in the Class? |
| 12 | MR. BRITTON:  Objection to form, calls |
| 13 | for a legal conclusion. |
| 14 | A.    No, I don't -- you know, you are asking |
| 15 | me questions where I have no -- not at all any notion |
| 16 | of. |
| 17 | BY MR. YOUNT: |
| 18 | Q.    I understand.  Are people -- do you think |
| 19 | the people who knew about the problems with Suite 11 |
| 20 | should be in the Class? |
| 21  5:59P | MR. BRITTON:  Objection to form, calls |
| 22 | for a legal conclusion. |
| 23 | A.    People who knew of the problems should be |
| 24 | in the Class?  k. |
| 25 | What do you understand about that? |

5/5/2005 Fuhrer, Jacques (Drifton)

```
 1                     spoke to me several times.

 2    6:05P                      MR. BRITTON:  You can talk about --

 3                     A.    I told you it was asking here.

 4            BY MR. YOUNT:

 5                     Q.    I want you to take out this document

 6            which I believe is Exhibit 1, which is your

 7            certification of named plaintiffs pursuant to federal

 8            securities laws.

 9                     A.    Yes, that's correct, I signed that.

10                     Q.    Did you create this document?

11                     A.    Did I?

12                     Q.    Create this document?

13                     A.    I think so, yes.

14                     Q.    On your computer, you typed this?

15                     A.    Oh, if I typed this?

16                     Q.    Yes.

17                     A.    I didn't.  No, I didn't.  I didn't.  I

18            would never be able to write this down.

19    6:06P            Q.    Okay.  Did you check the accuracy of this

20            document?

21                     A.    Yes, I read it and I signed it.  I would

22            never sign it, if I wouldn't have read it.

23                     Q.    Including the third page?

24                     A.    Yes.

25                     Q.    Schedule A, security transactions?
```

### 5/5/2005 Fuhrer, Jacques (Drifton)

1          A.    Yes, except that there are some faults

2          now that you discovered, so I mean, you have to check

3          with -- if they exist in the original.

4                 But they send me -- often it happened

5          that they send me, which afterwards was cancelled --

6          you know, the secretaries are not always very, very

7          good, and it was the secretaries who did the work.

8          Q.    What did you understand the purpose of

9          this document to be when you signed it?

10          A.    Huh?

11          Q.    When you signed this document?

12          A.    This one?

13          Q.    Yes.

14          A.    Okay.

15          Q.    Exhibit 1, we're talking about,

16          Certification of Named Plaintiffs.

17                 What did you understand the purpose of

18          the document to be?

19          A.    That means that I will not accept any

20          money.  I don't ask for money to do the -- for do the

21          work which I --

22    6:07P        Q.    I'm not asking you what it says.  I want

23          to understand what you, what the purpose of the

24          document was, what your understanding of the purpose

25          of the document was.

### 5/5/2005 Fuhrer, Jacques (Drifton)

```
1                 high and the put is 17 and a half, so the stock must

2                 have been around 22 and a half or 25.

3      6:15P             Q.    So what are you trying to accomplish with

4                 that trade?

5                       A.    With this, it's what I get out of the

6                 call.

7                       I can put it with the put and I can put

8                 the premium of the put together with the call, 35.

9                 Together my premium would be doubled.

10                      Q.    So what do you anticipate the stock price

11                is going to do?

12                      A.    No, I -- because by -- by selling a put,

13                I thought that the stock would be the same.

14                      By selling a call which is much higher

15                and selling a put which is much lower, you combine the

16                two, and if the stock remains the same, you get -- you

17                get a double -- how do you say?  How did I say it?

18                      MR. BRITTON:   Premium.

19                BY MR. YOUNT:

20                      Q.    Double premium?

21                      A.    Double premium.

22                      Q.    So would there ever be a time that you

23                would short a put without shorting a call or vice

24                versa?

25                      A.    I would sell a put, without selling a
```