# Exhibit 3

This is Google's cache of http://pview.findlaw.com/view/2249394_1?noconfirm=0&channel=LP as retrieved on Apr 11, 2007 03:34:25 GMT.
Google's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:zVNUTIkg8sEJ:pview.findlaw.com/view/2249394_1%3Fnoconfirm%3D0%26channel%3DLP+%22randall+H.+Steinmeyer%22&hl=en&ct=clnk&cd=3&gl=us

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **randall h steinmeyer**

---

**Thomson Legal Record**

# Randall H Steinmeyer

**Litigation Record**
powered by Westlaw

All data in this Litigation Record are from Westlaw.

| | |
|---|---|
| The Litigation Record contains **64 records** for: **Randall H Steinmeyer** | |
| View All on Westlaw | |
| **Register to view Litigation Record** (?) | |
| **Federal Record** | |
| Federal Dockets: | 10 of 47 records |
| Federal Cases: | 10 of 14 records |
| Federal Judges: | 10 of 24 records |
| **State Record** | |
| State Cases: | 3 records |
| State Judges: | 4 records |

LawCrawler - Legal Web & Databases Search

"Randall H Steinmeyer"
[Search LawCrawler]
Powered by Google

THOMSON
FINDLAW

Back to Search Results   New Search

West Legal Directory

**Randall H. Steinmeyer**
**Firm:** Lerach Coughlin Stoia Geller Rudman & Robbins LLP
**Address:** 655 West Broadway
Suite 1900
San Diego, CA 92101
Map & Directions
**Phone:** (619) 231-1058
**Fax:** (619) 231-7423
**E-mail:** Contact Us

---

**West Practice Categories:**

Securities Law

**Profile Last Updated:**

03/29/2007

---

When viewing a listing, consider the state advertising restrictions to which lawyers and law firms must adhere, as well as our West Legal Directory disclaimers.