# Exhibit 4

att: Mr Randall _____

## PLAINTIFF CERTIFICATION

__JACQUES FURHER___ hereby states that:

1 _ Plaintiff has reviewed the complaint and has authorized the filing of the complaint on his behalf.

2, Plaintiff did not purchase any common stock/securities of ERICSSON at the direction of his counsel or in order to participate in this private action.

3 . Plaintiff is willing to serve as a representative party on, behalf of a class, including providing testimony at deposition and trial, if necessary, I understand that the litigation is not settled. This is not a claim form, and sharing in any recovery is not dependent upon execution of this Plaintiff Certification. I am willing to serve as a lead plaintiff either individually or as part of a group . A lead plaintiff is a representative party who acts on behalf of other class members in directing the action .

4. The following includes all of Plaintiffs transactions in ERICSSON securities during the class period specified in the complaint;

SECURITY    TRANSACTION    TRADE DATE    PRICE PER QUANTITY

*SEE ATTACHED SCHEDULE*

5 . Plaintiff has not served or sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, unless otherwise stated in the space below:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class except to receive his pro rata share of any recovery , or as ordered or approved by the court including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

Executed this day of 12/13/2007     *Jacques Furher*
                                    JACQUES FURHER

**Jacques Furher's Transactions in Ericsson Securities**

**Transactions in Common Stock**

| Stock Exchange | Stock | Purchase/ Sale | Trade Date | Number of Shares | Price |
|---|---|---|---|---|---|
| LS | Stock | Purchase | 9/20/2007 | 7,100 | $42.50 |
|  | Stock | Purchase | 9/20/2007 | 4,400 | $42.50 |
|  | Stock | Purchase | 9/25/2007 | 1,000 | $42.50 |
|  | Stock | Purchase | 9/26/2007 | 7,500 | $42.50 |
|  | Stock | Purchase | 10/18/2007 | 5,600 | $42.50 |
|  | Stock | Sale | 10/18/2007 | 5,600 | $29.895 |
|  | Stock | Purchase | 10/18/2007 | 7,500 | $42.50 |
|  | Stock | Purchase | 10/18/2007 | 2,500 | $42.50 |
|  | Stock | Sale | 9/26/2007 | 20,000 | $35.00 |
|  | Stock | Sale | 10/29/2007 | 7,500 | $29.82 |
| DLC | Stock | Purchase | 10/18/2007 | 4,500 | $42.50 |
|  | Stock | Sale | 10/18/2007 | 4,500 | $29.67 |

**Transactions in Options**

| Stock Exchange | Option | Purchase/ Sale | Trade Date | Number of Shares (1 Option = 100 Shares) | Price |
|---|---|---|---|---|---|
| LS | Call Sep @37.5 | Sale | 8/10/2007 | 10,000 | $1.50 |
|  | Call Sep @35 | Sale | 8/14/2007 | 10,000 | $2.50 |
|  | Call Sep @35 | Sale | 8/28/2007 | 10,000 | $1.45 |
|  | Call Sep @35 | Sale | 9/7/2007 | 10,000 | $1.55 |
|  | Call Sep @35 | Purchase | 9/11/2007 | 10,000 | $3.10 |
|  | Call Sep @37.5 | Purchase | 9/12/2007 | 10,000 | $2.05 |
|  | Put Sep @42.5 | Sale | 9/13/2007 | 20,000 | $2.86 |
|  | Put Oct @42.5 | Sale | 9/19/2007 | 10,000 | $2.25 |
|  | Call Oct @37.5 | Sale | 9/20/2007 | 20,000 | $2.35 |
|  | Call Oct @37.5 | Sale | 9/24/2007 | 10,000 | $1.85 |
|  | Put Oct @42.5 | Sale | 9/28/2007 | 10,000 | $2.60 |
|  | Call Oct @37.5 | Purchase | 10/5/2007 | 30,000 | $4.053 |
|  | Put Oct @42.5 | Purchase | 10/5/2007 | 20,000 | $1.575 |
|  | Put Oct @42.5 | Sale | 10/9/2007 | 10,000 | $2.35 |
|  | Put Nov @42.5 | Sale | 10/11/2007 | 20,000 | $1.95 |
|  | Put Oct @42.5 | Sale | 10/11/2007 | 10,000 | $1.80 |

| | | | | | |
|---|---|---|---|---:|---:|
| | Put Nov @42.5 | Sale | 10/12/2007 | 10,000 | $2.50 |
| | Put Oct @42.5 | Purchase | 10/16/2007 | 10,000 | $11.30 |
| | Put Nov @42.5 | Purchase | 10/16/2007 | 10,000 | $11.50 |
| | Put Oct @42.5 | Purchase | 10/16/2007 | 10,000 | $11.74 |
| | Put Nov @42.5 | Purchase | 10/17/2007 | 4,400 | $11.70 |
| DLC | Call Sep @35 | Sale | 8/28/2007 | 10,000 | $1.90 |
| | Put Sep @37.5 | Sale | 8/30/2007 | 10,000 | $1.25 |
| | Put Sep @37.5 | Sale | 8/31/2007 | 10,000 | $1.15 |
| | Put Sep @37.5 | Purchase | 9/12/2007 | 10,000 | $0.20 |
| | Put Sep @37.5 | Purchase | 9/12/2007 | 10,000 | $0.25 |
| | Put Sep @40 | Sale | 9/12/2007 | 10,000 | $1.00 |
| | Put Sep @40 | Sale | 9/13/2007 | 10,000 | $0.90 |
| | Put Sep @40 | Purchase | 9/17/2007 | 10,000 | $1.20 |
| | Call Sep @35 | Purchase | 9/19/2007 | 5,000 | $5.43 |
| | Call Sep @35 | Purchase | 9/19/2007 | 5,000 | $5.78 |
| | Call Sep @40 | Sale | 9/19/2007 | 5,000 | $0.60 |
| | Call Sep @40 | Sale | 9/19/2007 | 5,000 | $0.50 |
| | Put Oct @42.5 | Sale | 9/19/2007 | 10,000 | $2.20 |
| | Put Sep @40 | Purchase | 9/20/2007 | 10,000 | $0.70 |
| | Put Oct @42.5 | Purchase | 9/27/2007 | 5,000 | $3.30 |
| | Put Jan @42.5 | Sale | 9/27/2007 | 5,000 | $4.12 |
| | Put Oct @42.5 | Purchase | 9/28/2007 | 5,000 | $2.85 |
| | Put Jan @42.5 | Sale | 10/1/2007 | 5,000 | $3.90 |
| | Call Oct @40 | Sale | 10/3/2007 | 10,000 | $1.10 |
| | Call Oct @40 | Purchase | 10/15/2007 | 10,000 | $1.20 |
| | Put Jan @42.5 | Purchase | 10/15/2007 | 5,000 | $11.50 |
| | Put Jan @42.5 | Purchase | 10/18/2007 | 500 | $12.90 |

Ericsson Telephone Co.

Furher's Total Loss = $1,080,869

**Calls traded on DLC Stock Exchange during the Class Period**

| Trade Date | Purchase/Sale | Strike Price | Expiration | Number of Shares | Price | Profit/Loss | |
|---|---|---|---|---|---|---|---|
| 8/28/2007 | Sale to open | 35 | Sep | 10,000 | $1.90 | $19,000 | |
| 9/19/2007 | Purchase to close | 35 | Sep | 5,000 | $5.43 | ($27,150) | |
| 9/19/2007 | Purchase to close | 35 | Sep | 5,000 | $5.78 | ($28,900) | |
| | | | | | | Subtotal | ($37,050) |
| 9/19/2007 * | Sale to open | 40 | Sep | 5,000 | $0.60 | $3,000 | |
| 9/19/2007 * | Sale to open | 40 | Sep | 5,000 | $0.50 | $2,500 | |
| | | | | | | Subtotal | $5,500 |
| 10/3/2007 | Sale to open | 40 | Oct | 10,000 | $1.10 | $11,000 | |
| 10/15/2007 | Purchase to close | 40 | Oct | 10,000 | $1.20 | ($12,000) | |
| | | | | | | Subtotal | ($1,000) |

**Puts traded on DLC Stock Exchange during the Class Period**

| Trade Date | Purchase/Sale | Strike Price | Expiration | Number of Shares | Price | Profit/Loss | |
|---|---|---|---|---|---|---|---|
| 8/30/2007 | Sale to open | 37.5 | Sep | 10,000 | $1.25 | $12,500 | |
| 9/12/2007 | Purchase to close | 37.5 | Sep | 10,000 | $0.20 | ($2,000) | |
| | | | | | | Subtotal | $10,500 |
| 8/31/2007 | Sale to open | 37.5 | Sep | 10,000 | $1.15 | $11,500 | |
| 9/12/2007 | Purchase to close | 37.5 | Sep | 10,000 | $0.25 | ($2,500) | |
| | | | | | | Subtotal | $9,000 |
| 9/12/2007 | Sale to open | 40 | Sep | 10,000 | $1.00 | $10,000 | |
| 9/20/2007 | Purchase to close | 40 | Sep | 10,000 | $0.70 | ($7,000) | |
| | | | | | | Subtotal | $3,000 |
| 9/13/2007 | Sale to open | 40 | Sep | 10,000 | $0.90 | $9,000 | |

| Date | Action | Strike | Month | Shares | Price | Amount | Subtotal |
|---|---|---|---|---|---|---|---|
| 9/17/2007 | Purchase to close | 40 | Sep | 10,000 | $1.20 | ($12,000) | |
| | | | | | | **Subtotal** | ($3,000) |
| 9/19/2007 | Sale to open | 42.5 | Oct | 10,000 | $2.20 | $22,000 | |
| 9/27/2007 | Purchase to close | 42.5 | Oct | 5,000 | $3.30 | ($16,500) | |
| 9/28/2007 | Purchase to close | 42.5 | Oct | 5,000 | $2.85 | ($14,250) | |
| | | | | | | **Subtotal** | ($8,750) |
| 9/27/2007 | Sale to open | 42.5 | Jan | 5,000 | $4.12 | $20,600 | |
| 10/18/2007 | Purchase to close | 42.5 | Jan | 500 | $12.90 | ($6,450) | |
| 10/18/2007 ** | Forced sale | Intrinsic Value of Option Less Inflation ($42.50 - $27.01 = $15.49) X 4,500 shares ^ | | | | ($69,705) | |
| | | | | | | **Subtotal** | ($55,555) |
| 10/1/2007 | Sale to open | 42.5 | Jan | 5,000 | $3.90 | $19,500 | |
| 10/15/2007 | Purchase to close | 42.5 | Jan | 5,000 | $11.50 | ($57,000) | |
| | | | | | | **Subtotal** | ($37,500) |

**Calls traded on LS Stock Exchange during the Class Period**

| Date | Action | Strike | Month | Shares | Price | Amount | Subtotal |
|---|---|---|---|---|---|---|---|
| 8/10/2007 | Sale to open | 37.5 | Sep | 10,000 | $1.50 | $15,000 | |
| 9/12/2007 | Purchase to close | 37.5 | Sep | 10,000 | $2.05 | ($20,500) | |
| | | | | | | **Subtotal** | ($5,500) |
| 8/14/2007 | Sale to open | 35 | Sep | 10,000 | $2.50 | $25,000 | |
| 8/28/2007 | Sale to open | 35 | Sep | 10,000 | $1.45 | $14,500 | |
| 9/26/2007 ** | Forced sale | Intrinsic Value of Option Less Inflation ($35 - $27.01 = $7.99) X 20,000 shares † | | | | ($159,800) | |
| | | | | | | **Subtotal** | ($120,300) |
| 9/7/2007 | Sale to open | 35 | Sep | 10,000 | $1.55 | $15,500 | |
| 9/11/2007 | Purchase to close | 35 | Sep | 10,000 | $3.10 | ($31,000) | |
| | | | | | | **Subtotal** | ($15,500) |
| 9/20/2007 | Sale to open | 37.5 | Oct | 20,000 | $2.35 | $47,000 | |

| 9/24/2007 | Sale to open | 37.5 | Oct | 10,000 | $1.85 | $18,500 | |
|---|---|---|---|---|---|---|---|
| 10/5/2007 | Purchase to close | 37.5 | Oct | 30,000 | $4.05 | ($121,590) | |
| | | | | | | Subtotal | ($56,090) |

**Puts traded on LS Stock Exchange during the Class Period**

| 9/13/2007 | Sale to open | 42.5 | Sep | 20,000 | $2.86 | $57,200 | |
|---|---|---|---|---|---|---|---|
| 9/20/2007 ** | Forced purchase |  | Intrinsic Value of Option Less Inflation ($42.50 - $27.01 = $15.49) X 11,500 shares ‡ | | | ($178,135) | |
| 9/25/2007 ** | Forced purchase | | Intrinsic Value of Option Less Inflation ($42.50 - $27.01 = $15.49) X 1,000 shares ▲ | | | ($15,490) | |
| 9/26/2007 ** | Forced purchase | | Intrinsic Value of Option Less Inflation ($42.50 - $27.01 = $15.49) X 7,500 shares ♠ | | | ($16,175) | |
| | | | | | | Subtotal | ($252,600) |

| 9/19/2007 | Sale to open | 42.5 | Oct | 10,000 | $2.25 | $22,500 | |
|---|---|---|---|---|---|---|---|
| 9/28/2007 | Sale to open | 42.5 | Oct | 10,000 | $2.60 | $26,000 | |
| 10/5/2007 | Purchase to close | 42.5 | Oct | 20,000 | $1.575 | ($31,500) | |
| | | | | | | Subtotal | $17,000 |

| 10/9/2007 | Sale to open | 42.5 | Oct | 10,000 | $2.35 | $23,500 | |
|---|---|---|---|---|---|---|---|
| 10/16/2007 | Purchase to close | 42.5 | Oct | 10,000 | $11.74 | ($117,400) | |
| | | | | | | Subtotal | ($93,900) |

| 10/11/2007 | Sale to open | 42.5 | Oct | 10,000 | $1.80 | $18,000 | |
|---|---|---|---|---|---|---|---|
| 10/16/2007 | Purchase to close | 42.5 | Oct | 10,000 | $11.30 | ($113,000) | |
| | | | | | | Subtotal | ($95,000) |

| 10/11/2007 | Sale to open | 42.5 | Nov | 20,000 | $1.95 | $39,000 | |
|---|---|---|---|---|---|---|---|
| 10/17/2007 | Purchase to close | 42.5 | Nov | 4,400 | $11.70 | ($51,480) | |
| 10/18/2007 ** | Forced purchase |  | Intrinsic Value of Option Less Inflation ($42.50 - $27.01 = $15.49) X 15,600 shares ♥ | | | ($241,644) | |
| | | | | | | Subtotal | ($254,124) |

| 10/12/2007 | Sale to open | 42.5 | Nov | 10,000 | $2.50 | $25,000 | |
|---|---|---|---|---|---|---|---|
| 10/16/2007 | Purchase to close | 42.5 | Nov | 10,000 | $11.50 | ($115,000) | |

|  |  |
|---|---|
| **Subtotal** | ($90,000) |
| **TOTAL LOSS** | ($1,080,869) |

\* Option expired out of the money, no further calculation necessary.

\*\* To avoid double counting, we have not included the stock transactions which occurred as a result of the exercise of the options.

^ The exercise of this put option caused Furher to purchase 4,500 shares on 10/18/07 at $42.50. On 10/18/07, Furher sold these 4,500 shares at $29.67.

† The exercise of this call option on 9/26/07 caused Furher to sell 20,000 shares at $35.00. Furher originally purchased these shares at $42.50 on 9/20/07 (11,500 shares), 9/25/07 (1,000 shares), and 9/26/07 (7,500 shares) due to the exercise of the September $42.50 puts.

‡ The exercise of this put option caused Furher to purchase 11,500 shares on 9/20/07 at $42.50. Furher later sold these shares on 9/26/07 when the September $35.00 calls were exercised.

▲ The exercise of this put option caused Furher to purchase 1,000 shares on 9/25/07 at $42.50. Furher later sold these shares on 9/26/07 when the September $35.00 calls were exercised.

♠ The exercise of this put option caused Furher to purchase 7,500 shares on 9/26/07 at $42.50. Furher later sold these shares on 9/26/07 when the September $35.00 calls were exercised.

♥ The exercise of this put option caused Furher to purchase 15,600 shares on 10/18/07 at $42.50. On 10/18/07, Furher sold 5,600 shares at $29.895 and 7,500 shares at $29.82. Furher retained 2,500 shares at the end of the class period.