# Exhibit 5

Westlaw.

|  | OCCUPANT INFORMATION |
|---|---|
| Name: | PRK PLACE CONDO |
| Name Type: | BUSINESS |
| Phone Number: | (619)236-0697 |

**RESIDENCE INFORMATION**

| Address: | 215 29TH ST |
|---|---|
|  | SAN DIEGO, CA 92102-4114 |

**ADDITIONAL INFORMATION**

| Address Type: | STREET ADDRESS |
|---|---|
| Phone Type: | POTS (PLAIN OLD TELEPHONE SERVICE) |
| Location Code: | NON-PROTECTED 48 STATES, ALASKA,HAWAII |
| Is it Dialable? | YES |
| Area Code Update: | 619 |
| Additional Name: | PRK PLACE CONDO |
| Connected Status: | CONNECTED - BUSINESS |

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

PEOPLE FINDER HISTORIC TRACKER RECORD

| | |
|---|---|
| **Information Current Through:** | 01-31-2008 |
| **Database Last Updated:** | 02-07-2008 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 03/06/2008 |
| **Source:** | TRANS UNION |

**INDIVIDUAL INFORMATION**

| | |
|---|---|
| **Name:** | RANDALL H STEINMEYER |
| **Also Known As:** | STEINMEYER, RANDALL |
| **SSN:** | 480-80-XXXX |
| **Date of Birth:** | 10/1969 |
| **On File Since:** | 12/01/1987 |
| **Phone Number 1:** | 702-8064 |

**CURRENT ADDRESS INFORMATION**

| | |
|---|---|
| **Current Address:** | 700 W HARBOR DR 1302<br>**SAN DIEGO, CA** 92101-7756 |
| **Address Last Reported:** | 07/25/2003 |

**PREVIOUS OR ADDITIONAL ADDRESS INFORMATION**

| | |
|---|---|
| **Previous Address:** | 271 SUMMIT AV<br>SAINT PAUL, MN 55102-2181 |
| **Address Last Reported:** | 11/13/2000 |
| **Previous Address:** | 13055 DAHLIA CI 208<br>EDEN PRAIRIE, MN 55344-7638 |
| **Address Last Reported:** | 12/01/1996 |
| **Previous Address:** | 500 W HARBOR DR 716<br>**SAN DIEGO, CA** 92101-7717 |
| **Address Last Reported:** | 07/01/1999 |

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

BUSINESS RECORD

D&B Completed Analysis:02-29-2008
Database Last Updated:02-29-2008
Source:Copyright (c) 2002 by Dun & Bradstreet, Inc.
Current Date:03/06/2008

COMPANY INFORMATION

DUNS:61-659-2122
Name:PARK PLACE CONDOMINIUMS
Address:700 W HARBOR DR
City/State:SAN DIEGO, CA 92101-7753
County:SAN DIEGO

Telephone:619-236-0255

BUSINESS DESCRIPTION

Line of Business:REAL ESTATE AGENT/MANAGER

Primary SIC:

6531REAL ESTATE AGENTS AND MANAGERS
65310200MANAGER, REAL ESTATE

SALES INFORMATION

Annual Sales Revision Date:12/15/2007
LATEST YEARTREND YEARBASE YEAR
(2007)(2006)(2003)

Annual Sales (US):$130,000-ESTIMATED$ NOT AVAILABLE$ NOT AVAILABLE
Trend Year = Year Prior to Latest Year
Base Year = 3 Years Prior to Trend Year

EMPLOYEE INFORMATION

LATEST YEARTREND YEARBASE YEAR
(2007)(2006)(2003)

Employees Total:2NOT AVAILABLENOT AVAILABLE
Trend Year = Year Prior to Latest Year
Base Year = 3 Years Prior to Trend Year

Employees Here:2-ESTIMATED

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

```
              COMPANY HISTORY/OPERATIONS/RELATIONSHIPS & OTHER INFORMATION
This Company's Specifics:
                         Establishment Is: US OWNED

                         Located In:MSA Code:   7320
                         MSA Name:  SAN DIEGO, CA

                         Business Is A:SINGLE LOCATION
                         SMALL BUSINESS

                         DUNS:61-659-2122
END OF DOCUMENT
```

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.