# Exhibit 6

# Labaton Sucharow

Christopher J. Keller
212 907 0853 direct
212 883 7053 fax
email ckeller@labaton.com

February 20, 2008

**VIA FACSIMILE**

Brian P. Murray, Esq.
Murray, Frank & Sailer LLP
275 Madison Ave., 8th Floor
New York, NY 10016

Re: *Steinberg v. Ericsson LM Telephone Co.,*
Civil Action No. 07-cv-9615 (RPP)

Dear Brian:

During the hearing in the above-referenced matter on February 15, 2008, it was clear that Judge Patterson based his decision to appoint your client lead plaintiff on your representation that Mr. Furher's transactions in Ericsson securities were made on a United States-based securities exchange. The transaction chart submitted with Mr. Furher's sworn certification, however, indicates that his trades were made on the "LS Stock Exchange" and "DLC Stock Exchange", exchanges that we cannot determine to be U.S.-based. We can avoid further motion practice, and needless inconveniencing of the Court, if you can document that Furher's purchases were made on a U.S. exchange.

Please let us know by the close of business on February 21 if you intend to provide such evidence.

Very truly yours,

Christopher J. Keller

Cc: Lawrence McCabe