# Exhibit 7

# MURRAY, FRANK & SAILER LLP
ATTORNEYS AT LAW

275 MADISON AVENUE
SUITE 801
NEW YORK, N.Y. 10016
212 682 1818
212 682 1892 FAX

info@murrayfrank.com
www.murrayfrank.com

**BY FAX AND EMAIL**

February 26, 2008

Christopher Keller, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Re:   *Steinberg v. Ericsson LM Telephone Co., et al*
      **Case Number: 1:07-cv-9615**

Dear Chris:

I write in further response to your letter dated February 20, 2008 to Brian Murray. Our client, Lead Plaintiff Jacques Fuhrer, has contacted his brokers and one of the brokers has transmitted certain transaction information to us. Mr. Furher's trades were executed on the Philadelphia Stock Exchange, Chicago Board Options Exchange, the NYSE Arca Exchange (formerly the Pacific Exchange), and the International Stock Exchange, all United States exchanges registered with the Securities and Exchange Commission under Section 6(a) of the Securities Exchange Act of 1934. All of these exchanges are located in the United States, just as we informed the Court at the February 15, 2008 hearing at which Mr. Furher was appointed Lead Plaintiff.

Sincerely,

Lawrence D. McCabe

cc:   Marvin L. Frank, Esq.
      Brian P. Murray, Esq.
      Randall H. Steinmeyer, Esq.