UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
MERRILL STEINBERG, Individually, and :
On Behalf of All Others Similarly Situated, :
: Electronically Filed
Plaintiff, :
: Civil Action No.: 1:07-cv-09615-RPP
v. : (ECF Case)
:
ERICSSON LM TELEPHONE CO., CARL- : Hon. Robert P. Patterson
HENRIC SVANBERG and KARL-HENRIK :
SUNDSTROM, :
:
Defendants. :
---------------------------------------------------------- x
*(Additional Captions on the Following Page)*


**CERTIFICATE OF SERVICE**

------------------------------------------------------- x
STATE-BOSTON RETIREMENT SYSTEM, :
Individually, and On Behalf of All Others :
Similarly Situated, : Electronically Filed
 :
                Plaintiff, : Civil Action No.: 1:07-cv-10659-RPP
 : (ECF Case)
       v. :
 : Hon. Robert P. Patterson
ERICSSON LM TELEPHONE CO., CARL- :
HENRIK SVANBERG and KARL-HENRIK :
SUNDSTROM, :
 :
               Defendants. :
------------------------------------------------------- x
CITY OF EDINBURGH COUNCIL ON :
BEHALF OF THE LOTHIAN PENSION :
FUND, FORTIS INVESTMENT : Electronically Filed
MANAGEMENT N.V./S.A., and DEKA :
INVESTMENT GmbH, Individually, and On : Civil Action No.: 1:07-cv-11617-RPP
Behalf of All Others Similarly Situated, : (ECF Case)
 :
              Plaintiff, : Hon. Robert P. Patterson
 :
       v. :
 :
ERICSSON LM TELEPHONE CO., CARL- :
HENRIK SVANBERG and KARL-HENRIK :
SUNDSTROM, :
 :
               Defendants. :
------------------------------------------------------- x

I, Christopher J. Keller, hereby certify, that on March 7, 2008, I electronically filed a true and correct copy of the foregoing documents:

• Motion for Reconsideration of the Court's Decision Denying the Motion of the Ericsson Institutional Investor Group For Appointment as Lead Plaintiff

• Memorandum of Law in Support of the Motion for Reconsideration of the Court's Decision Denying the Motion of the Ericsson Institutional Investor Group For Appointment as Lead Plaintiff

• Exhibits 1-7

with the Clerk of the Court using the ECF system which will send notification to the following:

drosenfeld@csgrr.com; srudman@csgrr.com; dkramer@paulweiss.com;

bkarp@paulweiss.com; sbuergel@paulweiss.com; ckeller@labaton.com;

ebelfi@labaton.com; arado@labaton.com; aellman@labaton.com;

lmccabe@murrayfrank.com; agiovanola@paulweiss.com

and I hereby certify that I have caused a true and correct copy of the foregoing documents to be served via U.S. mail to the following non-ECF participant:

ALEXANDER REUS, JD (Germany/USA), LLM
Board Certified International Lawyer
DIAZ REUS ROLFF & TARG LLP
GLOBAL EXPANSION GROUP
100 S.E. Second Street, Suite 2610
Miami, Florida 33131
Tel. +1-786-235-5000 ext. 127
Fax +1-786-235-5005
Cell +1-786-853-5666
areus@drrt.com <mailto:areus@drrt.com>

/s/ _Christopher J. Keller_____
Christopher J. Keller (CK-2347)