UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| MERRILL STEINBERG, Individually, and On Behalf of All Others Similarly Situated, | : : : : | Electronically Filed |
| Plaintiff, | : : | Civil Action No.: 1:07-cv-09615-RPP |
| v. | : : | (ECF Case) |
| ERICSSON LM TELEPHONE CO., CARL-HENRIC SVANBERG and KARL-HENRIK SUNDSTROM, | : : : : : | Hon. Robert P. Patterson |
| Defendants. | : | |

*(Additional Captions on the Following Page)*

**CERTIFICATE OF SERVICE**

----------------------------------------------------------- x
STATE-BOSTON RETIREMENT SYSTEM, :
Individually, and On Behalf of All Others        :
Similarly Situated,                              :    Electronically Filed
                                                 :
                Plaintiff,       :    Civil Action No.: 1:07-cv-10659-RPP
                                                 :    (ECF Case)
       v.                                :
                                                 :    Hon. Robert P. Patterson
ERICSSON LM TELEPHONE CO., CARL-                 :
HENRIK SVANBERG and KARL-HENRIK                  :
SUNDSTROM,                                       :
                                                 :
                Defendants.      :
----------------------------------------------------------- x
CITY OF EDINBURGH COUNCIL ON                     :
BEHALF OF THE LOTHIAN PENSION                    :
FUND, FORTIS INVESTMENT                          :    Electronically Filed
MANAGEMENT N.V./S.A., and DEKA                   :
INVESTMENT GmbH, Individually, and On            :    Civil Action No.: 1:07-cv-11617-RPP
Behalf of All Others Similarly Situated,         :    (ECF Case)
                                                 :
                Plaintiff,       :    Hon. Robert P. Patterson
                                                 :
       v.                                :
                                                 :
ERICSSON LM TELEPHONE CO., CARL-                 :
HENRIK SVANBERG and KARL-HENRIK                  :
SUNDSTROM,                                       :
                                                 :
                Defendants.      :
----------------------------------------------------------- x

I, Christopher J. Keller, hereby certify, that on March 31, 2008, I electronically filed a true and correct copy of the foregoing document:

- Reply Memorandum of Law in Support of the Ericsson Institutional Investor Group's Motion for Reconsideration

with the Clerk of the Court using the ECF system which will send notification to the following:

drosenfeld@csgrr.com; srudman@csgrr.com; dkramer@paulweiss.com;

bkarp@paulweiss.com; sbuergel@paulweiss.com; ckeller@labaton.com;

ebelfi@labaton.com; arado@labaton.com; aellman@labaton.com;

lmccabe@murrayfrank.com; agiovanola@paulweiss.com

and I hereby certify that I have caused a true and correct copy of the foregoing documents to be served via U.S. mail to the following non-ECF participant:

ALEXANDER REUS, JD (Germany/USA), LLM  
Board Certified International Lawyer  
DIAZ REUS ROLFF & TARG LLP  
GLOBAL EXPANSION GROUP  
100 S.E. Second Street, Suite 2610  
Miami, Florida 33131  
Tel. +1-786-235-5000 ext. 127  
Fax +1-786-235-5005  
Cell +1-786-853-5666  
areus@drrt.com <mailto:areus@drrt.com>

/s/ Christopher J. Keller  
Christopher J. Keller (CK-2347)