AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

MERRILL STEINBERG, Individually and On
Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

ERICSSON LM TELEPHONE CO., CARL-HENRIC
SVANBERG and KARL-HENRIK SUNDSTROM,

        Defendants.

**APPEARANCE**

Case Number: 07-cv-9615

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

  Jacques Furher

I certify that I am admitted to practice in this court.

| 4/1/2008 | *[signature]* |
|---|---|
| Date | Signature |

| Lawrence D. McCabe | LM 1846 |
|---|---|
| Print Name | Bar Number |

275 Madison Avenue, 8th Floor
Address

| New York | NY | 10016 |
|---|---|---|
| City | State | Zip Code |

| (212) 682-1818 | (212) 682-1892 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 1, 2008, I caused to be electronically filed the foregoing APPEARANCE OF LAWRENCE D. MCCABE with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

    I FURTHER CERTIFY that I caused the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

    N/A

**MURRAY, FRANK & SAILER LLP**

By:    /s/
    Lawrence D. McCabe (LM 1846)
Brian P. Murray (BM 9954)
275 Madison Avenue, 8th Floor
New York, New York 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

**Proposed Lead Counsel for the Class**