≈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

MERRILL STEINBERG, Individually and On
Behalf of All Others Similarly Situated,

           Plaintiff,

vs.

ERICSSON LM TELEPHONE CO., CARL-HENRIC
SVANBERG and KARL-HENRIK SUNDSTROM,

           Defendants.

**APPEARANCE**

Case Number: 07-cv-9615

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Lead Plaintiff Jacques Furher

I certify that I am admitted to practice in this court.

| 4/8/2008 | *[signature]* |
|---|---|
| Date | Signature |

| Brian P. Murray | BM 9954 |
|---|---|
| Print Name | Bar Number |

275 Madison Avenue, 8th Floor
Address

| New York | NY | 10016 |
|---|---|---|
| City | State | Zip Code |

| (212) 682-1818 | (212) 682-1892 |
|---|---|
| Phone Number | Fax Number |