## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on April 9, 2008, I caused to be electronically filed the foregoing APPEARANCE OF BRIAN P. MURRAY with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

  I FURTHER CERTIFY that I caused the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

  N/A

         **MURRAY, FRANK & SAILER LLP**

         By:   /s/
           Brian D. Brooks (BB 7442)
         Brian P. Murray (BM 9954)
         Lawrence D. McCabe (LM 1846)
         275 Madison Avenue, 8th Floor
         New York, New York 10016
         Telephone: (212) 682-1818
         Facsimile: (212) 682-1892

         **Lead Counsel for the Class**