UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERRILL STEINBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>v.<br><br>ERICSSON LM TELEPHONE CO., CARL-HENRIC SVANBERG and KARL-HENRIK SUNDSTROM,<br><br>                  Defendants. | Civil Action No. 07-cv-9615<br><br>Judge Robert P. Patterson<br><br>**Oral Argument Requested** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the declaration of Joshua D. Kaye and accompanying exhibits, and all other papers and proceedings herein, defendants Ericsson LM Telephone Co., Carl-Henric Svanberg, and Karl-Henrik Sundstrom will move this Court, before the Honorable Robert P. Patterson, United States District Judge for the Southern District of New York, on a date and at a time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 24A, for an order, pursuant to Rules 9 and 12(b)(2) & (6) of the Federal Rules of Civil Procedure and Section 21D(b)(3) of the Securities Exchange Act of 1934, dismissing Plaintiff's Consolidated Amended Complaint with prejudice in its entirety.

Dated: June 13, 2008
New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____/s/ Daniel J. Kramer_____

Daniel J. Kramer
Brad S. Karp
Charles E. Davidow
Susanna M. Buergel
1285 Avenue of the Americas
New York, New York  10019-6064
Tel.   (212) 373-3000
Fax    (212) 373-4020
*dkramer@paulweiss.com*

*Attorneys for Defendants*