**Table of Contents**

ERICSSON ANNUAL REPORT ON FORM 20−F 2007

- Simple—information should be provided in as simple a manner as possible, so readers gain the appropriate level of understanding of our business operations and performance.

- Relevant—we focus our disclosure on what is relevant to Ericsson's stakeholders or required by regulation or listing agreements, to avoid information overload.

- Timely—we utilize well-established disclosure controls and procedures to ensure that all disclosures are complete, accurate and performed on a timely basis.

- Fair and equal—we publish all material information via press releases to ensure everyone receives the information at the same time.

- A reflection of best practice—we strive to ensure that our disclosure is in line with industry norms.

Our website (www.ericsson.com/investors) includes comprehensive information on Ericsson, including an archive of our annual and interim reports, on-demand-access to recent news and copies of presentations given by senior management at industry conferences. Information on our website does not form part of this document.

## INDEPENDENCE REQUIREMENTS

The Ericsson Board of Directors is subject to, and complies with, a variety of independence requirements. However, it has sought and received exemptions from those NASDAQ requirements that are contrary to Swedish Law, see "NASDAQ Corporate Governance Exemptions" below.

### Listing requirements of OMX Nordic Exchange Stockholm

- Only one person from senior management may be a member of the board (applies also to senior management in the company's subsidiaries).

- The majority of the directors elected by the shareholders' meetings (employee representatives not included) must be independent of the company and its management. An overall assessment should be made in each case in order to consider whether a director is independent or not.

- At least two of the directors who are independent of the company and its management must also be independent of the company's major shareholders. One of these directors must be experienced in requirements placed on a listed company.

### The Swedish Code of Corporate Governance

Independence requirements on the board of directors (excluding employee representatives):

- Only one person from the senior management may be a member of the board.

- A majority of the directors elected by the shareholders' meetings must be independent of the company and its management.

- At least two of the directors who are independent of the company and its management must also be independent of the company's major shareholders.

Independence requirements on the Audit Committee:

- The majority of Audit Committee members must be independent of the company and senior management.

- At least one member of the committee must be independent of the company's major shareholders.

- A board member who is part of senior management may not be a member of the audit committee.

Table of Contents

ERICSSON ANNUAL REPORT ON FORM 20-F 2007

Independence requirements on the remuneration committee:

- Committee members must be independent of the company and the senior management.

**The NASDAQ Marketplace Rules**

Independence requirements on the board of directors:

- A majority of the members of the board of directors must be independent within the meaning of the NASDAQ rules.

Ericsson has obtained an exemption from NASDAQ allowing employee representative directors to be exempt from NASDAQ's independence requirements.

**Sarbanes–Oxley Act of 2002 and corresponding NASDAQ rules**

Independence requirements on the audit committee:

- All members of the audit committee must be independent within the meaning of the Sarbanes-Oxley Act of 2002.

The Sarbanes-Oxley Act of 2002 includes a specific exemption for non-executive employee representatives.

**NASDAQ Corporate Governance Exemptions**

Pursuant to a 2005 amendment to NASDAQ's Marketplace Rules, foreign private issuers such as Ericsson may follow home-country practice in lieu of certain NASDAQ corporate governance requirements.

Before the amendment was adopted, NASDAQ's Marketplace Rules provided that foreign private issuers could, upon application, be exempt from certain of its corporate governance requirements when these requirements were contrary to the laws, rules or regulations, or generally accepted business practices of the issuer's home jurisdiction.

Ericsson has received (and is entitled to continue to rely thereon under the 2005 amendment) exemptions from NASDAQ's corporate governance requirements under the Marketplace Rules in order to allow:

- Employee representatives to be elected to the Board of Directors and serve on its Committees (including the Audit Committee), in accordance with Swedish law.

- Shareholders to participate in the election of Directors and the Nomination Committee, in accordance with Swedish law and common market practice respectively.

- Employee representatives on the Board to attend all Board and all Committee meetings (including the Audit Committee), in accordance with Swedish laws concerning attendance and decision making processes.

In addition, Ericsson relies on the exemption provided by the 2005 amendment to overcome contradictions between NASDAQ and Swedish law requirements regarding quorums for its meetings of holders of common stock.

**INTERNAL CONTROL OVER FINANCIAL REPORTING FOR THE YEAR 2007**

According to the Swedish Companies Act and the Swedish Code of Corporate Governance, the Board of Directors must

- ensure that the Company has satisfactory internal controls;

- inform itself of the Company's internal control system; and

- assess how well it is working.

205

**Table of Contents**

ERICSSON ANNUAL REPORT ON FORM 20-F 2007

This report has been prepared in accordance with the Swedish Code of Corporate Governance, section 3.7.2, and is thereby limited to internal control over financial reporting.

The Swedish Corporate Governance Board has made a pronouncement to the effect that the Internal Control report must be included as part of the Corporate Governance Report. The Board of Directors needs not state how well the internal control over financial reporting has worked; nor do the auditors have to examine the Internal Control Report. In accordance with this pronouncement, we are not making any such statement in the Corporate Governance Report for 2007, and this report has not been examined by our auditors.

Because the Company is listed in the United States, the assessed effectiveness of internal controls over financial reporting, outlined in SOX section 404, apply. The Company has implemented detailed controls, documentation and testing procedures in accordance with the COSO framework, issued by the Committee of Sponsoring Organizations of the Treadway Commission, to ensure compliance with SOX 404. Management's report according to SOX 404 will be included in Ericsson's Annual Report on Form 20-F which will be filed with the SEC in the United States. During 2007, the Company has continued to work with the design and execution of financial controls to improve the efficiency of the controls.

**Internal control over financial reporting**

Ericsson has integrated risk management and internal control into its business processes. As defined in the COSO framework for internal control, components of internal control are: a control environment, risk assessment, control activities, information and communication, and monitoring.

*Control environment*

The Company's internal control structure is based on the division of labor between the Board of Directors and its Committees and the President and CEO and a management system that is based on:

- the Company's organization and mode of operations, with well-defined roles and responsibilities and delegations of authority;

- steering documents, such as policies and directives, and a Code of Business Ethics; and

- several well-defined processes for planning, operations and support.

The most essential parts of the control environment relative to financial reporting are included in steering documents for accounting and financial reporting. These steering documents are updated regularly to include, among other things, changes to laws, financial reporting standards and listing requirements, such as IFRS and SOX.

**Risk assessment**

Risks related to financial reporting are fraud and loss or embezzlement of assets, undue favorable treatment of counter-parties at the expense of the Company, and other risks of material misstatements in the financial statements, for example, those related to recognition and measurement of assets, liabilities, revenue and cost or insufficient disclosure. Ericsson is managed through common processes, where risk management is integrated, applying various methods of risk assessment and control, to ensure that the risks to which the Company is exposed are managed according to established policies. Accounting and financial reporting policies and directives cover areas of particular significance to support correct accounting, reporting and disclosure.

**Control activities**

The Company's business processes include financial controls regarding the approval and accounting of business transactions. The financial closing and reporting process has controls regarding recognition, measurement and disclosure, including the application of critical accounting policies and estimates, in individual

206

Table of Contents

ERICSSON ANNUAL REPORT ON FORM 20–F 2007

subsidiaries as well as in the consolidated accounts. All legal entities, business units and market units in Ericsson have own dedicated controller functions which participate in planning and evaluating each unit's performance. Regular analysis of the financial reports for their respective units covers the significant elements of assets, liabilities, revenues, costs and cash flow. Together with analysis performed at the Group level, this important element of internal control ensures that the financial reports do not contain material errors.

For external financial reporting purposes, additional controls ensure that all disclosure requirements are fulfilled by a Disclosure Committee established by Company management.

The Company has implemented controls to ensure that the financial reports are prepared in accordance with IFRS. To ensure that Ericsson's CEO and CFO can assess the effectiveness of the internal control in a way that is compliant with SOX requirements, the company also Maintains detailed documentation on internal controls related to accounting and financial reporting, as well as on monitoring the execution and results of such controls. A thorough review of materiality levels related to the financial reports has resulted in the implementation of detailed control documentation in several subsidiaries with significant scale of operations. For other subsidiaries, the Company has implemented overall controls which relate to the control environment and comply with the policies and directives related to financial reporting.

*Information and communication*

The Company's information and communication channels support completeness and correctness of financial reporting, for example, by making internal instructions and policies regarding accounting and financial reporting widely known and accessible to all employees concerned, as well as through regular updates and briefing documents regarding changes in accounting policies and reporting and disclosure requirements.

Subsidiaries and operations units make regular financial and management reports to internal steering groups and Company management, including analysis and comments on financial performance and risks. The Board of Directors receives financial reports monthly. The Audit Committee has established a "whistle blower" procedure for reporting violations relative to accounting, internal controls and auditing matters.

**Monitoring**

The Company's financial performance is reviewed at each Board meeting. The committees of the Board fulfill important monitoring functions regarding remuneration, borrowing, investments, customer financing, cash management, financial reporting and internal control. The Audit Committee and the Board of Directors review all interim and annual financial reports before they are released to the market. The Audit Committee also receives regular reports from the external auditors. The Audit Committee follows up on any actions taken to improve or modify controls.

The Company's process for financial reporting is reviewed annually by Management and forms a basis for evaluating the internal management system and internal steering documents to ensure that they cover all significant areas related to financial reporting. Compliance with policies and directives is monitored through annual self-assessments and representation letters from heads and controllers in all subsidiaries as well as from business units and market units. The Company's internal audit function, which reports to the Audit Committee, performs independent audits.

Table of Contents

## MANAGEMENT'S REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING

Ericsson's management is responsible for establishing and maintaining adequate internal control over financial reporting for the Company. Ericsson's internal control over financial reporting is designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles and includes those policies and procedures that:

- pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the Company;

- provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the Company are being made only in accordance with authorizations of management and directors of the Company; and

- provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of the Company's assets that could have a material effect on the financial statements.

Although the purpose of internal control systems is to enable risks to be optimally managed, all internal control systems, no matter how well designed, have inherent limitations which may not prevent or detect misstatements. Therefore, even those systems determined to be effective can provide only reasonable assurance with respect to financial statement preparation and presentation.

Ericsson's management assessed the effectiveness of Ericsson's internal control over financial reporting as of December 31, 2007. In making this assessment, management used the criteria set forth in Internal Control–Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this assessment, management has concluded that, as of December 31, 2007, Ericsson's internal control over financial reporting was effective. The effectiveness of the Company's internal control over financial reporting as of 31 December 2007 has been audited by PricewaterhouseCoopers AB, an independent registered public accounting firm, as stated in their report which appears on page 48.

ERICSSON ANNUAL REPORT ON FORM 20–F 2007

## SUPPLEMENTAL INFORMATION

The following information is provided for purposes of complying with certain requirements of Form 20–F which are not satisfied in full by the information in the Swedish Annual Report.

## EXCHANGE RATES

The following tables provide information with respect to the exchange rate for SEK per USD 1.00, based on the noon buying rate for cable transfers in SEK as certified for customs purposes by the Federal Reserve Bank of New York. The noon buying rate of April 15, 2008, was SEK 5.9512 per USD 1.00. The average is computed using the noon buying rate on the last business day of each month during the period indicated.

| Year ended December 31 | Average |
|---|---|
| 2003 | 8.0351 |
| 2004 | 7.3320 |
| 2005 | 7.5170 |
| 2006 | 7.3098 |
| 2007 | 6.7232 |

| Month | High | Low |
|---|---|---|
| September 2007 | 6.8946 | 6.4745 |
| October 2007 | 6.5156 | 6.3608 |
| November 2007 | 6.4116 | 6.2356 |
| December 2007 | 6.6089 | 6.3636 |
| January 2008 | 6.6289 | 6.3080 |
| February 2008 | 6.5116 | 6.1643 |
| March 2008 | 6.4598 | 5.9360 |

We describe the effects of exchange rate fluctuations on our business in the Board of Directors' Report under the heading "Risk Management" and in the Notes to the Consolidated Financial Statements -- Note C20, "financial Risk Management and Financial Instruments."

## OPERATING RESULTS

### Years ended December 31, 2006 and 2007

Please refer to Board of Directors' Report.

### Years ended December 31, 2005 and 2006

*Net Sales*

*Consolidated*

Consolidated net sales increased by SEK 17 percent, to SEK 179.8 billion in 2006 from SEK 153.2 billion in 2005. The Marconi acquisition added estimated 7 percent. Fluctuations in foreign exchange rates had an insignificant effect on reported sales.

*Primary Segments*

Ericsson has reorganized its operating structure as from January 1, 2007. The following segment information is restated accordingly.

**Table of Contents**

*Networks*

Net sales in segment Networks increased by 11 percent, to SEK 127.7 billion in 2006 from SEK 114.9 billion in 2005.

The company has a strong market position in mobile systems. The integration of the Marconi operations significantly strenghtened Ericsson's systems offering, especially to operators of fixed networks. With the acquisition of Redback Networks that will be integrated from 2007 the company is going to expande the scope of the product portfolio to also include IP routing.

*Professional Services*

Net Sales in segement Professional Services increased by 39 percent during 2006, to SEK 36.8 billion in 2006 from SEK SEK 26.5 billion in 2005. The company continued to be awarded contracts for network operation and hosting services. At year end 2006, Ericsson–managed network operations served approximately 100(53) million users.

*Multimedia*

Segment Multimedia includes multimedia systems, enterprise solutions and mobile platforms.

Net sales in segment Multimedia increased by 32 percent during 2006, to SEK 13.9 billion in 2006 from SEK 10.5 billion 2005.

*Phones*

Since the transfer of the operation of the Phones segment to Sony Ericsson Mobile Communications, on October 1, 2001, net sales are not reported for this segment.

*Secondary Segments*

The following regions increased their sales; Western Europe, by 25 percent, Central and Eastern Europe, Middle East and Africa by 16 percent and Asia Pacific sales by 49 percent. North America and Latin America decreased their sales by 18 percent and 14 percent respectively.

*Margins and operating expenses*

The gross margin was 41.7 percent 2006 compared to 46.0 percent 2005. The lower gross margin is an effect of higher proportion of service sales and also an impact of the business acquired from Marconi as both have a lower than group average gross margin.

Operating expenses in 2006 were SEK 49.0 billion compared to SEK 40.9 billion in 2005. Operating expenses, measured as a percentage, increased from 26.7 percent 2005 to 27.2 percent in 2006. The acquired Marconi operations had a negative effect on operating expenses during the first nine months.

Research and development and other technical expenses increased by SEK 3.5 billion, or 14 percent, to SEK 27.5 billion in 2006 compared with SEK 24.1 billion in 2005.

Selling and administrative expenses increased by SEK 4.6 billion, or 28 percent, to SEK 21.4 billion in 2006, compared with SEK 16.8 billion in 2005.

Operating margin 2006 was 19.9 percent compared to 21.6 percent 2005. Excluding Sony Ericsson the margin was 16.7 percent 2006 compared to 20.3 percent 2005. The decrease in the operating margin is mainly due to the Marconi acquisition that effected the margins negatively.

210

ERICSSON ANNUAL REPORT ON FORM 20–F 2007

*Other income statement items*

Other operating income and expenses increased to SEK 3.9 billion in 2006 compared with SEK 1.1 billion in 2005. The sale of the defense business is the main reason for the increase in other operating income and expenses.

Share in earnings of joint ventures and associated companies before tax increased by SEK 3.5 billion, mainly due to a larger contribution from Sony Ericsson mobile communications. Ericsson's 50 percent share in earning of the joint venture before tax increased from SEK 2.3 billion in 2005 to 5.9 billion in 2006.

Operating Income increased by SEK 2.7 billion, from SEK 33.1 billion in 2005 to SEK 35.8 billion in 2006.

Financial net decreased slightly from SEK 0.3 billion in 2005 to SEK 0.2 billion in 2006.

Income after financial items increased from SEK 33.3 billion in 2005 to SEK 36.0 billion 2006.

Tax cost was SEK 9.6 billion 2006 compared with SEK 8.9 billion in 2005. The effective tax rate was 27 percent in 2006.

Deferred tax assets decreased by SEK 5.0 billion from SEK 18.5 billion 2005 to SEK 13.6 billion 2005. This is due to utilization of tax loss carryforwards and timing differences.

Net income attributable to minority interest after taxes was SEK 0.2 billion 2006, compared to SEK 0.1 billion in 2005.

As a result principally of the above factors, the net income increased by SEK 2.0 billion from SEK 24.5 billion in 2005 to SEK 26.4 billion in 2006. Diluted earnings per share were SEK 1.65 in 2006 compared to SEK 1.53 in 2005.

## MEMORANDUM AND ARTICLES OF ASSOCIATION

Telefonaktiebolaget LM Ericsson is entered under no. 556016–0680 in the Company Register kept by the Swedish Companies Registration Office. Our Company's objective and purposes are described with §2 of the Articles of Association.

Our Articles of Association do not stipulate anything regarding a) a director's power to vote on a proposal, arrangement, or contract in which the director is materially interested, b) our directors' power to vote for compensation to themselves, c) our directors' borrowing powers, d) retirements rules for our directors or e) the number of shares required for a director's qualification. Applicable provisions are found in the Swedish Companies Act, as referred to in "Certain Powers of Directors and the President" below.

There are no age limit restrictions for directors and they are not required to own any shares in the Company.

### Share Capital, Increases of Share Capital and Preferential Rights of Shareholders

The Articles of Association of Ericsson provide that the share capital of the Company may not be less than SEK 6,000 million nor more than SEK 24,000 million, and that the number of shares in the Company shall amount to no less than 6,000,000,000 and no more than 24,000,000,000. The registered share capital is SEK 16,132,258,678 and the company has in total issued SEK 16,132,258,678 shares.

The Company's shares are divided into three series: Class A shares, Class B shares and Class c shares; however, no Class c shares are currently outstanding. Under the Swedish Companies Act of 2005, applicable as of January 1, 2006 (the "Swedish Companies Act"), shareholders must approve each issue of additional shares

211

**Table of Contents**

ERICSSON ANNUAL REPORT ON FORM 20–F 2007

either by deciding on the share issue at a shareholders' meeting, or by a shareholders' approval of a decision on a share issue by the Board, or by giving an authorization to the Board to decide about a share issue. If we decide to issue new Class A, Class B and Class C shares by means of a cash issue, or an issue against payment through set–off of claims, Class A, Class B and Class C shareholders (except for Ericsson and its subsidiaries, in the event they hold shares in Ericsson) have a primary preferential right to subscribe for new shares of the same type in relation to the number of shares previously held by them. Shares not subscribed for through a preferential right shall be offered to all shareholders for subscription on a pro rata basis. If we decide to issue new shares of only one series by means of a cash issue or an issue against payment through set–off of claims, all shareholders, regardless of whether their shares are Class A, Class B or Class C, are entitled to a preferential right to subscribe for new shares in proportion to the number of shares previously held by them. Shareholders may vote to waive shareholders' preferential rights at a general meeting.

If we decide to issue warrants or convertibles through a cash issue or an issue against payment through set–off of claims, the shareholders have preemptive rights to subscribe to warrants as if the issue were of the shares that may be subscribed to pursuant to the warrant and, respectively, preemptive rights to subscribe to convertibles as if the issue were of the shares that the convertibles may be converted to.

The above does not constitute any restriction to waive the shareholders' preferential rights when deciding on either a cash issue, an issue against payment through set–off of claims, an issue of warrants or an issue of convertibles.

**Dividends**

Our Class A and Class B shareholders have the same right to dividends, while Class C shareholders have a right to a yearly dividend as described in article 15 of our Articles of Association. No Class C shares are currently outstanding.

Under Swedish law, only a general meeting of shareholders may decide on payment of dividends, which may not exceed the amount proposed by the Board of Directors (except in certain limited circumstances), and may only be paid from funds legally available for that purpose. Under Swedish law, no interim dividends may be paid in respect of any fiscal period for which audited financial statements of the company have not yet been adopted by the annual general meeting of shareholders. The market practice in Sweden is for dividends to be paid annually. Under the Swedish Companies Act, dividends to shareholders and other transfers of value from a company—such as purchases of own shares (see below)—may only be made in case the company's restricted equity remains fully covered after the transfer of value has been made. The calculation shall be based upon the most recently adopted balance sheet, and any changes in the restricted equity that has occurred after the balance sheet date shall be taken into account. In addition, dividends to shareholders and other transfers of value from the company may only be made if this is justifiable taken into account the type of business activities of the company, their scope and risks related thereto and the company's need for financial resources, its liquidity and position. In respect of parent companies, also the business activities of the group, their scope and risks related thereto and the group's need for financial resources, its liquidity and position should be taken into account.

The Company's shares are registered in the computerized book–entry share registration system administered by VPC AB ("VPC"). The rights attached to shares eligible for dividends accrue to those persons whose names are recorded in the register of shareholders on the record day. The dividends are then sent to a specified account as directed by the person registered with VPC, or to the address of that person. The relevant record day must, in most circumstances, be specified in the resolution declaring a dividend or resolving upon a capital increase or any similar matter in which shareholders have preferential rights, or the Board of Directors must be authorized to determine the relevant record day.

212

Table of Contents

Where the registered holder is a nominee, the nominee receives, for the account of the beneficial owner, dividends and, on issues of shares with preferential rights for the shareholders, shares, as well as rights. Dividends are remitted in a single payment to the nominee who is responsible for the distribution of such dividends to the beneficial owner. A similar procedure is adopted for share issues. Specific authority to act as a nominee must be obtained from VPC. The nominee must issue a public report to the VPC every six months, listing all beneficial holders of more than 500 shares. VPC is required to keep a register with regard to any holding on behalf of a single beneficial owner in excess of 500 shares in any one company. This list must reveal the names of the beneficial owner and must be open to public inspection.

## Voting

In a general meeting of Ericsson, each Class A share shall carry one vote, each Class B share one tenth of one vote and each Class C share one–thousandth of one vote.

We are required to publish notices to attend annual general meetings no earlier than six weeks and no later than four weeks prior to the general meeting and the same notice period requirements apply regarding extraordinary general meetings concerning changes in our articles of association. Notices to attend other types of extraordinary general meetings must be published no earlier than six weeks and no later than two weeks prior to the general meeting.

Directors are elected during the annual general meeting for a period of one year at a time and do not stand for reelection at staggered intervals.

A shareholder may attend and vote at the meeting in person or by proxy. Proxies are not valid for longer than a year from the date of issuance. Any shareholder wishing to attend a general meeting must notify us no later than 4:00 p.m. (CET) on the day specified in the notice. We are required to accept all notifications of attendance received at least five business days (Saturdays normally included) prior to the meeting. A person designated in the register as a nominee (including the depositary of the ADSs) is not entitled to vote at a general meeting, nor is a beneficial owner whose share is registered in the name of a nominee (including the depositary of the ADSs) unless the beneficial owner first arranges to have such owner's own name entered in the register of shareholders maintained by VPC no later than the designated record day.

Under the Swedish Companies Act, resolutions are passed by a simple majority of votes cast at the meeting with the chairman of the meeting having a decisive vote (except in respect of elections), unless otherwise required by law or a company's articles of association. Under the Swedish Companies Act, certain resolutions require special quorums and majorities, including, but not limited to, the following:

A  a resolution to amend the articles of association requires a majority of two–thirds of the votes cast as well as two–thirds of the shares represented at the meeting, except in those circumstances described in B–D below;

B  a resolution to amend the articles of association which reduces any shareholder's rights to profits or assets, restricts the transferability of shares or alters the legal relationship between shares, normally requires the unanimous approval of the shareholders present at the meeting and who hold nine–tenths of all outstanding shares;

C  a resolution to amend the articles of association for the purpose of limiting the number of shares with which a shareholder may vote at a general meeting or allocating part of the net profit for the fiscal year to a restricted fund or limiting the use of the company's profits or assets in a liquidation or dissolution, normally requires the approval of shareholders representing two–thirds of the votes cast and nine–tenths of the shares represented at the meeting;

213

Table of Contents

ERICSSON ANNUAL REPORT ON FORM 20−F 2007

**D**    a resolution of the kind referred to under B or C above may, however, be taken with a lower supermajority requirement if the amendments referred to therein will only adversely affect specific shares or classes of shares. In such cases, the requirement under a above will apply together with the following separate supermajority: (a) where only a class of shares is adversely affected, approval of the owners of one−half of all shares of such class and nine−tenths of the shares of such class represented at the meeting, or (b) where the shares adversely affected do not constitute a class of shares, the unanimous approval of all such affected outstanding shares present at the meeting and who hold nine−tenths of all outstanding shares adversely affected;

**E**    a resolution to issue, approve or authorize the issuance for cash of new shares, warrants or convertibles with a deviation from the −preferential right for existing shareholders requires a two−thirds −majority of votes cast at the meeting as well as two−thirds of the shares represented at the meeting;

**F**    a resolution to reduce the outstanding share capital requires a two−thirds majority of votes cast at the meeting as well as two−thirds of the shares represented at the meeting. In case there are several classes of shares in a company, the above described majority requirement shall apply also within each share class represented at the meeting and for which the rights of the shares are adversely affected; and

**G**    a resolution to approve a merger requires a two−thirds majority of the votes cast at the meeting and two−thirds of the shares represented at the meeting.

At a general meeting of shareholders, a shareholder or proxy for one or more shareholders may cast full number of votes represented by the holder's shares.

## Purchase of Own Shares

A public Swedish limited liability company whose shares are traded on a securities exchange, an authorized market place or another regulated market place is entitled to purchase its own shares under certain conditions. A purchase by us of our own shares may take place only if (a) the purchase has been decided upon by a general meeting of shareholders or the Board has been authorized by a general meeting of shareholders, in both cases by a two thirds majority of votes cast at the meeting as well as two−thirds of the shares present or represented at the meeting, (b) the purchase is effected on a securities exchange or in some other regulated market either in the European Economic Area (EEA) or outside the EEA (in the latter case with the approval of the Swedish Financial Supervisory Authority the "SFSA") or pursuant to an offer to all shareholders or holders of a specific class of shares, (c) the Company's restricted equity will still be fully covered and the purchase is justifiable taken into account the type of business activities of the Company and the group, their scope and risks related thereto and the Company's and the group's need for financial resources, its liquidity and position, and (d) we and our subsidiaries do not hold or, as a result of purchase, will not hold in excess of 10 percent of all our outstanding shares. As of December 31, 2007, the Company held an aggregate of 231,991,543 treasury stock of Class B shares.

## Investment Restrictions

There are no limitations imposed by Swedish law or by our Articles of Association in respect of the rights of non−residents or foreign persons to purchase, own or sell securities issued by us.

There are, however, certain flagging and ownership examination rules that apply, irrespective of nationality.

Pursuant to recommendations concerning the disclosure of acquisition and transfer of shares issued by Näringslivets Börskommitté (the "Swedish Industry and Commerce Stock Exchange Committee"), any seller or purchaser of securities including shares of stock, convertible debt instruments, warrants, non−standardized options and futures of a Swedish company listed on , must report to OMX Nordic Exchange Stockholm and to

214

Table of Contents

the company transactions in which the purchaser or seller acquires or disposes of 5 percent of any subsequent percentage that is a multiple of five, up to and including 90 percent of either the voting rights of all shares or the total number of shares in the company. These changes in ownership should also be reported to an established news agency and to a nationally published newspaper in Sweden no later than 9:00 a.m. on the day after which trading has been conducted on OMX Nordic Exchange Stockholm.

In addition, according to the Swedish Financial Instruments Trading Act, if a natural or legal person acquires or disposes of shareholdings in a Swedish company that has its shares listed on a stock exchange situated or operating within one or more EEA countries and, as a result of such acquisition or disposition, holds voting rights equal to, in excess of or less than one of the thresholds of 10 percent, 20 percent, 33 percent, 50 percent or 66 percent, the person is required to notify the company in writing at the same time it notifies the stock exchange or, if the shares are not listed in Sweden, the SFSA within seven calendar days of the acquisition or disposition.

In addition, the Act on Reporting Obligations Regarding Certain Holdings of Financial Instruments requires, among other things, that certain individuals who own shares representing 10 percent or more of the share capital or the voting rights in a publicly traded company report such ownership to the SFSA, which keeps a public register based on the information contained in such reports, and also to report any changes in such ownership within five business days (Saturdays normally included).

## EXCHANGE CONTROLS

There is no Swedish legislation affecting a) the import or export of capital or b) the remittance of dividends, interest or other payments to non-resident holders of our securities except that, subject to the provisions in any tax treaty, dividends are subject to withholding tax.

## TAXATION

### General

The taxation discussion set forth below does not purport to be a complete analysis or listing of all potential tax effects relevant to the acquisition, ownership or disposition of Class B shares or ADSs. The statements of United States and Swedish tax laws set forth below are based on the laws in force as of the date of this report and may be subject to any changes in United States or Swedish law, and in any double taxation convention or treaty between the United States and Sweden, occurring after that date, which changes may then have retroactive effect.

Specific tax provisions may apply for certain categories of tax payers. Your tax treatment if you are a holder of Class B shares or ADSs depends in part on your particular situation. If you are a holder of Class B shares or ADSs, you should therefore consult a tax advisor as to the tax consequences relating to your particular circumstances resulting from the ownership of Class B shares or ADSs.

The tax consequences to holders of ADSs, as discussed below, apply equally to holders of Class B shares.

### Certain Swedish Tax Considerations

This section describes the material Swedish income and net wealth tax consequences for a holder of ADSs or Class B shares who is not considered to be a Swedish resident for Swedish tax purposes. This section applies to you only if you are a holder of portfolio investments representing less than 10 percent of capital and votes and is not applicable if the ADSs or Class B shares pertain to a permanent establishment or fixed place of business in Sweden.

Table of Contents

*Taxation on Capital Gains*

Generally, non−residents of Sweden are not liable for Swedish capital gains taxation with respect to the sale of ADSs or Class B shares. However, under Swedish tax law, capital gains from the sale of shares in Swedish companies and certain other securities by an individual may be taxed in Sweden at a rate of 30 percent if the seller has been a resident of Sweden or has lived permanently in Sweden at any time during the year of the sale or the 10 calendar years preceding the year of the sale (absent treaty provisions to the contrary). The provision is applicable on ADSs or Class B shares. From 1 January 2008 the rule has been extended so that it also applies to shares in foreign companies, provided that the shares were acquired during the time that the person was liable to tax in Sweden.

This provision may, however, be limited by tax treaties that Sweden has concluded with other countries. Under the tax treaty between Sweden and the United States (the "U.S. Tax Treaty"), this provision applies for ten years from the date the individual became a non−resident of Sweden.

*Taxation on Dividends*

A Swedish dividend withholding tax at a rate of 30 percent is imposed on dividends paid by a Swedish corporation, such as us, to non−residents of Sweden. The same withholding tax applies to certain other payments made by a Swedish corporation, including payments as a result of redemption of shares and repurchase of stock through an offer directed to its shareholders. Exemption from the withholding tax or a lower tax rate may apply by virtue of a tax treaty. Under the U.S. Tax Treaty, the withholding tax on dividends paid on portfolio investments to eligible U.S. holders is reduced to 15 percent.

Under all Swedish tax treaties, except the tax treaty with Switzerland, withholding tax at the applicable treaty rate should be withheld by the payer of the dividends. With regard to dividends paid from shares in corporations registered with the VPC (such as our shares), a reduced rate of dividend withholding tax under a tax treaty is generally applied at the source by the VPC or, if the shares are registered with a nominee, the nominee, as long as the person entitled to the dividend is registered as a non−resident and sufficient information regarding the tax residency of the beneficial owner is available to the VPC or the nominee.

In those cases where Swedish withholding tax is withheld at the rate of 30 percent and the person who received the dividends is entitled to a reduced rate of withholding tax under a tax treaty, a refund may be claimed from the Swedish tax authorities before the end of the fifth calendar year following the year that the distribution was made.

*Taxation on Interest*

No Swedish withholding tax is payable on interest paid to non−residents of Sweden.

*Net Wealth Taxation*

The Swedish net wealth tax has been abolished from 1 January 2007.

**Certain United States Federal Income Tax Consequences**

The following discussion is a summary of the material United States federal income tax consequences relevant to the ownership and disposition of ADSs or Class B shares. This discussion is based on the tax laws of the United States (including the Internal Revenue Code of 1986, as amended (the "Code"), its legislative history, existing and proposed regulations thereunder, published rulings and court decisions) as in effect on the date hereof, all of which are subject to change, possibly with retroactive effect. The discussion is not a full discussion

216

of all tax considerations that may be relevant to the ownership and disposition of ADSs or Class B shares. The discussion applies only if you will hold the ADSs and/or the Class B shares as capital assets and you use the USD as your functional currency. It does not deal with the tax treatment of investors subject to special rules, such as grantor trusts, real estate investment trusts, regulated investment companies, banks, brokers or dealers in securities, traders in securities or currencies that elect to use a mark–to–market method of recording for their securities holdings, financial institutions, insurance companies, tax–exempt entities, investors liable for alternative minimum tax, holders (either actually or constructively) of 10 percent or more of our Class B shares, persons holding ADSs and/or Class B shares as part of a hedging, straddle, conversion or constructive sale transaction and persons who are resident or ordinarily resident in Sweden. In addition, investors holding ADSs and/or Class B shares indirectly through partnerships are subject to special rules not discussed below. You should consult your own tax advisers about the United States federal, state, local and foreign tax consequences to you of the ownership and disposition of the ADSs or Class B shares.

The discussion below applies to you only if you are a beneficial owner of ADSs and/or Class B shares not resident in Sweden for purposes of the U.S. Tax Treaty and you are, for United States federal income tax purposes, (1) a citizen or resident of the United States, (2) a corporation or any other entity treated as a corporation that is organized in or under the laws of the United States or its political subdivisions, (3) a trust if all of the trust's substantial decisions are subject to the control of one or more United States persons and the primary supervision of the trust is subject to a United States court or if a valid election is in effect with respect to the trust to be taxed as a United States person, or (4) an estate the income of which is subject to United States federal income taxation regardless of its source.

The discussion below assumes that the representations contained in the deposit agreement are true and that the obligations in the deposit agreement and any related agreement will be complied with in accordance with the terms. If you hold ADSs, you will be treated as the holder of the underlying Class B shares represented by those ADSs for United States federal income tax purposes.

*Taxation of ADSs or Class B shares*

   *Dividends*

Subject to the passive foreign investment company rules discussed below, the gross amount of dividends paid (before reduction for any Swedish withholding taxes) with respect to the ADSs or Class B shares generally will be included in your gross income as ordinary income from foreign sources to the extent paid out of our current or accumulated earnings and profits (as determined for United States federal income tax purposes). Distributions in excess of earnings and profits will be treated as a non–taxable return of capital to the extent of your adjusted tax basis in the ADSs or Class B shares and thereafter as capital gain. The dividends will not be eligible for the dividends received deduction available to corporations in respect of dividends received from other U.S. corporations. The amount of any dividend paid in SEK will be the U.S. dollar value of the dividend payment based on the exchange rate in effect on the date of receipt by you (or constructive receipt), in the case of Class B shares or by the depositary, in the case of ADSs, whether or not the payment is converted into USD at that time. Your tax basis in the SEK received will equal such USD amount. Gain or loss, if any, recognized on a subsequent sale or conversion of the SEK will be U.S. source ordinary income or loss.

If you are a non–corporate holder of ADSs or Class B shares, dividends you receive on the ADSs or Class B shares for taxable years beginning before January 1, 2011, may be taxed at the lower applicable capital gains rate provided that (1) we are not a passive foreign investment company (as discussed below) for either our taxable year in which the dividend was paid or the preceding taxable year, (2) certain holding period requirements are met and (3) either (a) our ADSs continue to be listed on the Nasdaq Stock Market (or a national securities exchange that is registered under section 6 of the Securities Exchange Act of 1934, as amended) or (b) we are eligible for the benefits of the U.S. Tax Treaty. You should consult your own tax advisors regarding the availability of the lower rate for dividends paid with respect to ADSs or Class B shares.

Table of Contents

ERICSSON ANNUAL REPORT ON FORM 20–F 2007

Subject to certain limitations, you will generally be entitled to receive credit against your United States federal income tax liability (or a deduction against your United States federal taxable income) with respect to any Swedish tax withheld in accordance with the U.S. Tax Treaty and paid over to Sweden. If a refund of the tax withheld is available to you under the laws of Sweden or under the U.S. Tax Treaty, the amount of tax withheld that is refundable will not be eligible for such credit against your United States federal income tax liability (and will not be eligible for the deduction against your United States federal taxable income). For foreign tax credit limitation purposes, the dividend will be income from sources without the United States, and will generally be treated as "passive income" (or, in the case of certain holders, "financial services income"). Dividends will generally be treated as "passive category income" (or, in the case of certain holders, "general category income").

*Sale or Exchange of ADSs or Class B shares*

Subject to the passive foreign investment company rules discussed below, you will generally recognize capital gain or loss on the sale or other disposition of the ADSs or Class B shares equal to the difference between the USD value of the amount realized and your adjusted tax basis (determined in USD) in the ADSs or Class B shares. Such gain or loss will be capital gain or loss and will generally be treated as arising from U.S. sources for foreign tax credit limitation purposes.

The amount realized on a disposition of ADSs or Class B shares will generally be the amount of cash you receive for the ADSs or Class B shares (which, in the case of payment in a non–U.S. currency, will equal the USD value of the payment received determined on (a) the date of receipt of payment if you are a cash basis taxpayer and (b) the date of disposition if you are an accrual basis taxpayer). If the ADSs or Class B shares are treated as traded on an "established securities market," if you are a cash basis taxpayer (or, if you are an accrual basis taxpayer, if you so elect) you will determine the USD value of the amount realized by translating the amount received at the spot rate of exchange on the settlement date of the sale.

You will have a tax basis in any foreign currency received equal to the USD amount realized. Any gain or loss you realize on a subsequent conversion of foreign currency will be U.S. source ordinary income or loss.

*Passive Foreign Investment Company Status*

A non–U.S. corporation is a passive foreign investment company (a "PFIC") in any taxable year in which, after taking into account the income and assets of certain subsidiaries, either (a) at least 75 percent of its gross income is passive income or (b) at least 50 percent of the quarterly average value of its assets is attributable to assets that produce or are held to produce passive income. Based on the market value of our shares, the composition of our assets and income and our operations, we believe we were not a PFIC during the year 2007. However, whether or not we will be considered a PFIC will depend on the nature and source of our income and the value of our assets, as determined from time to time. If we are treated as a PFIC, we will not provide information necessary for the "qualified electing fund" election as the term is defined in the relevant provisions of the Code. You should consult your own tax advisors about the consequences of our classification as a PFIC.

If we were a PFIC, for any taxable year in which you held ADSs or Class B shares, you would be subject to special rules with respect to:

*    any gain realized on the sale or other disposition of ADSs or Class B shares; and

*    any "excess distribution" made to you (generally, any distributions to you in respect of ADSs or Class B shares during a single taxable year that are, in the aggregate, greater than 125 percent of the average annual distributions received by you in respect of ADSs or Class B shares during the three preceding taxable years or, if shorter, your holding period for ADSs or Class B shares).

218

Table of Contents

ERICSSON ANNUAL REPORT ON FORM 20–F 2007

Under these rules:

- the gain or excess distribution would be allocated ratably over your holding period for ADSs or Class B shares;

- the amount allocated to the taxable year in which the gain or excess distribution was realized and any year before we became a PFIC would be taxable as ordinary income and

- the amount allocated to each prior year, other than the current year and any taxable year prior to the first taxable year in which we were a PFIC, would be subject to tax at the highest applicable marginal tax rate in effect for each such year; and an interest charge would be imposed to cover the deemed benefit for the deferred payment of the tax attributable to each such year.

As an alternative to the special rules described above, holders of "marketable stock" in a PFIC may elect mark–to–market treatment with respect to their ADSs or Class B shares. ADSs or Class B shares will not be considered marketable stock unless the Class B shares are regularly traded on a qualified exchange or other market. If the mark–to–market election is available and you elect mark–to–market treatment you will, in general, include as ordinary income each year an amount equal to the increase in value of your ADSs or Class B shares for that year (measured at the close of your taxable year) and will generally be allowed a deduction for any decrease in the value of your Class B shares for the year, but only to the extent of previously included mark–to–market income.

If you own ADSs or Class B shares during any year in which we are a PFIC, you are required to make an annual return on IRS Form 8621 regarding distributions received with respect to Class B shares and any gain realized on the disposition of your ADSs or Class B shares.

*Information reporting and backup withholding*

In general, information reporting requirements may apply to dividends paid in respect of ADSs or Class B shares and the proceeds received on the sale or exchange of the ADSs or Class B shares within the United States or by a broker with certain United States connections. Backup withholding, currently at a rate of 28 percent may apply to payments to you of dividends paid in respect of ADSs or Class B shares or the proceeds of a sale or other disposition of ADSs or Class B shares if you fail to provide an accurate taxpayer identification number (certified on IRS Form W–9) or, upon request, to certify that you are not subject to backup withholding, or otherwise to comply with the applicable requirements of backup withholding. The amount of any backup withholding from a payment to you will be allowed as a credit against your United States federal income tax liability and a refund of any excess amount withheld under the backup withholding rules may be obtained by filing the appropriate claim for refund with the IRS and furnishing any required information.

219

ERICSSON ANNUAL REPORT ON FORM 20−F 2007

## P9 INVESTMENTS

The following listing shows certain shareholdings owned directly and indirectly by the Parent Company as of December 31, 2007. A complete listing of shareholdings, prepared in accordance with the Swedish Annual Accounts Act and filed with the Swedish Companies Registration Office (Bolagsverket), may be obtained upon request to: Telefonaktiebolaget LM Ericsson, External & Management Information, SE−164 83 Stockholm, Sweden.

### SHARES OWNED DIRECTLY BY THE PARENT COMPANY

| Type | Company | Reg. No. | Domicile | Percentage of ownership | Par value in local currency, million | Carrying value, SEK m. |
|---|---|---|---|---|---|---|
| | **Subsidiary companies** | | | | | |
| I | Ericsson AB | 556056−6258 | Sweden | 100 | 50 | 20,645 |
| I | Ericsson Shared Services AB | 556251−3266 | Sweden | 100 | 361 | 2,216 |
| I | Ericsson Enterprise AB | 556090−3212 | Sweden | 100 | 360 | 335 |
| I | Ericsson Sverige AB | 556329−5657 | Sweden | 100 | 100 | 102 |
| I | Netwise AB | 556404−4286 | Sweden | 100 | 2 | 306 |
| II | AB Aulis | 556030−9899 | Sweden | 100 | 14 | 6 |
| III | Ericsson Credit AB | 556326−0552 | Sweden | 100 | 5 | 5 |
| | Other (Sweden) | | | — | — | 983 |
| I | Ericsson Austria GmbH | | Austria | 100 | 4 | 665 |
| I | Ericsson Danmark A/S | | Denmark | 100 | 90 | 216 |
| I | Oy LM Ericsson Ab | | Finland | 100 | 13 | 196 |
| II | Ericsson Participations France SAS | | France | 100 | 26 | 524 |
| I | Ericsson GmbH | | Germany | 100 | 20 | 3,884 |
| I | Ericsson Hungary Ltd. | | Hungary | 100 | 1,301 | 120 |
| II | LM Ericsson Holdings Ltd. | | Ireland | 100 | 2 | 15 |
| I | Ericsson Telecomunicazioni S.p.A. | | Italy | 531) | 23 | 3,151 |
| II | Ericsson Holding International B.V. | | The Netherlands | 100 | 222 | 3,200 |
| I | Ericsson A/S | | Norway | 100 | 156 | 237 |
| II | TANDBERG Television ASA | | Norway | 100 | 161 | 8,787 |
| I | Ericsson Corporatia AO | | Russia | 100 | 5 | 5 |
| I | Ericsson AG | | Switzerland | 100 | | |
| II | Ericsson Holding Ltd. | | United Kingdom | 100 | 328 | 4,094 |
| | Other (Europe, excluding Sweden) | | | — | — | 217 |
| II | Ericsson Holding II Inc. | | United States | 100 | 2,817 | 28,881 |
| I | Cia Ericsson S.A.C.I. | | Argentina | 122) | 13 | 10 |
| I | Ericsson Telecom S.A. de C.V. | | Mexico | 100 | n/a | 1,550 |
| | Other (United States, Latin America) | | | — | — | 61 |
| II | Teleric Pty Ltd. | | Australia | 100 | 20 | 100 |
| I | Ericsson Ltd. | | China | 100 | 2 | 2 |
| I | Ericsson (China) Company Ltd. | | China | 100 | 65 | 475 |
| I | Ericsson India Private Ltd. | | India | 100 | 725 | 147 |
| I | Ericsson (Malaysia) Sdn. Bhd. | | Malaysia | 70 | 2 | 4 |
| I | Ericsson Telecommunications Pte. Ltd. | | Singapore | 100 | 2 | 1 |
| I | Ericsson Taiwan Ltd. | | Taiwan | 80 | 240 | 20 |
| I | Ericsson (Thailand) Ltd. | | Thailand | 493) | 90 | 17 |
| | Other countries (the rest of the world) | | | — | — | 229 |
| | **Total** | | | | — | **81,406** |

Table of Contents

ERICSSON ANNUAL REPORT ON FORM 20-F 2007

| Type | Company | Reg. No. | Domicile | Percentage of ownership | Par value in local currency, million | Carrying value, SEK m. |
|---|---|---|---|---|---|---|
| | **Joint ventures and associated companies** | | | | | |
| I | Sony Ericsson Mobile Communications AB | 556615-6658 | Sweden | 50 | 50 | 4,136 |
| I | Ericsson Nikola Tesla d.d. | | Croatia | 49 | 65 | 330 |
| | **Total** | | | | — | 4,466 |

## SHARES OWNED BY SUBSIDIARY COMPANIES

| Type | Company | Reg. No. | Domicile | Percentage of ownership |
|---|---|---|---|---|
| | **Subsidiary companies** | | | |
| I | Ericsson Network Technologies AB | 556000-0365 | Sweden | 100 |
| II | Ericsson Cables Holding AB | 556044-9489 | Sweden | 100 |
| I | Ericsson France SAS | | France | 100 |
| I | LHS Telekommunikation GmbH & Co. KG | | Germany | 87.5 |
| I | LM Ericsson Ltd. | | Ireland | 100 |
| I | Marconi S.p.A. | | Italy | 100 |
| II | Ericsson Nederland B.V. | | The Netherlands | 100 |
| I | Ericsson Telecommunicatle B.V. | | The Netherlands | 100 |
| I | Ericsson España S.A. | | Spain | 100 |
| I | Soluciones De Video Y Comunicaciones Hache S.L. | | Spain | 100 |
| I | Ericsson Telekomunikasyon A.S. | | Turkey | 100 |
| I | Ericsson Ltd. | | United Kingdom | 100 |
| I | Ericsson Canada Inc. | | Canada | 100 |
| I | Ericsson Inc. | | United States | 100 |
| I | Ericsson IP Infrastructure Inc. | | United States | 100 |
| I | Ericsson Amplified Technologies Inc. | | United States | 100 |
| II | Drutt Corporation Inc. | | United States | 100 |
| I | Entrisphere Inc. | | United States | 100 |
| I | Redback Networks Inc. | | United States | 100 |
| I | Ericsson Servicos de Telecomunicações Ltda. | | Brazil | 100 |
| I | Ericsson Telecommunicações S.A. | | Brazil | 100 |
| I | Ericsson Australia Pty. Ltd. | | Australia | 100 |
| I | Ericsson (China) Communications Co. Ltd. | | China | 100 |
| I | Nanjing Ericsson Panda Communication Co. Ltd. | | China | 51 |
| I | Nippon Ericsson K.K. | | Japan | 100 |
| I | Ericsson Communication Solutions Pte Ltd. | | Singapore | 100 |

**Key to type of company**

| | |
|---|---|
| I | Manufacturing, distribution and development companies |
| II | Holding companies |
| III | Finance companies |
| 1) | Through subsidiary holdings, total holdings amount to 100% of Ericsson Telecomunicazioni S.p.A. |
| 2) | Through subsidiary holdings, total holdings amount to 100% of Cia Ericsson S.A.C.I. |
| 3) | Through subsidiary holdings, total holdings amount to 100% of Ericsson (Thailand) Ltd. |

Table of Contents

ERICSSON ANNUAL REPORT ON FORM 20–F 2007

## SIGNATURES

The registrant hereby certifies that it meets all of the requirements for filing on Form 20–F and that it has duly caused and authorized the undersigned to sign this Annual Report on its behalf.

TELEFONAKTIEBOLAGET LM ERICSSON

April 16, 2008

By: _____ /s/ ROLAND HAGMAN _____
**Roland Hagman**
*Vice President*
*Group Function Financial Control*

By: _____ /s/ CARL OLOF BLOMQVIST _____
**Carl Olof Blomqvist**
*Senior Vice President and General Counsel*

222

 **ERICSSON** # ERICSSON LM TELEPHONE CO (ERIC)

TELEFONPLAN S
STOCKHOLM SWEDEN, V7 126 25

http://www.ericsson.com/

# EX−12

**302 CERTIFICATIONS**
**20−F Filed on 04/21/2008 − Period: 12/31/2007**
File Number 000−12033

 **GSI**

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

Exhibit 12

**Certification of Chief Executive Officer**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Carl-Henric Svanberg, certify that:

1.  I have reviewed this annual report on Form 20-F of Telefonaktiebolaget LM Ericsson (publ) (the "Company");

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Company as of, and for, the periods presented in this report;

4.  The Company's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the Company and have:

    (a)  designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Company, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)  evaluated the effectiveness of the Company's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)  disclosed in this report any change in the Company's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the Company's internal control over financial reporting; and

5.  The Company's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Company's auditors and the audit committee of the Company's board of directors (or persons performing the equivalent functions):

    (a)  all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Company's ability to record, process, summarize and report financial information; and

    (b)  any fraud, whether or not material, that involves management or other employees who have a significant role in the Company's internal control over financial reporting.

Dated April 16, 2008

/s/ Carl-Henric Svanberg
**Carl-Henric Svanberg**
**President and Chief Executive Officer**

**Certification of Chief Financial Officer**
**Pursuant to Section 302 of the Sarbanes–Oxley Act of 2002**

I, Hans Vestberg, certify that:

1.  I have reviewed this annual report on Form 20–F of Telefonaktiebolaget LM Ericsson (publ) (the "Company");

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Company as of, and for, the periods presented in this report;

4.  The Company's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a–15(e) and 15d–15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a–15(f) and 15d–15(f)) for the Company and have:

    (a)  designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the Company, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)  evaluated the effectiveness of the Company's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)  disclosed in this report any change in the Company's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the Company's internal control over financial reporting; and

5.  The Company's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Company's auditors and the audit committee of the Company's board of directors (or persons performing the equivalent functions):

    (a)  all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Company's ability to record, process, summarize and report financial information; and

    (b)  any fraud, whether or not material, that involves management or other employees who have a significant role in the Company's internal control over financial reporting.

Dated April 16, 2008

/s/ Hans Vestberg
**Hans Vestberg**
**Executive Vice President and**
**Chief Financial Officer**

**ERICSSON** ≋   # ERICSSON LM TELEPHONE CO (ERIC)

TELEFONPLAN S
STOCKHOLM SWEDEN, V7 126 25

http://www.ericsson.com/

# EX−13

**906 CERTIFICATIONS**
**20−F Filed on 04/21/2008 − Period: 12/31/2007**
File Number 000−12033



**GSI**

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

Exhibit 13

**Certification of Chief Executive Officer**

Pursuant to 18 U.S.C. §1350, as created by Section 906 of the Sarbanes–Oxley Act of 2002, the undersigned officer of Telefonaktiebolaget LM Ericsson (publ) (the "Company") hereby certifies, to such officer's knowledge, that:

(i)     the Annual Report on Form 20–F of the Company for the period ended December 31, 2007 (the "Report") fully complies with the requirements of Section 13(a) or Section 15(d), as applicable, of the Securities Exchange Act of 1934, as amended; and

(ii)    the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Dated April 16, 2008

_____ /s/ Carl–Henric Svanberg _____
**Carl–Henric Svanberg**
**President and Chief Executive Officer**

The foregoing certification is being furnished solely to accompany the Report pursuant to 18 U.S.C. § 1350, and is not being filed for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and is not to be incorporated by reference into any filing of the Company, whether made before or after the date hereof, regardless of any general incorporation language in such filing.

**Certification of Chief Financial Officer**

Pursuant to 18 U.S.C. §1350, as created by Section 906 of the Sarbanes–Oxley Act of 2002, the undersigned officer of Telefonaktiebolaget LM Ericsson (publ) (the "Company") hereby certifies, to such officer's knowledge, that:

(i)     the Annual Report on Form 20–F of the Company for the period ended December 31, 2007 (the "Report") fully complies with the requirements of Section 13(a) or Section 15(d), as applicable, of the Securities Exchange Act of 1934, as amended; and

(ii)    the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Dated April 16, 2008

/s/ Hans Vestberg
**Hans Vestberg**
**Executive Vice President and**
**Chief Financial Officer**

The foregoing certification is being furnished solely to accompany the Report pursuant to 18 U.S.C. § 1350, and is not being filed for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and is not to be incorporated by reference into any filing of the Company, whether made before or after the date hereof, regardless of any general incorporation language in such filing.

 **ERICSSON** **ERICSSON LM TELEPHONE CO** (ERIC)

TELEFONPLAN S
STOCKHOLM SWEDEN, V7 126 25

http://www.ericsson.com/

# EX−15.1

**CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**
**20−F Filed on 04/21/2008 − Period: 12/31/2007**
File Number 000−12033

 **GSI**

LIVEDGAR® Information Provided by Global Securities Information, Inc.
800.869.1154
www.gsionline.com

Exhibit 15.1

### Consent of Independent Registered Public Accounting Firm

We hereby consent to the incorporation by reference in the Registration Statements on Forms S–8 (File Nos. 333–135116 as amended, 333–125978, 333–122785, 333–107160, 333–100472, 333–81524, 333–13102, 333–07636, 033–35332, and 033–04813) of Telefonaktiebolaget LM Ericsson of our report dated April 16, 2008, relating to the financial statements and the effectiveness of internal control over financial reporting, which appears in this Annual Report on Form 20–F.

/s/ PricewaterhouseCoopers AB
PricewaterhouseCoopers AB

Stockholm, Sweden
April 21, 2008