EXHIBIT D



# Dynamic and exciting times in telecom

- Subscriber growth – stronger than ever anticipated
  - Mobility plays an increasing role in telecom

- Mobile and fixed broadband opens up for all-IP multimedia
  - Technology shift creates new opportunities

- Ericsson leading with the focus on future
  - Technology leadership – scale – operational excellence

© Copyright Teeltor AB LM Ericsson 2007  All rights reserved

ERICSSON

# Emerging markets growth continues

- GSM build outs for coverage and capacity as well as upgrades to HSPA

- Scale benefits from same technology throughout the world – clear evolution path

- Mobility contributes to productivity and quality of life – closes digital divide

Ericsson supports UN's Millennium Villages

© Copyright Telefon AB LM Ericsson 2007  All rights reserved

ERICSSON

# Mature markets moving into new phase

- User back in driver seat – accelerating demand for services beyond voice

- Data traffic becoming dimensioning in mobile networks – bottlenecks emerging

- Major fixed broadband expansions – intelligence moving to the edge

- Consolidation in Europe – managed services, mergers, network sharing

Ericsson well positioned to capture the market opportunities

© Copyright Telefon AB LM Ericsson 2007 All rights reserved

ERICSSON

# Success for mobile broadband, HSPA

- 150 m. WCDMA subscribers – adding 6 m. per month
  - 174 WCDMA networks, 78 countries – 128 HSPA networks – up to 7.2 Mbps

- Major HSPA rollouts in pipeline – more than 50 operators
  - E.g. Brazil, Kenya, Macau, Mexico, Nigeria, Russia, Thailand, Ukraine and Uruguay

- Part of daily life – ecosystem in place and quickly growing
  - 300 HSPA devices available – embedded modems early 2008

**800 m. users in commercial HSPA-enabled networks** (GSA)

© Copyright Telefon AB LM Ericsson 2007  All rights reserved

ERICSSON

# HSPA boosts mobile data uptake

Consumers want to be always connected on high-speed networks

**Operator 1 in Western Europe**
data traffic growth, ending June 07



3 months **+76%**

6 months **+91%**

9 months **+310%**

**Operator 2 in Western Europe**
data traffic growth, ending June 07



3 months **+31%**

6 months **+106%**

9 months **+270%**

**Operator in Asia Pacific**
data traffic growth, ending June 07



3 months **+159%**

6 months **+377%**

9 months **+560%**

Source: Ericsson

© Copyright Telefon AB LM Ericsson 2007. All rights reserved

ERICSSON

# Entry strategies for mobile broadband

## Some examples



- **MTN, South Africa**
  - Focus on mobile data

- **3, Sweden**
  - Focus on mobile data and fixed broadband substitution

- **Maxis, Malaysia**
  - Focus on mobile data and fixed broadband substitution

© Copyright Telefon AB LM Ericsson 2007 All rights reserved

**ERICSSON**

# Focus on mobile data

MTN, South Africa



Dramatic growth in data traffic over 24 months

Monthly Gigabytes

3G launch

New tariff schemes

HSPA/3G/EDGE

Approx 230% traffic growth in last 12 months

78% increase in monthly users over last 12 months

© Copyright Telefon AB LM Ericsson 2007. All rights reserved.

ERICSSON

# Mobile data and fixed broadband substitution

3, Sweden



## 3 Sweden business subscriber uptake

Mobile broadband 3.6 Mbps 2006-2007

Business premium launch

3G turbo

Flat fee EUR 64

3G turbo
Consumer and business
mass market launch

Flat fee EUR 21

Sept  Oct  Nov  Dec  Jan  Feb  Mar

## Affordable and simple tariff key for uptake

© Copyright Telefon AB LM Ericsson 2007  All rights reserved

**ERICSSON**

# Mobile data and fixed broadband substitution

Maxis, Malaysia

- Priced to compete with ADSL
- USD 15-24 per month new ARPU from data
- Data usage similar to ADSL
- 10% of users generating 80% of traffic
- Mobile broadband opens door to home telephony market

Supports government initiative to provide broadband nationwide



maxis
**Broadband**

© Copyright Telefon AB LM Ericsson 2007  All rights reserved



ERICSSON

# Wireless market going forward

- Mobile market has been dependent on voice traffic and simple messaging

- Data traffic quickly accelerates and mobile broadband will be a mass market

- Voice is dimensioning, data will take over — but each operator will be different

- Key questions
  - What services will gain traction and generate traffic?
  - How will operators' business models evolve — will they be offensive or protective?

- Market dynamics will be driven by mobile coverage and broadband capacity

© Copyright Telefon AB LM Ericsson 2007  All rights reserved

ERICSSON

# Well positioned for market opportunities

## Our strategy



- True world leadership
- Profitable growth
- Operational excellence

2007 and onwards
Expand portfolio
Next generation and multimedia

2005 and onwards
Growth and market share
Technology leadership

2003 and onwards
Opex and cost of sales
Supply, R&D, projects

## Regaining scale advantage

- Almost twice the size as closest competitor
- Growing market share in all targeted areas
- Global services workforce more than 40,000
- 18,000 R&D engineers - USD 4 b. annual investment – 22,000 patents

Ericsson technology connects over 1 billion people

## Financial performance



Net sales & opex

Sales CAGR 17%
Opex CAGR 8%*

## Strengthened position from acquisitions



TANDBERG television

Marconi

ENTRISPHERE



 Redback NETWORKS

 LHS

Integration on plan – intensive acquisition phase behind us

© Copyright Telefon AB LM Ericsson 2007 All rights reserved

ERICSSON

Well positioned for market opportunities

## Our strategy

**True world leadership**

**Profitable growth**

**Operational excellence**

**2007** and onwards
Expand portfolio
Next generation and multimedia

**2005** and onwards
Growth and market share
Technology leadership

**2003** and onwards
Opex and cost of sales
Supply, R&D, projects

© Copyright Telefon AB LM Ericsson 2007 All rights reserved

ERICSSON

© Copyright Telefon AB L.M Ericsson 2007  All rights reserved

# Well positioned for market opportunities

## Financial performance

Net sales & opex



Sales CAGR 17%

Opex CAGR 8%*

*Comment: Excluding rest-during

**ERICSSON**

Well positioned for market opportunities

# Financial performance

Net sales & operating margin %



© Copyright Telefon AB LM Ericsson 2007 / All rights reserved

ERICSSON

Networks

# Strategy for growth



Technology leadership

Scale

Operational excellence

# Well positioned in broadband

- Well over 40% market share in mobile networks
- 2007 another record year for GSM – HSPA boosting
- Well positioned for leadership in IP-based networks - complete portfolio

End-to-end crucial in complex operator environment

# Key wins

at&t

vodafone

Bharat Sanchar Nigam Ltd.

telenor

ATHK
CYTA

indosat

bharti

WATANIYA TELECOM

China unicom中国联通

Personal Eslás piensas

pannon

elisa



Net sales & operating margin %



© Copyright Telefon AB LM Ericsson 2007  All rights reserved

ERICSSON

# Professional services

## Strategy for growth

Scale leverage
*Maximize use of assets*

- Seamless organization
- Standardized tools
- Standardized processes

Skill leverage
*Maximize use of knowledge*

- Best practices
- Best knowledge sharing
- Business process

Technology leadership and customer base

## The leader in telecom services

**1** in telecom services

**10** % market share

**1,000** systems integration projects

**100,000** operational consulting requests

**1,000,000** consulting hours for 3G

**135,000,000** subscribers in managed networks

**1,000,000,000** subscribers in operators' networks supported 24/7

## Key wins
















ERICSSON

© Copyright Telefon AB LM Ericsson 2007 All rights reserved

# Multimedia

## Strategy for growth

- Customize and still protect scale
- Provide local expertise through the global services team
- Leverage our global customer base

## Growing on strength

Build on our leadership in:
- Revenue management
- Service delivery platforms
- Mobile platforms

Expand in new areas:
- Networked media and messaging, including TV
- Enterprise mobility

## Acquisitions and key wins

Net sales & operating margin %










ERICSSON

© Copyright Telefon AB LM Ericsson 2007  All rights reserved



# Regional update

Sales (SEK b.) and growth (%) year-over-year – H107

CAGR 30%

CAGR 7%

CAGR 1%

CAGR 18%

CAGR 15%

**APAC 28.9 b +30%**

**LA 7.4 b -1%**

**NA 6.1 b -31%**

**WE 24.9 b +5%**

**CEMA 22.5 b +8%**

# Market outlook

- For 2007 we believe that the GSM/WCDMA track within the global mobile systems market, will continue to show mid-single digit growth*

- Addressable market for professional services to show good growth*



Well positioned to capture market opportunities

*Measured in USD, this slide contains forward-looking statements

© Copyright Telefon AB LM Ericsson 2007  All rights reserved

ERICSSON

# Our focus near and medium term



- **Profitable growth and market share gains**
  - Continue to outperform competition – networks, services, multimedia

- **Drive operational excellence – extend technology leadership**
  - Increased output on constant spending

- **Integrate acquired companies and increase momentum**
  - Redback, Tandberg Television, LHS

- **Improve cash conversion even with more turnkey projects**
  - Customer and supplier payments terms, operational excellence in project workflows

**Healthy financial performance in consolidating industry**

© Copyright Telefon AB LM Ericsson 2007. All rights reserved

ERICSSON ≡