EXHIBIT E



# Karl-Henrik Sundström
Executive Vice President and CFO

**ERICSSON ≋**
**TAKING YOU FORWARD**

# First half 2007

- Good sales increase and stable margins despite falling USD
- OPEX continues to grow slower than sales – excluding acquisitions
- Turnkey projects grow faster than group – temporarily affect working capital
- Good performance and continued market share gains by Sony Ericsson

© Copyright Telefon AB LM Ericsson 2007  All rights reserved

ERICSSON

# Turnkey project development

- Large project a major growth driver
  - Operators relying on equipment suppliers for project management and systems integration
- Large projects positive for Ericsson
  - Outperforming competition – drives market share
  - Experience and skills developed over 100 years
  - Paves the way for future business
  - Healthy margins but affecting working capital
- Cash conversion temporarily slower but will improve over time
  - Turnkey projects to grow faster than group also in 2007 but gap to narrow

© Copyright Telefon AB LM Ericsson 2007  All rights reserved

# Two basic types of contracts

## Separate contracts for shipment and installation

HW / SW — 60 + due days

NRO Services — 40 + due days

## Turnkey project

200 + due days

Progress payments

ERICSSON

© Copyright Telefon AB LM Ericsson 2007  All rights reserved

# Turnkey project cash flow profile
## Simple scenario for a 200 day project interval

Assumptions:
- Contract value = 100
- Payment terms: 90 days from invoicing
- 10% of contract value at contract signing
- 25% of contract value invoiced when equipment delivered
- 50% of contract value invoiced when installation completed
- 15% of contract value invoiced upon customer acceptance



© Copyright Telefon AB LM Ericsson 2007  All rights reserved



# Turnkey project cash flow profile
Simple scenario for a 200 day project interval

Total cash outflow of 58 vs. total cash inflow of 100, 42% gross margin

© Copyright Telefon AB LM Ericsson 2007. All rights reserved

# Regional update
Sales (SEK b.) and growth (%) year-over-year – 1H07



- WE 24.9 b +5%
- CEMA 22.5 b +8%
- APAC 28.9 b +30%
- LA 7.4 b -1%
- NA 6.1 b -31%

# Ongoing activities to improve turnkey cash flow

## Customers
- Improve contract T&C
  - Split contracts
  - Progress payments
  - Premium priced turnkey solutions

## Suppliers
- Increased T&C alignment
- Streamline supply chain

## Operational excellence in turnkey projects
- Improve processes, methods and tools
- Strengthen project management
- Intensify training

**ERICSSON**

© Copyright Telefon AB LM Ericsson 2007. All rights reserved

## Operating efficiency trends

|  | 2005 | 2006 | 1H06 | 1H07 | Targets |
|---|---|---|---|---|---|
| Trade receivables (SEK b.) | 41.2 | 51.1 | 42.3 | 55.3 |  |
| DSO | 81 | 85 | 95 | 106 | <90 |
| Inventories, incl. CWIP (SEK b.) | 19.2 | 21.5 | 23.1 | 24.6 |  |
| Inventory turnover | 5.0 | 5.2 | 4.5 | 4.4 | >5.5 |
| Trade payables (SEK b.) | 12.6 | 18.2 | 16.1 | 17.7 |  |
| Payable days | 52 | 54 | 55 | 64 | >60 |

**Operational excellence remains in focus**

ERICSSON

© Copyright Telefon AB LM Ericsson 2007  All rights reserved

# Cash conversion analysis
excluding Sony Ericsson

| (SEK b.) | 2005 [2] | 2006 | 1H06 | 1H07 |
|---|---|---|---|---|
| Income reconciled to cash | 35.2 | 31.3 | 15.0 | 15.2 |
| Change in working capital | -10.2 | -14.0 | -13.6 | -11.1 |
| Cash flow from operating activities | 25.0 | 17.3 | 1.5 | 4.1 |
| Cash conversion rate [1] | 71% | 55% | 10% | 27% |

[1] Cash flow from operating activities / income reconciled to cash
[2] Excluding pension trust fund

© Copyright Telefon AB LM Ericsson 2007 All rights reserved

ERICSSON

# Cash conversion analysis

| (SEK b.) | 2005 [2] | 2006 | 1H06 | 1H07 |
|---|---|---|---|---|
| Income reconciled to cash | 35.2 | 32.5 | 16.2 | 17.8 |
| Change in working capital | -10.2 | -14.0 | -13.6 | -9.0 |
| Cash flow from operating activities | 25.0 | 18.5 | 2.6 | 8.8 |
| Cash conversion rate [1] | 71% | 57% | 16% | 49% |

Targeting cash conversion rate above 70% longer term

[1] Cash flow from operating activities / income reconciled to cash
[2] Excluding pension trust fund

© Copyright Telefon AB LM Ericsson 2007 All rights reserved

ERICSSON

# Summary

- Turnkey projects will grow faster than group in 2007 and for the near-mid term

- Relative importance of turnkey projects will diminish over time as initial coverage gives way to capacity expansions

- Focus on reducing working capital – work flows, customers' and suppliers' T&C

- Working capital efficiency improving – cash conversion target well within reach but timing depends on growth scenarios

**Operational excellence – with focus on cash flow**

© Copyright Telefon AB LM Ericsson 2007  All rights reserved

ERICSSON