The following table summarizes stock option activity:

| | Shares | Weighted average exercise price per share |
|---|---|---|
| Outstanding at December 31, 2005 | 149,359,801 | €26.12 |
| Granted | 17,590,470 | €11.65 |
| Exercised | (4,084,044) | €6.10 |
| Forfeited/Expired | (28,886,522) | €30.06 |
| Addition of Lucent plans | 58,779,601 | €40.02 |
| Outstanding at December 31, 2006 | 192,759,306 | €28.89 |
| Of which could be exercised | 144,835,077 | €34.78 |

The weighted average remaining term for stock options outstanding and exercisable was 3.9 years and 3.1 years, respectively, as of December 31, 2006. The aggregate intrinsic value for stock options outstanding and exercisable was €183 million and €156 million, respectively, as of December 31, 2006.

Proceeds received from the exercise of stock options were €25 million and €17 million during 2006 and 2005 respectively. The intrinsic value related to the exercise of stock options was €21 million and €16 million during 2006 and 2005 respectively.

The following table summarizes restrictive stock units (RSU):

| | Restrictive stock units shares | Weighted grant date fair value |
|---|---|---|
| Unvested at December 31, 2005 | – | €10.16 |
| Granted | – | – |
| Vested | (961) | €10.16 |
| Forfeited | (20,918) | €10.16 |
| Addition of Lucent plans | 1,684,575 | €10.16 |
| Unvested at December 31, 2006 | 1,662,696 | €10.16 |

As indicated in the merger agreement with Lucent, each unvested RSU granted under Lucent's compensation or benefit plans was converted into an Alcatel-Lucent RSU. The grant price corresponds to the Alcatel share price at the business combination date.

Since 2004, the fair value of options at grant date has been determined using a binomial method (Cox-Ross-Rubinstein model). This allows behavioral factors governing the exercise of stock options to be taken into consideration and to consider that all options will not be systematically exercised by the end of the exercice period. The fair values at grant date of options granted during the years 2003, 2002 and 1999 have been estimated using the Black Scholes model and a stochastic model for the 2000 and 2001 plans. The following table summarizes assumptions used to compute faire value of stock option grants:

| | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|---|---|---|
| Interest rate | 3.50% | 3.50% | 3.91% | 3.62% | 3.80% | 5% | 5% | 6%[1] |
| Expected life | 3–8 years | 3–8 years | 3–8 years | 3–8 years | 3–8 years | 3–9 years | 5–10 years | 5 years |
| Expected volatility | 32% | 40% | 40% | 60% | 60% | [3] | [2] | 39% |
| Expected dividends | 1% | [5] | [4] | 1% | 1% | 1% | 1% | 1% |

(1) US$rates, concern mainly U.S. plans.
(2) 73% for Alcatel Class O shares, 54% for Class A shares, 51% for ADS.
(3) 50% for Alcatel Class O shares, 46% for Class A shares, 46% for ADS.
(4) 0% in 2004 and 2005, 1% for later years.
(5) 0% in 2005, 1% for later years.

Back to Contents

The models used to calculate option values were developed to estimate the fair value of freely tradable, fully transferable options without vesting restrictions, which significantly differ from the Group's stock option awards. These models are very sensitive as to the stock price volatility assumptions. Accordingly, management believes that these valuation models do not necessarily provide a reliable single measure of the fair value of the Group's stock option awards.

The following table discloses the pro forma net income and earnings per share, as if the fair value based accounting method had been used to account for stock–based compensation cost:

| (In millions of euros except per share data) | 2005 | 2004 |
|---|---|---|
| Net income (loss) as reported | 763 | 550 |
| Stock–based employee compensation expense included in reported net income, net of tax | – | – |
| Stock–based employee compensation expense determined under fair value based method for all awards, net of tax | (168) | (350) |
| Proforma net income (loss) | 595 | 200 |
| Basic earnings per ordinary share as reported | 0.56 | 0.45 |
| Basic earnings per ordinary share proforma | 0.43 | 0.16 |
| Diluted earnings per ordinary share as reported | 0.55 | 0.42 |
| Diluted earnings per ordinary share proforma | 0.43 | 0.16 |

## (3) Restructuring (SFAS 146)

Under IFRS, as disclosed in Note 1(l), the Group records restructuring reserves when the restructuring programs have been finalized and approved by the Group's management, have been announced before the balance sheet date and result in an obligating event of the Group to third parties. Differences between accounting principles followed by Alcatel-Lucent (i.e. IFRS) and U.S. GAAP concerning restructuring are disclosed in Note 38d above.

The impact of this U.S. GAAP adjustment for the years ended December 31, 2006, 2005 and 2004 respectively is as follows:

*2006:*

| (In millions of euros) | December 31, 2005 | Current year expense | Utilization | Cumulative translation adjustments and others | December 31, 2006 |
|---|---|---|---|---|---|
| Restructuring reserve according to IFRS | 417 | 243 | (263) | 16 | 413 |
| Add back discontinued | – | 1 | (22) | 21 | – |
| Moving costs | (7) | 7 | – | – | – |
| Lease obligations and other direct costs | (33) | 30 | – | 1 | (2) |
| Other monetary costs reclassified in cost of sales | – | (133) | – | 133 | – |
| Termination costs in excess of legal obligations | (20) | 10 | – | 7 | (3) |
| Total U.S. GAAP adjustment | (60) | (85) | (22) | 162 | (5) |
| Restructuring reserve according to U.S. GAAP | 357 | 158[1] | (285) | 178 | 408 |
| Of which related to plan initiated after December 31, 2002 (see detail in SFAS 146 disclosure) | 256 | 153 | (251) | 189 | 347 |

(1) Total restructuring costs according to U.S. GAAP were €517 million, of which €359 million consisted in write-offs of tangible and intangible assets linked to restructuring plans.

The current year expense recorded in 2006 includes the following major actions:
*(in millions of euros)*

| | 2006 |
|---|---|
| — Termination costs in Germany | 19 |
| — Termination costs and costs associated with a disposal of facility in Italy | 29 |
| — Termination costs and other monetary costs in Lucent | 18 |
| — Other plans in the world | 92 |
| **TOTAL** | 158 |

The reserve at the end of 2006 is analyzed below:

*(in millions of euros)*

| | 2006 |
|---|---|
| Employee termination benefits | 145 |
| Other costs | 263 |
| **TOTAL** | 408 |

The remaining €145 million reserve for employee termination benefits at December 31, 2006 includes approximately 1,315 employees representing:

| | Number of employees |
|---|---|
| — Termination costs in Alcatel–CIT (France) | 402 |
| — Downsizing of Submarine Networks Division | 98 |
| — Termination costs in other European units (UK, Belgium, Portugal, Scandinavia) | 384 |
| — Termination costs in Germany | 143 |
| — Closure of Illkirch industrial activity | 43 |
| — Reorganization, outsourcing and termination costs in North American plants (U.S. and Canada excluding Lucent) | 68 |
| — Other plans in the world | 177 |
| **TOTAL** | 1,315 |

**FORM 20–F 2006     Alcatel–Lucent – F–136**

Back to Contents

**SFAS 146 disclosure related to plans initiated after December 31, 2002:**

The evolution of the restructuring reserve under U.S. GAAP during the year ended December 31, 2006 for the plans initiated after December 31, 2002, is as follows:

| *(in millions of euro)* | December 31, 2005 | Charged to expense | Costs paid or settled (utilization) | CTA and other | December 31, 2006 |
|---|---|---|---|---|---|
| Alcatel-CIT | 48 | 12 | (22) | 121 | 159 |
| Alcatel Espana SA (Spain) | 17 | (4) | (13) | – | – |
| Submarine Networks Division | 29 | (4) | (10) | – | 15 |
| Alcatel Italy | – | 29 | (29) | – | – |
| Alcatel Bell | 4 | 9 | (9) | – | 4 |
| Space division | 16 | – | (7) | (9) | – |
| Germany | 85 | 19 | (68) | (7) | 29 |
| Alcatel USA | 14 | 9 | (7) | (3) | 13 |
| Lucent | – | 18 | (11) | 79 | 86 |
| Headquarters | 5 | 28 | (24) | – | 9 |
| Alcatel Business System (Illkirch, France) | 14 | 6 | (13) | – | 7 |
| Other (no individual amount higher than €50 million) | 24 | 31 | (38) | 8 | 25 |
| **TOTAL** | **256** | **153** | **(251)** | **189** | **347** |
| Of which: | | | | | |
| Termination benefits | 189 | 100 | (170) | (7) | 112 |
| Contract terminations | 22 | 25 | (22) | 65 | 90 |
| Other associated costs | 45 | 28 | (59) | 131 | 145 |

The major type of costs associated with the exit or disposal activities initiated after December 31, 2002 and the information by reportable segment are the following:

**Plans initiated in 2006**

| | Total amount expected | Amount incurred in 2006 | Cumulative amount incurred as of December 31, 2006 |
|---|---|---|---|
| Termination benefits | 101 | 100 | 100 |
| Contract terminations | 23 | 23 | 23 |
| Other associated costs[1] | 171 | 31 | 31 |
| **TOTAL** | **295** | **154** | **154** |
| Of which: | | | |
| Carrier Group | 145 | 11 | 11 |
| Enterprise Group | 4 | 4 | 4 |
| Services Group | 1 | 1 | 1 |
| Other | 145 | 138 | 138 |

*(1) Other associated costs expected included an amount of €133 million which have been booked for as costs of sales and not as restructuring costs.*

The major exit activity initiated during 2006 is the following:

*SEL (Germany)*

Beginning 2006, an additional restructuring plan was launched (based on voluntary departures), to enable SEL to remain competitive in reducing its cost base. Traditional switching business continued to decline, which imposed a reduction of the workforce in the fixed segment as well as in operations and general administration.

| | Total amount expected | Amount incurred in 2006 | Cumulative amount incurred as of December 31, 2006 |
|---|---|---|---|
| Termination benefits | 42 | 42 | 42 |
| Contract terminations | 2 | 2 | 2 |
| Other associated costs | – | – | – |
| **TOTAL** | 44 | 44 | 44 |
| Of which: | | | |
| Carriers Group | – | – | – |
| Enterprise Group | – | – | – |
| Services Group | – | – | – |
| Other | 44 | 44 | 44 |

**Plans initiated in 2005**

| | Total amount expected | Amount incurred in 2005 | Amount incurred in 2006 | Cumulative amount incurred as of December 31, 2006 |
|---|---|---|---|---|
| Termination benefits | 94 | 88 | 2 | 90 |
| Contract terminations | 9 | 9 | 1 | 10 |
| Other associated costs | 1 | 1 | 9 | 10 |
| **TOTAL** | 104 | 98 | 12 | 110 |
| Of which: | | | | |
| Carriers Group | 16 | 19 | 32 | 51 |
| Enterprise Group | 14 | 9 | – | 9 |
| Services Group | – | – | 2 | 2 |
| Other | 74 | 70 | (22) | 48 |

In 2005, there was no plan exceeding €20 million individually. The major actions were taken in Spain, Italy, and France (mainly in the Space activities).

**Plans initiated in 2004**
*(in millions of euros)*

| | Total amount expected | Amount incurred in 2004 | Amount incurred in 2005 | Amount incurred in 2006 | Cumulative amount incurred as of December 31, 2006 |
|---|---|---|---|---|---|
| Termination benefits | 82 | 74 | 5 | 2 | 81 |
| Contract terminations | 11 | 32 | (1) | – | 31 |
| Other associated costs | 24 | 5 | (1) | – | 4 |
| **TOTAL** | 117 | 111 | 3 | 2 | 116 |
| Of which: | | | | | |
| Carriers Group | 36 | 32 | 5 | – | 37 |
| Enterprise Group | 6 | 7 | 1 | – | 8 |
| Services Group | 2 | 2 | 1 | – | 3 |
| Other | 73 | 70 | (4) | 2 | 68 |

No major exit activities initiated during 2004.

FORM 20–F 2006    Alcatel–Lucent – F–138

Back to Contents

**2005:**

| *(in millions of euros)* | December 31, 2004 | Current year expense | Utilization | Cumulative translation adjustments and others | December 31, 2005 |
|---|---|---|---|---|---|
| Restructuring reserve according to IFRS | 692 | 132 | (414) | 7 | 417 |
| Moving costs | (16) | 8 | – | 1 | (7) |
| Lease obligations and other direct costs | (33) | 3 | – | (3) | (33) |
| Termination costs in excess of legal obligations | (61) | 41 | – | – | (20) |
| Total U.S. GAAP adjustment | (110) | 52 | – | (2) | (60) |
| Restructuring reserve according to U.S.GAAP | 582 | 184[(1)] | (414) | 5 | 357 |
| *Of which related to plan initiated after December31, 2002 (see detail in SFAS 146 disclosure)* | 379 | 187 | (303) | (7) | 256 |

(1) Total restructuring costs according to U.S. GAAP were €174 million and in addition, a finance cost of €10 million was recorded in "interest income and other financial income net" for the amount related to reversing the discount element included in restructuring reserves.

The current year expense recorded in 2005 includes the following major actions:

| *(in millions of euros)* | 2005 |
|---|---|
| — Termination costs in Alcatel-CIT (France) | 45 |
| — Reorganization and termination costs for Alcatel Space and Alcatel Space Alenia | 17 |
| — Termination costs in Alcatel Espana SA (Spain) | 18 |
| — Italy | 12 |
| — Closure of Illkirch (France) | 18 |
| — Termination costs in Germany and closure of Stuttgart optics factory | 25 |
| — Reorganization, outsourcing and termination costs in USA | 10 |
| — Other plans in the world | 39 |
| **TOTAL** | **184** |

The reserve at the end of 2005 is analyzed below:

| *(in millions of euros)* | 2005 |
|---|---|
| Employee termination benefits | 258 |
| Other costs | 99 |
| **TOTAL** | **357** |

FORM 20-F 2006    Alcatel-Lucent – F-139

The remaining €258 million reserve for employee termination benefits at December 31, 2005 includes approximately 2,356 employees representing:

|  | Number of employees |
|---|---:|
| — Termination costs in Alcatel−CIT (France) | 468 |
| — Downsizing of Submarine Networks Division | 140 |
| — Termination costs in Alcatel Espana SA (Spain) | 65 |
| — Reorganization of Space Division: termination mainly in France and Belgium | 599 |
| — Termination costs in other European units (UK, Belgium, Portugal, AT Nordics) | 293 |
| — Termination costs in Germany and closure of Stuttgart optics factory | 383 |
| — Closure of Illkirch industrial activity | 66 |
| — Reorganization, outsourcing and termination costs in North American plants (U.S. and Canada) | 45 |
| — Other plans in the world | 297 |
| **TOTAL** | **2,356** |

**SFAS 146 disclosure related to plans initiated after December 31, 2002:**

The evolution of the restructuring reserve under U.S. GAAP during the year ended December 31, 2005 for the plans initiated after December 31, 2002, is as follows:

*(in millions of euro)*

|  | December 31, 2004 | Charged to expense | Costs paid or settled (utilization) | CTA and other | December 31, 2005 |
|---|---:|---:|---:|---:|---:|
| Alcatel−CIT | 94 | 42 | (86) | (2) | 48 |
| Alcatel Espana SA (Spain) | 24 | 18 | (25) | – | 17 |
| Submarine Networks Division | 42 | 9 | (26) | 2 | 27 |
| Space division | 10 | 15 | (3) | (6) | 16 |
| Germany | 90 | 35 | (41) | 1 | 85 |
| Italy | | 15 | (15) | | |
| Alcatel USA | 27 | 11 | (25) | 1 | 14 |
| Illkirch | 45 | 15 | (41) | (5) | 14 |
| Other (no individual amount higher than €50 million) | 47 | 27 | (41) | 2 | 35 |
| **TOTAL** | **379** | **187** | **(303)** | **(7)** | **256** |
| Of which: | | | | | |
| Termination benefits | 262 | 170 | (243) | | 189 |
| Contract terminations | 22 | 6 | (9) | 3 | 22 |
| Other associated costs | 95 | 11 | (51) | (10) | 45 |

FORM 20−F 2006    Alcatel−Lucent – F−140

The major type of costs associated with the exit or disposal activities initiated after December 31, 2002 and the information by reportable segment are the following:

| Plans initiated in 2005 | Total amount expected | Amount incurred in 2005 | Cumulative amount incurred as of December 31, 2005 |
|---|---|---|---|
| Termination benefits | 94 | 88 | 88 |
| Contract terminations | 9 | 9 | 9 |
| Other associated costs | 1 | 1 | 1 |
| TOTAL | 104 | 98 | 98 |
| Of which: | | | |
| Fixed Communications Group | 16 | 16 | 16 |
| Mobile Communications Group | 2 | 2 | 2 |
| Private Communications Group | 33 | 27 | 27 |
| Other | 53 | 53 | 53 |

In 2005, there was no plan exceeding €20 million individually. The major actions were taken in Spain, Italy, and France (mainly in the Space activities).

| Plans initiated in 2004 (in millions of euros) | Total amount expected | Amount incurred in 2004 | Amount incurred in 2005 | Cumulative amount incurred as of December 31, 2005 |
|---|---|---|---|---|
| Termination benefits | 82 | 74 | 5 | 79 |
| Contract terminations | 11 | 32 | (1) | 31 |
| Other associated costs | 24 | 5 | (1) | 4 |
| TOTAL | 117 | 111 | 3 | 114 |
| Of which: | | | | |
| Fixed Communications Group | 31 | 27 | 4 | 31 |
| Mobile Communications Group | 4 | 4 | 1 | 5 |
| Private Communications Group | 16 | 14 | 1 | 15 |
| Other | 66 | 66 | (3) | 63 |

**2004:**

The impact of the U.S. GAAP adjustment for the year ended December 31, 2004 was as follows:

| (In millions of euros) | December 31, 2003 | Current year expense | Utilization | Cumulative translation adjustments and others | December, 31, 2004 |
|---|---|---|---|---|---|
| Restructuring reserve according to IFRS | 1,084 | 334 | (606) | (120) | 692 |
| Consolidation of discontinued activities | — | 3 | (37) | 34 | — |
| Moving costs | (14) | (2) | — | — | (16) |
| Lease obligations and other direct costs | (58) | 10 | — | — | (33) |
| Termination costs in excess of legal obligation | (148) | 86 | — | 1 | (61) |
| Total U.S. GAAP adjustment | (220) | 97 | (37) | 50 | (110) |
| Restructuring reserve according to U.S. GAAP | 864 | 431 | (643) | (70) | 582 |
| Of which related to plan initiated after December 31, 2002 (see detail in SFAS 146 disclosure) | 409 | 349 | (384) | 5 | 379 |

Back to Contents

The current year expense recorded in 2004 included the following major actions:

|  | 2004 |
|---|---|
| — Termination costs in Alcatel−CIT (France) | 144 |
| — Termination costs in Alcatel Espana SA (Spain) | 36 |
| — Termination costs in other European units (UK, Belgium, Portugal, AT Nordics) | 31 |
| — Termination costs in Germany and closure of Stuttgart optics factory | 65 |
| — Closure of Illkirch industrial activity | 43 |
| — Reorganization, outsourcing and termination costs in North American plants (U.S. and Canada) | 38 |
| — Other plans in the world | 74 |
| TOTAL | 431 |

The reserve at the end of 2004 is analyzed below:
(In millions of euros)

|  | 2004 |
|---|---|
| Employee termination benefits | 405 |
| Other costs | 177 |
| TOTAL | 582 |

The remaining €405 million reserve for employee termination benefits at December 31, 2004 included approximately 3,627 employees representing:

|  | Number of employees |
|---|---|
| — Termination costs in Alcatel−CIT (France) | 583 |
| — Downsizing of Submarine Networks Division | 138 |
| — Termination costs in Alcatel Espana SA (Spain) | 124 |
| — Reorganization of Space Division: Termination mainly in France and Belgium | 443 |
| — Termination costs in other European units (UK, Belgium, Portugal, AT Nordics) | 299 |
| — Termination costs in Germany and closure of Stuttgart optics factory | 925 |
| — Closure of Illkirch industrial activity | 293 |
| — Reorganization, outsourcing and termination costs in North American plants (U.S. and Canada) | 365 |
| — Other plans in the world | 457 |
| TOTAL | 3,627 |

## (4) Pension and post−retirement benefits other than pension plans

In accordance with the laws and customs of each country, the Group provides to its employees pensions plans, medical insurance and reimbursement of medical expenses. In France, Group employees benefit from a retirement indemnity plan. In other countries, the plans depend upon local legislation, the business and the historical practice of the subsidiary concerned.

On September 30, 2006, SFAS No 158 *Employers' Accounting Benefit Pension and Other Post−retirement Plans* was issued. SFAS 158 requires, among other things, the recognition of the funded status of each defined pension benefit plan, retiree health care and other post−retirement benefit plans and postemployment benefit plans on the balance sheet. Each overfunded plan is recognized as an asset and each underfunded plan is recognized as a liability. The initial impact of the standard due to unrecognized prior service costs or credits and net actuarial gains or losses as well as subsequent changes in the funded status is recognized as a component of accumulated comprehensive loss in shareowners' equity. Additional minimum liabilities (AML) and related intangible assets are also derecognized upon adoption of the new standard. SFAS 158 requires initial application for fiscal years ending after December 15, 2006, with earlier application encouraged. We adopted SFAS 158 as of December 31, 2006. The following table summarizes the effect of required changes in the AML as of December 31, 2006 prior to the adoption of SFAS 158 as well as the impact of the initial adoption of SFAS 158.

| (In millions of euros) | December 31, 2006 prior to AML and SFAS 158 Adjustment | AML Adjustment | SFAS 158 Adjustment | December 31, 2006 post AML and SFAS 158 Adjustments |
|---|---|---|---|---|
| Prepaid pension costs | 4,348 | – | 986 | 5,334 |
| Pension liabilities | (1,319) | (427) | (104) | (1,850) |
| Post–retirement & postemployment liabilities | (3,635) | – | 128 | (3,507) |

As of December 31, 2006, the €5,357 million of pension and post–retirement & postemployment liability include €223 million of current liability and €5,134 million of non–current liability.

As of December 31, 2006, the amounts in accumulated other comprehensive income that have not yet been recognized as components of net periodic (benefit) cost credit are as follows:

| (In millions of euros) | Pension benefits | Post–retirement & post–employment benefits | Total |
|---|---|---|---|
| Prior service cost (credit) | 46 | (88) | (42) |
| Net actuarial loss (gain) | (501) | (40) | (541) |

Moreover, the amounts in accumulated other comprehensive income that are expected to be recognized as components of net periodic benefit (cost) credit during the next fiscal year are as follows:

| (In millions of euros) | Pension benefits | Post–retirement & post–employment benefits | Total |
|---|---|---|---|
| Prior service (cost) credit | (4) | 6 | 2 |
| Net actuarial (loss) gain | (8) | (2) | (10) |

Disclosures in accordance with SFAS 132R *Employers' Disclosure about Pensions and other Post–Retirement Benefits (Revised)* are as follows:

(a)

  *Pensions and retirement indemnities*
  Pensions and retirement obligations are determined in accordance with the accounting principles presented in Note 1k.

**Assumptions for the calculation**
  Discount rates are determined by reference to risk–free rates on bonds issued by the highest–rated companies, and possibly government securities when no such issuers exist, of appropriate duration at the measurement date of each plan. Expected returns on assets are based on the expected rate of return on plan assets (calculated taking into account historic returns, asset allocation and expected future returns). They are both defined centrally to achieve consistency in same monetary areas. Each company within Alcatel–Lucent has the responsibility of determining its set of local assumptions such as withdrawal rate and salary increase rates to take into account specific local conditions. The assumptions for 2006, 2005 and 2004 are as follows (the rates indicated are weighted average rates):

| | Year ended December 31, 2006 | Year ended December 31, 2005 | Year ended December 31, 2004 |
|---|---|---|---|
| Discount rate | 5.54% | 3.95% | 4.46% |
| Future salary increases | 3.90% | 3.34% | 3.52% |
| Average residual active life | 15–27 years | 15–27 years | 15–27 years |
| Amortization period of transition obligation | 15 years | 15 years | 15 years |
| | Fiscal year 2006 | Fiscal year 2005 | Fiscal year 2004 |
| Expected long–term return on assets[1] | 7.35% | 4.28% | 4.70% |

*(1) Computed on a yearly basis even if businesses are acquired during the year.*

**FORM 20–F 2006    Alcatel–Lucent – F–143**

Back to Contents

Split between domestic and foreign is as follows:

| | Year ended December 31, 2006 | | Year ended December 31, 2005 | | Year ended December 31, 2004 | |
|---|---|---|---|---|---|---|
| | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign |
| Discount rate | 4.10% | 5.56% | 3.75% | 3.97% | 4.32% | 4.47% |
| Future salary increase | 3.41% | 3.89% | 3.49% | 3.32% | 2.82% | 3.57% |
| | Fiscal year 2006 | | Fiscal year 2005 | | Fiscal year 2004 | |
| Expected long-term return on assets[(1)] | 5.10% | 7.36% | 4.27% | 4.28% | 4.73% | 4.70% |

*(1) Computed on a yearly basis even if businesses are acquired during the year.*

The assumptions used for the calculation of the Projected Benefit Obligation as of the measurement date (December 31st) of the preceding fiscal year are used to determine the calculation of interest rate and service cost of the following year.

**Pensions obligation and funded status**

A detailed reconciliation of the changes in the PBO for fiscal year 2006, 2005 and 2004 is provided in the following table:

*(In millions of euros)*

Pension benefits

| | 2006 | | | 2005 | | | 2004 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Domestic | Foreign | Total | Domestic | Foreign | Total | Domestic | Foreign |
| Benefit obligation at beginning of year | (3,476) | (307) | (3,169) | (3,210) | (211) | (2,999) | (3,282) | (306) | (2,976) |
| Service cost | (80) | (13) | (67) | (60) | (11) | (49) | (72) | (10) | (62) |
| Interest cost | (239) | (12) | (227) | (138) | (11) | (127) | (145) | (10) | (135) |
| Plan participants' contributions | (5) | — | (5) | (5) | — | (5) | (4) | — | (4) |
| Amendments | (5) | — | (5) | — | — | — | 46 | (1) | 47 |
| Reclassification | — | — | — | — | — | — | — | — | — |
| Business combinations | (23,206) | — | (23,206) | (87) | (33) | (54) | — | — | — |
| Disposals | 147 | 29 | 118 | 2 | 1 | 1 | 72 | 14 | 58 |
| Curtailments | 3 | — | 3 | 5 | — | 5 | 14 | 7 | 7 |
| Settlements | 14 | — | 14 | 26 | — | 26 | 19 | 4 | 15 |
| Special termination benefits | — | — | — | (2) | — | (2) | — | — | — |
| Actuarial (loss)/gain | 669 | (10) | 679 | (124) | (47) | (77) | (38) | 88 | (126) |
| Benefits paid | 351 | 7 | 344 | 174 | 5 | 169 | 162 | 3 | 159 |
| Other (foreign currency translation) | (20) | — | (20) | (57) | — | (57) | 18 | — | 18 |
| Benefit obligation at end of year | (25,847) | (306) | (25,541) | (3,476) | (307) | (3,169) | (3,210) | (211) | (2,999) |

Back to Contents

*(In millions of euros)*

| | Pension benefits | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2006 | | | 2005 | | | 2004 | |
| | Total | Domestic | Foreign | Total | Domestic | Foreign | Total | Domestic | Foreign |
| Accumulated benefit obligation | (25,290) | (269) | (25,021) | (3,210) | (275) | (2,935) | (2,869) | (191) | (2,678) |
| Effect of salary increase | (557) | (37) | (520) | (266) | (32) | (234) | (341) | (20) | (321) |
| **Benefit obligation at end of year** | **(25,847)** | **(306)** | **(25,541)** | **(3,476)** | **(307)** | **(3,169)** | **(3,210)** | **(211)** | **(2,999)** |

The following table shows for fiscal year 2006, 2005 and 2004 the change in plan assets:
*(In millions of euros)*

| | Pension benefits | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2006 | | | 2005 | | | 2004 | |
| | Total | Domestic | Foreign | Total | Domestic | Foreign | Total | Domestic | Foreign |
| **Fair value of plan assets at beginning of year** | **2,286** | **74** | **2,212** | **2,084** | **48** | **2,036** | **2,050** | **58** | **1,992** |
| Actual return on plan assets | 342 | 2 | 340 | 204 | 6 | 198 | 143 | 2 | 141 |
| Employers' contribution | 92 | 10 | 82 | 77 | 6 | 71 | 80 | 6 | 74 |
| Plan participants' contributions | 5 | — | 5 | 5 | — | 5 | 4 | — | 4 |
| Amendments | — | — | — | — | — | — | (56) | (15) | (41) |
| Reclassification | — | — | — | — | — | — | — | — | — |
| Business combinations | 27,290 | — | 27,290 | 25 | 19 | 6 | — | — | — |
| Disposals | (32) | (4) | (28) | — | — | — | (10) | — | (10) |
| Curtailments | — | — | — | — | — | — | — | — | — |
| Settlements | (14) | — | (14) | (26) | — | (26) | (15) | — | (15) |
| Special termination benefits/ Benefits paid | (292) | (6) | (286) | (114) | (5) | (109) | (104) | (3) | (101) |
| Section 420 transfer | (382) | — | (382) | — | — | — | — | — | — |
| Other (foreign currency translation) | 36 | — | 36 | 31 | — | 31 | (8) | — | (8) |
| **Fair value of plan assets at end of year** | **29,331** | **76** | **29,255** | **2,286** | **74** | **2,212** | **2,084** | **48** | **2,036** |

A reconciliation of the funded status of pension benefit plans is:
*(In millions of euros)*

| | Pension benefits | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 2006 | | | 2005 | | | 2004 | |
| | Total | Domestic | Foreign | Total | Domestic | Foreign | Total | Domestic | Foreign |
| Funded status | 3,484 | (230) | 3,714 | (1,190) | (233) | (957) | (1,126) | (163) | (963) |
| Unrecognized actuarial loss/(gain) | — | — | — | 231 | 54 | 177 | 158 | (15) | 173 |
| Unrecognized transition obligation | — | — | — | (0) | — | (0) | (2) | (2) | (0) |
| Unrecognized prior service cost | — | — | — | 53 | — | 53 | 57 | 0 | 57 |
| **Net amount recognized** | **3,484** | **(230)** | **3,714** | **(906)** | **(179)** | **(727)** | **(913)** | **(180)** | **(733)** |

Amounts recognized in the statement of financial position consist of:
*(In millions of euros)*

| | 2006 | | | Pension benefits 2005 | | | 2004 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Domestic | Foreign | Total | Domestic | Foreign | Total | Domestic | Foreign |
| Accrued | (1,850) | (230) | (1,620) | (1,638) | (242) | (1,396) | (1,491) | (198) | (1,293) |
| Prepaid | 5,334 | — | 5,334 | 76 | — | 76 | 61 | — | 61 |
| Intangible assets | — | — | — | 44 | — | 44 | 44 | — | 44 |
| Accumulated other comprehensive loss | — | — | — | 612 | 63 | 549 | 473 | 18 | 455 |
| Net amount recognized | 3,484 | (230) | 3,714 | (906) | (179) | (727) | (913) | (180) | (733) |

For fiscal year 2006, 2005 and 2004, the PBO, ABO and fair value of plan assets whose ABO exceeded the fair value of plan assets at the measurement date were as follows:
*(In millions of euros)*

| | 2006 | | | Pension benefits 2005 | | | 2004 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Domestic | Foreign | Total | Domestic | Foreign | Total | Domestic | Foreign |
| Projected Benefit Obligation | (3,167) | (306) | (2,861) | (2,674) | (282) | (2,392) | (2,485) | (211) | (2,274) |
| Accumulated Benefit Obligation | (3,002) | (269) | (2,733) | (2,559) | (252) | (2,307) | (2,374) | (191) | (2,183) |
| Fair value of plan assets | 1,315 | 76 | 1,239 | 1,102 | 70 | 1,032 | 962 | 48 | 914 |
| Underfunding of accumulated benefit obligation | (1,687) | (193) | (1,494) | (1,457) | (182) | (1,275) | (1,412) | (143) | (1,269) |

Components of net periodic pension cost
*(In millions of euros)*

| | 2006 | | | Pension benefits 2005 | | | 2004 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total | Domestic | Foreign | Total | Domestic | Foreign | Total | Domestic | Foreign |
| **Components of net periodic cost** | | | | | | | | | |
| Service cost | (80) | (13) | (67) | (60) | (11) | (49) | (72) | (10) | (62) |
| Interest cost | (239) | (12) | (227) | (138) | (11) | (127) | (145) | (10) | (135) |
| Expected return on plan assets | 282 | 4 | 278 | 93 | 3 | 90 | 97 | 2 | 95 |
| Amortization of transition obligation | 1 | 1 | — | 1 | 1 | — | 2 | — | 2 |
| Amortization of prior service cost | (8) | — | (8) | (4) | — | (4) | (5) | — | (5) |
| Amortization of recognized actuarial gain/(loss) | (3) | (8) | 5 | 11 | 1 | 10 | 14 | 1 | 13 |
| Effect of curtailments | (3) | — | (3) | 2 | 1 | 1 | 39 | 4 | 35 |
| Effect of settlements | (2) | — | (2) | (6) | — | (6) | (6) | — | (6) |
| Special termination benefits | — | — | — | (2) | — | (2) | — | — | — |
| Net periodic benefit cost | (52) | (28) | (24) | (103) | (16) | (87) | (76) | (13) | (63) |

Annual cost under IFRS for pension benefits plans is €101 million, €94 million and €104 million for the years ended December 31, 2006, 2005 and 2004, respectively.

Back to Contents

**Plan assets information**

Plan assets are invested as follows:

| (in millions of euros and percentage) | Private and public bonds | | Equity securities | | Short-term investments | | Property assets | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2004** | | | | | | | | | | |
| Domestic | 21 | 44% | 18 | 37% | 9 | 19% | — | — | 48 | 100% |
| Foreign | 823 | 41% | 537 | 26% | 364 | 18% | 312 | 15% | 2,036 | 100% |
| Total | 844 | 40% | 555 | 27% | 373 | 18% | 312 | 15% | 2,084 | 100% |
| **2005** | | | | | | | | | | |
| Domestic | 47 | 64% | 23 | 31% | 4 | 5% | — | — | 74 | 100% |
| Foreign | 894 | 40% | 603 | 27% | 344 | 16% | 371 | 17% | 2,212 | 100% |
| Total | 941 | 41% | 626 | 28% | 348 | 15% | 371 | 16% | 2,286 | 100% |
| **2006** | | | | | | | | | | |
| Domestic | 51 | 67% | 21 | 28% | 4 | 5% | — | — | 76 | 100% |
| Foreign | 13,828 | 47% | 10,582 | 36% | 2,533 | 9% | 2,312 | 8% | 29,255 | 100% |
| Total | 13,879 | 47% | 10,603 | 36% | 2,537 | 9% | 2,312 | 8% | 29,331 | 100% |

Moreover, for fiscal year 2007, we expect to contribute €140 million to pension funds.

**Benefit payments**

Expected benefit payments for defined benefit pension plans through 2016 are as follows:

| Total (in millions of euros) | Expected benefit payments |
|---|---|
| 2007 | 2,047 |
| 2008 | 2,014 |
| 2009 | 1,985 |
| 2010 | 1,956 |
| 2011 | 1,932 |
| 2012–2016 | 9,328 |

**(b)     Other post-retirement benefits**

These post-retirement benefits only relate to American employees for medical insurance and life insurance. Therefore, foreign amounts are equal to total amounts and domestic amounts are nil.

The assumptions for 2006, 2005 and 2004 are as follows (the rates indicated are weighted average rates):

| | 2006 | 2005 | 2004 |
|---|---|---|---|
| General inflation | 3.00% | 2.72% | 3.00% |
| Discount rate | 5.57% | 4.97% | 5.27% |
| Post-retirement cost trend rate | 9.20% to 5.00% | 5.00% | 5.00% |

Back to Contents

**Other post−retirement obligation and funded status:**
*(In millions of euros)*

| | Other post−retirement benefits | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| **Change in benefit obligation** | | | |
| Benefit obligation at beginning of year | (20) | (17) | (17) |
| Service cost | (1) | — | — |
| Interest cost | (21) | (1) | (1) |
| Plan participants' contributions | (10) | — | — |
| Amendments | — | — | — |
| Business combinations | (4,474) | — | — |
| Disposals | 2 | — | — |
| Curtailments | — | 2 | — |
| Settlements | — | — | — |
| Special termination benefits | — | — | — |
| Actuarial (loss)/gain | 77 | (5) | (3) |
| Benefits paid | 83 | 3 | 4 |
| Other (foreign currency translation) | (9) | (2) | — |
| **Benefit obligation at end of year** | **(4,373)** | **(20)** | **(17)** |

*(In millions of euros)*

| | Other post−retirement benefits | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| **Change in plan assets** | | | |
| Fair value of plan assets at beginning of year | — | — | — |
| Actual return on plan assets | 4 | — | — |
| Employers' contributions | 37 | 3 | 4 |
| Plan participants' contributions | 10 | — | — |
| Amendments | — | — | — |
| Business combinations | 535 | — | — |
| Disposals | — | — | — |
| Curtailments | — | — | — |
| Settlements | — | — | — |
| Special termination benefits/benefits paid | (103) | (3) | (4) |
| Section 420 transfer | 382 | — | — |
| Other (foreign currency translation) | 1 | — | — |
| **Fair value of plan assets at end of year** | **866** | **—** | **—** |

*(In millions of euros)*

| | Other post−retirement benefits | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| Funded status | (3,507) | (20) | (17) |
| Unrecognized actuarial loss/(gain) | — | 45 | 37 |
| Unrecognized transition obligation | — | — | — |
| Unrecognized prior service cost | — | (104) | (88) |
| **Net amount recognized** | **(3,507)** | **(79)** | **(68)** |

**Components of net periodic pension cost:**
*(In millions of euros)*

| | | Other post–retirement benefits | |
|---|---|---|---|
| Components of net periodic cost | 2006 | 2005 | 2004 |
| Service cost | (1) | — | — |
| Interest cost | (21) | (1) | (1) |
| Expected return on plan assets | 3 | — | — |
| Amortization of transition obligation | — | — | — |
| Amortization of prior service cost | 6 | 6 | 6 |
| Amortization of recognized actuarial gain/(loss) | (2) | (9) | (3) |
| Effect of curtailments | — | — | — |
| Effect of settlements | — | — | — |
| Special termination benefits | — | — | — |
| **Net periodic benefit cost** | **(15)** | **(4)** | **2** |

**Amounts recognized in the statement of financial position:**
*(In millions of euros)*

| | Other post–retirement benefits | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| Accrued benefit liability | (3,507) | (79) | (68) |
| Prepaid benefit cost | — | — | — |
| **Net amount accrued for under U.S. GAAP** | **(3,507)** | **(79)** | **(68)** |

Regarding the other benefit plans, a one–percentage point change in assumed health care cost trend rates would have the following effects:

| | 1 percentage point increase | 1 percentage point decrease |
|---|---|---|
| Effect on total of service and interest cost components: | (1) | 1 |
| Effect on the post–retirement benefit obligation: | (163) | 147 |

**Plan assets information**

Plan assets are invested as follows:

| (In millions of euros and percentage) | Private and public bonds | | Equity securities | | Short–term investments | | Property assets | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2004** | | | | | | | | | | |
| Domestic | — | — | — | — | — | — | — | — | — | — |
| Foreign | — | — | — | — | — | — | — | — | — | — |
| **TOTAL** | | | | | | | | | | |
| **2005** | | | | | | | | | | |
| Domestic | — | — | — | — | — | — | — | — | — | — |
| Foreign | — | — | — | — | — | — | — | — | — | — |
| **TOTAL** | | | | | | | | | | |
| **2006** | | | | | | | | | | |
| Domestic | — | — | — | — | — | — | — | — | — | — |
| Foreign | 503 | 58% | 363 | 42% | — | — | — | — | 866 | 100% |
| **TOTAL** | **503** | **58%** | **363** | **42%** | **—** | **—** | **—** | **—** | **866** | **100%** |

Back to Contents

Moreover, for fiscal year 2007, we expect to contribute €105 million to post-retirement and postemployment funds.

**Benefit payments**

Expected benefit payments for other post-retirement obligation through 2016 are as follows:

**Total**

| (in millions of euros) | Expected benefit payments |
|---|---|
| 2007 | |
| 2008 | 471 |
| 2009 | 444 |
| 2010 | 435 |
| 2011 | 419 |
| 2012–2016 | 399 |
| | 1,762 |

## (5) Income taxes

(a)

*Deferred tax balances:*

| (In millions of euros) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Deferred tax assets | 11,820 | 7,345 | 6,301 |
| Less valuation allowance [1] | (10,145) | (5,577) | (4,636) |
| Net deferred tax assets | 1,675 | 1,768 | 1,665 |
| Deferred tax liabilities | (2,105) | (162) | (109) |
| NET DEFERRED TAXES | (430) | 1,606 | 1,556 |

(1) Of which €5,217 million of valuation allowance at December 31, 2006 (€30 million at December 31, 2005 and €62 million at December 31, 2004) related to companies acquired that could be allocated to reduce goodwill if released in future periods.

Major temporary differences giving rise to deferred taxes at December 31 are as follows:

| (In millions of euros) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Tax effect of temporary differences related to: | | | |
| Accounting for long-term contract | (37) | (42) | (16) |
| Depreciation of property, plant and equipment and intangible assets | (958) | (45) | — |
| Prepaid pensions | (1,042) | (26) | (21) |
| Other | (68) | (49) | (72) |
| **Deferred tax liabilities** | (2,105) | (162) | (109) |
| Tax losses carried forward | 10,405 | 5,836 | 4,858 |
| Accrued pension and retirement obligation | 817 | 463 | 137 |
| Other reserves | 583 | 351 | 217 |
| Other | 15 | 695 | 1,089 |
| **Deferred tax assets** | 11,820 | 7,345 | 6,301 |
| Less: Valuation allowance | (10,145) | (5,577) | (4,636) |
| Deferred tax assets, net | 1,675 | 1,768 | 1,665 |
| TOTAL DEFERRED TAX ASSETS (LIABILITIES), NET | (430) | 1,606 | 1,556 |

Deferred tax balances are analyzed as follows:

| At December 31, 2006 (in millions of euros) | Current | Non-current | Total |
|---|---|---|---|
| Deferred tax assets (net of valuation allowance) | 376 | 1,299 | 1,675 |
| Deferred tax liabilities | (207) | (1,898) | (2,105) |
| **TOTAL** | **169** | **(599)** | **(430)** |

| At December 31, 2005 (in millions of euros) | Current | Non-current | Total |
|---|---|---|---|
| Deferred tax assets (net of valuation allowance) | 316 | 1,452 | 1,768 |
| Deferred tax liabilities | (53) | (109) | (162) |
| **TOTAL** | **263** | **1,343** | **1,606** |

| At December 31, 2004 (in millions of euros) | Current | Non-current | Total |
|---|---|---|---|
| Deferred tax assets (net of valuation allowance) | 235 | 1,430 | 1,665 |
| Deferred tax liabilities | (33) | (76) | (109) |
| **TOTAL** | **202** | **1,354** | **1,556** |

**(b)**
*Analysis of income tax (expense) benefit*

| (In millions of euros) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Current tax (expense) benefit | (94) | (52) | 82 |
| Net change in operating losses carried forward | 127 | (34) | 110 |
| Net change in valuation allowance | 11 | 119 | (10) |
| Other deferred tax (expense) benefit | (2) | (189) | (191) |
| **Income tax (expense) benefit** | **42** | **(156)** | **(9)** |

**(c)**
*Effective income tax rate*

| (In millions of euros) | 2006 | 2005 | 2004 |
|---|---|---|---|
| Income (loss) before taxes, share in net income of equity affiliates, purchased research and development, impairment of goodwill, minority interests and extraordinary items | (131) | 985 | 678 |
| Average income tax rate | 44.4% | 32.3% | 28.4% |
| Expected tax (charge) benefit | 58 | (318) | (193) |
| Impact of: | | | |
| — net change in valuation allowance | 11 | 119 | (10) |
| — tax credits | 16 | 5 | 14 |
| — other | (44) | 38 | 180 |
| **Actual income tax (charge) benefit** | **42** | **(156)** | **(9)** |
| Effective tax rate | 32.1% | 15.8% | 1.4% |

**(d)**
*Income (loss) before taxes, share in net income of equity affiliates, purchased research and development, impairment of goodwill, minority interests and extraordinary items by geographical origin:*

| (In millions of euros) | 2006 | 2005 | 2004 |
|---|---|---|---|
| France | (454) | 251 | 84 |
| Foreign | 323 | 734 | 590 |
| **Income (loss) before tax** | **(131)** | **985** | **674** |

## (6) FIN 45 Disclosure

The recognition provisions of FASB Interpretation No. 45, "Guarantor's Accounting and Disclosure Requirements for Guarantees, Including Indirect Guarantees of Indebtedness of Others" ("FIN 45"), were adopted on January 1, 2003. FIN 45 requires recognition of an initial liability for the fair value of an obligation assumed by issuing a guarantee and is applied on a prospective basis to all guarantees issued or modified after December 31, 2002.

Through our normal course of business, we have entered into guarantees and indemnifications which mainly arose from the following situations:

- Business sale agreements;

- Intellectual property indemnification obligations;

- Lease agreements;

- Third–party debt agreements;

- Indemnification of lenders and agents under our credit and support facilities and security arrangements;

- Indemnification of counterparties in receivables securitization transactions;

- Other indemnification agreements.

Guarantees and indemnification agreements are mainly disclosed in Note 31 with:

- "*debt guarantees*" for third–party debt agreements, indemnification of lenders and agents under our credit and support facilities and security arrangements and indemnification of counterparties in receivables securitization transactions;

- and "*other contingent commitments*".

Regarding business sale agreements, the Group is unable to reasonably estimate the maximum amount that could be payable under these arrangements because the exposures are not capped and because of the conditional nature of the Group's obligations and the unique facts and circumstances involved in each agreement.

The Group records a liability for product warranties corresponding to the estimated amount of future repair and replacement costs for products still under warranty at the balance sheet date. The liability is included in the reserves for product sales disclosed in Note 27. The reserve is calculated based on historical experience concerning the costs and frequency of repairs or replacements.

Change of product warranty reserve during fiscal 2006, 2005 and 2004:

| (In millions of euros) | 2006 |
|---|---|
| As of January 1, 2006 | 337 |
| Additional reserves | 203 |
| Used | (140) |
| Changes in estimates of pre–existing warranties | (104) |
| Change in consolidated companies | 133 |
| Exchange differences and other | (4) |
| As of December 31, 2006 | 425 |

| (In millions of euros) | 2005 |
|---|---|
| As of January 1, 2005 | 380 |
| Additional reserves | 144 |
| Used | (128) |
| Changes in estimates of pre–existing warranties | (100) |
| Change in consolidated companies | 4 |
| Exchange differences and other | 37 |
| As of December 31, 2005 | 337 |

**FORM 20–F 2006     Alcatel–Lucent – F–152**

Back to Contents

| (In millions of euros) | 2004 |
|---|---|
| As of January 1, 2004 | 574 |
| Additional reserves | 123 |
| Used | (139) |
| Changes in estimates of pre-existing warranties | (141) |
| Change in consolidated companies | (49) |
| Exchange differences and other | 12 |
| As of December 31, 2004 | 380 |

Disclosures related to guarantees given are set forth in Note 31.

## (7) Other information on affiliates

Market value of Alcatel-Lucent's stake in listed equity affiliates at December 31, 2006:

| (In millions of euros) | % interest | Net value | Market value |
|---|---|---|---|
| Thales | 9.5% | 385 | 615 |

In addition, dividends received in 2006 from equity affiliates amounted to €14 million (€15 million for 2005 and €20 million for 2004).

## (8) Combined information concerning subsidiaries consolidated using the proportionate consolidation method

This information is provided in Note 16d.

## (9) Recently issued U.S. Accounting Standards

In February 2006, the Financial Accounting Standards Board ("FASB") issued FASB Statement No. 155, *Accounting for Certain Hybrid Financial Instruments, an amendment of FASB Statements No. 133 and 140* ("SFAS 155"). SFAS 155 amends FASB Statements No. 133, *Accounting for Derivative Instruments and Hedging Activities* ("SFAS 133"), and No. 140, *Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities* ("SFAS 140"). SFAS 155 – among other things – permits fair value remeasurement for any hybrid financial instrument that contains an embedded derivative that otherwise would require bifurcation. SFAS 155 is effective for all financial instruments acquired or issued after the beginning of an entity's first fiscal year that begins after September 15, 2006. Alcatel-Lucent does not believe that the standard will have a material effect on its consolidated financial position, results of operations or cash flows as reconciled to U.S. GAAP.

In March 2006, the FASB issued FASB Statement No. 156 *Accounting for Servicing of Financial Assets – An Amendment of FASB Statement No. 140 ("SFAS 156")*. SFAS 156 amends SFAS 140 with respect to the accounting for separately recognized servicing assets and servicing liabilities. SFAS 156 is effective for fiscal years beginning after September 15, 2006. Alcatel-Lucent does not believe that the standard will have a material effect on its consolidated financial position, results of operations or cash flows as reconciled to U.S. GAAP.

In June 2006, the FASB issued FASB Interpretation No. 48 *Accounting for Uncertainty in Income Taxes* ("FIN 48"), an interpretation of Statement of Financial Accounting Standards No. 109 *Accounting for Income Taxes* ("SFAS 109"). FIN 48 clarifies the accounting for uncertainty in income taxes by prescribing a recognition threshold for tax positions taken or expected to be taken in a tax return. FIN 48 also provides guidance on derecognition, classification, interests and penalties, accounting in interim periods, disclosure and transition. FIN 48 is effective for fiscal years beginning after December 15, 2006. Alcatel-Lucent is currently evaluating the impact FIN 48 will have on its financial position or results of operations.

In September 2006, the FASB issued FASB Statement No. 157 *Fair Value Measurements* ("SFAS 157"). This pronouncement defines fair value establishes a framework for measuring fair value and expands disclosures about fair value measurements. SFAS 157 clarifies the principle that fair value should be based on the assumptions market participants would use when pricing the asset or liability and establishes a fair value hierarchy that prioritizes the information used to develop those assumptions. SFAS 157 is effective for fiscal years beginning after November 15, 2007. Alcatel-Lucent is currently evaluating the impact SFAS 157 will have on its financial position or resultS of operations.

In September 2006, the SEC staff issued Staff Accounting Bulletin (SAB) Topic 1N (SAB 108), *Financial Statements — Considering the Effects of Prior Year Misstatements when Quantifying Misstatements in Current Year Financial Statements*, which is effective for calendar-year companies as of December 31, 2006. SAB 108 provides guidance on how prior year misstatements should be taken into consideration when quantifying misstatements in current year financial statements for purposes of determining whether the financial statements are materially misstated. Under this guidance, companies should take into account both the effect of a misstatement on the current year balance sheet as well as the impact upon the current year income statement in assessing the materiality of a current year misstatement. Once a current year misstatement has been quantified, the guidance in SAB Topic 1M, *Financial Statements — Materiality*, (SAB 99) should be applied to determine whether the misstatement is material. The application of SAB 108 did not have any impact on Alcatel-Lucent consolidated financial position, results of operations or cash flows as reconciled to U.S. GAAP.

In September 2006, the FASB issued FASB Statement No. 158 *Employers' Accounting for Defined Benefit Pension and Other Post-retirement Plans — an amendment of FASB Statements No. 87, 88, 106, and 132(R)* ("SFAS 158"). SFAS 158 requires an employer to recognize the overfunded or underfunded status of a defined benefit post-retirement plan (other than a multiemployer plan) as an asset or liability in its statement of financial position and to recognize changes in that funded status in the year in which the changes occur through comprehensive income of a business entity. SFAS 158 also requires an employer to measure the funded status of a plan as of the date of its year-end statement of financial position, with limited exceptions, that requirement being effective for fiscal years ending after December 15, 2008. The pronouncement does not require prior periods to be restated to reflect the impact of SFAS 158. The company adopted SFAS 158 in the fiscal year ended December 31, 2006 (see notes 40(3) and 41(4) for the impact of the adoption).

In February 2007, the FASB issued FASB Statement No. 159 *The Fair Value Option for Financial Assets and Financial Liabilities* ("SFAS 159"), which permits an entity to measure certain financial assets and financial liabilities at fair value. Under SFAS 159, entities that elect the fair value option (by instrument) will report unrealized gains and losses in earnings at each subsequent reporting date. The fair value option election is irrevocable, unless a new election date occurs. SFAS 159 establishes presentation and disclosure requirements to help financial statement users understand the effect of the entity's election on its earnings, but does not eliminate disclosure requirements of other accounting standards. Assets and liabilities that are measured at fair value must be displayed on the face of the balance sheet. This Statement is effective for fiscal years beginning after November 15, 2007. Alcatel-Lucent is currently evaluating the impact SFAS 159 will have on its financial position or results of operations.

Other recent accounting pronouncements issued by the FASB (including its Emerging Issues Task Force), the AICPA and the SEC did not or are not believed by management to have a material impact on Alcatel-Lucent's present or future consolidated financial statements.

## Note 42 − Subsequent events

On February 22, 2007, after a three-week trial in U.S. District Court in San Diego, California, a jury returned a verdict in favor of Lucentagainst Microsoft in the first of a number of scheduled patent trials . In this first trial involving two of Lucent's "Audio Patents", the jury found all the asserted claims of the patents valid and infringed, and awarded Lucent damages in an amount exceeding $1.5 billion. The court still must determine certain issues before entering the final judgment. The jury verdict is likely to be subject to various motions and appeals by Microsoft. There can be no assurance that the jury verdict will not be changed or reversed in whole or in part.

Lucent and Microsoft, Dell and Gateway are involved in a number of patent litigations in various jurisdictions. In the summer of 2003, the Gateway, Dell and Microsoft litigations in San Diego, California, were consolidated in federal court in the Southern District of California. The court scheduled a number of trials for groups of the Lucent patents, including in the trial described above. Additional trials in this case against Microsoft, Dell and Gateway are scheduled later in 2007.

On March 30, 2007, Lucent redeemed all its outstanding 8% convertible subordinated debentures due 2031, for an aggregate principal amount of €370 million.

# ALCATEL LUCENT (ALU)

54, RUE LA BOETIE
PARIS, IO 75008
33140761010
http://www.alcatel-lucent.com/

# EX-10.1

**EXHIBIT 10.1**
**20-F Filed on 04/06/2007 - Period: 12/31/2006**
File Number 001-11130



**LIVEDGAR** Information Provided by Global Securities Information, Inc.
800.669.1154
www.gsionline.com

Exhibit 10.1

## CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

We consent to the incorporation by reference of our reports dated April 6, 2007 relating to the consolidated financial statements of Alcatel−Lucent and subsidiaries and management's report on the effectiveness of internal control over financial reporting, appearing in the Annual Report on Form 20−F of Alcatel−Lucent for the year ended December 31, 2006 into:

(i)
Form S−8 Registration Statement (File No. 333−7830) for Alcatel Alstom Compagnie Generale d'Electricite, S.A. (now Alcatel), filed with the U.S. Securities and Exchange Commission (the "SEC") on October 23, 1997;

(ii)
Post−Effective Amendment No. 1 on Form S−8 to Form F−4 Registration Statement (File No. 333−59985) for Alcatel Alstom Generale d'Electricite, S.A. (now Alcatel), filed with the SEC on September 8, 1998;

(iii)
Form S−8 Registration Statement (File No. 333−9730), filed with the SEC on December 11, 1998;

(iv)
Form S−8 Registration Statement (File No. 333−10192), filed with the SEC on April 1, 1999;

(v)
Form S−8 Registration Statement (File No. 333−10326), filed with the SEC on May 7, 1999;

(vi)
Form S−8 Registration Statement (File No. 333−10578), filed with the SEC on July 13, 1999;

(vii)
Form S−8 Registration Statement (File No. 333−11092), filed with the SEC on November 4, 1999;

(viii)
Form S−8 Registration Statement (File No. 333−11388), filed with the SEC on January 24, 2000;

(ix)
Post−Effective Amendment No. 1 on Form S−8 to Form F−4 Registration Statement (File No. 333−93127), filed with the SEC on January 24, 2000;

(x)
Form F−3 Registration Statement (File No. 333−11784), filed with the SEC on April 4, 2000;

(xi)
Form S−8 Registration Statement (File No. 333−11986), filed with the SEC on May 19, 2000;

(xii)
Form S−8 Registration Statement (File No. 333−11996), filed with the SEC on May 23, 2000;

(xiii)
Form S−8 Registration Statement (File No. 333−12516), filed with the SEC on September 12, 2000;

(xiv)
Form S−8 Registration Statement (File No. 333−12864), filed with the SEC on November 15, 2000;

(xv)
Form S−8 Registration Statement (File No. 333−13410), filed with the SEC on April 27, 2001;

(xvi)
Form S−8 Registration Statement (File No. 333−13554), filed with the SEC on May 24, 2001;

(xvii)
Form F−3 Registration Statement (File No. 333−13966), filed with the SEC on September 28, 2001;

(xviii)
Form F−3 Registration Statement (File No. 333−14004), filed with the SEC on October 12, 2001;

(xix)
Form S−8 Registration Statement (File No. 333−14016), filed with the SEC on October 17, 2001;

(xx)
Post−Effective Amendment No. 1 on Form S−8 to Form F−4 Registration Statement, as amended (File No. 333−82930), initially filed with the SEC on February 15, 2002;

(xxi)
Form S−8 Registration Statement (File No. 333−89466), filed with the SEC on May 31, 2002;

(xxii)
Form S−8 Registration Statement (File No. 333−98075), filed with the SEC on August 14, 2002;

(xxiii)
Form S−8 Registration Statement (File No. 333−105009), filed with the SEC on May 5, 2003;