## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. **Country :** Sweden

   **This public document**

2. **has been signed by** Anne-Marie Bonde

3. **acting in the capacity of** Notary Public

4. **bears the seal/stamp of**

   Notary Public in Stockholm

   **Certified**

5. **at** Stockholm         6. **the** 16.06.2008

7. **by** Björn Sandin

   Notary Public

8. **No** 2564

9. **Seal/stamp:**           10. **Signature:**

 

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERRILL STEINBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ERICSSON LM TELEPHONE CO., CARL-HENRIC SVANBERG and KARL-HENRIK SUNDSTROM,<br><br>　　　　　　　Defendants. | Civil Action No. 07-9615<br><br>ECF Case |

## AFFIDAVIT OF CARL-HENRIC SVANBERG

Carl-Henric Svanberg, being duly sworn, deposes and says:

1. I am over the age of 18 and competent to testify regarding the facts set forth in this Affidavit.

2. I have served as the Chief Executive Officer ("CEO") of Ericsson LM Telephone Co. ("Ericsson") since 2003, and am a defendant in the above-captioned action. I respectfully submit this affidavit in support of my motion to dismiss this action for lack of personal jurisdiction.

3. Ericsson is headquartered, and has its principal place of business, at Torshamnsgatan 23, SE-164 83 Stockholm, Sweden.

4. I am a citizen and domiciliary of Sweden. I reside at Aludden Gård, SE 193 31 Sigtuna, Sweden.

5. Sweden is and has been my place of residence and my principal place of business since 1978.



6. I hold a Swedish driver's license, am registered to vote in Sweden, and file and pay taxes in Sweden.

7. I have never owned any property within the United States.

8. I do not pay, and have never paid, taxes in the United States.

9. I have never conducted any business in the United States in an individual capacity. I have never traveled to the United States to transact business on my own behalf.

10. No individual acts, or has ever acted, as my agent in the United States. I have never permitted any individual or entity to transact business on my behalf within the United States.

11. I have never consented to jurisdiction in the United States and do not consent to the exercise of jurisdiction over myself by the United States District Court, Southern District of New York in the above captioned case.

_____
Carl-Henric Svanberg

Sworn to and subscribed before me this
16 day of June, 2007. 8

_____
Notary Public
Anne-Marie Bonde

2