**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | | |
|---|---|---|
| 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10019-6064<br><br>TELEPHONE (212) 373-3000<br>FACSIMILE (212) 757-3990<br><br>LLOYD K. GARRISON (1946-1991)<br>RANDOLPH E. PAUL (1946-1956)<br>SIMON H. RIFKIND (1950-1995)<br>LOUIS S. WEISS (1927-1950)<br>JOHN F. WHARTON (1927-1977)<br><br>WRITER'S DIRECT DIAL NUMBER<br><br>(212) 373-3764<br><br>WRITER'S DIRECT FACSIMILE<br><br>(212) 492-0764<br><br>WRITER'S DIRECT E-MAIL ADDRESS<br><br>agiovanola@paulweiss.com | 1615 L STREET, NW<br>WASHINGTON, DC 20036-5694<br>TELEPHONE (202) 223-7300<br>FACSIMILE (202) 223-7420<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br>FACSIMILE (81-3) 3597-8120<br><br>UNIT 3601, FORTUNE PLAZA OFFICE TOWER A<br>NO. 7 DONG SANHUAN ZHONGLU<br>CHAO YANG DISTRICT<br>BEIJING 100020<br>PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br>FACSIMILE (86-10) 6530-9070/9080<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2536-9933<br>FACSIMILE (852) 2536-9622<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, U.K.<br>TELEPHONE (44 20) 7367 1600<br>FACSIMILE (44 20) 7367 1650 | MATTHEW W. ABBOTT    DAVID K. LAKHDHIR<br>MARK H. ALCOTT    JOHN E. LANGE<br>ALLAN J. ARFFA    DANIEL J. LEFFELL<br>ROBERT A. ATKINS    XIAOYU GREG LIU<br>JOHN F. BAUGHMAN    JEFFREY D. MARELL<br>LYNN B. BAYARD    JULIA TARVER MASON<br>DANIEL J. BELLER    MARCO V. MASOTTI<br>MITCHELL L. BERG    EDWIN S. MAYNARD<br>MARK S. BERGMAN    DAVID W. MAYO<br>BRUCE BIRENBOIM    TOBY S. MYERSON<br>H. CHRISTOPHER BOEHNING    JOHN E. NATHAN<br>ANGELO BONVINO    CATHERINE NYARADY<br>RICHARD S. BORISOFF    ALEX YOUNG K. OH<br>HENK BRANDS    JOHN J. O'NEIL<br>JAMES L. BROCHIN    KELLEY D. PARKER<br>RICHARD J. BRONSTEIN    ROBERT P. PARKER*<br>SUSANNA M. BUERGEL    MARC E. PERLMUTTER<br>PATRICK S. CAMPBELL*    MARK F. POMERANTZ<br>JEANETTE K. CHAN    VALERIE E. RADWANER<br>YVONNE Y. F. CHAN    CAREY R. RAMOS<br>LEWIS R. CLAYTON    CARL L. REISNER<br>JAY COHEN    WALTER G. RICCIARDI<br>KELLEY A. CORNISH    WALTER RIEMAN<br>CHARLES E. DAVIDOW    RICHARD A. ROSEN<br>DOUGLAS R. DAVIS    ANDREW N. ROSENBERG<br>THOMAS V. DE LA BASTIDE III    STEVEN B. ROSENFELD<br>ARIEL J. DECKELBAUM    PETER J. ROTHENBERG<br>JAMES M. DUBIN    RAPHAEL M. RUSSO<br>LESLIE GORDON FAGEN    JEFFREY D. SAFERSTEIN<br>MARC FALCONE    JEFFREY B. SAMUELS<br>PETER L. FELCHER    DALE M. SARRO<br>ROBERTO FINZI    TERRY E. SCHIMEK<br>PETER E. FISCH    KENNETH M. SCHNEIDER<br>ROBERT C. FLEDER    ROBERT B. SCHUMER<br>MARTIN FLUMENBAUM    JAMES H. SCHWAB<br>ANDREW J. FOLEY    STEPHEN J. SHIMSHAK<br>HARRIS B. FREIDUS    DAVID R. SICULAR<br>KENNETH A. GALLO    MOSES SILVERMAN<br>MICHAEL E. GERTZMAN    STEVEN SIMKIN<br>PAUL D. GINSBERG    JOSEPH J. SIMONS<br>ERIC S. GOLDSTEIN    MARILYN SOBEL<br>ERIC GOODISON    TARUN M. STEWART<br>CHARLES H. GOOGE, JR.    ERIC ALAN STONE<br>ANDREW G. GORDON    AIDAN SYNNOTT<br>BRUCE A. GUTENPLAN    ROBYN F. TARNOFSKY<br>GAINES GWATHMEY, III    JUDITH R. THOYER<br>ALAN S. HALPERIN    DANIEL J. TOAL<br>CLAUDIA HAMMERMAN    MARK A. UNDERBERG<br>GERARD E. HARPER    LIZA M. VELAZQUEZ<br>BRIAN S. HERMANN    MARIA T. VULLO<br>ROBERT M. HIRSH    LAWRENCE G. WEE<br>MICHELE HIRSHMAN    THEODORE V. WELLS, JR.<br>JOYCE S. HUANG    STEVEN J. WILLIAMS<br>JEH CHARLES JOHNSON    LAWRENCE I. WITDORCHIC<br>MEREDITH J. KANE    JORDAN E. YARETT<br>ROBERTA A. KAPLAN    KAYE N. YOSHINO<br>BRAD S. KARP    ALFRED D. YOUNGWOOD<br>JOHN C. KENNEDY    TONG YU<br>ALAN W. KORNBERG    TRACEY A. ZACCONE<br>DANIEL J. KRAMER    T. ROBERT ZOCHOWSKI, JR<br><br>*NOT ADMITTED TO THE NEW YORK BAR |



August 19, 2008

*Via Hand Delivery*

The Honorable Robert P. Patterson
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08
```

*Steinberg* v. *Ericsson LM Telephone Co., et al.*, 07-CV-9615

Dear Judge Patterson:

    We are counsel for defendants Ericsson LM Telephone Co., Carl-Henric Svanberg, and Karl-Henrik Sundstrom ("Defendants") in the above-referenced action.

    I write to inform Your Honor that I am withdrawing as counsel to Defendants because I will no longer be associated with Paul, Weiss, Rifkind, Wharton & Garrison LLP. I also request removal from the Electronic Service List.

*[handwritten annotation: Application granted. So ordered. Robert P. Patterson USDJ 8/20/08]*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Robert P. Patterson						2

       Daniel Kramer, Susanna Buergel, and Brad Karp remain counsel of record for Defendants.

       Respectfully submitted,

       Anouck Giovanola

cc:    Brian Murray, Esq.