```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MERRILL STEINBERG, Individually, and On
Behalf of All Others Similarly Situated,

                      Plaintiff,                07 Civ. 9615 (RPP)

      v.                                      **ORDER**

ERICSSON LM TELEPHONE CO., CARL-
HENRIK SVANBERG and KARL-HENRIK
SUNDSTROM,

                      Defendants.
------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      The Motion of Ericsson Institutional Investor Group to Strike the Reply Brief of Jacques Furher for late filing (Doc. #18) is denied on the grounds that movants failed to show any prejudice caused by the late filing of that brief. See, Minitti v. Speiser, Krause, Nolan & Granito, P.C., No. 04 Civ. 7976 (DC), 2006 WL3740847, at *11 (S.D.N.Y. Dec. 19, 2006). Movants had sufficient time to respond since oral argument on the motion for appointment as lead counsel (Doc. #7) was held on February 15, 2008.

      IT IS SO ORDERED.

Dated: New York, New York
       Nunc Pro Tunc February 19, 2008

                                                  Robert P. Patterson, Jr.
                                                  U.S.D.J.

**Copies of this order sent to:**

*Counsel for Ericsson Institutional Investor Group*
Labaton Sucharow, LLP
Attn: Christopher J. Keller
140 Broadway
New York, NY 10005
Tel: (212) 907-0853
Fax: (212) 883-7053

*Counsel for Jacques Fuhrer*
Murray, Frank & Sailer, LLP
Attn: Brian Philip Murray
275 Madison Avenue, Ste. 801
New York, NY 10016
Tel: 212-682-1818
Fax: 212-682-1892