UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERRILL STEINBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ERICSSON LM TELEPHONE CO., CARL-HENRIC SVANBERG and KARL-HENRIK SUNDSTROM,<br><br>Defendants. | Civil Action No. 07-CIV-9615<br><br>Judge Robert P. Patterson<br><br>**DECLARATION OF**<br>**Andrew D. Goldstein** |

Andrew D. Goldstein declares pursuant to 28 U.S.C. § 1746:

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Carl-Henric Svanberg, Karl-Henrik Sundstrom and Ericsson LM Telephone Co. ("Defendants") in the above-captioned matter. I respectfully submit this declaration in support of Defendants' Reply Memorandum of Law In Further Support of Their Motion to Dismiss Plaintiff's Consolidated Amended Complaint.

2. Attached as Exhibit A is a true and correct copy of a report on Ericsson issued by Lehman Brothers Equity Research on September 13, 2007.

3. Attached as Exhibit B is a true and correct copy of a report on Ericsson issued by Natixis Securities on September 12, 2007.

4. Attached as Exhibit C is a true and correct copy of Ericsson's 2007 Third Quarter Report, dated October 25, 2007.

5. Attached as Exhibit D is a true and correct copy of Ericsson's 2006 Fourth Quarter Report, dated February 2, 2007.

6.      Attached as Exhibit E is a true and correct copy of Ericsson's 2007 Fourth Quarter Report, dated February 1, 2008.

7.      Attached as Exhibit F is a true and correct copy of Minutes of Ericsson's Annual General Meeting of Shareholders, dated April 9, 2008.

8.      I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2008.

Andrew D. Goldstein