# EXHIBIT A

# LEHMAN BROTHERS
**EQUITY RESEARCH**

September 13, 2007

United States of America
Technology
Wireless Equipment

## Ericsson (ERIC - US$ 38.26) 1-Overweight
**Change of Price Target**

**Lack of Near Term Upside Lowers Target**

| Jeff Kvaal | Stuart Jeffrey | Tim Luke |
|---|---|---|
| 1.212.526.2216 | (44) 20 7102 4709 | 1.212.526.4993 |
| jkvaal@lehman.com | sjeffrey@lehman.com | tluke@lehman.com |
| LBI, New York | LBIE, London | LBI, New York |

### Investment Conclusion
- Our analysis of EU mobile network outsourcing opportunities and EU mobile voice and data traffic growth concludes that a period of prolonged revenue growth is likely, with ERIC well positioned to benefit. Valuation multiples are low relative to peers, limiting downside risk. Slow European capex suggests limited if any upside to ests until 2008 and thus we trim our price target to $44.

### Summary
- Analysis of mobile voice and data trends suggests building momentum that could trigger increased operator investments from 2H08
- EU mobile network outsourcing opportunities sees driving a 5% to 13% CAGR in EU revs to 2011
- Mgmt reiterated targets of ~5% mobile systems market growth and 'good' growth in services in 2007 at this week's analyst day.
- We expect ERIC to offer a 2008 market outlook in line with our estimates of 6% Networks growth and 15% growth in Services on its 3Q call.
- Mgmt retained confidence in SE share / margins on new phone launches.
- We consider upside to estimates unlikely until 2008 and thus trim our multiple from 16x to 15x and our target from $47 to $44.

| Stock Rating | | Target Price | |
|---|---|---|---|
| New: | 1-Overweight | New: | US$ 44.00 |
| Old: | 1-Overweight | Old: | US$ 47.00 |

**Sector View:** 2-Neutral

### EPS (US$)  (FY Dec)

| | 2006 | 2007 | | | 2008 | | | % Change | |
|---|---|---|---|---|---|---|---|---|---|
| | Actual | Old | New | St. Est. | Old | New | St. Est. | 2007 | 2008 |
| 1Q | 0.37A | 0.50A | 0.50A | 0.53A | N/A | N/A | 0.58E | 35% | N/A |
| 2Q | 0.48A | 0.58A | 0.58A | 0.58A | N/A | N/A | 0.69E | 21% | N/A |
| 3Q | 0.53A | 0.56E | 0.55E | 0.58E | N/A | N/A | 0.69E | 4% | N/A |
| 4Q | 0.83A | 0.88E | 0.88E | 0.86E | N/A | N/A | 0.97E | 6% | N/A |
| Year | 2.19A | 2.52E | 2.51E | 2.56E | 2.77E | 2.76E | 2.89E | 15% | 10% |
| P/E | | | 15.2 | | | 13.9 | | | |

### Market Data
| | |
|---|---|
| Market Cap (Mil.) | 61063 |
| Shares Outstanding (Mil.) | 1596.00 |
| Float (%) | 1210 |
| Dividend Yield | 1.36 |
| Convertible | No |
| 52 Week Range | 43.41 - 32.57 |

### Financial Summary
| | |
|---|---|
| Revenue FY07 (Mil.) | 27798.0 |
| Five-Year EPS CAGR | 5.5 |
| Return on Equity | 22.00 |
| Current BVPS | 7.53 |
| Debt To Capital (%) | 14.00 |

### Stock Overview



### Near-term outlook
Ericsson's share price has struggled to break out of a range of SEK 24 – 29 since the start of the year, triggered by consensus estimates that have fallen from a high of SEK 1.85 for 2007 and SEK2.04 for 2008 in January to a current level of SEK 1.76 and SEK 1.86, respectively. There have been no opportunities to raise revenue estimates, accentuated by management guiding for stronger than normal

Lehman Brothers does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.

Customers of Lehman Brothers in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.lehmanlive.com or can call 1-800-2LEHMAN to request a copy of this research.

Investors should consider this report as only a single factor in making their investment decision.

This research report has been prepared in whole or in part by research analysts employed by foreign affiliates of Lehman Brothers Inc. who, while qualified in their home jurisdictions, are not registered / qualified with the NYSE or NASD.

**PLEASE SEE ANALYST(S) CERTIFICATION(S) ON PAGE 6 AND IMPORTANT DISCLOSURES INCLUDING FOREIGN AFFILIATE DISCLOSURES BEGINNING ON PAGE 8**

1

seasonality in Q3 and Q4 (i.e. stronger than normal declines in Q3 and gains in Q4), while margin levels have eased. Mediocre cash conversion levels have added to the sense that margins could be at risk looking forward. The end result has been a range bound stock.

On multiples the stock seems very good value, for example:
- PE of less than 14x 2008, compared to a European market 12 month forward PE of 12.3x and Nokia at 16.6x
- EV/EBITDA of 7.7x 2008 compared to a European market 12 month forward multiple of 8.0x
- EV/EBIT of 9.2x 2008 which compares to Nokia on 12.2x

Relative to their local markets, PE premiums are at almost 70% for Cisco, for example, 60% for Tellabs, 33% for Nokia; yet Ericsson is at a premium of just 13%, despite earnings growth in 2009 expected to be at a similar level to Nokia for example.

This all implies that there is scope for Ericsson's valuation to expand if some positive catalysts were to come through. The main issues that we think the market needs to see greater visibility on are:
- An improved cash conversion ratio to provide reassurance around earnings quality
- Indicators pointing to revenue upside, driven ideally by developed markets due to strong voice and data traffic growth as well as increased managed services momentum
- Reassurance that Ericsson's ambitions for revenue growth in wireline won't lead to a material margin compression.

In the near-term, we see little scope for concerns around the first two issues to ease significantly. The third issue is very much down to communication from management, which may come through during results calls but may not.

Perhaps the biggest near-term concern is the threat of an indefinite pause in spending in Italy and the UK, Ericsson's 3rd and 6th largest markets respectively. The Times reported on September 12th ("Italian mobile sale may signal Hutchison Whampoa's exit from UK") that Hutchison is looking to sell its stake in Three Italy, raising concerns that the company's UK operations may also be for sale. If industry consolidation does take place, then history suggests spending levels will decline until any merger is complete (e.g. AT&T and Cingular in the US). The impact may also prove country wide as other operators reassess their strategies in the wake of competitor consolidation (Ericsson supplies Three, TIM and WIND's networks in Italy). On top of this, Vodafone and Orange in the UK are still assessing their network sharing plans. This again has scope to hold back spending at those two and also at other UK operators assessing their options in the face of this network sharing deal (Ericsson is the main supplier of Vodafone UK's network and has a small position in Three's UK network). Post consolidation / decision making investment levels have historically rebounded strongly, so concerns should focus primarily on the extent on any short-term dislocation.

Cash conversion rates typically improve in the second half of the year, but the amount of working capital intensive turnkey contracts won in recent months suggest that management is unlikely to reach its longer-term target of 70% cash conversion this year. During Tuesday's Strategy and Technology Seminar in London CFO Sundstrom said that cash conversion would be slightly better in 2007 than 2006 with large turnkey contracts in H2 restricting the usual H2 improvement. With the first half of a year typically generating a cash outflow, it seems unlikely that cash flow levels will improve materially until 2H08.

We see a number of potential revenue drivers coming through, with network outsourcing and European mobile capex two key areas which we analyse in our industry report "Twelve-month Dynamics in EU Tech", published this morning. In our view, market expectations around investment levels in Europe are too low and the potential growth from managed services is not fully reflected in estimates either. On the downside, we expect the positive news flow around these to take some time to come through. Mobile data, for example, seems more likely to drive 2H08 than to impact the rest of this year. On the managed services side, contracts are hard to predict and could come through regularly or all of a sudden, and markets have little visibility into the likely timing of these.

The next key event is the 3Q07 results announcement on October 25th. Management has guided for a greater than normal seasonal decline in revenues, due to the timing of revenue recognition on a number of large contracts, with 4Q07 revenues rising faster than normal. A weak Q3 again makes it difficult to project a strong near-term catalyst for the stock.

The above factors all lead us to conclude that Ericsson's share price is likely to prove range bound for much of this year. We are retaining our 1-Overweight recommendation, however, as we see some positive signs for longer term trends as well as an attractive valuation.

## Fundamentals
We see a very positive fundamental outlook for Ericsson, which is the reason we retain our positive bias on the stock. The key drivers are:
- Data and voice driven growth in mobile spending – especially in Europe and the US
- Outsourcing of network operations – especially in Europe
- Improved margin dynamics as turnkey contracts transition to capacity builds, leveraging Ericsson's scale advantage

In our sector report published this morning, "Twelve-month Dynamics in EU Tech", we address the opportunities for growth driven by data and voice expansion as well as from increased outsourcing of network operations by European operators. Combined, we expect both

drivers to support a European revenue growth rate in the high single digits over the next 3 to 5 years. This contrasts to current flat revenue from Europe at Ericsson and market expectations that this trend will prove sustained.

**European mobile capex growth – set to recover as mobile data promise comes through**
Our European telecom services team forecast capex growth of 2% to 3% in the years 2008 through to 2010. Moreover, some investors seem concerned that spending could actually decline over this period, triggered by Vodafone guiding for a 10% decline in capex in calendar 2008.

However, we believe that early signs of a turnaround are coming through that could ultimately trigger an acceleration in investment plans from 2H08. These drivers are a) a potential doubling in mobile voice traffic over the next 3 years, and b) mobile data starting to show signs of starting a structural growth phase.

The combination of these factors could, in our view, trigger accelerated spending growth to 5%+, which combined with growth in emerging markets could sustain Ericsson's revenue growth in high single digit territory.

Figure 1 and 2: Voice migration to mobile & growth in non SMS data



Source: Company reports, Lehman Brothers

**Doubling in voice traffic possible over next 3 years**
The left chart shows the extent to which voice traffic migrates to mobile from fixed as per minute prices between the two converge. On average 35% of European voice traffic is carried over mobile networks right now, but the current rate of price convergence suggests that this could rise to over 70% in 3 years. With most network traffic currently consisting of voice, this implies that network capacity would also have to double to retain current utilisation rates. Further, quality levels may have to rise to support this migration, triggering increased investment in in-building penetration.

**Mobile data ecosystem maturing – early signs of accelerated growth**
The right hand chart above shows year on year growth in European data and SMS revenues. Total non-voice revenue growth is stable or even declining a little. This hides the fact that non messaging data is growing strongly and that this growth has accelerated over the past 3 quarters.

While still early, we believe that this growth in data revenue is a reflection of a maturing mobile data ecosystem, as detailed in Figure 3.

Figure 3: A Maturing Mobile Data Ecosystem

| | Historic issues | Future Drivers |
|---|---|---|
| Data Speeds | 20Kbps for GPRS and up to 300kbps for WCDMA show progress, but rising graphics content of websites mean that the user experience is still weak for mobile phone and laptop users | HSPA already being implemented for many networks, raising average speeds to 1Mbps, similar to many PC broadband connections, with increases to 10Mbps promised from 2010 |
| Devices | Small screens, slow connectivity and unintuitive user interfaces mean most users are happily focused on voice alone | Large touch-screen phones with innovative user interfaces (e.g. iPhone) coming to market already, greatly improving the user experience. Mid range products (including with HSPA) set for possible launches in 2008 |
| Data Costs | The fear of VoIP cannibalisation as well as high structural costs mean that costs per MB of data are excessive for most users, especially when roaming. A lack of visibility into data costs has also led to 'sticker shock' discouraging users from trying to use data applications again | The cost of HSDPA capacity is said to be one third that of WCDMA. This should allow more attractive pricing plans, including bundles that take away the fear of over spending. Flat rate plans (with maximum usage restrictions) also showing signs of greater deployments. |
| Applications | News, ring tones, SMS have dominated mobile data applications to date, limiting the appeal for most users. | YouTube, Google Maps, Facebook, Flikr, Yahoo! Mobile, etc. are all mobile friendly or designed applications that should expand appeal. Higher broadband speeds also make web surfing an enjoyable experience |

*Source: Lehman Brothers*

Issues such as data speeds and compelling applications are largely resolved, with HSDPA offering near fixed line download speeds and Web 2.0 applications likely to work well in a mobile environment as well as fixed.

Handset and pricing dynamics have improved markedly, but still have more to do to drive mass market adoption of mobile data. On the handset side, the user interface remains challenging and screens are too small for a pleasant user experience. The iPhone, Nokia's new user interface developments and ovi initiative, all point toward a material improvement in handset capabilities and usability at reasonable price points in 2008. Certainly by 2H08, we expect to see a broad range of compelling devices on the market with a reasonable penetration of the user base (5-10%) feasible.

Data pricing remains a challenge. Per MB prices are averaging at about EUR 0.10 with punitive charges for anyone that exceeds relatively low usage levels (e.g. after 15MB in one day Vodafone charge EUR3 per MB) as well as EUR3 -15 per MB charges for international roaming. We have seen some compelling developments in data pricing in recent months, however, that have effectively reduced per MB costs to less than EUR 0.01 and offer large bundles of data (1GB or 3GB in many cases). Helped by the reduced costs per bit provided by HSDPA over WCDMA we expect to see these progressive tariff plans rolled out more widely in the coming quarters, driving usage growth that has already starting to re-accelerate. The most compelling data point we have found so far is Telekom Austria where their 3GB mobile broadband data card service is priced below standard DSL and has already started to cannibalized DSL connections.

We do not expect current traffic flows to put pressure on network capacity levels in the near term. However, we do believe that if operators can show a compelling revenue and EBITDA story that they will subsequently choose to accelerate investment as they seek to drive faster growth. We view trends as very much top down driven, i.e. financial targets rather than network congestion driven, and are encouraged by increased commentary around data growth among operators in recent quarters and the fact that it appears to be helping EBITDA margins.

**Operator Managed Networks – scope for 23-65% increase in market and CAGR of 4-12% for total revenue to 2011**
Our analysis of the managed services opportunity – also featured in this morning's report "Twelve-month Dynamics in EU Tech", – suggests the following:
- 26% to 65% increase in the European addressable market for vendors
- 4% to 12% CAGR in total European addressable market to 2011 even in the event of flat capex
- Potential 5% to 13% CAGR in Ericsson's European revenues to 2011

Our analysis suggests that even in a flat capex environment, which our voice and data analysis above suggests is unlikely, that the addressable market for equipment vendors could grow by a compound 4% to 12% to 2011. For Ericsson in particular, whose share in managed services is likely to exceed its equipment share, the growth could be 5% to 13% assuming no further share gains in mobile equipment or wireline equipment markets.

Our analysis is based on the following:
- 1-2% EBITDA margin benefit if operators outsource up to 50% of their network operations
- Reduced scope for differentiation in network maintenance increases likelihood of operators choosing to focus on cost savings
- Timing of transition uncertain, but most operators likely to have transitioned between 20% and 40% of network operations by 2011

- 1-2% potential capex savings factored in
- Ericsson, Nokia Siemens and Alcatel-Lucent the only viable vendors, likely to consolidate market further

The key driver of our forecasts is what percentage of network operations are likely to be outsourced. We estimate that Hutchison UK and Italy outsourced as much as 70% and that E-Plus have likely outsourced 50-55% of network operations. We consider these examples extremes though, with dominant vendors such as Vodafone likely to take more conservative approaches. Our lowest growth estimates are based on an average 20% of operations outsourced and the highest estimates with 60% outsourced. Our central case assumptions are 30-40%, giving growth of 6% to 8% for the market and 7% to 9% for Ericsson to 2011 even in the event of flat capex (effectively declining capex as we factor in up to 2% capex savings depending on the level of outsourcing).

**Long-term outlook appears solid even in Ericsson's weakest market**
Western Europe has become one of Ericsson's weakest markets, with revenue in Q2 down 1% sequentially (normal seasonality is up double digits) and down 3% year on year. Comments by some vendors, such as Vodafone, have raised concerns that the market may weaken further in both the near and long term. This has inevitably hurt growth expectations for Ericsson and the share price.

Our analysis suggests that even with flat capex the opportunities for managed services mean that Western Europe should remain a mid to high single digit growth market for Ericsson over time. Moreover, with mobile voice traffic likely to double over the next three years and mobile data showing signs of moving to mass market adoption in 2008, we see upside to capex estimates. The combination of these two issues gives us confidence that Ericsson should be able to post high single digit revenue growth over a 4 to 5 year period.

While we have confidence in our analysis on a long-term basis, we do not expect to see any major catalysts supporting this in the near term, i.e. during 2007. We do expect to see more and more positive data-points come through during 2008 however, and hence see our fundamental valuation coming through on a 12 month basis.

**Sony Ericsson Confident in 2H07**
The Sony Ericsson team indicated its confidence at the analyst day that it would retain its momentum in the second half of 2007. We believe Sony Ericsson is likely to at least retain its market share in 2H07. We believe efforts to a slightly tired product line and move to lower price tiers may ease margin in 3Q07, though management indicated that margins should rise in 4Q07 given new product launches. While again not above our model, Nokia's introduction of a suite of music phones in August raised concerns for Sony Ericsson.

**Target price cut to SEK30/$44 from SEK32/$47**
We are lowering our price target from $47 to $44. We believe that Ericsson is set to meet our estimates through 2007 rather than exceed them as hoped. As such we are lowering our multiple from 16x to 15x. We have made minimal changes to our estimates, reflected below.

Our new estimates and old are shown in the table below:

| Forecast changes | 1Q07a | 2Q07a | 3Q07e | 4Q07e | 2007e | 2008e |
|---|---|---|---|---|---|---|
| Revenues - new | 42,156 | 47,619 | 44,527 | 59,939 | 194,240 | 211,207 |
| Revenues - old | 42,156 | 47,619 | 44,527 | 59,939 | 194,240 | 210,531 |
| EBITA (adjusted) - new | 8,151 | 9,255 | 8,590 | 13,216 | 39,211 | 42,525 |
| EBITA (adjusted) - old | 8,151 | 9,255 | 8,755 | 13,257 | 39,418 | 42,655 |
| EPS - new | 0.36 | 0.40 | 0.38 | 0.60 | 1.75 | 1.90 |
| EPS - old | 0.36 | 0.40 | 0.38 | 0.61 | 1.75 | 1.90 |
| EPS – new (USD) | $0.50 | $0.58 | $0.55 | $0.88 | $2.51 | $2.76 |
| EPS – old (USD) | $0.50 | $0.58 | $0.56 | $0.88 | $2.52 | $2.77 |

*Source: Lehman Brothers*

On a multiples basis we see fair value for Ericsson at $44. The table below shows our methodology, which is:
- We strip Sony Ericsson from core earnings to reflect different earnings dynamics
- We assign a multiple of 15x for the core Ericsson business and 14x for Sony Ericsson, plus 25x for Ericsson's IPR revenue

## Sum of the Parts Valuation

| FISCAL 2008 | EBIT | Tax rate | Shares Outstanding | Exchange Rate | Net Income per Share | Multiple | Enterprise Value |
|---|---|---|---|---|---|---|---|
| Core Ericsson | 34,427 | 30% | 1,596 | 6.87 | 2.20 | 15 | $32.96 |
| Sony Ericsson | 6,798 | 30% | 1,596 | 6.87 | 0.43 | 14 | $6.08 |
| IPR | 1,300 | 30% | 1,596 | 6.87 | 0.08 | 25 | $2.07 |
| Cash | | | | | | | $2.45 |
| Total | | | | | | | $43.56 |

*Source: Lehman Brothers*

## Historical and Projected Income Statement

*Quarterly 2006 & beyond reflective of new segment reporting structure given in conjunction w/1Q07 results*

| Period Ending (SEK, M) | Mar-05 1Q | Jun-05 2Q | Sep-05 3Q | Dec-05 4Q | Mar-06 1Q | Jun-06 2Q | Sep-06 3Q | Dec-06 4Q | Mar-07 1Q | Jun-07 2Q | Sep-07 3QE | Dec-07 4QE | Dec-04 FY | Dec-05 FY | Dec-06 FYE | Dec-07 FYE | Dec-08 FYE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | | | | | | |
| Net Sales | 31,467 | 38,444 | 36,245 | 45,665 | 39,571 | 44,768 | 41,271 | 54,211 | 42,156 | 47,619 | 44,527 | 59,939 | 131,972 | 151,821 | 179,821 | 194,240 | 211,207 |
| YoY Growth | 11.9% | 17.9% | 13.8% | 15.8% | | | | | 7% | 6% | 8% | 11% | 12% | 15% | 18% | 8% | 9% |
| QoQ Growth | -20.2% | 22.2% | -5.7% | 26.0% | | 13% | -8% | 31% | -22% | 13% | -6% | 35% | - | - | - | - | - |
| Cost Of Sales | 16,213 | 20,797 | 19,862 | 25,497 | 22,346 | 25,692 | 25,506 | 31,331 | 24,034 | 27,166 | 25,514 | 34,405 | 70,864 | 82,369 | 104,875 | 111,118 | 121,444 |
| Gross Profit | 15,254 | 17,647 | 16,383 | 20,168 | 17,225 | 19,076 | 15,765 | 22,880 | 18,122 | 20,453 | 19,013 | 25,534 | 61,108 | 69,452 | 74,946 | 83,122 | 89,763 |
| R&D (including capitalized R&D) | 5,674 | 6,267 | 6,135 | 6,378 | 6,621 | 6,767 | 6,990 | 7,155 | 6,453 | 7,208 | 6,813 | 7,792 | 23,421 | 24,454 | 27,533 | 28,266 | 30,414 |
| SG&A | 3,641 | 3,895 | 3,932 | 5,332 | 4,792 | 5,263 | 5,296 | 6,071 | 5,322 | 5,856 | 5,388 | 6,773 | 15,921 | 16,800 | 21,422 | 23,339 | 24,922 |
| Total Operating Expenses | 9,315 | 10,162 | 10,067 | 11,710 | 11,413 | 12,030 | 12,286 | 13,226 | 11,775 | 13,064 | 12,200 | 14,565 | 39,342 | 41,254 | 48,955 | 51,604 | 55,336 |
| Restructuring Costs | | | | | | | | | - | - | - | - | - | - | - | - | - |
| Total Operating Expenses (ex restructuring) | 9,315 | 10,162 | 10,067 | 11,710 | 11,413 | 12,030 | 12,286 | 13,226 | 11,775 | 13,064 | 12,200 | 14,565 | 39,342 | 41,254 | 48,955 | 51,604 | 55,336 |
| Other Op. Income | 347 | 425 | 836 | 883 | 115 | 215 | 3,252 | 321 | 162 | 389 | 270 | 350 | 2,317 | 2,491 | 3,903 | 1,171 | 1,300 |
| Share in JV & associated comps | 316 | 393 | 673 | 1,013 | 697 | 992 | 2,035 | 2,210 | 1,642 | 1,477 | 1,507 | 1,897 | 2,323 | 2,395 | 5,934 | 6,523 | 6,798 |
| Capital Gains | | | | | | | | | | | | | | | | | |
| Pro Forma Op Income | 6,602 | 8,303 | 7,825 | 10,354 | 6,624 | 8,253 | 8,766 | 12,185 | 8,151 | 9,255 | 8,590 | 13,216 | 26,406 | 33,084 | 35,828 | 39,211 | 42,525 |
| Financial Income | 713 | 881 | 697 | 362 | 522 | 567 | 499 | 366 | 556 | 322 | 340 | 380 | 3,541 | 2,653 | 1,954 | 1,598 | 2,200 |
| Financial Expense | (573) | (696) | (490) | (643) | (467) | (529) | (397) | (396) | (443) | (292) | (325) | (330) | (4,081) | (2,402) | (1,789) | (1,390) | (1,550) |
| Minority Interest | (27) | 48 | (69) | (97) | (30) | (20) | (63) | (72) | (34) | (100) | (50) | (50) | (297) | (145) | (185) | (234) | (200) |
| Pre-Tax Earnings | 6,715 | 8,536 | 7,963 | 9,976 | 6,649 | 8,271 | 8,805 | 12,083 | 8,230 | 9,185 | 8,555 | 13,216 | 25,559 | 33,190 | 35,808 | 39,185 | 42,975 |
| Taxes, Net | (2,098) | (2,693) | (2,649) | (1,435) | (2,074) | (2,559) | (2,572) | (2,352) | (2,415) | (2,776) | (2,566) | (3,568) | (8,506) | (8,875) | (9,557) | (11,326) | (12,678) |
| Adjusted Net Earnings | 4,617 | 5,843 | 5,314 | 8,541 | 4,575 | 5,712 | 6,233 | 9,731 | 5,815 | 6,409 | 5,988 | 9,647 | 17,063 | 24,315 | 26,251 | 27,860 | 30,298 |
| EPS (SEK) | 0.29 | 0.37 | 0.33 | 0.54 | 0.29 | 0.36 | 0.39 | 0.61 | 0.36 | 0.40 | 0.38 | 0.60 | 1.08 | 1.53 | 1.65 | 1.75 | 1.90 |
| Shares O/S | 15,827 | 15,908 | 15,907 | 15,923 | 15,923 | 15,932 | 15,943 | 15,949 | 15,957 | 15,966 | 15,966 | 15,966 | 15,859 | 15,891 | 15,949 | 15,964 | 15,964 |
| SEK/U.S. | 7.01 | 7.11 | 7.90 | 7.45 | 7.82 | 7.60 | 7.50 | 7.38 | 7.34 | 6.87 | 6.87 | 6.87 | 7.35 | 7.37 | 7.58 | 6.99 | 6.87 |
| EPS (U.S.) | $0.42 | $0.52 | $0.42 | $0.72 | $0.37 | $0.47 | $0.52 | $0.83 | $0.50 | $0.58 | $0.55 | $0.88 | 1.45 | 2.08 | 2.19 | 2.51 | 2.76 |
| ADRs | 1,583 | 1,591 | 1,591 | 1,592 | 1,592 | 1,587 | 1,594 | 1,595 | 1,596 | 1,597 | 1,597 | 1,597 | 1,598 | 1,589 | 1,595 | 1,596 | 1,596 |
| **Percent of Sales:** | | | | | | | | | | | | | | | | | |
| Gross Profit | 48.5% | 45.9% | 45.2% | 44.2% | 43.5% | 42.6% | 38.2% | 42.2% | 43.0% | 43.0% | 42.7% | 42.6% | 46.3% | 45.7% | 41.7% | 42.8% | 42.5% |
| Operating Income | 21.0% | 21.6% | 21.6% | 22.7% | 16.7% | 18.4% | 21.2% | 22.5% | 19.3% | 19.3% | 19.3% | 22.0% | 20.0% | 21.8% | 19.9% | 20.2% | 20.1% |
| Pre-Tax Income | | | | | | | | | | | | | | | | | |
| Net Income | | | | | | | | | | | | | | | | | |
| R&D | 18.0% | 16.3% | 16.9% | 14.0% | 16.7% | 15.1% | 16.9% | 13.2% | 15.3% | 15.3% | 15.3% | 13.0% | 17.7% | 16.1% | 15.3% | 14.6% | 14.4% |
| SG&A | 11.6% | 10.1% | 10.8% | 11.7% | 12.1% | 11.8% | 12.8% | 11.2% | 12.6% | 12.6% | 12.1% | 11.3% | 12.1% | 11.1% | 11.9% | 12.0% | 11.8% |
| Tax Rate, Net | 31.2% | 31.5% | 33.3% | 14.4% | 31.2% | 30.9% | 29.2% | 19.5% | 29.3% | 29.3% | 30.0% | 27.0% | 33.3% | 26.7% | 26.7% | 28.9% | 29.5% |
| **Sequential Increase:** | | | | | | | | | | | | | | | | | |
| R&D | -16.6% | 10.5% | -2.1% | 4.0% | 3.8% | 2.2% | 3.3% | 2.4% | -9.8% | -9.8% | -5.5% | 14.4% | | | | | |
| SG&A | -9.0% | 7.0% | 0.9% | 35.6% | -10.1% | 9.8% | 0.6% | 14.6% | -12.3% | -12.3% | -8.0% | 25.7% | | | | | |
| Annualized Opex Run Rate | 37,260 | 40,648 | 40,268 | 46,840 | 45,652 | 48,120 | 49,144 | 52,904 | 47,100 | 47,100 | 48,801 | 58,260 | | | | | |

Source: Company reports, Lehman Brothers

*Source: Company reports, Lehman Brothers estimates*

**Analyst Certification:**

We, Jeff Kvaal, Stuart Jeffrey and Tim Luke, hereby certify (1) that the views expressed in this research Company Note accurately reflect our personal views about any or all of the subject securities or issuers referred to in this Company Note and (2) no part of our compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this Company Note.

**LEHMAN BROTHERS**
EQUITY RESEARCH

**Other Team Members:**

| | | |
|---|---|---|
| Rozwadowski, Amir (LBI, New York) | 1.212.526.4043 | arozwado@lehman.com |
| Swatland, Noelle (LBI, New York) | 1.212.526.3770 | nswatlan@lehman.com |

**Company Description:**
Sweden-based Ericsson develops and manufactures wireless handsets, infrastructure, and networking equipment for the global telecommunications market.

LEHMAN BROTHERS

# LEHMAN BROTHERS
**EQUITY RESEARCH**

**Important Disclosures:**

**Ericsson (ERIC)**  US$ 38.26 (11-Sep-2007)  **1-Overweight / 2-Neutral**

**Rating and Price Target Chart:**



L.M. ERICSSON TELEPHONE CO. (ADS)

As of 04-Sep-2007
Currency = USD

— Closing Price  ▲ Price Target
● Recommendation Change  ✖ Drop Coverage

*Source: FactSet*

**Currency=US$**

| Date | Closing Price | Rating | Price Target |
|---|---|---|---|
| 23-Jul-07 | 39.50 | | 47.00 |
| 20-Jul-07 | 39.84 | | 48.00 |
| 20-Oct-06 | 38.04 | | 45.00 |
| 24-Apr-06 | 35.03 | | 41.00 |
| 12-Apr-06 | 37.92 | | 43.00 |
| 24-Jan-06 | 34.18 | | 42.00 |
| 13-Sep-05 | 35.95 | | 42.00 |

| Date | Closing Price | Rating | Price Target |
|---|---|---|---|
| 09-Sep-05 | 36.71 | 1 -Overweight | |
| 21-Jul-05 | 34.68 | | 35.50 |
| 18-Jul-05 | 34.03 | | 35.00 |
| 22-Apr-05 | 30.47 | | 33.00 |
| 25-Oct-04 | 28.28 | | 32.00 |
| 25-Oct-04 | 28.28 | 2 -Equal weight | |

FOR EXPLANATIONS OF RATINGS REFER TO THE STOCK RATING KEYS LOCATED ON THE PAGE FOLLOWING THE LAST PRICE CHART.

Lehman Brothers Inc. and/or an affiliate makes a market in the securities of Ericsson.
Lehman Brothers Inc and/or an affiliate trade regularly in the shares of Ericsson.

**Valuation Methodology:** Our price target is $44 or ~15x our 2008 EPS of $2.76.

**Risks Which May Impede the Achievement of the Price Target:** Ericsson, as the leading provider of wireless infrastructure, is very leveraged to the spending patterns of global wireless carriers. Carrier capex has declined significantly over the past two years and visibility into stabilization is uncertain. Ericsson must continue to restructure its operations in response to declining sales. We also consider the performance of Ericsson's smaller units, its wireline operation and SonyEricsson handsets to be risk factors as sales have declined in these units in recent quarters.

**Other Material Conflicts:** Stuart Jeffrey is employed in London by Lehman Brothers (International) Europe which is regulated by FSA. While Mr Jeffrey is not qualified as a research analyst with the NYSE or the NASD he is qualified as a research analyst with the FSA.

**Important Disclosures Continued:**
The analysts responsible for preparing this report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities

| Company Name | Ticker | Price (11-Sep-2007) | Stock / Sector Rating |
|---|---|---|---|
| Ericsson | ERIC | US$ 38.26 | 1-Overweight / 2-Neutral |

**Guide to Lehman Brothers Equity Research Rating System:**
Our coverage analysts use a relative rating system in which they rate stocks as 1-Overweight, 2-Equal weight or 3-Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry sector (the "sector coverage universe"). Below is the list of companies that constitute the sector coverage universe:

Airvana Inc. (AIRV)
Comtech Group Inc. (COGO)
Ericsson (ERIC)
Hittite Microwave Corp. (HITT)
Nokia (NOK)
Palm, Inc. (PALM)
Research In Motion (RIMM)
Sierra Wireless (SWIR)
Starent Networks Corp. (STAR)
Ulticom, Inc. (ULCM)

Andrew Corporation (ANDW)
Comverse Technology, Inc. (CMVT)
Glu Mobile Inc. (GLUU)
Motorola, Inc. (MOT)
Openwave Systems, Inc. (OPWV)
Powerwave Technologies (PWAV)
RF Micro Devices (RFMD)
Skyworks Solutions, Inc (SWKS)
Triquint Semiconductor (TQNT)

In addition to the stock rating, we provide sector views which rate the outlook for the sector coverage universe as 1-Positive, 2-Neutral or 3-Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

**Stock Rating**
**1-Overweight** - The stock is expected to outperform the unweighted expected total return of the sector coverage universe over a 12-month investment horizon.
**2-Equal weight** - The stock is expected to perform in line with the unweighted expected total return of the sector coverage universe over a 12- month investment horizon.
**3-Underweight** - The stock is expected to underperform the unweighted expected total return of the sector coverage universe over a 12-month investment horizon.
**RS-Rating Suspended** - The rating and target price have been suspended temporarily to comply with applicable regulations and/or firm policies in certain circumstances including when Lehman Brothers is acting in an advisory capacity in a merger or strategic transaction involving the company.

**Sector View**
**1-Positive** - sector coverage universe fundamentals/valuations are improving.
**2-Neutral** - sector coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.
**3-Negative** - sector coverage universe fundamentals/valuations are deteriorating.

**Distribution of Ratings:**
Lehman Brothers Equity Research has 2082 companies under coverage.
40% have been assigned a 1-Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as Buy rating, 29% of companies with this rating are investment banking clients of the Firm.
44% have been assigned a 2-Equal weight rating which, for purposes of mandatory regulatory disclosures, is classified as Hold rating, 39% of companies with this rating are investment banking clients of the Firm.
12% have been assigned a 3-Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as Sell rating, 26% of companies with this rating are investment banking clients of the Firm.

**Lehman Brothers Inc. and Its Foreign Affiliates Involved in the Production of Equity Research**

| New York | London | Tokyo |
|---|---|---|
| Lehman Brothers Inc. (LBI, New York) | Lehman Brothers International (Europe) Ltd. (LBIE, London) | Lehman Brothers Japan Inc. (LBJ, Tokyo) |
| 745 Seventh Avenue | 25 Bank Street | Roppongi Hills Mori Tower, 31st Floor |
| New York, New York 10019 | London, E14 5LE, United Kingdom | 6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan |
| Member, NYSE and NASD | Regulated by FSA | Regulated by FSA |

# LEHMAN BROTHERS
## EQUITY RESEARCH

| Taipei<br>Lehman Brothers Inc., Taiwan Branch<br>(LBI, Taiwan)<br>Cathay Financial Center 12F<br>7 Sungren Road - Shin-Yi District<br>Taipei, Taiwan | Seoul<br>Lehman Brothers International (Europe) Seoul Branch (LBIE, Seoul)<br>Hanwha Building, 12th Floor<br>110, Sokong-dong Chung-Ku<br>Seoul 100-755, Korea<br>Regulated by FSC | Hong Kong<br>Lehman Brothers Asia Limited - Hong Kong (LBAL, Hong Kong)<br>Two International Finance Centre<br>8 Finance Street, 26th Floor<br>Central, Hong Kong<br>Regulated by SFC |
|---|---|---|
| Mumbai<br>Lehman Brothers Inc., India Branch<br>(LBI, India)<br>Winchester, Off High Street, 9th Floor<br>Hiranandani Business Park,<br>Powai, Mumbai 400 076, India | Mumbai<br>Lehman Brothers Securities Private Limited (LBSPL, India)<br>Ceejay House, 6th Level, Plot F,<br>Shivsagar Estate, Dr. Annie Besant Road,<br>Worli, Mumbai 400018<br>Regulated by SEBI | |

This material has been prepared and/or issued by Lehman Brothers Inc., member SIPC, and/or one of its affiliates ("Lehman Brothers") and has been approved by Lehman Brothers International (Europe), authorized and regulated by the Financial Services Authority, in connection with its distribution in the European Economic Area. This material is distributed in Japan by Lehman Brothers Japan Inc., and in Hong Kong by Lehman Brothers Asia Limited. This material is distributed in Australia by Lehman Brothers Australia Pty Limited, and in Singapore by Lehman Brothers Inc., Singapore Branch ("LBIS"). Where this material is distributed by LBIS, please note that it is intended for general circulation only and the recommendations contained herein does not take into account the specific investment objectives, financial situation or particular needs of any particular person. An investor should consult his Lehman Brothers' representative regarding the suitability of the product and take into account his specific investment objectives, financial situation or particular needs before he makes a commitment to purchase the investment product. This material is distributed in Korea by Lehman Brothers International (Europe) Seoul Branch. This document is for information purposes only and it should not be regarded as an offer to sell or as a solicitation of an offer to buy the securities or other instruments mentioned in it. No part of this document may be reproduced in any manner without the written permission of Lehman Brothers. With the exception of disclosures relating to Lehman Brothers, this research report is based on current public information that Lehman Brothers considers reliable, but we make no representation that it is accurate or complete, and it should not be relied on as such. In the case of any disclosure to the effect that Lehman Brothers Inc. or its affiliates beneficially own 1% or more of any class of common equity securities of the subject company, the computation of beneficial ownership of securities is based upon the methodology used to compute ownership under Section 13(d) of the United States' Securities Exchange Act of 1934. In the case of any disclosure to the effect that Lehman Brothers Inc. and/or its affiliates hold a short position of at least 1% of the outstanding share capital of a particular company, such disclosure relates solely to the ordinary share capital of the company. Accordingly, while such calculation represents Lehman Brothers' holdings net of any long position in the ordinary share capital of the company, such calculation excludes any rights or obligations that Lehman Brothers may otherwise have, or which may accrue in the future, with respect to such ordinary share capital. Similarly such calculation does not include any shares held or owned by Lehman Brothers where such shares are held under a wider agreement or arrangement (be it with a client or a counterparty) concerning the shares of such company (e.g. prime broking and/or stock lending activity). Any such disclosure represents the position of Lehman Brothers as of the last business day of the calendar month preceding the date of this report.
This material is provided with the understanding that Lehman Brothers is not acting in a fiduciary capacity. Opinions expressed herein reflect the opinion of Lehman Brothers and are subject to change without notice. The products mentioned in this document may not be eligible for sale in some states or countries, and they may not be suitable for all types of investors. If an investor has any doubts about product suitability, he should consult his Lehman Brothers representative. The value of and the income produced by products may fluctuate, so that an investor may get back less than he invested. Value and income may be adversely affected by exchange rates, interest rates, or other factors. Past performance is not necessarily indicative of future results. If a product is income producing, part of the capital invested may be used to pay that income. © 2007 Lehman Brothers. All rights reserved. Additional information is available on request. Please contact a Lehman Brothers entity in your home jurisdiction.

Lehman Brothers policy for managing conflicts of interest in connection with investment research is available at www.lehman.com/researchconflictspolicy. Ratings, earnings per share forecasts and price targets contained in the Firm's equity research reports covering U.S. companies are available at www.lehman.com/disclosures.

**Complete disclosure information on companies covered by Lehman Brothers Equity Research is available at www.lehman.com/disclosures.**