EXHIBIT B



# Morning News

12/09/07

**Telecom equipments**  Sweden
# Ericsson
ERICB.ST / ERICB@SS

**Add**

### Analysts' meeting

## Paving the way for the future

- Market share gains continue in mobile networks
- Conversion rate of net profit to cash will remain under pressure in short term.
- SonyEricsson aiming for new market segments.



Source : Natixis Securities

| Price on | 11/09/2007 | SEK25.80 |
|---|---|---|
| Target | | SEK31.00 |
| Upside | | 20.2% |

| Performance | 1m | 12m | 1 Jan |
|---|---|---|---|
| Absolute | 3.6% | 7.5% | -6.7% |
| Sector | 7.1% | 22.4% | 10.9% |
| Stoxx 50 | 2.5% | 7.7% | 0.6% |

| Market capitalisation | SEK416.2bn |
|---|---|
| Free float | 100.0% |
| - | . |
| Daily volume | SEK5bn |

| On 31/12 | 2007e | 2008e | 2009e |
|---|---|---|---|
| EPS (SEK) | 1.81 | 1.88 | 1.92 |
| Revision | - | - | - |
| Change | 7.7% | 3.8% | 2.2% |

| | | | |
|---|---|---|---|
| P/E (x) | 14.2 | 13.7 | 13.4 |
| P/CF (x) | 13.1 | 11.2 | 11.2 |
| EV/EBIT (x) | 9.5 | 8.8 | 8.4 |
| EV/EBITDA (x) | 8.6 | 8.0 | 7.6 |
| Net yield | 1.9% | 2.0% | 2.1% |
| FCF yield | 4.0% | 7.0% | 7.1% |

| Analysts | |
|---|---|
| Eric Beaudet | (33 1) 58 55 05 37 |

- **News:** At yesterday's analysts' meeting in London, Ericsson's management was fairly confident. **No miracles in Q3 07:** Ericsson confirmed its usual seasonal trends for Q3 for mobile networks (turnover down sequentially around 5%) and low capex in the US, with AT&T currently focusing on the integration of SBC and Bellsouth. Furthermore, as in Q2 07, the conversion of net profit into cash should be affected by an increase in WCR following the recent signature of several turnkey contracts (including two very big contracts with BSNL and Bharti in India). **Solid outlook in longer term:** Despite these cautious comments on Q3 07, management was much more confident on the longer term. Capex at AT&T should recover in 2008, after the group recently announced a rise in capex of €1bn. The deterioration in WCR is not alarming as it allows for the financing of expansion in emerging countries and market share gains to the detriment of Alcatel/Lucent and Nokia/Siemens. The group also confirmed that the cash conversion rate should improve slightly this year. As regards margins, Ericsson once again insisted that pressure on prices was not particularly strong as its size enabled it to benefit from scale effects. The group also reassured that the contract with BSNL (€1.3bn) was not signed at a cut price but that the size of the contract was reduced due to a shorter contract length. This should probably lead to a fresh call to tender in the months ahead in order to meet strong subscriber growth. **Increased contribution from SonyEricsson:** we note SonyEricsson's aim to expand on entry-level handsets (between €50 and €75) while not addressing the very low end of the market (<€50) which is deemed to carry very low margins. The group is relying on Sony's distribution networks and the Walkman brand to extend its footprint in emerging market.

- **Implications:** Disappointment on the Q2 07 earnings report (deterioration in WCR, uncertain growth in 2008) is not justified in our view as the signature of new contracts should enable the group to grow at a faster pace than the market in H2 07 and 2008 and the gradual progress of turnkey contracts will lead to an improvement in the operating margin and better conversion of net profit to cash.

- **Valuation:** We are maintaining our estimates following this meeting and stand by our DCF-derived price target of SEK31. The Ericsson share is still trading at a sharp discount to Alcatel and Nokia (21% and 29% respectively) based on 2008 EV/operating profit.

| Website | www.ericsson.com |
|---|---|
| Natixis Securities | www.sec.natixis.com |
| Bloomberg access | NXSE |

*Distribution of this report in the United States. See important disclosures at the end of this report.*

# Morning News

**NATIXIS**

## Financial Data on 31/12 — Ericsson

| Breakdown by (SEKm) | 2005 | 2006 | 2007e | 2008e | 2009e | CAGR 06/09 |
|---|---|---|---|---|---|---|
| Turnover | - | 177,783 | 197,104 | 205,402 | 212,354 | 6.1% |
| Systems | - | 127,694 | 137,072 | 137,971 | 139,670 | 3.0% |
| Mobile Phones | - | 13,894 | 17,673 | 20,844 | 22,090 | 16.7% |
| Other | - | 36,847 | 42,588 | 46,816 | 50,822 | 11.3% |
| Intersegment sales | - | (652) | (229) | (229) | (229) | -29.4% |
|  | - | 29,997 | 33,301 | 34,517 | 35,085 | 5.4% |
| Systems | - | 21,566 | 25,879 | 25,879 | 25,575 | 5.8% |
| Mobile Phones | - | 757 | 1,443 | 1,985 | 2,220 | 43.1% |
| Other | - | 5,358 | 6,479 | 7,153 | 7,790 | 13.3% |
| Intersegment sales | - | 2,316 | (500) | (500) | (500) | - |
| Operating margin | - | 16.9% | 16.9% | 16.8% | 16.5% | |
| Systems | - | 16.9% | 18.9% | 18.8% | 18.3% | |
| Mobile Phones | - | 5.4% | 8.2% | 9.5% | 10.0% | |
| Other | - | 14.5% | 15.2% | 15.3% | 15.3% | |
| Intersegment sales | - | - | 218.3% | 218.3% | 218.3% | |

| Profit & loss statement (SEKm) | 2005 | 2006 | 2007e | 2008e | 2009e | CAGR 06/09 |
|---|---|---|---|---|---|---|
| Turnover | 151,821 | 177,783 | 197,104 | 205,402 | 212,354 | 6.1% |
| Change | 15.0% | 17.1% | 10.9% | 4.2% | 3.4% | |
| Organic growth | - | - | - | - | - | |
| EBITDA | 35,682 | 40,825 | 45,377 | 46,876 | 47,514 | 5.2% |
| Change | 22.3% | 14.4% | 11.1% | 3.3% | 1.4% | |
| EBIT | 33,084 | 35,828 | 39,020 | 40,473 | 41,111 | 4.7% |
| Change | 23.9% | 8.3% | 8.9% | 3.7% | 1.6% | |
| Adjusted EBIT | 33,084 | 37,428 | 41,120 | 42,619 | 43,257 | 4.9% |
| Change | 23.9% | 13.1% | 9.9% | 3.6% | 1.5% | |
| Operating margin | 21.8% | 21.1% | 20.9% | 20.7% | 20.4% | |
| Financial items | 251 | 165 | 185 | 234 | 550 | |
| Pre-tax profit on ordinary activities | 33,335 | 35,993 | 39,205 | 40,707 | 41,661 | 5.0% |
| Exceptional items | - | - | - | - | - | |
| Corporate tax | (8,875) | (9,083) | (11,701) | (12,150) | (12,437) | |
| Goodwill amortisation | 0 | 0 | - | - | - | |
| Equity associates | | | | | | |
| Minority interests | (145) | (185) | (200) | (205) | (205) | |
| Net profit on divested activities | - | - | - | - | - | |
| Reported net profit | 24,315 | 26,725 | 27,303 | 28,351 | 29,019 | 2.8% |
| Change | 36.3% | 9.9% | 2.2% | 3.8% | 2.4% | |
| Adjusted net profit | 24,315 | 26,725 | 28,773 | 29,853 | 30,521 | 4.5% |
| Change | 4.8% | 9.9% | 7.7% | 3.8% | 2.2% | |

| Cash flow statement (SEKm) | 2005 | 2006 | 2007e | 2008e | 2009e | CAGR 06/09 |
|---|---|---|---|---|---|---|
| Cash flow from operations | 34,160 | 30,996 | 31,365 | 36,403 | 36,504 | 5.6% |
| Capital expenditure | (3,365) | (3,827) | (5,108) | (5,274) | (5,413) | 12.3% |
| Decrease (Increase) in WCR | (17,491) | (12,507) | (9,511) | (1,829) | (1,532) | |
| Free cash flow | 13,304 | 14,662 | 16,746 | 29,300 | 29,559 | 26.3% |
| Acquisitions | 0 | (15,000) | (17,846) | 0 | 0 | |
| Dividend | (3,958) | (7,125) | (7,916) | (8,191) | (8,505) | 6.1% |
| Capital increase | 0 | 0 | 0 | 0 | 0 | |
| Divestments | 3,549 | 714 | - | - | - | |
| Miscellaneous | (2,395) | (5,934) | (5,657) | (6,541) | (6,934) | |
| Increase (Decrease) in cash | 10,500 | (12,683) | (14,673) | 14,568 | 14,120 | |
| Net debt | (53,411) | (40,728) | (26,055) | (40,623) | (54,743) | |
| Gearing | -50.6% | -33.7% | -18.5% | -25.3% | -30.2% | |

**Rating changes for Ericsson in the last 36 months**

| Date | Rating | Prev. rating | Price |
|---|---|---|---|
| 07/05/2007 | Add | Reduce | SEK28.08 |
| 02/01/2006 | Reduce | Add | SEK27.40 |

Distribution of this report in the United States. See important disclosures at the end of this report.



# Morning News

This document may mention valuation methods, which are defined as follows:

1/ Peer comparison method: valuation multiples for the company in question are compared with those of a sample of companies in the same sector, or with a similar financial profile. The sample average acts as a valuation benchmark, to which the analyst can, where necessary, apply discounts or premiums resulting from his/her perception of the company's specific features (legal status, growth outlook, profitability, etc.).
2/ NAV method: Net asset value is an assessment of the market value of the assets on a company's balance sheet using the method that the analyst deems most relevant.
3/ Sum of the parts method: this method involves valuing each of the company's businesses separately using the most appropriate valuation methods for each, and then adding them together.
4/ DCF method: the discounted cash flow method involves assessing the current value of cash that a company will generate in the future. The analyst draws up cash flow projections based on his/her assumptions and models. The discount rate used is the average weighted cost of capital, which equates to the company's cost of debt and the theoretical cost of equity as estimated by the analyst, and weighted by the proportion of each of these two components in the company's financing.
5/ Method based on transaction multiples: with this valuation method, the company's multiples are compared with those seen in transactions involving groups with a similar business profile.
6/ Dividend discount method: with this method, the analyst establishes the present value of dividends to be paid to shareholders by the company, using a projection of dividend payments and an appropriate discount rate (generally the economic cost of equity).
7/ EVA method: with the Economic Value Added method, the analyst determines the additional level of profitability generated annually by a company on its assets relative to its cost of capital (difference also known as value creation). This additional profitability can then be discounted over the coming years using a rate corresponding to the weighted average cost of capital, and the resulting amount is added to the net asset value.

Natixis Securities ratings cover the next six months and are as follows:

| | |
|---|---|
| Buy | upside of 15% to market and high-quality fundamentals. |
| Add | upside of 0-15% and/or high risk. |
| Reduce | downside of 0-15%. |
| Sell | downside of more than 15% and/or high risks on business and financial fundamentals. |

At 09/07/2007, Natixis Securities ratings and the pro portion of total stocks for which IXIS Corporate & Investment Bank, a subsidiary of Natixis, has provided investment services over the past 12 months break down as follows:

| | Companies covered | Corporate companies |
|---|---|---|
| Buy | 20.05% | 1.91% |
| Add | 50.96% | 1.27% |
| Reduce | 28.03% | 1.27% |
| Sell | 0.96% | 0.00% |

The information contained in these publications is exclusively intended for a client base consisting of professionals or qualified investors. It is sent to you by way of information and cannot be divulged to a third party without the prior consent of Natixis Securities. It cannot be considered under any circumstances as an offer to sell, or a solicitation of any offer to buy financial instruments. While all reasonable effort has been made to ensure that the information contained is not untrue or misleading at the time of publication, no representation is made as to its accuracy or completeness and it should not be relied upon as such. Past and simulated performances offer no guarantee as to future performances. Any opinions offered herein reflect our current judgement and may change without notice. Natixis Securities cannot be held responsible for the consequences of any decision made with regard to the information contained in this document. Natixis Securities is a subsidiary of IXIS Corporate & Investment Bank, which is a subsidiary of Natixis. It is regulated by the CECEI, the Commission Bancaire and the Autorité des Marchés Financiers, and has set up due procedures for the separation of activities, notably in order to prevent conflicts of interest between the research activities and its other activities. Details of these 'Chinese Walls' are available on request from the head of compliance. On the date of this report, Natixis and/or one of its subsidiaries may be in a conflict of interest with the issuer mentioned herein. In particular, it may be that Natixis Securities or any person or company linked thereto, their respective directors and/or representatives and/or employees, have invested on their own account in, or act or intend to act, in the next twelve months, as an advisor, provider of liquidity, market maker, or corporate banker (and notably for underwriting transactions, placements or connected transactions), for a company discussed in this report.

This research is disseminated from the United Kingdom by Natixis Bleichroeder, a division of Natixis, London Branch, which is authorised by the Comité des Établissements de Crédit et des Entreprises d'Investissement and regulated by the Financial Services Authority for the conduct of business in the UK.

US Distribution – Foreign Affiliate disclosures
IXIS Corporate & Investment Bank makes this research report available solely for distribution in the United States to major U.S. institutional investors. Natixis Securities North America Inc., an affiliate of IXIS Corporate & Investment Bank, is a sister company of Natixis Securities (Paris), a foreign broker-dealer. Natixis Securities (Paris) has no officers or employees in common with Natixis Securities North America Inc. The address of Natixis Securities North America Inc. is 9 West 57th Street, New York, NY 10019. Natixis Securities North America Inc. has had no involvement in the preparation or review of this research report. This research report has been prepared and reviewed by research analysts employed by Natixis Securities (Paris). These research analysts are not registered or qualified as research analysts with the NYSE and/or the NASD, and are not subject to the rules of the FINRA.

*Distribution of this report in the United States. See important disclosures at the end of this report.*

**DISCLAIMER**

© Copyright 2005 ABN AMRO Bank N.V. and affiliated companies ("ABN AMRO"). All rights reserved.

This material was prepared by the ABN AMRO affiliate named on the cover or inside cover page. It is provided for informational purposes only and does not constitute an offer to sell or a solicitation to buy any security or other financial instrument. While based on information believed to be reliable, no guarantee is given that it is accurate or complete. While we endeavour to update on a reasonable basis the information and opinions contained herein, there may be regulatory, compliance or other reasons that prevent us from doing so. The opinions, forecasts, assumptions, estimates, derived valuations and target price(s) contained in this material are as of the date indicated and are subject to change at any time without prior notice. The investments referred to may not be suitable for the specific investment objectives, financial situation or individual needs of recipients and should not be relied upon in substitution for the exercise of independent judgement. ABN AMRO or its officers, directors, employee benefit programmes or employees, including persons involved in the preparation or issuance of this material, may from time to time have long or short positions in securities, warrants, futures, options, derivatives or other financial instruments referred to in this material. ABN AMRO may at any time solicit or provide investment banking, commercial banking, credit, advisory or other services to the issuer of any security referred to herein. Accordingly, information may be available to ABN AMRO, which is not reflected in this material, and ABN AMRO may have acted upon or used the information prior to or immediately following its publication. Within the last three years, ABN AMRO may also have acted as manager or co-manager for a public offering of securities of issuers referred to herein. The stated price of any securities mentioned herein is as of the date indicated and is not a representation that any transaction can be effected at this price. Neither ABN AMRO nor other persons shall be liable for any direct, indirect, special, incidental, consequential, punitive or exemplary damages, including lost profits arising in any way from the information contained in this material. This material is for the use of intended recipients only and the contents may not be reproduced, redistributed, or copied in whole or in part for any purpose without ABN AMRO's prior express consent. In any jurisdiction in which distribution to private/retail customers would require registration or licensing of the distributor which the distributor does not currently have, this document is intended solely for distribution to professional and institutional investors.

Australia: Any report referring to equity securities is distributed in Australia by ABN AMRO Equities Australia Ltd (ABN 84 002 768 701, AFS Licence 240530), a participant of the ASX Group. Any report referring to fixed income securities is distributed in Australia by ABN AMRO Bank NV (Australia Branch) (ABN 84 079 478 612, AFS Licence 238266). Australian investors should note that this document was prepared for wholesale investors only.

Canada: The securities mentioned in this material are available only in accordance with applicable securities laws and may not be eligible for sale in all jurisdictions. Persons in Canada requiring further information should contact ABN AMRO Incorporated.

Hong Kong: This document is being distributed in Hong Kong by, and is attributable to, ABN AMRO Asia Limited which is regulated by the Securities and Futures Commission of Hong Kong.

India: Shares traded on stock exchanges within the Republic of India may only be purchased by different categories of resident Indian investors, Foreign Institutional Investors registered with The Securities and Exchange Board of India ("SEBI") or individuals of Indian national origin resident outside India called Non Resident Indians ("NRIs") and Overseas Corporate Bodies ("OCBs"), predominantly owned by such persons or Persons of Indian Origin (PIO). Any recipient of this document wanting additional information or to effect any transaction in Indian securities or financial instrument mentioned herein must do so by contacting a representative of ABN AMRO Asia Equities (India) limited.

Italy: Persons in Italy requiring further information should contact ABN AMRO Bank N.V. Milan Branch.

Japan: This report is being distributed in Japan by ABN AMRO Securities Japan Ltd to institutional investors only.

New Zealand: This document is distributed in New Zealand by ABN AMRO NZ Limited an accredited NZX Firm.

Russia: The Russian securities market is associated with several substantial risks, legal, economic and political, and high volatility. There is a relatively high measure of legal uncertainty concerning rights, duties and legal remedies in the Russian Federation. Russian laws and regulations governing investments in securities markets may not be sufficiently developed or may be subject to inconsistent or arbitrary interpretation or application. Russian securities are often not issued in physical form and registration of ownership may not be subject to a centralised system. Registration of ownership of certain types of securities may not be subject to standardised procedures and may even be effected on an ad hoc basis. The value of investments in Russian securities may be affected by fluctuations in available currency rates and exchange control regulations.

Singapore: Any report referring to equity securities is distributed in Singapore by ABN AMRO Asia Securities (Singapore) Pte Limited (RCB Regn No. 198703346M) to clients who fall within the description of persons in Regulation 49(5) of the Securities and Futures (Licensing and Conduct of Business) Regulations and Regulations 34 and 35 of the Financial Advisers Regulations. Any report referring to non-equity securities is distributed in Singapore by ABN AMRO Bank NV (Singapore Branch) Limited to clients who fall within the description of persons in Regulations 34 and 35 of the Financial Advisers Regulations. Investors should note that this material was prepared for accredited investors only. Recipients who do not fall within the description of persons under Regulation 49(5) of the Securities and Futures (Licensing and Conduct of Business) Regulations or Regulations 34 and 35 of the Financial Advisers Regulations should seek the advice of their independent financial advisor prior to taking any investment decision based on this document or for any necessary explanation of its contents.

United Kingdom: All research is distributed by ABN AMRO Bank NV, London Branch, which is authorised by De Nederlandsche Bank and by the Financial Services Authority; and regulated by the Financial Services Authority for the conduct of UK business. The investments and services contained herein are not available to private customers in the United Kingdom.

United States: Distribution of this document in the United States or to US persons is intended to be solely to major institutional investors as defined in Rule 15a-6(a)(2) under the US Securities Act of 1934. All US persons that receive this document by their acceptance thereof represent and agree that they are a major institutional investor and understand the risks involved in executing transactions in securities. Any US recipient of this document wanting additional information or to effect any transaction in any security or financial instrument mentioned herein, must do so by contacting a registered representative of ABN AMRO Incorporated, Park Avenue Plaza, 55 East 52nd Street, New York, N.Y. 10055, US, tel + 1 212 409 1000, fax +1 212 409 5222.

- Material means all research information contained in any form including but not limited to hard copy, electronic form, presentations, e-mail, SMS or WAP.

### Regulatory disclosures

The research analyst or analysts responsible for the content of this research report certify that: (1) the views expressed and attributed to the research analyst or analysts in the research report accurately reflect their personal opinion(s) about the subject securities and issuers and/or other subject matter as appropriate; and, (2) no part of his or her compensation was, is or will be directly or indirectly related to the specific recommendations or views contained in this research report. On a general basis, the efficacy of recommendations is a factor in the performance appraisals of analysts.

For a discussion of the valuation methodologies used to derive our price targets and the risks that could impede their achievement, please refer to our latest published research on those stocks at www.abnamroresearch.com.

Disclosures regarding companies covered by ABN AMRO group can be found on ABN AMRO's research website at www.abnamroresearch.com.

Should you require additional information please contact the relevant ABN AMRO research team or the author(s) of this report.