EXHIBIT C


**ERICSSON**

**Third quarter report 2007**
**October 25, 2007**

[Ericsson discloses the information provided herein pursuant to the Swedish Securities Exchange and Clearing Operations Act and/or the Swedish Financial Instruments Trading Act. The information was submitted for publication at 07.30 CET, on October 25, 2007.]

## Ericsson reports changed business mix and lower income

- *Net sales SEK 43.5 (41.3) b. in the quarter, up 6%, SEK 133.3 (125.6) b. first nine months*
- *Operating income SEK 5.6 (8.8) b. in the quarter, down 36%, SEK 23.0 (23.6) b. first nine months*
- *Operating margin 13% (21%) in the quarter, 17% (19%) first nine months*
- *Cash flow from operations SEK -1.6 (4.8) b. in the quarter, SEK 7.2 (7.5) b. first nine months*
- *Net income SEK 4.0 (6.2) b. in the quarter, down 36%, SEK 16.2 (16.5) b. first nine months[2]*
- *Earnings per share SEK 0.25 (0.39) in the quarter, SEK 1.02 (1.04) first nine months[2]*

### CEO COMMENTS

"The sharp decline in profit this quarter is mainly due to weaker sales of mobile network upgrades and expansions combined with continued high sales of new network buildouts," said Carl-Henric Svanberg, President and CEO of Ericsson (NASDAQ:ERIC). "This changed business mix within Networks affected Group margins negatively. All other businesses performed as expected.

Our networks business continues to develop most rapidly where new network buildouts and break-in contracts are predominant and pricing pressure is most intense. This has so far been offset by higher margin sales of software, expansions and upgrades to our installed base. While we expect such higher margin sales to gradually resume, new network buildouts will continue to weigh on Networks' margins for several quarters.

The Professional Services segment continued to show strong growth and stable margins. The Multimedia segment also showed a strong growth with operating income slightly above breakeven level, reflecting the mix of businesses with healthy margins and investments in new business areas.

In infrastructure, scale is critical for success. In this period of vendor consolidation, we have chosen to secure our scale advantage in mobile networks through organic growth. This strategy has been effective but comes at a certain cost. Now that we have reestablished our scale advantage we will now capitalize on our gains and leading position," said Carl-Henric Svanberg.

### FINANCIAL HIGHLIGHTS
### Income statement and cash flow

| SEK b. | Third quarter 2007 | Third quarter 2006 | Change | Second quarter 2007 | Change | Nine months 2007 | Nine months 2006 | Change |
|---|---|---|---|---|---|---|---|---|
| Net sales | 43.5 | 41.3 | 6% | 47.6 | -9% | 133.3 | 125.6 | 6% |
| Gross margin | 35.6% | 38.2%[1] | - | 43.0% | - | 40.6% | 41.5%[1] | - |
| EBITDA margin | 17.4% | 25.4% | - | 23.9% | - | 21.8% | 23.2% | - |
| Operating income | 5.6 | 8.8 | -36% | 9.3 | -39% | 23.0 | 23.6 | -3% |
| Operating margin | 12.9% | 21.2% | - | 19.4% | - | 17.3% | 18.8% | - |
| Operating margin ex Sony Ericsson | 9.0% | 16.5% | - | 16.4% | - | 13.7% | 16.0% | - |
| Income after financial items | 5.6 | 8.9 | -37% | 9.3 | -40% | 23.1 | 23.8 | -3% |
| Net income[2] | 4.0 | 6.2 | -36% | 6.4 | -38% | 16.2 | 16.5 | -2% |
| EPS, SEK[2] | 0.25 | 0.39 | -36% | 0.40 | -38% | 1.02 | 1.04 | -2% |
| Cash flow from operating activities | -1.6 | 4.8 | - | | 4.2 | - | 7.2 | 7.5 | - |

[1] *Including cost for Marconi restructuring and career change program of SEK 2.9 b that took place in third quarter 2006 of which SEK 1.7 b. affected gross margin.*
[2] *Attributable to stockholders of the parent company, excluding minority interest.*

The year-over-year sales increase amounted to 6%, of which 4% was organic growth. The USD has continued to weaken during the quarter and affected reported sales growth negatively.

The decline in gross margin is mainly due to the business mix. In addition, the year-over-year growth in network rollout affected Group gross margins negatively.

Operating income amounted to SEK 5.6 (8.8) b. in the quarter and SEK 23.0 (23.6) b. year-to-date. The lower operating income and margin is the result of a mix shift with lower high margin upgrade sales and increased lower margin roll outs of new networks. Sony Ericsson's pre-tax profit contributed 4% to Group operating margin in the quarter.

Cash flow from operating activities reached SEK -1.6 (4.8) b. in the quarter and SEK 7.2 (7.5) b. year-to-date. Working capital increased by SEK 7.7 b. as a result of ongoing larger projects and in preparation for a seasonally strong fourth quarter. Cash conversion for the first nine months decreased to 30%, mainly due to lower net income and increased working capital. With regards to cash flow from operations, the capital redemption from Sony Ericsson of SEK 1.4 b. was offset by a similar amount of reduction of the advance payment to Ericsson Mobile Platforms.

### Balance sheet and other performance indicators

| SEK b. | Nine months 2007 | Six months 2007 | Three months 2007 | Full year 2006 |
|---|---|---|---|---|
| Net cash | 11.5 | 16.1 | 29.1 | 40.7 |
| Interest-bearing provisions and liabilities | 32.5 | 32.6 | 22.6 | 21.6 |
| Trade receivables | 56.8 | 55.3 | 52.4 | 51.1 |
| Days sales outstanding | 115 | 106 | 107 | 85 |
| Inventory | 25.6 | 24.6 | 24.1 | 21.5 |
| Of which work in progress | 14.0 | 14.1 | 14.9 | 14.2 |
| Inventory turnover | 4.5 | 4.4 | 4.2 | 5.2 |
| Payable days | 59 | 64 | 67 | 54 |
| Customer financing, net | 3.8 | 3.7 | 3.8 | 3.7 |
| Return on capital employed | 21% | 24% | 24% | 27% |
| Equity ratio | 56% | 54% | 57% | 56% |

Deferred tax assets decreased in the quarter by SEK 1.2 b. to SEK 11.5 (14.3) b.

During the quarter, approximately SEK 1.3 b. of provisions was utilized related to restructuring, product warranties, customer projects and other. Additions of SEK 0.9 b. and reversals of SEK 0.7 b. have been made, leading to a net negative impact on the income statement of SEK 0.2 b. in the quarter and SEK -1.1 b. year-to-date. Net impact on the income statement has been negative every quarter since 2003.

### SEGMENT RESULTS

| SEK b. | Third quarter 2007 | Third quarter 2006[1] | Third quarter Change | Second quarter 2007 | Second quarter Change | Nine months 2007 | Nine months 2006[1] | Nine months Change |
|---|---|---|---|---|---|---|---|---|
| **Networks sales** | 28.5 | 29.2 | -2% | 33.7 | -15% | 91.5 | 88.7 | 3% |
| *Of which network rollout* | 4.0 | 3.5 | 14% | 4.3 | -7% | 12.1 | 10.9 | 11% |
| Operating margin | 8% | 9% | - | 19% | - | 15% | 15% | - |
| EBITDA margin | 13% | 14% | - | 24% | - | 20% | 21% | - |
| **Professional Services sales** | 11.0 | 8.7 | 26% | 10.3 | 7% | 30.8 | 26.3 | 17% |
| *Of which managed services* | 3.4 | 2.2 | 50% | 2.9 | 15% | 8.9 | 7.0 | 27% |
| Operating margin | 15% | 12% | - | 15% | - | 15% | 14% | - |
| EBITDA margin | 17% | 13% | - | 16% | - | 16% | 15% | - |
| **Multimedia sales** | 4.0 | 3.1 | 31% | 3.6 | 10% | 11.0 | 9.3 | 18% |
| Operating margin | 1% | 3% | - | 0% | - | 3% | 2% | - |
| EBITDA margin | 6% | 4% | - | 5% | - | 7% | 3% | - |
| Unallocated sales | - | 0.3 | - | - | - | - | 1.3 | - |
| **Total sales** | 43.5 | 41.3 | 6% | 47.6 | -9% | 133.3 | 125.6 | 6% |
| **Of which Mobile Systems** | 28.5 | 28.0 | 2% | 32.7 | -13% | 89.6 | 85.5 | 5% |

[1] *Including cost for Marconi restructuring and career change program of SEK 2.9 b that took place in third quarter 2006.*

### Networks

Sales in Networks declined mainly due to lower sales of expansions and upgrades of mobile networks as well as software. Sales of lower margin network buildouts and break-ins currently represent an increasing part of the networks business. It is this shift in business mix that is negatively affecting group gross margin rather than a change in the underlying margins of the different types of businesses. Adjusted for Marconi and career change program restructuring costs Networks' operating margin was 18% and EBITDA margin was 23% in the third quarter 2006.

Sales of optical and radio transmission systems for back/long-haul showed good growth.

The alignment of Ericsson's and Redback's sales channels is running according to plan, however with some negative effects on Redback's sales during this transition. Significant resources have been redeployed from other parts of Ericsson to support Redback's rapid expansion, including integrating their technology into other Ericsson products.

### Professional Services

Sales in Professional Services grew by 26% year-over-year and continue to outpace the market. Managed services grew by 50% year-over-year. More than two thirds of Professional Services revenues are currently of a recurring nature. Operating margins were stable mainly due to good performance in other product areas within services, which helped to offset startup costs for several new managed services contracts.

### Multimedia

Sales growth was 31% year-over-year of which 14% is acquired. Operating income in the quarter was slightly above breakeven level. The areas mobile platforms, service delivery platforms, Tandberg television and charging are all showing strong growth with healthy margins. IPTV, IMS and Messaging are new business development areas with significant R&D investments but with limited sales.

### Sony Ericsson Mobile Communications

*For information on transactions with Sony Ericsson Mobile Communications, please see Financial statements and Additional information.*

| EUR m. | Third quarter | | | Second quarter | | Nine months | | |
|---|---|---|---|---|---|---|---|---|
| | 2007 | 2006 | Change | 2007 | Change | 2007 | 2006 | Change |
| Number of units shipped (m.) | 25.9 | 19.8 | 31% | 24.9 | 4% | 72.6 | 48.8 | 49% |
| Average selling price (EUR) | 120 | 147 | -18% | 125 | -4% | 126 | 147 | -14% |
| Net sales | 3,108 | 2,913 | 7% | 3,112 | 0% | 9,145 | 7,177 | 27% |
| Gross margin | 31% | 31% | - | 30% | - | 30% | 29% | - |
| Operating margin | 13% | 15% | - | 10% | - | 12% | 11% | - |
| Income before taxes | 384 | 433 | -11% | 327 | 17% | 1,073 | 796 | 35% |
| Net income | 267 | 298 | -10% | 220 | 21% | 741 | 550 | 35% |

Units shipped in the quarter reached 26 million, a 31% increase compared to the same period last year. Sales for the quarter were EUR 3,108 m., representing a year-on-year increase of 7%. Income before taxes for the quarter was EUR 384 m., representing a year-on-year decrease of 11% and reflecting the exceptional third quarter the company experienced in 2006. Net income for the quarter was EUR 267 m. In line with Sony Ericsson expectations, the increase in low and mid-tier priced phones in the product portfolio in the third quarter resulted in a decline in ASP to EUR 120.

As communicated by Sony Ericsson at the beginning of the year a capital redemption of total EUR 300 million was paid to the parent companies in the third quarter.

Ericsson invoiced Sony Ericsson EUR 156 million in the quarter, mainly for mobile platforms, which was deducted from the balance of the advance payment made to Ericsson in the first quarter.

Ericsson's share in Sony Ericsson's income before tax was SEK 1.7 (2.0) b. in the quarter.

### REGIONAL OVERVIEW

| Sales, SEK b. | Third quarter | | | Second quarter | | Nine months | | |
|---|---|---|---|---|---|---|---|---|
| | 2007 | 2006 | Change | 2007 | Change | 2007 | 2006 | Change |
| Western Europe | 12.3 | 11.7 | 6% | 12.4 | -1% | 37.3 | 36.0 | 4% |
| Central and Eastern Europe, Middle East and Africa | 12.0 | 10.9 | 10% | 11.5 | 4% | 34.4 | 32.1 | 7% |
| Asia Pacific | 12.0 | 11.6 | 3% | 16.6 | -28% | 40.9 | 33.9 | 21% |
| Latin America | 4.2 | 4.2 | 1% | 4.1 | 4% | 11.6 | 11.7 | 0% |
| North America | 3.0 | 2.9 | 3% | 3.0 | -1% | 9.1 | 11.9 | -24% |

The market in Western Europe showed a year-over-year sales growth of 6%, primarily driven by managed services and increased demand for broadband transmission. Sales of mobile networks were down somewhat due to less than expected sales of upgrades and expansions, especially in the UK and Italy.

Central and Eastern Europe, Middle East and Africa returned to good growth, 10% year-over-year. Sales were mainly driven by network rollout and expansions as well as managed services.

Asia Pacific was flattish due to lower mobile systems sales in China. The underlying business activity is ongoing at a stable level, but invoicing varies quarter by quarter due to the nature of the Chinese market. Australia was down compared to same period last year when a nation-wide HSPA network was rolled out. Excluding China and Australia, sales growth was 17% in the region.

Latin American sales were up 1% year-over-year. The market is driven by continued 2G expansions as well as initial 3G rollouts. There is also an increased demand for managed services. North American sales have returned to growth, primarily as a result of a more favorable comparison year-over-year.

### MARKET DEVELOPMENT

*Growth rates based on Ericsson and market estimates.*

Mobile subscriptions grew with some 156 million in the quarter to 3.16 billion. 2.7 billion are GSM/WCDMA subscriptions. 157 million are WCDMA subscriptions, growing by some 18 million in the quarter. There are 179 WCDMA networks in 80 countries, of which 138 are upgraded to HSPA services.

In the twelve-month period ending June 30, 2007, fixed broadband connections grew by some 14 million per quarter to a total of approximately 300 million.

### PLANNING ASSUMPTIONS

For the fourth quarter of 2007, our planning assumptions are Group sales of SEK 53-60 b. and operating margins in the mid-teens, including Sony Ericsson.

### MARKET OUTLOOK FOR MOBILE INFRASTRUCTURE AND SERVICES

*All estimates are measured in USD and refer to market growth compared to previous year.*

For 2007, we continue to believe that the GSM/WCDMA track within the global mobile systems market, measured in USD, will continue to show mid-single digit growth.

We also continue to believe that the addressable market for professional services will show good growth in 2007.

For 2008, our early expectation is that the current market conditions will prevail.

### PARENT COMPANY INFORMATION

Net sales for the nine-month period amounted to SEK 2.5 (1.9) b. and income after financial items was SEK 13.2 (12.5) b. Patent license fees have been included in net sales from 2007, instead of in other operating revenues, and 2006 has been restated accordingly.

Major changes in the Parent Company's financial position for the nine-month period include: increased investments in subsidiaries of SEK 23.4 b., mostly attributable to the Tandberg, Redback, Entrisphere and LHS acquisitions; decreased other current and non-current receivables from subsidiaries of SEK 4.3 b.; decreased cash and bank and short-term investments of SEK 19.7 b., mainly related to the acquisitions mentioned, payment of dividend for 2006 of SEK 7.9 b. to shareholders and cash from new non-current borrowings; increased notes and bond loans by SEK 11.0 b. through the bond issue program; decreased current and non-current liabilities to subsidiaries by SEK 19.3 b.

As per September 30, 2007, cash and bank and short-term investments amounted to SEK 34.3 (54.0) b.

Major transactions and balances with related parties include the following with Sony Ericsson Mobile Communications: revenues of SEK 1,753 (899) m.; liabilities of SEK 489 (0) m.; dividend and capital redemption of SEK 3,949 (1,160) m.

In accordance with the conditions of the Stock Purchase Plans and Option Plans for Ericsson employees, 4,178,626 shares from treasury stock were sold or distributed to employees during the third quarter. The holding of treasury stock at September 30, 2007, was 238,400,384 Class B shares.

## OTHER INFORMATION

### Acquisitions and public offerings

On September 28, 2007, Ericsson announced that it had purchased shares and received acceptances representing together approximately 85% of the outstanding shares and voting rights of LHS. The additional statutory acceptance period was closed on October 8, 2007, resulting in additional 0.04% of the outstanding shares. All conditions to the offer have been fulfilled. Ericsson intends to complete the offer in accordance with the procedure described in the offer document.

### Assessment of risk environment

Ericsson's operational and financial risk factors and exposures are described under "Risk factors" in our Annual Report 2006 and we have determined that the risk environment has not materially changed. However, the increased activities related to the new Multimedia segment may result in a more volatile quarterly sales pattern. Specific additional risks for the near term are associated with the acquisitions made during 2007, as a timely and effective integration of these is essential to make them accretive as planned.

Risk factors and exposures in focus for the Parent Company and the Ericsson Group for the forthcoming six-month period include: unfavorable product mix in our Networks segment with reduced sales of software, upgrades and extensions and an increased proportion of new network build-outs and break-in contracts, which may result in lower gross margins and/or working capital build-up which in turn puts pressure on our cash conversion rate; variability in the seasonality could make it more difficult to forecast future sales; effects of the ongoing industry consolidation among our customers as well as between our largest competitor, e.g. intensified price competition; changes in foreign exchange rates, in particular a continued weakness or further deterioration of the USD/SEK rate; increases in interest rates and the potential effect on our customers' willingness to invest in network development;

Ericsson conducts business in certain countries which are subject to trade restrictions or which are focused on by certain investors. We stringently follow all relevant regulations and trade embargos applicable to us in our dealings with customers operating in such countries. Moreover, Ericsson operates globally in accordance with Group level policies and directives for ethics and conduct. In no way should our business activities in these countries be construed as supporting a particular political agenda or regime. We have activities in such countries mainly due to that certain customers with multi-country operations put demands on us to support them in all of their markets.

Please refer further to Ericsson's Annual Report 2006, where we describe our risks and uncertainties along with our strategies and tactics to mitigate the risk exposures or limit unfavorable outcomes, which remains valid also for 2007.

Stockholm, October 25, 2007

Carl-Henric Svanberg

President and CEO

Telefonaktiebolaget LM Ericsson (publ)

Date for next report: February 1, 2008

## REVIEW REPORT

We have reviewed this report for the period January 1 to September 30, 2007, for Telefonaktiebolaget LM Ericsson (publ). The board of directors and the CEO are responsible for the preparation and presentation of this interim financial information in accordance with IAS 34 and the Annual Accounts Act. Our responsibility is to express a conclusion on this interim financial information based on our review.

We conducted our review in accordance with the Standard on Review Engagements SÖG 2410, Review of Interim Financial Information Performed by the Independent Auditor of the Entity, issued by FAR. A review consists of making inquiries, primarily of persons responsible for financial and accounting matters, and applying analytical and other review procedures. A review is substantially less in scope than an audit conducted in accordance with Standards on Auditing in Sweden, RS, and other generally accepted auditing practices. The procedures performed in a review do not enable us to obtain a level of assurance that would make us aware of all significant matters that might be identified in an audit. Therefore, the conclusion expressed based on a review does not give the same level of assurance as a conclusion expressed based on an audit.

Based on our review, nothing has come to our attention that causes us to believe that the accompanying interim financial information is not, in all material respects, in accordance with IAS 34 and the Annual Accounts Act.

Stockholm, October 25, 2007

PricewaterhouseCoopers AB

Bo Hjalmarsson                         Peter Clemedtson
Authorized Public Accountant           Authorized Public Accountant
Lead partner

## EDITOR'S NOTE

To read the complete report with tables, please go to:
www.ericsson.com/investors/financial_reports/2007/9month07-en.pdf

Ericsson invites media, investors and analysts to a press conference at the Ericsson boat yard, Torshamnsgatan 21, Stockholm, at 09.00 (CET), October 25.

An analysts, investors and media conference call will begin at 14.00 (CET).

Live webcasts of the press conference and conference call as well as supporting slides will be available at www.ericsson.com/press and www.ericsson.com/investors.

## FOR FURTHER INFORMATION, PLEASE CONTACT

Henry Sténson, Senior Vice President,
Communications
Phone: +46 8 719 4044
E-mail: investor.relations.se@ericsson.com
or press.relations@ericsson.com

**Investors**
Gary Pinkham, Vice President,
Investor Relations
Phone: +46 8 719 0000
E-mail: investor.relations.se@ericsson.com

Susanne Andersson,
Investor Relations
Phone: +46 8 719 4631
E-mail: investor.relations.se@ericsson.com

**Media**
Åse Lindskog, Vice President,
Head of Media Relations
Phone: +46 8 719 9725, +46 730 244 872
E-mail: press.relations@ericsson.com

Ola Rembe, Vice President
Phone: +46 8 719 9727, +46 730 244 873
E-mail: press.relations@ericsson.com

**Telefonaktiebolaget LM Ericsson (publ)**
Org. number: 556016-0680
Torshamnsgatan 23
SE-164 83 Stockholm
Phone: +46 8 719 00 00
www.ericsson.com

Safe Harbor Statement of Ericsson under the Private Securities Litigation Reform Act of 1995;

All statements made or incorporated by reference in this release, other than statements or characterizations of historical facts, are forward-looking statements. These forward-looking statements are based on our current expectations, estimates and projections about our industry, management's beliefs and certain assumptions made by us. Forward-looking statements can often be identified by words such as "anticipates", "expects", "intends", "plans", "predicts", "believes", "seeks", "estimates", "may", "will", "should", "would", "potential", "continue", and variations or negatives of these words, and include, among others, statements regarding: (i) strategies, outlook and growth prospects; (ii) positioning to deliver future plans and to realize potential for future growth; (iii) liquidity and capital resources and expenditure, and our credit ratings; (iv) growth in demand for our products and services; (v) our joint venture activities; (vi) economic outlook and industry trends; (vii) developments of our markets; (viii) the impact of regulatory initiatives; (ix) research and development expenditures; (x) the strength of our competitors; (xi) future cost savings; (xii) plans to launch new products and services; (xiii) assessments of risks; (xiv) integration of acquired businesses; (xv) compliance with rules and regulations and (xvi) infringements of intellectual property rights of others.

In addition, any statements that refer to expectations, projections or other characterizations of future events or circumstances, including any underlying assumptions, are forward-looking statements. These forward-looking statements speak only as of the date hereof and are based upon the information available to us at this time. Such information is subject to change, and we will not necessarily inform you of such changes. These statements are not guarantees of future performance and are subject to risks, uncertainties and assumptions that are difficult to predict. Therefore, our actual results could differ materially and adversely from those expressed in any forward-looking statements as a result of various factors. Important factors that may cause such a difference for Ericsson include, but are not limited to: (i) material adverse changes in the markets in which we operate or in global economic conditions; (ii) increased product and price competition; (iii) further reductions in capital expenditure by network operators; (iv) the cost of technological innovation and increased expenditure to improve quality of service; (v) significant changes in market share for our principal products and services; (vi) foreign exchange rate or interest rate fluctuations; and (vii) the successful implementation of our business and operational initiatives.

## FINANCIAL STATEMENTS AND ADDITIONAL INFORMATION

**Financial statements** — Page
Consolidated income statement — 8
Consolidated balance sheet — 9
Consolidated statement of cash flows — 10
Consolidated statement of recognized income and expense — 11
Consolidated income statement - isolated quarters — 12
Parent company income statement — 13
Parent company balance sheet — 13

**Additional information** — Page
Accounting policies — 14
Net sales by segment by quarter — 16
Operating margin and EBITDA by segment by quarter — 17
Number of employees — 17
Net sales by market area by quarter — 18
Top ten markets in sales — 19
External net sales by market area by segment — 19
Transactions with Sony Ericsson Mobile Communications — 19
Provisions — 19
Other information — 20
Ericsson planning assumptions for year 2007 — 20

**ERICSSON**
**CONSOLIDATED INCOME STATEMENT**

| SEK million | Jul - Sep | | | | Jan - Sep | | |
|---|---|---|---|---|---|---|---|
| | 2007 | 2006 | Change | | 2007 | 2006 | Change |
| Net sales | 43,545 | 41,271 | 6% | | 133,320 | 125,610 | 6% |
| Cost of sales | -28,050 | -25,506 | | | -79,250 | -73,544 | |
| **Gross margin** | 15,495 | 15,765 | -2% | | 54,070 | 52,066 | 4% |
| Gross margin % | 35.6% | 38.2% | | | 40.6% | 41.5% | |
| | | | | | | | |
| Research and development expenses | -7,229 | -6,990 | 3% | | -20,890 | -20,378 | 3% |
| Selling and administrative expenses | -4,783 | -5,296 | -10% | | -15,961 | -15,351 | 4% |
| **Operating expenses** | -12,012 | -12,286 | | | -36,851 | -35,729 | |
| | | | | | | | |
| Other operating income | 402 | 3,252 | -88% | | 953 | 3,582 | -73% |
| Share in earnings of JVs and associated companies | 1,751 | 2,035 | -14% | | 4,870 | 3,724 | 31% |
| **Operating income** | 5,636 | 8,766 | -36% | | 23,042 | 23,643 | -3% |
| Operating margin % | 12.9% | 21.2% | | | 17.3% | 18.8% | |
| | | | | | | | |
| Financial income | 389 | 499 | | | 1,268 | 1,588 | |
| Financial expenses | -442 | -397 | | | -1,178 | -1,393 | |
| **Income after financial items** | 5,583 | 8,868 | -37% | | 23,132 | 23,838 | -3% |
| | | | | | | | |
| Taxes | -1,629 | -2,572 | | | -6,820 | -7,205 | |
| **Net income** | 3,954 | 6,296 | -37% | | 16,312 | 16,633 | -2% |
| | | | | | | | |
| | | | | | | | |
| Net income attributable to: | | | | | | | |
| Stockholders of the parent company | 3,970 | 6,233 | | | 16,194 | 16,520 | |
| Minority interest | -16 | 63 | | | 118 | 113 | |
| | | | | | | | |
| Other information | | | | | | | |
| Average number of shares, basic (million) | 15,894 | 15,872 | | | 15,889 | 15,869 | |
| Earnings per share, basic (SEK) [1] | 0.25 | 0.39 | | | 1.02 | 1.04 | |
| Earnings per share, diluted (SEK) [1] | 0.25 | 0.39 | | | 1.01 | 1.04 | |

[1] Based on Net income attributable to stockholders of the parent company

**ERICSSON**
**CONSOLIDATED BALANCE SHEET**

| SEK million | Sep 30 2007 | Jun 30 2007 | Dec 31 2006 |
|---|---|---|---|
| **ASSETS** | | | |
| **Non-current assets** | | | |
| Intangible assets | | | |
| Capitalized development expenses | 3,953 | 4,325 | 4,995 |
| Goodwill | 22,177 | 22,448 | 6,824 |
| Intellectual property rights | 24,166 | 25,045 | 15,649 |
| Property, plant and equipment | 8,535 | 8,439 | 7,881 |
| Financial assets | | | |
| Equity in JVs and associated companies | 8,975 | 9,205 | 9,409 |
| Other investments in shares and participations | 3,268 | 805 | 721 |
| Customer financing, non-current | 1,692 | 1,468 | 1,921 |
| Other financial assets, non-current | 2,900 | 3,031 | 2,409 |
| Deferred tax assets | 11,535 | 12,717 | 13,564 |
| | 87,201 | 87,483 | 63,373 |
| **Current assets** | | | |
| Inventories | 25,603 | 24,631 | 21,470 |
| Trade receivables | 56,763 | 55,296 | 51,070 |
| Customer financing, current | 2,126 | 2,278 | 1,735 |
| Other current receivables | 15,061 | 14,606 | 15,012 |
| Short-term investments | 23,322 | 23,110 | 32,311 |
| Cash and cash equivalents | 20,627 | 25,561 | 29,969 |
| | 143,502 | 145,482 | 151,567 |
| **Total assets** | **230,703** | **232,965** | **214,940** |
| **EQUITY AND LIABILITIES** | | | |
| **Equity** | | | |
| Stockholders' equity | 129,511 | 125,747 | 120,113 |
| Minority interest in equity of consolidated subsidiaries | 663 | 889 | 782 |
| | 130,174 | 126,636 | 120,895 |
| **Non-current liabilities** | | | |
| Post-employment benefits | 6,180 | 6,018 | 6,968 |
| Provisions, non-current | 391 | 437 | 602 |
| Deferred tax liabilities | 3,751 | 3,992 | 382 |
| Borrowings, non-current | 20,935 | 21,110 | 12,904 |
| Other non-current liabilities | 1,641 | 1,836 | 2,868 |
| | 32,898 | 33,393 | 23,724 |
| **Current liabilities** | | | |
| Provisions, current | 9,966 | 11,238 | 13,280 |
| Borrowings, current | 5,351 | 5,447 | 1,680 |
| Trade payables | 16,060 | 17,668 | 18,183 |
| Other current liabilities | 36,254 | 38,583 | 37,178 |
| | 67,631 | 72,936 | 70,321 |
| **Total equity and liabilities** | **230,703** | **232,965** | **214,940** |
| Of which interest-bearing liabilities and post-employment benefits | 32,466 | 32,575 | 21,552 |
| Net cash | 11,483 | 16,096 | 40,728 |
| Assets pledged as collateral | 638 | 345 | 285 |
| Contingent liabilities | 1,183 | 1,333 | 1,392 |

**ERICSSON**
**CONSOLIDATED STATEMENT OF CASH FLOWS**

| | Jul - Sep | | Jan - Sep | | Jan - Dec |
|---|---|---|---|---|---|
| SEK million | 2007 | 2006 | 2007 | 2006 | 2006 |
| Net income | 3,954 | 6,296 | 16,312 | 16,633 | 26,436 |
| Adjustments to reconcile net income to cash | | | | | |
| - taxes | -65 | 737 | 1,070 | 2,611 | 4,282 |
| - undistributed earnings in JVs and associated companies | 209 | -1,462 | 620 | -1,220 | -2,971 |
| - depreciation, amortization and impairment los ses | 1,953 | 1,735 | 5,956 | 5,448 | 7,516 |
| - other | 63 | -2,885 | -68 | -2,856 | -2,767 |
| | 6,114 | 4,421 | 23,890 | 20,616 | 32,496 |
| | | | | | |
| **Operating net assets** | | | | | |
| Inventories | -1,563 | -2,622 | -3,846 | -5,525 | -2,553 |
| Customer financing, current and non-current | -76 | -302 | -102 | -56 | 1,186 |
| Trade receivables | -2,443 | -1,981 | -4,519 | -6,486 | -10,563 |
| Provisions and post-employment benefits | -824 | 2,546 | -3,390 | -1,794 | -3,729 |
| Other operating as sets and liabilities, net | -2,813 | 2,779 | -4,842 | 725 | 1,652 |
| | -7,719 | 420 | -16,699 | -13,136 | -14,007 |
| | | | | | |
| **Cash flow from operating activities** | -1,605 | 4,841 | 7,191 | 7,480 | 18,489 |
| | | | | | |
| **Investing activities** | | | | | |
| Investments in property, plant and equipment | -871 | -827 | -2,663 | -2,898 | -3,827 |
| Sales of property, plant and equipment | 13 | 91 | 90 | 151 | 185 |
| Acquisitions and divestments of subsidiaries and other operations , net | -2,444 | 2,833 | -26,404 | -14,799 | -14,992 |
| Product development | -237 | -210 | -694 | -980 | -1,353 |
| Other investing activities | -92 | -167 | -208 | -438 | -1,070 |
| Short-term investments | 67 | -3,818 | 9,244 | 3,044 | 6,180 |
| **Cash flow from investing activities** | -3,564 | -2,098 | -20,635 | -15,920 | -14,877 |
| | | | | | |
| **Cash flow before financing activities** | -5,169 | 2,743 | -13,444 | -8,440 | 3,612 |
| | | | | | |
| **Financing activities** | | | | | |
| Dividends paid | -177 | -183 | -8,125 | -7,343 | -7,343 |
| Other financing activities | 241 | -576 | 12,136 | -7,825 | -8,096 |
| **Cash flow from financing activities** | 64 | -759 | 4,011 | -15,168 | -15,439 |
| | | | | | |
| Effect of exchange rate changes on cash | 171 | -116 | 91 | 384 | 58 |
| | | | | | |
| **Net change in cash** | -4,934 | 1,868 | -9,342 | -23,224 | -11,769 |
| | | | | | |
| Cash and cash equivalents, beginning of period | 25,561 | 16,646 | 29,969 | 41,738 | 41,738 |
| **Cash and cash equivalents, end of period** | 20,627 | 18,514 | 20,627 | 18,514 | 29,969 |

**CONSOLIDATED STATEMENT OF RECOGNIZED INCOME AND EXPENSE**

| SEK million | Jan - Sep 2007 | | | Jan - Sep 2006 | | | Jan - Dec 2006 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Stock-holders' equity | Minority interest | Total equity | Stock-holders' equity | Minority interest | Total equity | Stock-holders' equity | Minority interest | Total equity |
| Actuarial gains and losses related to pensions including payroll tax | 1,257 | - | 1,257 | 1,874 | - | 1,874 | 440 | - | 440 |
| *evaluation of other investments in shares and participations* | | | | | | | | | |
| Fair value measurement reported in equity | - | - | - | -3 | - | -3 | -2 | 1 | -1 |
| Transferred to income statement  at sale | - | - | - | - | - | - | - | - | - |
| *Cash flow hedges* | | | | | | | | | |
| Fair value remeasurement of derivatives reported in equity | 428 | - | 428 | 2,464 | - | 2,464 | 4,100 | - | 4,100 |
| Transferred to income statement  for the period | -648 | - | -648 | -703 | - | -703 | -1,990 | - | -1,990 |
| Transferred to balance sheet for the period | - | - | - | 99 | - | 99 | 99 | - | 99 |
| Changes in cumulative translation effects due to changes in foreign currency exchange rates | 10 | -17 | -7 | -1,437 | -50 | -1,487 | -3,028 | -91 | -3,119 |
| Tax on items reported directly in/or transferred from equity | -292 | - | -292 | -1,013 | - | -1,013 | -769 | - | -769 |
| **Total transactions reported in equity** | **755** | **-17** | **738** | **1,281** | **-50** | **1,231** | **-1,150** | **-90** | **-1,240** |
| Net income | 16,194 | 118 | 16,312 | 16,520 | 113 | 16,633 | 26,251 | 185 | 26,436 |
| **Total income and expenses recognized for the period** | **16,949** | **101** | **17,050** | **17,801** | **63** | **17,864** | **25,101** | **95** | **25,196** |
| **Other changes in equity:** | | | | | | | | | |
| Sale of own shares | 46 | - | 46 | 20 | - | 20 | 58 | - | 58 |
| Stock Purchase and Stock Option Plans | 346 | - | 346 | 338 | - | 338 | 473 | - | 473 |
| Dividends paid | -7,943 | -182 | -8,125 | -7,141 | -202 | -7,343 | -7,141 | -202 | -7,343 |
| Stock issue, net | - | - | - | - | 15 | 15 | - | 70 | 70 |
| Business combinations | - | -38 | -38 | - | 41 | 41 | - | -31 | -31 |

**ERICSSON**
**CONSOLIDATED INCOME STATEMENT - ISOLATED QUARTERS**

| SEK million | 2007 | | | | 2006 | | | |
|---|---|---|---|---|---|---|---|---|
| | Q3 | Q2 | Q1 | | Q4 | Q3 | Q2 | Q1 |
| Net sales | 43,545 | 47,619 | 42,156 | | 54,211 | 41,271 | 44,768 | 39,571 |
| Cost of sales | -28,050 | -27,166 | -24,034 | | -31,331 | -25,506 | -25,692 | -22,346 |
| Gross margin | 15,495 | 20,453 | 18,122 | | 22,880 | 15,765 | 19,076 | 17,225 |
| Gross margin % | 35.6% | 43.0% | 43.0% | | 42.2% | 38.2% | 42.6% | 43.5% |
| | | | | | | | | |
| Research and development expenses | -7,229 | -7,208 | -6,453 | | -7,155 | -6,990 | -6,767 | -6,621 |
| Selling and administrative expenses | -4,783 | -5,856 | -5,322 | | -6,071 | -5,296 | -5,263 | -4,792 |
| Operating expenses | -12,012 | -13,064 | -11,775 | | -13,226 | -12,286 | -12,030 | -11,413 |
| | | | | | | | | |
| Other operating income | 402 | 389 | 162 | | 321 | 3,252 | 215 | 115 |
| Share in earnings of JVs and associated companies | 1,751 | 1,477 | 1,642 | | 2,210 | 2,035 | 992 | 697 |
| Operating income | 5,636 | 9,255 | 8,151 | | 12,185 | 8,766 | 8,253 | 6,624 |
| Operating margin % | 12.9% | 19.4% | 19.3% | | 22.5% | 21.2% | 18.4% | 16.7% |
| | | | | | | | | |
| Financial income | 389 | 322 | 556 | | 366 | 499 | 567 | 522 |
| Financial expenses | -442 | -292 | -443 | | -396 | -397 | -529 | -467 |
| Income after financial items | 5,583 | 9,285 | 8,264 | | 12,155 | 8,868 | 8,291 | 6,679 |
| | | | | | | | | |
| Taxes | -1,629 | -2,776 | -2,415 | | -2,352 | -2,572 | -2,559 | -2,074 |
| Net income | 3,954 | 6,509 | 5,849 | | 9,803 | 6,296 | 5,732 | 4,605 |
| | | | | | | | | |
| Net income attributable to: | | | | | | | | |
| Stockholders of the parent company | 3,970 | 6,409 | 5,815 | | 9,731 | 6,233 | 5,712 | 4,575 |
| Minority interest | -16 | 100 | 34 | | 72 | 63 | 20 | 30 |
| | | | | | | | | |
| Other information | | | | | | | | |
| | | | | | | | | |
| Average number of shares, basic (million) | 15,894 | 15,890 | 15,883 | | 15,877 | 15,872 | 15,869 | 15,866 |
| Earnings per share, basic (SEK) [1] | 0.25 | 0.40 | 0.37 | | 0.61 | 0.39 | 0.36 | 0.29 |
| Earnings per share, diluted (SEK) [1] | 0.25 | 0.40 | 0.36 | | 0.61 | 0.39 | 0.36 | 0.29 |

[1] Based on Net income attributable to stockholders of the parent company

## ERICSSON PARENT COMPANY INCOME STATEMENT

|  | Jul - Sep | | Jan - Sep | |
|---|---|---|---|---|
| SEK million | 2007 | 2006 | 2007 | 2006 |
| Net sales | 743 | 588 | 2,453 | 1,901 |
| Cost of sales | -56 | -42 | -65 | -167 |
| Gross margin | 687 | 546 | 2,388 | 1,734 |
| Operating expenses [1] | -364 | -948 | -1,086 | -984 |
| Other operating revenues and costs | 657 | 622 | 1,800 | 1,599 |
| Operating income | 980 | 220 | 3,102 | 2,349 |
| Financial net | 3,918 | 5,702 | 10,101 | 10,162 |
| Income after financial items | 4,898 | 5,922 | 13,203 | 12,511 |
| Taxes | -355 | -201 | -1,076 | -748 |
| Net income | 4,543 | 5,721 | 12,127 | 11,763 |

[1] Operating expenses include the net effect of risk provisions for customer financing of SEK 0 million for the period July to September (SEK -47 million 2006) and SEK +108 million for the period January to September (SEK +866 million in 2006).

## ERICSSON PARENT COMPANY BALANCE SHEET

|  | Sep 30 | Dec 31 |
|---|---|---|
| SEK million | 2007 | 2006 |
| **ASSETS** | | |
| **Fixed assets** | | |
| Intangible assets | 2,555 | 2,800 |
| Tangible assets | 361 | 300 |
| Financial assets | 102,222 | 74,956 |
|  | 105,138 | 78,056 |
| **Current assets** | | |
| Inventories | 78 | 91 |
| Receivables | 21,878 | 32,951 |
| Cash, bank and short-term investments | 34,319 | 53,986 |
|  | 56,275 | 87,028 |
| **Total assets** | **161,413** | **165,084** |

## STOCKHOLDERS' EQUITY, PROVISIONS AND LIABILITIES

|  | | |
|---|---|---|
| **Equity** | | |
| Restricted equity | 47,624 | 47,624 |
| Non-restricted equity | 37,235 | 32,987 |
|  | 84,859 | 80,611 |
| **Untaxed reserves** | 1,074 | 1,074 |
| **Provisions** | 1,500 | 1,614 |
| **Non-current liabilities** | 50,189 | 43,718 |
| **Current liabilities** | 23,791 | 38,067 |
| **Total stockholders' equity, provisions and liabilities** | **161,413** | **165,084** |
| Assets pledged as collateral | 638 | 277 |
| Contingent liabilities | 9,914 | 7,670 |

**ACCOUNTING POLICIES AND CHANGES IN FINANCIAL REPORTING STRUCTURE**

This interim report is prepared in accordance with IAS 34. The term IFRS used in this document refers to the application of IAS and IFRS as well as interpretations of these standards as issued by IASB's Standards Interpretation Committee (SIC) and International Financial Reporting Interpretations Committee (IFRIC).

*New or amended standards (IAS/IFRS)*

IFRS 7, Financial Instruments: Disclosures, is amended effective from January 1, 2007, together with a complementary amendment to IAS 1, Presentation of Financial Statements – Capital Disclosures. IFRS 7 introduces new disclosure requirements to improve the information about financial instruments. The amendment to IAS 1 introduces disclosures about the level of an entity's capital and how it manages capital. Since the new or amended standards relate to changes in disclosure or presentation, they have not had any impact on the Company's financial result or position.

*New interpretations (IFRIC:s)*

None of the new IFRIC:s that shall be applied as from January 1, 2007, have had a significant impact on the Company's financial result or position. The IFRIC:s applicable as from January 1, 2007, are:

- IFRIC Interpretation 7: Applying the Restatement Approach under IAS 29 Financial Reporting in Hyperinflationary Economies. This Interpretation provides guidance on how to apply the requirements of IAS 29 in a reporting period in which an entity identifies the existence of hyperinflation in the economy of its functional currency.
- IFRIC Interpretation 8: Scope of IFRS 2 Share-based Payment. This interpretation applies to transactions when the identifiable consideration received appears to be less than the fair value of the equity instruments granted.
- IFRIC Interpretation 9: Reassessment of Embedded Derivatives. This interpretation determines when an entity shall reassess the need for an embedded derivative to be separated.
- IFRIC Interpretation 10: Interim Financial Reporting and Impairment. As per this interpretation, an entity shall not reverse an impairment loss recognized in a previous interim period in respect of goodwill or an investment in either an equity instrument or a financial asset carried at cost.

*Amendment issued by the Swedish Financial Accounting Standards Council (Redovisningsrådet)*

In March 2007, an amendment to URA 43 Accounting for special payroll tax and tax on investment returns was issued. The amendment had no impact on the Company's financial result or position.

*Changes in financial reporting structure*

- **Business segments.** As previously announced, Ericsson has from January 1, 2007, reorganized its operating structure. From the first quarter report 2007, the Company's financial reporting is adapted to reflect this new structure. The Company has also taken this opportunity to make other modifications to further enhance transparency with additional disclosures.

  Ericsson reports the following business segments: **Networks, Professional Services** and **Multimedia. Phones,** represented by the share in earnings of Sony Ericsson is reported as before. However, Sony Ericsson has increased its disclosure as of the first quarter report 2007.

  The changed segment reporting is in accordance with the objectives set forth in IAS 14 Segment reporting. The business activities previously reported in Other Operations have been merged into the new segments to better leverage the opportunities provided by internal business combinations.

  Business segment Networks includes products for mobile and fixed broadband access, core networks, transmission and next-generation IP-networks. Related network rollout services are also included. In addition, the power modules and cables operations, previously reported under Other Operations, are now included within Networks, as well as the acquired operations of Redback and Entrisphere.

Business segment Professional Services includes all service operations, excluding Network rollout reported under Networks. Services for system integration of IP and core networks previously reported as network rollout are now reclassified as Professional Services. Sales of managed services as a part of the total Professional Services will be disclosed since this represents service revenues of a recurring nature.

Business segment Multimedia includes multimedia systems, previously reported under segment Systems, and enterprise solutions and mobile platforms, previously included in Other Operations. The operations of Tandberg TV and Mobeon are also included in Multimedia.

For each of the business segments, we will report net sales and operating margin quarterly. In addition, sales of mobile systems, including relevant parts of Networks and Multimedia, will continue to be disclosed.

- **Within the consolidated income statement, royalty revenues** for intellectual property rights (IPR) related to products will be included as part of Net Sales instead of other operating income. Accordingly, the related costs, previously reported as part of Research and development expenses, will be reported as Cost of Sales or Selling and administrative expenses, depending on the nature of the costs.

- **Research and development expenses**. These were prior to 2007 called "Research and development and other technical expenses" but are from 2007 renamed "Research and development expenses". This change is only related to adoption of IFRS terminology and has not resulted in any changes of amounts.

- **Cash flow statement.** Changes within the consolidated statement of cash flows include additional breakdown of adjustments to reconcile net income to cash, operating net assets and investing activities. Cash flow from operations will be disclosed as before. The subtotals "Cash flow from operating investing activities" and "Cash flow before financial investing activities" will no longer be reported.

- **The table "Customer financing risk exposure"** will no longer be separately disclosed quarterly due to the decrease in activity compared to prior years. However, significant changes to risk and exposure will be commented within the text of interim reports.

- Change in **working capital** is defined as changes in operating net assets from the cash flow statement.

- **Payable days** is defined as the average of Accounts payable divided by cost of sales and multiplied by 365 days.

- **Cash conversion** measures the proportion of profits that are converted to cash flow. It is calculated by dividing total cash flow from operating activities by net income and adjustments to reconcile net income to cash.

## NET SALES BY SEGMENT BY QUARTER

SEK million

| Isolated quarters | 2007 | | | 2006 | | | |
|---|---|---|---|---|---|---|---|
| | Q3 | Q2 | Q1 | Q4 | Q3 | Q2 | Q1 |
| Networks | 28,538 | 33,666 | 29,350 | 39,035 | 29,155 | 31,448 | 28,056 |
| - Of which Network rollout | 4,002 | 4,309 | 3,752 | 5,558 | 3,498 | 3,430 | 3,924 |
| Professional Services | 10,995 | 10,257 | 9,516 | 10,566 | 8,722 | 9,252 | 8,307 |
| - Of which Managed services | 3,352 | 2,910 | 2,592 | 2,514 | 2,238 | 2,414 | 2,325 |
| Multimedia | 4,017 | 3,650 | 3,370 | 4,548 | 3,066 | 3,449 | 2,831 |
| Unallocated [1] | - | - | - | - | 372 | 764 | 479 |
| Less: Intersegment sales | -5 | 46 | -80 | 62 | -44 | -145 | -102 |
| Total | 43,545 | 47,619 | 42,156 | 54,211 | 41,271 | 44,768 | 39,571 |

[1] Including the Defense business

| Sequential change (%) | 2007 | | | 2006 | | | |
|---|---|---|---|---|---|---|---|
| | Q3 | Q2 | Q1 | Q4 | Q3 | Q2 | Q1 [2] |
| Networks | -15% | 15% | -25% | 34% | -7% | 12% | - |
| - Of which Network rollout | -7% | 15% | -32% | 59% | 2% | -13% | - |
| Professional Services | 7% | 8% | -10% | 21% | -6% | 11% | - |
| - Of which Managed services | 15% | 12% | 3% | 12% | -7% | 4% | - |
| Multimedia | 10% | 8% | -26% | 48% | -11% | 22% | - |
| Unallocated [1] | - | - | - | - | - | - | - |
| Less: Intersegment sales | | | | | | | |
| Total | -9% | 13% | -22% | 31% | -8% | 13% | - |

[1] Including the Defense business
[2] 2005 is not restated according to new organization

| Year over year change (%) | 2007 | | | 2006 [2] | | | |
|---|---|---|---|---|---|---|---|
| | Q3 | Q2 | Q1 | Q4 | Q3 | Q2 | Q1 |
| Networks | -2% | 7% | 5% | - | - | - | - |
| - Of which Network rollout | 14% | 26% | -4% | | | | |
| Professional Services | 26% | 11% | 15% | | | | |
| - Of which Managed services | 50% | 21% | 11% | | | | |
| Multimedia | 31% | 6% | 19% | | | | |
| Unallocated [1] | - | - | - | | | | |
| Less: Intersegment sales | - | - | - | | | | |
| Total | 6% | 6% | 7% | - | - | - | - |

[1] Including the Defense business
[2] 2005 is not restated according to new organization

| Year to Date | 2007 | | | 2006 | | | |
|---|---|---|---|---|---|---|---|
| | 0709 | 0706 | 0703 | 0612 | 0609 | 0606 | 0603 |
| Networks | 91,554 | 63,016 | 29,350 | 127,694 | 88,659 | 59,504 | 28,056 |
| - Of which Network rollout | 12,063 | 8,061 | 3,752 | 16,410 | 10,852 | 7,354 | 3,924 |
| Professional Services | 30,768 | 19,773 | 9,516 | 36,847 | 26,281 | 17,559 | 8,307 |
| - Of which Managed services | 8,854 | 5,502 | 2,592 | 9,491 | 6,977 | 4,739 | 2,325 |
| Multimedia | 11,037 | 7,020 | 3,370 | 13,894 | 9,346 | 6,280 | 2,831 |
| Unallocated [1] | - | - | - | 1,615 | 1,615 | 1,243 | 479 |
| Less: Intersegment sales | -39 | -34 | -80 | -229 | -291 | -247 | -102 |
| Total | 133,320 | 89,775 | 42,156 | 179,821 | 125,610 | 84,339 | 39,571 |

[1] Including the Defense business

| YTD year over year change (%) | 2007 | | | 2006 [2] | | | |
|---|---|---|---|---|---|---|---|
| | 0709 | 0706 | 0703 | 0612 | 0609 | 0606 | 0603 |
| Networks | 3% | 6% | 5% | - | - | - | - |
| - Of which Network rollout | 11% | 10% | -4% | | | | |
| Professional Services | 17% | 13% | 15% | | | | |
| - Of which Managed services | 27% | 16% | 11% | | | | |
| Multimedia | 18% | 12% | 19% | | | | |
| Unallocated [1] | - | - | - | | | | |
| Less: Intersegment sales | - | - | - | | | | |
| Total | 6% | 6% | 7% | - | - | - | - |

[1] Including the Defense business
[2] 2005 is not restated according to new organization

**OPERATING MARGIN AND EBITDA BY SEGMENT BY QUARTER**

OPERATING MARGIN

| As percentage of net sales, isolated quarters | 2007 | | | 2006 | | | |
|---|---|---|---|---|---|---|---|
| | Q3 | Q2 | Q1 | Q4 | Q3 [3] | Q2 | Q1 |
| Networks | 8% | 19% | 17% | 21% | 9% | 19% | 17% |
| Professional Services | 15% | 15% | 15% | 15% | 12% | 16% | 15% |
| Multimedia | 1% | 0% | 8% | 12% | 3% | 1% | 3% |
| Phones [1] | - | - | - | - | - | - | - |
| Unallocated [2] | - | - | - | - | - | - | - |
| Total | 13% | 19% | 19% | 22% | 21% | 18% | 17% |

| As percentage of net sales, Year to Date | 2007 | | | 2006 | | | |
|---|---|---|---|---|---|---|---|
| | 0709 | 0706 | 0703 | 0612 | 0609 [3] | 0606 | 0603 |
| Networks | 15% | 18% | 17% | 17% | 15% | 18% | 17% |
| Professional Services | 15% | 15% | 15% | 14% | 14% | 15% | 15% |
| Multimedia | 3% | 4% | 8% | 5% | 2% | 2% | 3% |
| Phones [1] | - | - | - | - | - | - | - |
| Unallocated [2] | - | - | - | - | - | - | - |
| Total | 17% | 19% | 19% | 20% | 19% | 18% | 17% |

[1] Calculation not applicable
[2] "Unallocated" consists mainly of costs for corporate staffs, non-operational capital gains and losses and the Defense business divested in 2006
[3] Including restructuring charges of SEK 2.9 b. and capital gains of SEK 3.0 b.

EBITDA

| As percentage of net sales, isolated quarters | 2007 | | | 2006 | | | |
|---|---|---|---|---|---|---|---|
| | Q3 | Q2 | Q1 | Q4 | Q3 [3] | Q2 | Q1 |
| Networks | 13% | 24% | 23% | 26% | 14% | 24% | 24% |
| Professional Services | 17% | 16% | 16% | 16% | 13% | 17% | 16% |
| Multimedia | 6% | 5% | 9% | 13% | 4% | 1% | 3% |
| Phones [1] | - | - | - | - | - | - | - |
| Unallocated [2] | - | - | - | - | - | - | - |
| Total | 17% | 24% | 24% | 26% | 25% | 22% | 22% |

| As percentage of net sales, Year to Date | 2007 | | | 2006 | | | |
|---|---|---|---|---|---|---|---|
| | 0709 | 0706 | 0703 | 0612 | 0609 [3] | 0606 | 0603 |
| Networks | 20% | 24% | 23% | 22% | 21% | 24% | 24% |
| Professional Services | 16% | 16% | 16% | 15% | 15% | 16% | 16% |
| Multimedia | 7% | 7% | 9% | 6% | 3% | 2% | 3% |
| Phones [1] | - | - | - | - | - | - | - |
| Unallocated [2] | - | - | - | - | - | - | - |
| Total | 22% | 24% | 24% | 24% | 23% | 22% | 22% |

**NUMBER OF EMPLOYEES**

| Year to date | 2007 | | | 2006 | | | |
|---|---|---|---|---|---|---|---|
| | 0709 | 0706 | 0703 | 0612 | 0609 | 0606 | 0603 |
| Western Europe [1] | 40,300 | 39,600 | 38,050 | 38,450 | 38,900 | 40,600 | 40,600 |
| Central & Eastern Europe, Middle East & Africa | 6,850 | 6,200 | 6,600 | 6,300 | 6,050 | 5,500 | 5,300 |
| North America | 5,450 | 5,000 | 4,900 | 4,150 | 4,200 | 4,300 | 4,400 |
| Latin America | 6,000 | 5,050 | 4,600 | 4,500 | 4,200 | 3,700 | 3,550 |
| Asia Pacific | 12,350 | 11,650 | 11,000 | 10,400 | 10,150 | 9,700 | 9,400 |
| Total | 70,950 | 67,500 | 65,150 | 63,800 | 63,500 | 63,800 | 63,250 |
| [1] Of which Sweden | 19,450 | 19,300 | 18,900 | 19,100 | 19,400 | 21,100 | 21,100 |

## NET SALES BY MARKET AREA BY QUARTER

SEK million

| Isolated quarters | 2007 | | | 2006 | | | |
|---|---|---|---|---|---|---|---|
| | Q3 | Q2 | Q1 | Q4 | Q3 | Q2 | Q1 |
| Western Europe [1] | 12,341 | 12,440 | 12,508 | 17,166 | 11,676 | 12,852 | 11,488 |
| Central & Eastern Europe, Middle East & Africa ** | 11,957 | 11,468 | 10,980 | 14,331 | 10,860 | 11,796 | 9,426 |
| North America | 2,980 | 3,012 | 3,106 | 3,960 | 2,895 | 3,726 | 5,281 |
| Latin America | 4,240 | 4,083 | 3,310 | 4,803 | 4,206 | 3,819 | 3,652 |
| Asia Pacific ** | 12,027 | 16,616 | 12,252 | 13,951 | 11,634 | 12,575 | 9,724 |
| Total [2] | 43,545 | 47,619 | 42,156 | 54,211 | 41,271 | 44,768 | 39,571 |
| [1] Of which Sweden | 1,946 | 2,055 | 1,941 | 2,287 | 1,882 | 2,008 | 1,632 |
| [2] Of which EU * | 13,643 | 13,977 | 13,783 | 18,705 | 13,040 | 14,834 | 12,404 |

| Sequential change (%) | 2007 | | | 2006 | | | |
|---|---|---|---|---|---|---|---|
| | Q3 | Q2 | Q1 | Q4 | Q3 | Q2 | Q1 |
| Western Europe [1] | -1% | -1% | -27% | 47% | -9% | 12% | -8% |
| Central & Eastern Europe, Middle East & Africa ** | 4% | 4% | -23% | 32% | -8% | 25% | -23% |
| North America | -1% | -3% | -22% | 37% | -22% | -29% | 3% |
| Latin America | 4% | 23% | -31% | 14% | 10% | 5% | -39% |
| Asia Pacific ** | -28% | 36% | -12% | 20% | -7% | 29% | -1% |
| Total [2] | -9% | 13% | -22% | 31% | -8% | 13% | -13% |
| [1] Of which Sweden | -5% | 6% | -15% | 22% | -6% | 23% | -6% |
| [2] Of which EU * | -2% | 1% | -26% | 43% | -12% | 20% | -14% |

| Year over year change (%) | 2007 | | | 2006 | | | |
|---|---|---|---|---|---|---|---|
| | Q3 | Q2 | Q1 | Q4 | Q3 | Q2 | Q1 |
| Western Europe [1] | 6% | -3% | 9% | 37% | 22% | 30% | 15% |
| Central & Eastern Europe, Middle East & Africa ** | 10% | -3% | 16% | 17% | 18% | 18% | 10% |
| North America | 3% | -19% | -41% | -22% | -36% | -42% | 58% |
| Latin America | 1% | 7% | -9% | -20% | -18% | -14% | 3% |
| Asia Pacific ** | 3% | 32% | 26% | 43% | 47% | 64% | 60% |
| Total [2] | 6% | 6% | 7% | 19% | 14% | 16% | 26% |
| [1] Of which Sweden | 3% | 2% | 19% | 31% | 44% | 28% | 9% |
| [2] Of which EU * | 5% | -6% | 11% | 29% | 23% | 38% | 14% |

| Year to date | 2007 | | | 2006 | | | |
|---|---|---|---|---|---|---|---|
| | 0709 | 0706 | 0703 | 0612 | 0609 | 0606 | 0603 |
| Western Europe [1] | 37,289 | 24,948 | 12,508 | 53,182 | 36,016 | 24,340 | 11,488 |
| Central & Eastern Europe, Middle East & Africa ** | 34,405 | 22,448 | 10,980 | 46,413 | 32,082 | 21,222 | 9,426 |
| North America | 9,098 | 6,118 | 3,106 | 15,862 | 11,902 | 9,007 | 5,281 |
| Latin America | 11,633 | 7,393 | 3,310 | 16,480 | 11,677 | 7,471 | 3,652 |
| Asia Pacific ** | 40,895 | 28,868 | 12,252 | 47,884 | 33,933 | 22,299 | 9,724 |
| Total [2] | 133,320 | 89,775 | 42,156 | 179,821 | 125,610 | 84,339 | 39,571 |
| [1] Of which Sweden | 5,942 | 3,996 | 1,941 | 7,809 | 5,522 | 3,640 | 1,632 |
| [2] Of which EU * | 41,403 | 27,760 | 13,783 | 58,983 | 40,278 | 27,238 | 12,404 |

| YTD year over year change (%) | 2007 | | | 2006 | | | |
|---|---|---|---|---|---|---|---|
| | 0709 | 0706 | 0703 | 0612 | 0609 | 0606 | 0603 |
| Western Europe [1] | 4% | 2% | 9% | 27% | 22% | 23% | 15% |
| Central & Eastern Europe, Middle East & Africa ** | 7% | 6% | 16% | 16% | 16% | 15% | 10% |
| North America | -24% | -32% | -41% | -18% | -17% | -8% | 58% |
| Latin America | 0% | -1% | -9% | -14% | -11% | -6% | 3% |
| Asia Pacific ** | 21% | 29% | 26% | 52% | 57% | 62% | 60% |
| Total [2] | 6% | 6% | 7% | 18% | 18% | 21% | 26% |
| [1] Of which Sweden | 8% | 10% | 19% | 28% | 26% | 19% | 9% |
| [2] Of which EU * | 3% | 2% | 11% | 26% | 25% | 26% | 14% |

*) For the purpose of comparison, 2006 has been restated including Bulgaria and Romania which entered into the European Union as from 2007
**) 2006 has been restated including Pakistan and Afghanistan in Asia Pacific instead of in Central and Eastern Europe, Middle East and Africa

## TOP 10 MARKETS IN SALES

| Sales | YTD<br>Share of<br>total sales | Q3<br>Share of iso.<br>total sales |
|---|---|---|
| China | 7% | 5% |
| India | 6% | 6% |
| United States | 5% | 6% |
| Italy | 5% | 6% |
| Spain | 5% | 4% |
| United Kingdom | 5% | 4% |
| Sweden | 4% | 4% |
| Indonesia | 3% | 3% |
| Japan | 3% | 2% |
| Australia | 3% | 3% |

## EXTERNAL NET SALES BY MARKET AREA BY SEGMENT

SEK million

| Jul - Sep 2007 | Networks | Professional<br>Services | Multimedia | Total |
|---|---|---|---|---|
| Western Europe | 6,108 | 4,520 | 1,713 | 12,341 |
| Central & Eastern Europe, Middle East & Africa * | 8,819 | 1,997 | 1,141 | 11,957 |
| North America | 1,626 | 1,087 | 267 | 2,980 |
| Latin America | 3,021 | 959 | 260 | 4,240 |
| Asia Pacific * | 8,971 | 2,405 | 651 | 12,027 |
| Total | 28,545 | 10,968 | 4,032 | 43,545 |
| Share of Total | 66% | 25% | 9% | 100% |

| Year to date 2007 | Networks | Professional<br>Services | Multimedia | Total |
|---|---|---|---|---|
| Western Europe | 19,794 | 12,399 | 5,096 | 37,289 |
| Central & Eastern Europe, Middle East & Africa * | 25,855 | 5,758 | 2,792 | 34,405 |
| North America | 5,376 | 2,985 | 737 | 9,098 |
| Latin America | 8,034 | 2,920 | 679 | 11,633 |
| Asia Pacific * | 32,468 | 6,696 | 1,731 | 40,895 |
| Total | 91,527 | 30,758 | 11,035 | 133,320 |
| Share of Total | 69% | 23% | 8% | 100% |

*) 2006 has been restated including Pakistan and Afghanistan in Asia Pacific instead of in Central and Eastern Europe, Middle East and Africa

## TRANSACTIONS WITH SONY ERICSSON MOBILE COMMUNICATIONS

| SEK million | 2007 | | | 2006 | | | |
|---|---|---|---|---|---|---|---|
| | Q3 | Q2 | Q1 | Q4 | Q3 | Q2 | Q1 |
| Revenues from Sony Ericsson | 1,242 | 1,411 | 1,160 | 1,198 | 1,069 | 737 | 960 |
| Purchases from Sony Ericsson | 11 | 232 | 51 | 62 | 28 | 20 | 63 |
| Receivables from Sony Ericsson | 132 | 178 | 116 | 479 | 811 | 515 | 398 |
| Liabilities to Sony Ericsson | 1,357 | 2,464 | 3,720 | 108 | 65 | 59 | 183 |
| Dividends from Sony Ericsson | 1,388 | 2,561 | - | - | - | - | 1,160 |

## PROVISIONS

| SEK million | 2007 | | | 2007 | | |
|---|---|---|---|---|---|---|
| | Kv 3 | Kv 2 | Kv 1 | 0709 | 0706 | 0703 |
| Opening balance | 11,675 | 12,291 | 13,882 | 13,882 | 13,882 | 13,882 |
| Additions | 874 | 1,056 | 1,519 | 3,449 | 2,575 | 1,519 |
| Cost incurred | -1,341 | -1,276 | -2,476 | -5,093 | -3,752 | -2,476 |
| Reversal of excess amounts | -668 | -1,006 | -675 | -2,349 | -1,881 | -675 |
| Reclassification, translation difference and other | -183 | 610 | 41 | 468 | 651 | 41 |
| Closing balance | 10,357 | 11,675 | 12,291 | 10,357 | 11,675 | 12,291 |

**ERICSSON**
**OTHER INFORMATION**

| | Jul - Sep | | Jan - Sep | | Jan - Dec |
|---|---|---|---|---|---|
| | 2007 | 2006 | 2007 | 2006 | 2006 |
| **Number of shares and earnings per share** | | | | | |
| Number of shares, end of period (million) | 16,132 | 16,132 | 16,132 | 16,132 | 16,132 |
| Of which A-shares (million) | 1,309 | 1,309 | 1,309 | 1,309 | 1,309 |
| Of which B-shares (million) | 14,823 | 14,823 | 14,823 | 14,823 | 14,823 |
| Number of treasury shares, end of period (million) | 238 | 258 | 238 | 258 | 251 |
| Number of shares outstanding, basic, end of period (million) | 15,894 | 15,874 | 15,894 | 15,874 | 15,881 |
| Numbers of shares outstanding, diluted, end of period (million) | 15,972 | 15,946 | 15,972 | 15,946 | 15,953 |
| Average number of treasury shares (million) | 238 | 260 | 243 | 263 | 262 |
| Average number of shares outstanding, basic (million) | 15,894 | 15,872 | 15,889 | 15,869 | 15,871 |
| Average number of shares outstanding, diluted (million) [1] | 15,972 | 15,943 | 15,967 | 15,940 | 15,943 |
| Earnings per share, basic (SEK) | 0.25 | 0.39 | 1.02 | 1.04 | 1.65 |
| Earnings per share, diluted (SEK) [1] | 0.25 | 0.39 | 1.01 | 1.04 | 1.65 |
| **Ratios** | | | | | |
| EBITDA, percent | 17.4% | 25.4% | 21.8% | 23.2% | 24.1% |
| Equity ratio, percent | - | - | 56.4% | 54.1% | 56.2% |
| Capital turnover (times) | 1.1 | 1.3 | 1.2 | 1.2 | 1.3 |
| Accounts receivable turnover (times) | 3.1 | 3.5 | 3.3 | 3.7 | 3.9 |
| Inventory turnover (times) | 4.5 | 4.2 | 4.5 | 4.4 | 5.2 |
| Return on equity, percent | 12.4% | 23.0% | 17.3% | 20.5% | 23.7% |
| Return on capital employed, percent | 15.0% | 28.1% | 21.2% | 25.1% | 27.4% |
| Days Sales Outstanding | - | - | 115 | 104 | 85 |
| Payable days | 54 | 60 | 59 | 57 | 54 |
| Payment readiness, end of period | - | - | 51,580 | 60,453 | 67,454 |
| Payment readiness, as percentage of sales | - | - | 29.0% | 36.1% | 37.5% |
| **Exchange rates used in the consolidation** | | | | | |
| SEK / EUR - average rate | - | - | 9.22 | 9.31 | 9.27 |
| - closing rate | - | - | 9.21 | 9.28 | 9.04 |
| SEK / USD - average rate | - | - | 6.84 | 7.50 | 7.38 |
| - closing rate | - | - | 6.49 | 7.32 | 6.85 |
| SEK million | | | | | |
| **Other** | | | | | |
| Additions to property, plant and equipment | 871 | 827 | 2,663 | 2,898 | 3,827 |
| - Of which in Sweden | 247 | 212 | 884 | 711 | 999 |
| Additions to capitalized development expenses | 237 | 210 | 694 | 980 | 1,353 |
| Capitalization of development expenses, net | -372 | -352 | -1,042 | -908 | -1,166 |
| Amortization of development expenses | 609 | 562 | 1,736 | 1,888 | 2,519 |
| Depreciation of property, plant and equipment and amortization of other intangible assets | 1,344 | 1,174 | 4,220 | 3,561 | 4,997 |
| Total depreciation and amortization | 1,953 | 1,736 | 5,956 | 5,449 | 7,516 |
| Export sales from Sweden | 23,956 | 25,783 | 73,087 | 72,655 | 98,694 |

[1] Potential ordinary shares are not considered when their conversion to ordinary shares would increase earnings per share

## ERICSSON PLANNING ASSUMPTIONS FOR YEAR 2007

**Research & Development expenses**
We estimate the R&D expense to be around SEK 28.5 b. for the full year 2007. The estimate includes amortizations/write-downs of intangible assets related to major acquisitions (Redback, Entrisphere and Tandberg). However, currency effects may cause this to change.

**Tax rate**
We estimate the tax rate for the full year 2007 to be around 30%.

**Capital Expenditures**
Excluding acquisitions, the capital expenditures in relation to sales are not expected to be significantly different in 2007, remaining at roughly two percent of sales. Reference to Annual Report 2006, page 32.

**Utilization of Provisions**
The expected utilization of provisions for year 2007 is in the range of SEK 6-7 b.