EXHIBIT F

UNCERTIFIED TRANSLATION

Minutes kept at the Annual General Meeting of Shareholders of Telefonaktiebolaget LM Ericsson Wednesday, April 9, 2008, starting at 3 PM, at the Annex, the Globe Arena, Stockholm.

Present:

Shareholders according to list, **exhibit 1**.

### § 1

Agenda item 1    ***Election of Chairman of the Annual General Meeting of Shareholders, etc.***

The Annual General Meeting of Shareholders (the AGM) was opened by the Chairman of the Board of Directors, Michael Treschow.

Pursuant to the nomination committee's proposal, **exhibit 2**, which was presented by the nomination committee chairman Carl-Olof By, Michael Treschow was elected Chairman of the AGM.

It was recorded that Carl Olof Blomqvist, the Company's General Counsel, was assigned to take the minutes of the AGM.

The AGM approved

**to** allow three upper secondary school classes, invited guests, and representatives of the press and other media to attend the AGM, however, without allowing any photographs being taken or any recordings of TV, video or sound of the AGM;

**that** the Company, for its internal use, makes video recordings and takes photographs of the AGM; and

**that** the Company allows media access to video recordings and slides of CEO's and other Company officials' speeches.

Further, it was recorded that the AGM was simultaneously translated into English, upon request.

1

It was recorded that an electronic system with voting units (Nimbus Voting system) would be used for voting under the agenda items 11, 13, 14 and 15. The Secretary informed on how to use the voting units and an information movie was shown. In addition, a test voting was made with the voting units. The AGM confirmed that the voting procedure was understood.

As it is not feasible to cast a vote for and against under one and the same agenda item by using one voting unit, it was further informed that representatives of a large number of foreign shareholders had informed, in advance, the functionaries handling the voting system at the AGM how the shareholders voted on various agenda items and that pre-cast votes had been fed into the voting system beforehand and will thus be accounted for in the voting result presented in the minutes of meeting of the AGM.

§ 2

Agenda item 2    ***Preparation and approval of the voting list***

The attached list of present shareholders representatives and assistants as well as shares and votes represented by shareholders and representatives were presented and approved to serve as the voting list of the AGM, **exhibit 1**.

It was recorded that apart from Katherine Hudson, who was unable to attend, all board members elected by the AGM, namely Michael Treschow, Sverker Martin-Löf, Marcus Wallenberg, Peter L. Bonfield, Börje Ekholm, Anders Nyrén, Ulf J. Johansson, Nancy McKinstry, and Carl-Henric Svanberg were present at the AGM. It was also recorded that the Board member elect, Roxanne Austin, was present at the AGM.

It was further recorded that the Company's auditor PricewaterhouseCoopers represented by Bo Hjalmarsson, Auditor in Charge, and the auditors Peter Clemedtson, Jeanette Skoglund and Johan Engstam were present at the AGM.

In addition, it was recorded that apart from Jacob Wallenberg, who was unable to attend, the nomination committee chairman, Carl-Olof By and the other members of the nomination committee, Caroline af Ugglas, Mats Lagerqvist and Michael Treschow, were present at the AGM.

Finally, it was recorded that apart from the President and the General Counsel, the following members of the Group management were present, namely the Executive Vice Presidents Bert Nordberg, Hans Vestberg and Björn Olsson, the Chief Technical Officer, and the Heads of Market & Sales, Global Services, and Multimedia.

§ 3

Agenda item 3  **Approval of the agenda**

The AGM resolved to approve the board of directors' proposal for the agenda of the AGM, **exhibit 3**.

§ 4

Agenda item 4  **Convening of the AGM**

It was recorded that the notice to the AGM had been published in *Post- och Inrikes Tidninga*r, *Dagens Nyheter*, *Svenska Dagblade*t and in *Financial Times* on March 4, 2008.

It was informed that with reference to Einar Hellbom's proposal under agenda item 16, a written notice to the AGM had also been sent to those shareholders whose mailing address is known to the Company. Such notice was distributed by mail on March 3, 2008.

It was further recorded that the notice had been posted on Ericsson's web pages and, in addition, on the web pages of the Securities & Exchange Commission and the Financial Services Authority.

The AGM declared that the AGM had been duly convened.

§ 5

Agenda item 5  **Election of two persons approving the Minutes of the AGM**

Liselott Ledin, representing Alecta Pensionsförsäkring, and Peter Lundkvist, representing Tredje AP-fonden, were appointed to approve the minutes.

§ 6

Agenda item 6  **Presentation of the Annual Report, etc.**

The annual report and the consolidated report for 2007 as well as the auditors' report for the Company and for the Group for 2007 were presented, **exhibit 4.1**.

It was recorded that the reports had been posted on the Company's web page on March 6, 2008.

Further, the auditor's statement regarding whether or not the Company had complied with the guidelines for compensation to the senior management, adopted by the AGM 2007, was also presented, **exhibit 4.2**. It was recorded that the statement was posted on the Company's web page on March 4, 2008.

The Company's Auditor in Charge, Authorized public accountant Bo Hjalmarsson, PricewaterhouseCoopers, presented the audit work performed during 2007, the auditor's report 2007 and the auditor's statement regarding the compliance with the guidelines for compensation to senior management, adopted by the AGM 2007.

§ 7

| | |
|---|---|
| Agenda item 7 | ***Presentation of the work of the Board of Directors, etc.*** |

The Chairman of the board of directors, Michael Treschow, presented, inter alia, the work performed by the board of directors and the board's three committees, Finance, Audit and Remuneration, during 2007.

§ 8

| | |
|---|---|
| Agenda item 8 | ***The President's speech, etc.*** |

The CEO and President, Carl-Henric Svanberg, presented the Ericsson Group's position and development.

Thereafter, the President and the Chairman answered questions from the shareholders.

§ 9

| | |
|---|---|
| Agenda item 9 | ***Adoption of the profit and loss statements and the balance sheets, etc.*** |
| 9 a) *Income statements and balance sheets* | The AGM resolved to adopt the income statement for 2007 and the balance sheet as of 31 December 2007 as well as the consolidated income statement for 2007 and the consolidated balance sheet as of 31 December 2007, **exhibit 4.1**. |
| 9 b) *Discharge from liability* | The AGM resolved thereafter to discharge the board members and the President from liability for the fiscal year 2007 in accordance with the auditors' recommendation. |

| | | |
|---|---|---|
| 9 c) | *Appropriation of the profit* | In the board of directors' report, the board of directors and the President had presented a proposal for the appropriation of the amount at the disposal of the AGM, namely non-restricted equity amounting to SEK 35,224,731,169 as follows; *(the total dividend amount has been calculated as if the Company holds no treasury stock on the record day.)* |

|  | SEK |
|---|---|
| Dividend: SEK 0.50 per share | 8,066,129,339 |
| Amount to be retained by the parent company | 27,158,601,830 |
| Total non-restricted equity of the parent company | 35,224,731,169 |

and further, proposed that Monday, April 14, 2008 shall be the record day for dividend. In the auditor's report, the Company auditor has recommended the board of directors' proposal for dividend.

It was recorded that in the board of directors' report, the board had made a statement in accordance with the Companies Act, chapter 18, § 4.

The AGM resolved to approve the board of directors' and the President's proposal for the appropriation of non-restricted equity and record day for dividend.

### § 10

| | | |
|---|---|---|
| Agenda Item 10 | | **Presentation of the work and proposals of the nomination committee including election of the board of directors, etc.** |

Carl-Olof By, chairman of the nomination committee, presented the work performed by the nomination committee as well as the result of the nomination committee's assessment of proposed board members' independence pursuant to applicable rules, **exhibit 2 including enclosures**.

| | | |
|---|---|---|
| 10 a) | *Number of board members* | In accordance with the nomination committee's proposal, **exhibit 2,** presented by Carl-Olof By, the AGM resolved that the board of directors of the Company – except members appointed in a different manner - shall consist of ten members elected by the AGM and that no deputies shall be elected. |
| 10 b) | *Board of directors' fees* | Caroline af Ugglas, member of the nomination committee, presented the proposal of the nomination committee for the board of directors' fees, including the option to receive a certain portion of the board of directors' fees in the form of so called synthetic shares, **exhibit 2 including enclosures**. |

5

Magnus Eckersand proposed that the fee to the chairman of the board would be SEK 1,500,000 and the fee to the other board members SEK 1,000,000 each.

When the secretary had asked the largest shareholders by voting power how they voted on the proposal of the nomination committee, it was established that more than 65 percent of the votes represented at the AGM had voted in favor of the nomination committee's proposal and thus that the AGM had resolved to approve the proposal of the nomination committee and decline Magnus Eckersand's proposal.

Thus, it was established that the AGM had resolved that the board of directors' fees to non-employed board members elected by the AGM should remain unchanged and be paid as follows:

- SEK 3,750,000 to the chairman of the board;

- SEK 750,000 each to non-employed board member elected by the AGM; and

that fees to non-employed members of the board's committees elected by the AGM shall be paid as follows:

- SEK 350,000 to the chairman of the Audit Committee;

- SEK 250,000 each to the other members of the Audit Committee;

- SEK 125,000 each to the chairman and other members of the Finance, and Remuneration Committee, respectively; and further

that pursuant to the proposal of the nomination committee, a board member can choose to receive a portion of the board of directors' fee in the form of synthetic shares in accordance with the following four alternatives:

25 percent in cash – 75 percent in synthetic shares;
50 percent in cash – 50 percent in synthetic shares;
75 percent in cash – 25 percent in synthetic shares; or
100 percent in cash; and

all in accordance with the terms and conditions of **exhibit 2 including enclosures**.

| | | |
|---|---|---|
| 10 c) | *Election of board members* | Carl-Olof By presented the nomination committee's proposal for election of the members of the board of directors, **exhibit 2 including enclosures**. |

6

It was recorded that the assignments held by the proposed board members had been posted on the Company's web page, in the annual report, and in the material that had been handed out to the shareholders at the AGM, **exhibit 2 including enclosures** "Presentation of the board of directors".

The AGM resolved to facilitate the handling of the proposals of the nomination committee by deciding on the nomination committee's proposals as one resolution.

In accordance with the proposals of the nomination committee, the AGM resolved to re-elect

- Michael Treschow chairman of the board of directors,

- Sverker Martin-Löf, Sir Peter L. Bonfield, Börje Ekholm, Ulf J. Johansson, Nancy McKinstry, Anders Nyrén, Carl-Henric Svanberg, and Marcus Wallenberg directors of the board; and

- Roxanne Austin new director of the board.

It was recorded that the union representatives of the board of directors are appointed by the labor unions' organization that has informed that the union representatives of the board of directors are appointed for a period from the end of this AGM until the end of the AGM 2009, but that Torbjörn Nyman has declined continued representation and that the present deputy, Anna Guldstrand, will succeed Torbjörn Nyman as ordinary representative and that Pehr Claesson has been appointed new deputy representative, **exhibit 2 including enclosures**.

Thus, the union representatives of the board of directors for the coming mandate period are:

Ordinary:
Monica Bergström, SIF,
Jan Hedlund, Metall,
Anna Guldstrand, CF; and

deputies:
Pehr Claesson, CF,
Christina Davidsson, Metall; and
Karin Åberg, CF.

10 d) *Procedure for appointing the nomination committee*    Carl-Olof By presented the proposal of the nomination committee for the procedure on appointing the members of the nomination committee, **exhibit 2 including enclosures.**

7

The AGM resolved to approve the proposal of the nomination committee for the procedure for appointing the nomination committee pursuant to **exhibit 2 including enclosures**.

| | | |
|---|---|---|
| 10 e) | *Fees to the nomination committee* | In accordance with the proposal of the nomination committee, presented by Carl-Olof By, the AGM resolved that no fees shall be payable to the members of the nomination committee, **exhibit 2**. |
| 10 f) | *Fees to the auditor* | Carl Olof By presented the proposal of the nomination committee for fees to the auditor, **exhibit 2**. |

In accordance with the proposal of the nomination committee, the AGM resolved that fees to the auditor shall be paid with consideration to the audit work performed, i.e. against approved accounts.

## § 11

Agenda item 11    **Reverse split 5:1 of shares and amendment of the articles of association**

The secretary presented the main principles of the board of directors' proposal for amendment of the articles of association and the reverse split of shares 1:5 pursuant to **exhibit 5.1 and 5.2**.

The reverse split of shares shall be registered with Companies Registration Office on 28 May, 2008 and the record date for the reverse split is proposed to be 4 June 2008.

By using the voting units, the AGM voted on the board of directors' proposal for amendment of the articles of association and reverse split of shares 1:5.

It was stated that 1,617,783,137.4 (99.949 percent) of the votes represented at the AGM and 5,180,564,901 (94.487 percent) of the shares represented at the AGM voted in favor of the proposals of the board of directors, whereby the Chairman stated the AGM resolved to approve the board of directors proposals for reverse split of shares 1:5 and amendment of the articles of association pursuant to **exhibit 5.1 and 5.2**.

## § 12

Agenda item 12    *Principles for remuneration to top executives*

Michael Treschow presented the board of director's proposal for the principles of remuneration to the top executives, **exhibit 6**.

The AGM resolved to adopt the board directors' proposal for principles for remuneration to the top executives, **exhibit 6**.

### § 13

Agenda item 13    *Transfer of treasury stock for the completion of the Long-Term Variable Compensation Program 2007*

The Chairman presented the board of directors' proposal for transfer of no more than 13,600,000 B shares in the Company to the employees and transfer of no more than 3,400,000 B shares in the Company effected on a stock exchange for the completion of the Long-Term Variable Compensation Program 2007.

The Chairman informed that the two proposals – transfer of equity stock in the Company to employees and transfer of equity stock effected on stock exchange - would be voted upon by the AGM as one proposal, and in the event the AGM would not approve the proposal, the AGM would then vote on the alternative proposal for financing by an equity swap agreement with third party.

Further, the Chairman informed that pursuant to the Swedish Companies Act, a valid resolution for transfer of own share to employees requires that no less than nine tenth of the votes cast as well as the shares represented at the AGM have to be in favor of the proposal and that abstaining from voting is the same as voting against as far as the number of shares represented at the AGM is concerned.

Following voting with the voting units, it was established that 1,622,731,589 (98.518 percent) of the votes represented at the AGM and 5,230,500,398 (95.398 percent) of the shares represented at the AGM had voted in favor of the board of directors' proposal for transfer of equity stock in the Company for the completion of the Long-Term Variable Compensation Program 2007, whereby the Chairman stated that the AGM had resolved to approve the board of directors' proposal pursuant to **exhibit 7**.

Thereafter, the Chairman concluded that as the AGM resolved to approve items 1.1 and 1.2 under agenda item 13, the AGM did not have to address the alternative proposal for equity swap agreement with third party under item 1.3 under agenda item 13.

## § 14

Agenda item 14 — ***Implementation of a Long-Term Variable Compensation Program 2008 etc.***

The Chairman informed on the evaluation made of previous long-term variable compensation programs and presented the proposal of the board of directors for a Long-Term Variable Compensation Program 2008 (LTV 2008) that is based on the same principles as the Long-Term Variable Compensation Program 2007.

The Chairman noted that the board of directors' proposal for LTV 2008, **Exhibit 8.1 and 8.2** had been presented in principle in the notice to the AGM and the complete proposal had been posted on the Company's web page on March 3, 2008. The complete proposal had also been handed out to the shareholders at the AGM.

Further, it was recorded that pursuant to the Company's Act 19 chapter 22 § the board of directors' statement had been available at the Company, posted on the Company's web page and had been sent to the shareholders upon request as from March 3, 2008, **exhibit 8.1**, page 11.

The Chairman presented the proposal for LTV 2008 and informed, inter alia, that in order to comply with requests from primarily foreign shareholders, the proposal had been divided into three sub-plans and that resolutions will be made on each sub-plan separately. Correspondingly, resolutions on transfer of shares to the participants of the plans as well as transfer of shares on a stock exchange to cover primarily social security charges will be made separately for each plan.

*Majority rules* — At least two resolutions will be made on each sub-plan, namely on the plan itself and the financing of each plan. A valid resolution for each plan requires simple majority, i.e. at least 50 percent of the votes cast must vote in favor of the proposal. The proposal for financing of each plan, respectively, by transfer of treasury stock to employees, directed cash issue of shares, and directed acquisition offer must be resolved upon in one package. Therefore, a valid resolution on each separate proposal requires that no less than 90 percent of the votes cast as well as the shares represented at the AGM have to be in favor of each financing proposal. In the event, the AGM would have to deal with the alternative financing proposals of each plan by a so called equity swap agreement, simple majority is required for the proposal to pass, which has been confirmed by the Aktiemarknadsnämnden (Securities Council).

10

After commenting and answering of questions from shareholders, the AGM was prepared to resolve on the proposals and the Chairman stated that the discussion was concluded.

Item 14 1.1   **Implementation of the Stock Purchase Plan**

By using the voting units, the AGM voted on the proposal for implementation of the Stock Purchase Plan to all employees within the Ericsson Group, **exhibit 8.1**, item 1.1.

It was recorded that 1,599,423,573 (97.111 percent) of the votes represented at the AGM were cast in favor of the board of directors' proposal, whereby the Chairman concluded that the AGM had resolved on the board of directors' proposal for the Stock purchase plan pursuant to **exhibit 8.1**, item 1.1.

Item 14 1.2   **Transfer of treasury stock, directed cash issue of shares, directed acquisition offer**

Thereafter, the AGM voted by using the voting units, on the board of directors' proposal for

- transfer of no more than 39,700,000 B shares in the Company to employees within the Ericsson Group;

- authorization for the Company to transfer on a stock exchange, prior to the AGM 2009, no more than 8,000,000 B shares in the Company to cover certain costs, primarily social security charges;

- increase of Ericsson's share capital by SEK 47,700,000 by an issue of 47,700,000 C shares in the Company; each share with a ratio value of SEK 1; and

- authorization for the board of directors to resolve on acquiring 47,700,000 C shares in the Company by a directed acquisition offer;

all pursuant to the terms of the Stock purchase plan, **exhibit 8.1**, item 1.2.

The Chairman informed that pursuant to the Companies Act, a valid resolution on the board of directors' proposal for transfer of treasury stock to employees requires that no less than nine tenth of the votes cast as well as the shares represented at the AGM have to be in favor of the proposal and that in this case, abstaining from voting is the same as voting against as far as shares represented are concerned.

It was recorded that the voting result in favor of the board of directors' proposal was 1,636,490,104.9 votes, representing 99.362 percent of the votes represented at the AGM and, 5,368,656,841 shares, representing 97.918 percent of the shares represented at the AGM.

The Chairman concluded that the AGM had resolved in favor of the board of directors' proposal for transfer of treasury stock, directed cash issue and directed acquisition offer pursuant to **exhibit 8.1**, item 1.2.

It was recorded that as the AGM had approved the board of directors' proposal 1.2 under agenda item 14, the AGM did not have to address the alternative proposal for equity swap agreement with third party under 1.3 under agenda item 14.

| | |
|---|---|
| Item 14  2.1 | ***Implementation of the Key Contributor Retention Plan*** |

By using the voting units, the AGM voted on the proposal for implementation of the Key Contributor Retention Plan, **exhibit 8.1**, item 2.1.

Before voting, the Chairman informed that pursuant to the Companies Act, a valid resolution on the board of directors' proposal for the Key Contributor Retention Plan requires simple majority, i.e. more than 50 percent of the votes cast must be in favor of the proposal.

It was recorded that the voting result in favor of the board of directors' proposal was 1,607,450,993.9 (97.598 percent) of the votes represented at the AGM, whereby the Chairman concluded that the AGM had approved the board of directors' proposal for the implementation of the key contributor retention plan pursuant to **exhibit 8.1**, item 2.1.

| | |
|---|---|
| Item 14  2.2 | ***Transfer of treasury stock, directed cash issue of shares, directed acquisition offer*** |

By using the voting units, the AGM voted thereafter on the board of directors' proposal, **exhibit 8.1**, item 2.2, for

- transfer of no more than 28,000,000 B shares in the Company to employees within the Ericsson Group;

- authorization for the Company to transfer on a stock exchange no more than 5,600,000 B shares in the Company to cover certain costs, primarily social security charges;

- increase of Ericsson's share capital by SEK 33,600,000 by a directed issue of 33,600,000 C shares in the

12

Company, each share with a ratio value of SEK 1; and

- authorization for the board of directors to resolve on acquiring 33,600,000 C shares by a directed acquisition offer;

all pursuant to the terms of the Key Contributor Retention Plan, **exhibit 8.1**, item 2.2.

The Chairman informed that pursuant to the Companies Act, a valid resolution on the board of directors' proposal for transfer of treasury stock to employees requires that no less than nine tenth of the votes cast as well as the shares represented at the AGM have to be in favor of the proposal and that in this case, abstaining from voting is the same as voting against as far as shares represented are concerned.

It was recorded that the voting result in favor of the board of directors' proposal was 1,607,556,709.1 votes, representing 97.605 percent of the votes represented at the AGM and 5,078,926,019 shares, representing 92.633 percent of the shares represented at the AGM.

The Chairman concluded that the AGM had resolved in favor of the board of directors' proposal for transfer of treasury stock, directed cash issue and directed acquisition offer pursuant to **exhibit 8.1**, item 2.2.

It was recorded that as the AGM had approved the board of directors' proposal 2.2 under agenda item 14, the AGM did not have to address the alternative proposal for equity swap agreement with third party under 2.3 under agenda item 14.

Item 14  3.1    ***Implementation of the Executive Performance Stock Plan***

By using the voting units, the AGM voted on the board of directors' proposal for implementation of the Executive Performance Stock Plan, **exhibit 8.1**, item 3.1.

The Chairman informed that a valid resolution on the board of directors' proposal for the implementation of the Executive Performance Stock Plan requires simple majority, i.e. more than 50 percent of the votes cast must be in favor of the proposal.

13

It was recorded that the voting result in favor of the board of directors' proposal was 1,593,893,589.0 (96.778 percent) of the votes represented at the AGM, whereby the Chairman concluded that the AGM had approved the board of directors' proposal pursuant to **exhibit 8.1**, item 3.1.

Item14  3.2    **Transfer of treasury stock, directed cash issue of shares, directed acquisition offer**

Thereafter, by using the voting units, the AGM voted on the board of directors' proposal for

- transfer of no more than 14,600,000 B shares in the Company to employees within the Ericsson Group;

- authorization for the Company, prior to the AGM 2009, to transfer on a stock exchange no more than 3,600,000 B shares in the Company to cover certain costs, primarily social security charges;

- increase of Ericsson's share capital by SEK 18,200,000 by a directed issue of 18,200,000 C shares in the Company, each share with a ratio value of SEK 1; and

- authorization for the board of directors to resolve on acquiring 18,200,000 C shares by a directed acquisition offer;

all pursuant to the terms of the Executive performance stock plan, **exhibit 8.1**, item 3.2.

The Chairman informed that a valid resolution on the board of directors' proposal for transfer of treasury stock to employees requires that no less than nine tenth of the votes cast as well as the shares represented at the AGM have to be in favor of the proposal and that in this case, abstaining from voting is the same as voting against as far as shares represented are concerned.

It was recorded that the voting result in favor of the board of directors' proposal was 1,609,384,283.0 votes, representing 97.717 percent of the votes represented at the AGM, and 5,097,266,558 shares, representing 92.968 percent of the shares represented at the AGM.

The Chairman concluded that the AGM had resolved in favor of the board of directors' proposal for transfer of treasury stock, directed cash issue and directed acquisition offer pursuant to **exhibit 8.1**, item 3.2.

14

It was recorded that as the AGM had approved the board of directors' proposal 3.2 under agenda item 14, the AGM did not have to address the alternative proposal for equity swap agreement with third party under 3.2 under agenda item 14.

### § 15

Agenda item 15

**Transfer of Treasury Stock for the completion of previous incentive plans and compensation program**

The Secretary presented the board of directors' proposal for transfer of treasury stock in relation to the resolution on the Global Stock Incentive Program 2001, the Stock Purchase Plan 2003, the Long-Term Incentive Plans 2004, 2005, 2006 and the Long-Term Variable Compensation Program 2007, **exhibit 9**.

The Chairman informed that pursuant to the Companies Act, a valid resolution on the board of directors' proposal requires that no less than two thirds of the votes cast as well as the shares represented at the AGM have to be in favor of the proposal.

Thereafter, by using the voting units, the AGM voted on the board of directors' proposal for transfer of treasury stock with regard to previous incentive plans.

It was recorded that the voting result in favor of the board of directors' proposal was 1,646,720,295.7 votes, representing 99.987 percent of the votes represented at the AGM and 5,470,561,759 shares, representing 99.776 percent of the shares represented at the AGM.

Thereafter, the Chairman concluded that the AGM had approved the board of directors' proposal for transfer of treasury stock in relation to the resolution on the Global Stock Incentive Program 2001, the Stock Purchase Plan 2003, the Long-Term Incentive Plans 2004, 2005, 2006 and the Long-Term Variable Compensation Program 2007, **exhibit 9**.

### § 16

Agenda item 16

**Einar Hellbom's proposal that each share shall carry one vote**

Einar Hellbom presented his proposal that each share shall carry one vote.

After comments by shareholders, the AGM voted on Einar Hellbom's proposal. The secretary asked the largest shareholders by voting power whether or not they supported the proposal, whereby it was concluded that shareholders representing more than 65 percent of the votes represented at the AGM voted against Einar Hellbom's proposal and that the AGM, irrespective of how Einar Hellbom's proposal would be understood, had decided to decline Einar Hellbom's proposal.

§ 17

The chairman thanked the attendees at the AGM for their kind attention and closed the AGM 2008 in Telefonaktiebolaget LM Ericsson.

As above
Carl Olof Blomqvist

Approved:
Michael Treschow
Liselott Ledin
Peter Lundkvist